Name and address:

DEREK M. BAST
WAGNER HICKS PLLC
831 E. MOREHEAD ST., SUITE 860
CHARLOTTE, NC 28202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK. N.A.<br>Plaintiff(s),<br>v.<br>ARTUR ELIZAROV, UNISON AGREEMENT CORP., and<br>SCOTT HOWELL                     Defendant(s), | CASE NUMBER  5:21-CV-00616-JWH-SP<br><br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

BAST, DEREK M

*Applicant's Name (Last Name, First Name & Middle Initial)*                                                   check here if federal government attorney ☐

WAGNER HICKS PLLC

*Firm/Agency Name*

831 E. MOREHEAD STREET, SUITE 860       (704) 705-8311                        (704) 525-0600
                                                                        *Telephone Number*                    *Fax Number*

*Street Address*

CHARLOTTE, NC 28202                              derek.bast@wagnerhicks.law

*City, State, Zip Code*                                           *E-mail Address*

**I have been retained to represent the following parties:**

Goldwater Bank, N.A.                              ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
_____     ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| North Carolina State Court | 08/28/2015 | Yes |
| North Carolina - Western District | 01/03/2018 | Yes |
| North Carolina - Middle District | 06/22/2020 | Yes |
| U.S. Court of Appeals - Ninth Circuit | 02/27/2020 | Yes |

G-64 (09/20)         APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*         Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated April 14, 2021

Derek M. Bast
*Applicant's Name (please type or print)*

/s/ Derek M. Bast
*Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Maurice, Marie
*Designee's Name (Last Name, First Name & Middle Initial)*

IVIE McNEILL WYATT PURCELL & DIGGS
*Firm/Agency Name*

444 S. FLOWER STREET, 18TH FLOOR
*Street Address*

LOS ANGELES, CA 90071
*City, State, Zip Code*

(213) 489-0028
*Telephone Number*

(213) 489-0552
*Fax Number*

mmaurice@imwlaw.com
*Email Address*

S.B.N.: 258069
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  04/14/2021

Marie Maurice
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

# The North Carolina State Bar

I, Alice Neece Mine, Secretary of the North Carolina State Bar,

do hereby certify that

<u>Mr. Derek Martin Bast (Bar # 49069)</u>

was licensed to practice law by the State of North Carolina on August 28, 2015.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 5th day of April, 2021.

*Alice Neece Mine*

Alice Neece Mine
Secretary of the North Carolina State Bar