ILYA ALEKSEYEFF [CA 242462]
ilya@loia.legal
LOIA, INC. (APLC)
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592

Attorney for Artur Elizarov

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| **GOLDWATER BANK, NA**, *Plaintiff,* vs. **ARTUR ELIZAROV, ET AL.**, *Defendant.* | 5:21-cv-616-JWH-SP <br><br> NOTICE OF AND ARTUR ELIZAROV'S MOTION TO QUASH GOLDWATER BANK, NA'S SUBPOENAS *DUCES TECUM* TO RITE CARE HOSPICE, INC. AND ECIVIS, INC. <br><br> Date: 09/13/2022 <br> Time: 10:00 am <br> Court: Hon. Sheri Pym <br><br> Date filed: 04/06/2021 <br> Amendment filed: 05/24/2021 <br> Discovery cut-off: 10/14/2022 <br> Status conference: 02/03/2023 <br> Jury trial: 02/27/2023 |
|---|---|

**NOTICE to Goldwater Bank, NA, Unison Contract Corp., Scott Howlett, Bank of the West, and their counsel:**

At 10:00 am on Tuesday, September 13, 2022, in Courtroom 3 of the United States District Court for the Central District of California located in the George E.

1

NOTICE OF AND ARTUR ELIZAROV'S MOTION TO QUASH GOLDWATER BANK, NA'S SUBPOENAS *DUCES TECUM* TO RITE CARE HOSPICE, INC. AND ECIVIS, INC

Brow, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, CA 92501, The Honorable Sheri Pym, Magistrate Judge, defendant Artur Elizarov will move, under Federal Rules of Civil Procedure 45 and 26, to quash Goldwater Bank, NA's subpoenas *duces tecum* to Rite Care Hospice, Inc. and eCivis, Inc., and for protective order precluding Goldwater's access to these records, for the following reasons: (1) The information sought is privileged under California Constitution, Article 1 § 1 and is not directly relevant to any issue in the case and (2) Goldwater alleged a claim of fraud without any basis in fact or evidence.

The motion will be based on this notice, memorandum, exhibits, requests for judicial notice, declarations of Ilya Alekseyeff and Artur Elizarov, any reply memoranda, the evidence submitted in rebuttal, and counsel's arguments at the hearing on the motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 8, 2022.

Dated: 08/16/2022.

LOIA, INC. (APLC)

*/s/ Ilya Alekseyeff*

By: Ilya Alekseyeff
Attorney for Artur Elizarov