ILYA ALEKSEYEFF [CA 242462]
ilya@loia.legal
LOIA, INC. (APLC)
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592

Attorney for Artur Elizarov

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOLDWATER BANK, NA**, *Plaintiff,* <br><br> vs. <br><br> **ARTUR ELIZAROV ET AL**, *Defendant.* | **5:21-cv-616-JWH-SP** <br><br> REQUESTS FOR JUDICIAL NOTICE SUPPORTING ARTUR ELIZAROV'S MOTION TO QUASH GOLDWATER BANK, NA'S SUBPOENAS *DUCES TECUM* TO RITE CARE HOSPICE, INC. AND ECIVIS, INC. <br><br> Date: 09/13/2022 <br> Time: 9:00 am <br> Court: Hon. Sheri Pym <br><br> Date filed: 04/06/2021 <br> Amendment filed: 05/24/2021 <br> Discovery cut-off: 10/14/2022 <br> Status conference: 02/03/2023 <br> Jury trial: 02/27/2023 |

  Defendant Artur Elizarov request that the court take judicial notice of the following facts:

1

1. The case entitled *Artur Elizarov v. BMW Financial Services NA, LLC* was filed in Los Angeles Superior Court under case number 19STCV08507 on March 11, 2022. <u>Ex. Z-1</u>. Fed. R. Evid. 201(b)(2) & (c)(2); *Kasey v. Molybdenum Corp. of America*, 336 F.2d 560, 563 (9th Cir. 1964) (court take judicial notice of state court records).

2. Plaintiff Artur Elizarov filed a notice of unconditional settlement of the entire case in Los Angeles Superior Court case 19STCV08507 entitled *Artur Elizarov v. BMW Financial Services NA, LLC* on May 22, 2019. <u>Ex. X.</u> Fed. R. Evid. 201(b)(2) & (c)(2); *Kasey v. Molybdenum Corp. of America*, 336 F.2d 560, 563 (9th Cir. 1964) (court take judicial notice of state court records).

3. The court dismissed Los Angeles Superior Court case 19STCV08507 entitled *Artur Elizarov v. BMW Financial Services NA, LLC* on August 14, 2019. <u>Ex. Z-1.</u> Fed. R. Evid. 201(b)(2) & (c)(2); *Kasey v. Molybdenum Corp. of America*, 336 F.2d 560, 563 (9th Cir. 1964) (court take judicial notice of state court records).

4. The grant deed from Mr. Artur Elizarov to Mr. Scott Howlett regarding real property located at 291 W Overlook Road in Palm Springs, California, was recorded in Riverside County at 4:55 pm on March 29, 2021, instrument number 2021-0196602. <u>Ex. FF.</u> Fed. R. Evid. 201(b)(2) & (c)(2); *Western Federal Sav. & Loan Ass'n v. Heflin Corp.,* 797 F. Supp. 790, 792 (N.D. Cal. 1992) (taking judicial notice of various deeds of trust and a state court foreclosure action file).

5. The Internal Revenue Service recorded in Los Angeles County a Certificate of Release of Federal Tax Lien on December 18, 2019. <u>Ex. O.</u> Fed. R.

Evid. 201(b)(2) & (c)(2); *Western Federal Sav. & Loan Ass'n v. Heflin Corp.*, 797 F. Supp. 790, 792 (N.D. Cal. 1992) (taking judicial notice of various deeds of trust and a state court foreclosure action file).

6. The contents of the Fannie Mae guidance letter LL-2020-02. <u>Ex. D.</u> Fed. R. Evid. 201(b)(2) & (c)(2); *Currey v. Homecomings Financial, LLC*, No. C 09-0276 PJH, at *5 (N.D. Cal. May 1, 2009) (taking judicial notice "[a]s to the factual information on Fannie Mae's website"), citing. *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1224-25 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web"); *DiTech Fin. LLC v. Stonefield II Homeowners Ass'n*, No. 3:16-cv-00227-MMD-WGC, at *2 n.2 (D. Nev. July 3, 2019) ("The Court also takes judicial notice of Fannie Mae's Single-Family Servicing Guide…available on its website").

7. Fannie Mae response to a frequently asked question. <u>Ex. F.</u> Fed. R. Evid. 201(b)(2) & (c)(2); *Currey v. Homecomings Financial, LLC*, No. C 09-0276 PJH, at *5 (N.D. Cal. May 1, 2009) (taking judicial notice "[a]s to the factual information on Fannie Mae's website"), citing. *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1224-25 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web"); *DiTech Fin. LLC v. Stonefield II Homeowners Ass'n*, No. 3:16-cv-00227-MMD-WGC, at *2 n.2 (D. Nev. July 3, 2019) ("The Court also takes judicial notice of Fannie Mae's Single-Family Servicing Guide…available on its website").

8. Consumer guide issued by the Consumer Financial Protection Bureau, CFPB. <u>Ex. E.</u> Fed. R. Evid. 201(b)(2) & (c)(2); *Kater v. Churchill Downs Inc.*, 886 F.3d 784, 788 n.3 (9th Cir. 2018) (taking judicial notice of government documents on government website); *Ontiveros v. Zamora*, No. CIV. S-08-567

3

REQUESTS FOR JUDICIAL NOTICE SUPPORTING ARTUR ELIZAROV'S MOTION TO QUASH GOLDWATER BANK, NA'S SUBPOENAS *DUCES TECUM* TO RITE CARE HOSPICE, INC. AND ECIVIS, INC

LKK/DAD, at *6 n.3 (E.D. Cal. Feb. 20, 2009) (taking judicial notice of DLSE Manual); *Anderson v. Jamba Juice Co.*, Case No.: 12-CV-01213 YGR, at *3 (N.D. Cal. Aug. 24, 2012) (taking judicial notice of FDA Guidance Document).

Dated: 08/16/2022                LOIA, INC. (APLC)

*/s/ Ilya Alekseyeff*
_____
By Ilya Alekseyeff, Esq.
Attorney for Artur Elizarov

4

REQUESTS FOR JUDICIAL NOTICE SUPPORTING ARTUR ELIZAROV'S MOTION TO QUASH GOLDWATER BANK, NA'S SUBPOENAS *DUCES TECUM* TO RITE CARE HOSPICE, INC. AND ECIVIS, INC