**Andrea Cross**

| | |
|---|---|
| **From:** | Andrea Cross |
| **Sent:** | Thursday, March 25, 2021 11:51 AM |
| **To:** | Artur Elizarov |
| **Subject:** | RE: Unisom |

Understood, we'll note our file.

**WARNING! WIRE FRAUD ADVISORY**
Before sending funds, always call your Escrow team to verify wire information





**Andrea Cross**
Senior Escrow Officer

9440 Santa Monica Blvd. Suite 310, Beverly Hills, CA  90210
P. (310) 402-5555 ext. 2071 | E-Fax. (310) 402-5556
Direct. (310) 402-5470
www.escrowofthewest.com

click here for disclosure

We are always looking for ways to improve our service. Please take a moment to complete this short survey about your recent experience.



**From:** Artur Elizarov [mailto:artur.elizarov@gmail.com]
**Sent:** Thursday, March 25, 2021 11:43 AM
**To:** Andrea Cross <andrea@escrowofthewest.com>
**Subject:** Re: Unisom

Let's close then. Well now it makes sense. These guys are a mess. No more communication with Peter. That clears up my agreement with other unisom cause I also didn't understand why the bank is involved Jesus!

Art

On Thu, Mar 25, 2021 at 2:41 PM Andrea Cross <andrea@escrowofthewest.com> wrote:



EXHIBIT 26

Attached is the Prelim –

As of 3/3/21, Unisom is the only secured lien

**WARNING! WIRE FRAUD ADVISORY**

Before sending funds, always call your Escrow team to verify wire information





**Andrea Cross**

Senior Escrow Officer

---

9440 Santa Monica Blvd. Suite 310, Beverly Hills, CA. 90210

P. (310) 402-5555 ext. 2071 | E-Fax. (310) 402-5556

Direct. (310) 402-5470

www.escrowofthewest.com



click here for disclosure

We are always looking for ways to improve our service. Please take a moment to complete this short survey about your recent experience.

Rate Your Experience

**From:** Artur Elizarov [mailto:artur.elizarov@gmail.com]
**Sent:** Thursday, March 25, 2021 11:37 AM
**To:** Andrea Cross <andrea@escrowofthewest.com>
**Subject:** Re: Unisom

Is coldwater bank on title report? IF not this makes it easier t oclose. This unisom thing is a mess so I dont understand if that is the total payoff.

On Thu, Mar 25, 2021 at 11:24 AM Andrea Cross <andrea@escrowofthewest.com> wrote:

Sent!

**WARNING! WIRE FRAUD ADVISORY**

Before sending funds, always call your Escrow team to verify wire information



ESCROW OF THE WEST

Andrea Cross

Senior Escrow Officer

9440 Santa Monica Blvd. Suite 310, Beverly Hills, CA. 90210

3

EOTW_000148

**Exhibit AA - 3**

P. (310) 402-5555 ext. 2071 | E-Fax. (310) 402-5556

Direct. (310) 402-5470

www.escrowofthewest.com



click here for disclosure

We are always looking for ways to improve our service. Please take a moment to complete this short survey about your recent experience.



**From:** Artur Elizarov [mailto:artur.elizarov@gmail.com]
**Sent:** Thursday, March 25, 2021 11:20 AM
**To:** Andrea Cross <andrea@escrowofthewest.com>
**Subject:** Re: Unisom

Can u send to Peter ASAP please

On Thu, Mar 25, 2021 at 2:19 PM Andrea Cross <andrea@escrowofthewest.com> wrote:

Revised –

Can you send me copy of the mechanic lien? Its not showing on Prelim

**WARNING! WIRE FRAUD ADVISORY**

Before sending funds, always call your Escrow team to verify wire information





**Andrea Cross**

Senior Escrow Officer

---

9440 Santa Monica Blvd. Suite 310, Beverly Hills, CA. 90210

P. (310) 402-5555 ext. 2071 | **E-Fax**. (310) 402-5556

Direct. (310) 402-5470

www.escrowofthewest.com

click here for disclosure

We are always looking for ways to improve our service. Please take a moment to complete this short survey about your recent experience.



**From:** Artur Elizarov [mailto:artur.elizarov@gmail.com]
**Sent:** Thursday, March 25, 2021 11:16 AM
**To:** Andrea Cross <andrea@escrowofthewest.com>
**Subject:** Re: Unisom

Jourymen Construction, LLC

On Thu, Mar 25, 2021 at 11:14 AM Artur Elizarov <artur.elizarov@gmail.com> wrote:

no the 107 is not coldwater its a lean for consturciotn.

On Thu, Mar 25, 2021 at 11:13 AM Artur Elizarov <artur.elizarov@gmail.com> wrote:

Yes please

On Thu, Mar 25, 2021 at 2:12 PM Andrea Cross <andrea@escrowofthewest.com> wrote:

Please see attached and let me know if approved to send?

**WARNING! WIRE FRAUD ADVISORY**

Before sending funds, always call your Escrow team to verify wire information





**Andrea Cross**

Senior Escrow Officer

9440 Santa Monica Blvd. Suite 310, Beverly Hills, CA. 90210

6

P. (310) 402-5555 ext. 2071 | E-Fax. (310) 402-5556

Direct. (310) 402-5470

www.escrowofthewest.com



click here for disclosure

We are always looking for ways to improve our service. Please take a moment to complete this short survey about your recent experience.



**From:** Artur Elizarov [mailto:artur.elizarov@gmail.com]
**Sent:** Thursday, March 25, 2021 11:06 AM
**To:** Andrea Cross <andrea@escrowofthewest.com>
**Subject:** Re: Unisom

anyway to include the incoming lean amount and just send it to them so they can figure out what they are going to waive? The amount is 107,270.

On Thu, Mar 25, 2021 at 10:42 AM Andrea Cross <andrea@escrowofthewest.com> wrote:

Will do!

**WARNING! WIRE FRAUD ADVISORY**

Before sending funds, always call your Escrow team to verify wire information





**Andrea Cross**

Senior Escrow Officer

---

9440 Santa Monica Blvd. Suite 310, Beverly Hills, CA. 90210

P. (310) 402-5555 ext. 2071 | E-Fax. (310) 402-5556

Direct. (310) 402-5470

www.escrowofthewest.com



click here for disclosure

We are always looking for ways to improve our service. Please take a moment to complete this short survey about your recent experience.



**From:** Artur Elizarov [mailto:artur.elizarov@gmail.com]
**Sent:** Thursday, March 25, 2021 10:42 AM
**To:** Andrea Cross <andrea@escrowofthewest.com>
**Subject:** Unisom

EOTW_000153

**Exhibit AA - 8**

Andrea-

Can you provide the Unisom Letter along with just the closing costs and purchase price to Pete at coldwater bank. Please tell him you are still working on the the full itemized closing statement and will provide once its ready.

Art