Sean C. Wagner (Pro Hac Vice)
Derek M. Bast (Pro Hac Vice)
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte, North Carolina 28202
Tel: (704) 705-7538
Fax: (704) 705-7787

John Forest Hilbert, Esq. (SBN 105827)
Joseph A. LeVota, Esq. (SBN 226760)
**HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
San Diego, California 92108
Telephone:   (619) 795-0300
Facsimile:    (619) 501-6855

Counsel for Plaintiff
GOLDWATER BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A., | Case No. 5:21-cv-00616-JWH-SPx |
| Plaintiff, | |
| v. | **PLAINTIFF GOLDWATER BANK, N.A.'S RESPONSES TO ARTUR ELIZAROV'S FIRST SET OF REQUESTS FOR PRODUCTION** |
| ARTUR ELIZAROV, ET AL. | |
| Defendants. | |

PROPOUNDING PARTY:      Defendant Artur Elizarov

ANSWERING PARTY:       Plaintiff Goldwater Bank, N.A.

SET NO.:          One

NOW COMES Plaintiff Goldwater Bank, N.A. ("Goldwater"), by and through counsel, and responds to Defendant Artur Elizarov's ("Elizarov") First Set of Interrogatories (the "Interrogatories") as follows:

**Exhibit DD - 1**

2.     All items that GOLDWATER listed in response to interrogatory 2.3 in INTERROGATORIES. If the records include emails, GOLDWATER must produce these emails in one of the following electronic formats: EML, MBOX, or MSG. If GOLDWATER cannot produce the emails in these electronic formats (which is highly unlikely because all modern email systems use at least one of these formats), then GOLDWATER must produce a legible text-searchable PDF copy of the emails organized chronologically with all the header information attached to each email. If the records include Short Message Service (SMS), Multimedia Messaging Service (MMS) messages,

Exhibit DD - 2

or messages transmitted over the Internet (e.g., through Slack, WhatsApp, Telegram, Facebook Messenger, etc.), GOLDWATER must produce these records in one of these electronic formats: JSON or XML. If GOLDWATER cannot produce the records in one of these formats, then GOLDWATER must produce a continuous text-searchable PDF printout of the messages organized chronologically showing the dates and the times of each message.

**RESPONSE:** **To the extent that this Request relies on Interrogatory No. 2, Goldwater reasserts its objections raised in response to Interrogatory No. 2. Goldwater also objects to the phrase "items listed in response to interrogatory 2.3" because the phrase items is vague, and interrogatory 2.3 refers broadly to "evidence," which would include non-documentary evidence, testimonial evidence, and items not in Goldwater's possession, custody, or control. Goldwater further objects under Fed. R. Civ. P. 34(b)(2)(D) to Elizarov's request that Goldwater produce all responsive emails in native formats with file extension EML, MBOX, or MSG. This matter has already been actively litigated for more than a year, and Goldwater has already collected the vast majority of the relevant emails in searchable PDF format. Additionally, Goldwater has obtained relevant emails from third-parties, which were provided to Goldwater in PDF, rather than native, format as well. As such, Goldwater intends to produce responsive emails in searchable PDF format. Subject to and without waiving its objections, Goldwater will produce all non-privileged, responsive documents supporting Goldwater's contention that Elizarov made false statements of fact in his forbearance application.**

Dated:  April 22, 2022.

                              WAGNER HICKS PLLC
                              By:  ___/s/ Derek M. Bast_____
                                     Sean C. Wagner, Esq.
                                     Derek M. Bast, Esq.

                                     And

                              HILBERT & SATTERLY LLP
                              By: /s/ Joseph A. Levota_____
                                     John Forest Hilbert, Esq.
                                     Joseph A. LeVota, Esq.

                              *ATTORNEYS FOR GOLDWATER BANK, N.A.*

**Exhibit DD - 4**