7/26/22, 7:27 PM  Is Form 710 (Mortgage Assistance Application) required to verify hardship for putting a borrower on a COVID-19 related forbearance plan?



SINGLE FAMILY

# Servicing Guide

**Download PDF Guide** (Published: July 13 2022 )

## Search the Guide  *(For best result, pose your search like a question.)*

Search the Guide... e.g. How do I know if my borrower qualifies for forbearance?

Home  /  COVID-19  /  COVID FAQs

Share

### Is Form 710 (Mortgage Assistance Application) required to verify hardship for putting a borrower on a COVID-19 related forbearance plan?

For COVID-19 impacted borrowers, no additional documentation other than the borrower's attestation to a financial hardship caused by the COVID-19 emergency is required for the borrower receiving a forbearance plan.

> **Note:** This FAQ is from the Fannie Mae COVID-19 Frequently Asked Questions. Form 710 can be downloaded here.

**See below for more information on COVID-19:**

- Fannie Mae's COVID-19 page
- The Impact of COVID-19 on Servicing
- Fannie Mae Servicing Lender Letter LL 2021 02

Was this article helpful?  **Yes**  /  **No**

## Have You Tried Ask Poli?



**Poli knows. Just ask.**

Ask Poli features exclusive Q&As and more—plus official *Selling & Servicing Guide* content.

Try Ask Poli ▸

### Related Articles

**AskPoli**
Customers Recommend Ask Poli

If you have additional questions, Fannie Mae customers can **visit Ask Poli** to get information from other Fannie Mae published sources.

**Guide Resources**

For a comprehensive list of resources such as access forms, announcements, lender letters, notices and more.

**Visit Selling and Servicing Guide Communications and Forms**

Exhibit F - 1

Case 5:21-cv-00616-JWH-SP Document 177-14 Filed 08/16/22 Page 2 of 2 Page ID #:1970

**Working with Fannie Mae**

[Customer Login](#)
[Password Reset](#)
[Not a customer? Get Started](#)

**Products & Solutions**

[Mortgage Products & Options](#)
[Technology Apps & Solutions](#)

**Support & Resources**

[Customer Service](#)
[News & Events](#)
[Learning Center](#)
[Guide Forms](#)

**Other Sites**

[The Marketing Center](#)
[Know Your Options](#)
[Duty to Serve](#)
[HomePath](#)

© 2020 Fannie Mae

Suppliers
Careers
Contact Us

Legal
Privacy

Exhibit F - 2