Re: Activity in Case 5:21 cv 00616 JWH SP Goldwater Bank, N.A. v. Artur Elizarov et al Order on Ex Parte Application for Relief of Discovery Matter

Ilya ALEKSEYEFF <ilya@loia.legal>

Mon 2022-08-08 1:05 PM

To Derek Ba t <derek ba t@wagnerhick law>

Derek,

Thank you for taking my call.

To recap:

1. I will not move to quash PaeDae subpoena because you did not seek Mr Elizarov's financial information.

2. You affirmed that you had stopped the service of the subpoena on the EDD because you agreed with my privilege claim

3. We discussed the scope of discovery You told me that Mr Elizarov's income information from Rite Care was relevant to show that Mr. Elizarov lied about his income in the loan application. I reminded you that the complaint did not allege any such fraud and represented that the scope of discovery in general and in fraud cases in particular did not allow Goldwater to seek discovery for the purpose of uncovering some additional, unalleged misconduct  I also promised to send you authorities on that point. I will do so shortly in a separate email.

4. We discussed the CARES Act. I advised you that *if* the information about income and assets were material (i e , Goldwater could rely on the information in making the forbearance decision), then Goldwater could arguably get discovery on those issues. However, I also mentioned that the CARES Act did not allow Goldwater to require proof of hardship  Once Mr Elizarov requested a forbearance and affirmed the existence of hardship, Goldwater *had to* approve the application. When you questioned whether CARES Act applied to the loan, I also mentioned that the discovery that I received from you repeatedly referred to Mr. Elizarov's loan as a "conventional FNMA" loan, which certainly suggests that the loan qualified for CARES Act  I also suggested that you look into this issue because the outcome of the motion may hinge on it.

5. I confirmed that Goldwater's answer to the motion to quash in Florida Southern District was due Monday, August 15, 2022

6 You allowed me until this Friday to send you back my input on the joint stipulation re Goldwater discovery motions (thank you).

7. We discussed deposition dates. I am available on these dates in August: 19, 26, 29, 30. Mr. Elizarov is not available in August  I will send you the date for both Mr Elizarov and me in September shortly.

Let me know if I missed anything

Thank you.

Sincerely,
**LOIA, Inc. (APLC)**

Exhibit GG - 1

# Ilya Alekseyeff

**Mr. Ilya Alekseyeff**
*Attorney at Law (CA, FL & NY)*
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592
E-mail: ilya@loia.legal

**Exhibit GG - 2**