**Re: Goldwater v. Elizarov, CACD 5:21-cv-616**

Ilya ALEKSEYEFF <ilya@loia.legal>

Fri 2022-08-12 4:05 PM

To: Derek Bast <derek.bast@wagnerhicks.law>
Cc: Sean Wagner <sean.wagner@wagnerhicks.law>

Why offer me your belief? Your client should have records. What I have so far has FNMA written all over it. Doors your client has something to show they FNMA rejected the loan?

I will send you the records that I'm referring to shortly.

Also, many California moans are nonconforming but still FNMA insured.

---

**From:** Derek Bast <derek.bast@wagnerhicks.law>
**Sent:** Friday, August 12, 2022 3:56:35 PM
**To:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Cc:** Sean Wagner <sean.wagner@wagnerhicks.law>
**Subject:** RE: Goldwater v. Elizarov, CACD 5:21-cv-616

Thanks, Ilya.

On the CARES Act, I do believe that Elizarov's loan was not a federally-backed loan subject to the CARES Act. The loan principal was $686,250, which is in excess of the FHFA limits for conforming loans that could be backed by Fannie and Freddie. (https://www.fhfa.gov/Media/PublicAffairs/Pages/FHFA-Announces-Maximum-Conforming-Loan-Limits-for-2019.aspx). The limit for single-family homes in Riverside County, CA in 2019 was $484,350. (2019 spreadsheet of county-by-county limits is available here: https://www.fhfa.gov/DataTools/Downloads/Pages/Conforming-Loan-Limit.aspx)

**Derek M. Bast**
Wagner Hicks PLLC
704.705.8311
derek.bast@wagnerhicks.law

---

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Friday, August 12, 2022 3:59 PM
**To:** Derek Bast <derek.bast@wagnerhicks.law>
**Subject:** Goldwater v. Elizarov, CACD 5:21-cv-616

Derek,

Here's my joint stip and my exhibits. Please, send a complete PDF to me for signature after you review these documents.

I plan to file my motion to qash this coming Monday. When we spoke this past Monday, I asked you to get back to me regarding the CARES Act. You have not. If you have a position on the issue or evidence showing that the CARES Act did not apply, please share it with me right away.

Thank you.

Sincerely,

**LOIA, Inc. (APLC)**

*Ilya Alekseyeff*

**Mr. Ilya Alekseyeff**
*Attorney at Law (CA, FL & NY)*
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592
E-mail: ilya@loia.legal

**Exhibit JJ - 2**