# Uniform Residential Loan Application

Goldwater Bank, National Association

LOAN #: 909216931

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☒ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

DocuSigned by: [signature]
7/3/2019 | 14:01:38 PDT

Borrower / Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

Mortgage Applied for: ☐ VA  ☒ Conventional  ☐ Other (explain):
☐ FHA  ☐ USDA/Rural Housing Service

Agency Case Number:
Lender Case Number: 909216931

Amount: $686,250.00
Interest Rate: 5.000 %
No. of Months: 360
Amortization Type: ☐ Fixed Rate  ☐ Other (explain):  ☐ GPM  ☒ ARM (type): 1YLWSJ

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 291 W. Overlook Road, Palm Springs, CA 92264-8934 County: Riverside
No. of Units: 1

Legal Description of Subject Property (attach description if necessary): See title
Year Built: 1945

Purpose of Loan: ☒ Purchase  ☐ Construction  ☐ Other (explain):
☐ Refinance  ☐ Construction-Permanent

Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| | $ | $ | | Cost: $ |

Title will be held in what Name(s): Artur Elizarov
Manner in which Title will be held: To be decided in escrow
Estate will be held in: ☒ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain): Checking/Savings, Unison assisted

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name | Artur Elizarov | |
| Social Security Number | | |
| Home Phone | | |
| DOB | | |
| Yrs. School | 16 | |
| Marital Status | ☐ Married  ☒ Unmarried  ☐ Separated | ☐ Married  ☐ Unmarried  ☐ Separated |
| Dependents | no. 0  ages 0 | no.  ages |
| Present Address | 828 Westmount Drive, West Hollywood, CA 90069  ☐ Own ☒ Rent  No. Yrs. 2Y 1M | ☐ Own ☐ Rent  No. Yrs. |
| Mailing Address | 828 Westmount Drive, West Hollywood, CA 90069 | |

If residing at present address for less than two years, complete the following:

| Former Address | ☐ Own ☐ Rent  No. Yrs. | ☐ Own ☐ Rent  No. Yrs. |
|---|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | Rite Care Hospice, 14144 Ventura Blvd Ste 304, San Francisco, CA 94123  ☐ Self Employed | ☐ Self Employed |
| Yrs. on this job | 0Y 6M | |
| Yrs. employed in this line of work/profession | 15 | |
| Position/Title/Type of Business | EVP Operations | |
| Business Phone | | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

Uniform Residential Loan Application
Freddie Mac Form 65  7/05 (rev.6/09)
Ellie Mae, Inc.
Page 1 of 6
Fannie Mae Form 1003  7/05 (rev.6/09)
GURLA09CA_S  0917
GURLA09S (POD)
07/02/2019 02:17 PM PST
GOLDWATER_000005
Exhibit K