RECORDING REQUESTED BY
STEWART TITLE OF CA, INC.

When recorded, mail to:
Goldwater Bank, N.A.
Attn: Final Document Department
P.O. Box 25064
Albuquerque, NM 87125
844-799-4653

DOC # 2021-0245826
04/20/2021 03:02 PM Fees: $147.00
Page 1 of 17
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: ELENA #448

Title Order No.: 0625-5974427
Escrow No.: 0625-5974427
LOAN #: 909216931

---------------[Space Above This Line For Recording Data]---------------

# DEED OF TRUST

Accommodation Recording

MIN 1009209-4100147547-4
MERS PHONE #: 1-888-679-6377

DEFINITIONS
Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.
(A) "Security Instrument" means this document, which is dated July 31, 2019,             together with all Riders to this document.
(B) "Borrower" is   ARTUR ELIZAROV, AN UNMARRIED MAN.

Borrower's address is   828 Westmount Drive, West Hollywood, CA 90069.

Borrower is the trustor under this Security Instrument.
(C) "Lender" is   Goldwater Bank, N.A..

Lender is  a Corporation,                              organized and existing under the laws of
The United States of America.        Lender's address is    2525 E. Camelback Rd, Suite
1100, Phoenix, AZ 85016.

CALIFORNIA – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3005 1/01
Ellie Mae, Inc. Page 1 of 13
CAEDEDL  0219
CAEDEDL (CLS)
07/31/2019 10:36 AM PST



GOLDWATER_000117

Exhibit L