| Form 668 (Z) (Rev. 10-2000) | 1872 | Department of the Treasury - Internal Revenue Service **Certificate of Release of Federal Tax Lien** |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7  Lien Unit Phone: (800) 913-6050 | Serial Number  280102417 | For Use by Recording Office |
|---|---|---|

I certify that the following-named taxpayer, under the requirements of section 6325 of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on **October 16**, **2017**, is authorized to note the books to show the release of this lien for these taxes and additions.

002483

Name of Taxpayer   ARTUR ELIZAROV

Residence   11623 MORRISON ST
            N HOLLYWOOD, CA 91601-4346

COURT RECORDING INFORMATION:

| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| n/a | n/a | n/a | 20171178616 |

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | XXX-XX-**** | 11/30/2015 | 12/30/2025 | 107787.69 |

Place of Filing

COUNTY RECORDER
LOS ANGELES COUNTY
NORWALK, CA 90650

Total   107787.69

This notice was prepared and signed at   OAKLAND, CA  , on this,

the   18th   day of   December  ,   2019  .

| Signature | Title |
|---|---|
| *[signed]* | Operations Manager, Centralized Lien Operation |

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Certificate of Release of Federal Tax Lien   Rev. Rul. 71-466, 1971 - 2 C.B. 409

Part 2 - Taxpayer's Copy

Form 668 (Z) (Rev. 10-2000)
CAT. NO 600261

**Exhibit O - 1**

This document shows that we have mailed a Certificate of Release of Federal Tax Lien to the place of filing shown on the front of this form.

There is no need to contact the Internal Revenue Service regarding this document. It is a copy for your records.

## KEEP THIS DOCUMENT IN A SAFE PLACE

This document may be helpful in answering future questions about the filing and release of the Notice of Federal Tax Lien.

Este documento muestra que hemos enviado pro correo un Certificado de Relevo de Gravamen del Impuesto Federal, en el área de radicación (presentación) que se muestra en la parte de al frente de ésta forma.

No es necesario que se comunique con el Servicio de Impuestos Internos (IRS) sobre este documento. Esto es una copia para sus récords (archivos).

## GUARDE ESTE DOCUMENTO EN UN LUGAR SEGURO

Este documento puede servirle mas adelante para contestar preguntas futuras acerca de su radicación (presentación) de Relevo de Gravamen del Impuesto Federal.

**Exhibit O - 2**

**IRS** Department of the Treasury
Internal Revenue Service

PO BOX 145595, STOP 8420G
CINCINNATI, OH 45250-5585

SLID: 280102417
COURT: LOS ANGELES

002483.882256.453609.27184 1 SP 0.500 536

ARTUR ELIZAROV
828 WESTMOUNT DR
W HOLLYWOOD, CA 90069-4610

002483