## Loss Mitigation 90-120 Days Delinquency Review Checklist

Account# 909216931_____   ☒ Checked Note & Mortgage for all cosigners

Borrower: _Artur Elizarov_____   Co-Borrower: _____

Property Address: _828 Westmount Drive, West Hollywood, CA. 90069_____

Original Balance: $686,250.00_____   Investor: FNMA_____

Unpaid Principal Balance: $679,565.53_____   Loan Type: Conventional_____

UA Balance $0_____   Date Closed: 07/31/2019_____

Interest Rate: 5.3750 %

Payment: $4944.11_____

Next Due: 04/01/2020_____

Reason For Default:

| | | | |
|---|---|---|---|
| ___ | 1 | Death of Principal Mortgagor/Family Member | 2 Month Letter : N/A |
| ___ | 2 | Illness of Principal Mortgagor/Family Member | Demand Letter: N/A |
| ___ | 3 | Marital Difficulties/Divorce | FTF (NM only): |
| ___ | 4 | Curtailment of Income | Last Inspection: 8/10/2020 |
| ___ | 5 | Excessive Obligations | |
| ___ | 6 | Property Problem | Good _X_  Fair_____  Poor_____ |
| ___ | 7 | Inability To Rent/Sell Property | Vacant_____  Owner_x_  Tenant_____  UTV_____ |
| ___ | 8 | Military Service | |
| ___ | 9 | Unemployed Date _____ | Last Lexis Nexis: None |
| X | 10 | Other (Explain)   COVID19 | |

_____

_____

Property Type: _SFH_____   (MFH Taxed as Real Estate?): _____

HOA: _Yes_____   Last Call: _9/30/2020_____   Next Call: _10/01/2020_____

Collector Arrangement (Include Starting date - Ending date, Amounts, Terms, Etc.)

Borrower on a covid19 forbearance extension from 7/01 to 9/30, financial hardship not resolved.

borrower stated he will be needing an extension as he is still in work hours reduction due to covid19, did send request.

_____

Collector Approved: _Leticia(Lettie)Aguilar_____   Date: _9/30/2020_____

Manager Comments: _____

_____

_____

☐ Ready to Scan          ☐ Needs Further Review See Comments

Home Retention Manager Approved: _____   Date: _____

## Foreclosure Referral

Approved: _____   Date: _____

Approved: _____   Date: _____

Approved: _____   Date: _____

GOLDWATER_000531

**Exhibit P - 1**

# Loss Mitigation 90-120 Days Delinquency Review Checklist

Account# 909216931        [X] Checked Note & Mortgage for all cosigners

Borrower: Artur Elizarov        Co-Borrower: _____

Property Address: 828 Westmount Drive, West Hollywood, CA. 90069 _____

Original Balance: $686,250.00 _____      Investor: FNMA _____

Unpaid Principal Balance: $679,565.53 _____     Loan Type: Conventional _____

UA Balance $0 _____     Date Closed: 07/31/2019 _____

                                   Interest Rate:           5.3750 %

                                   Payment: $4944.11

**Reason For Default:**

                                   Next Due: 04/01/2020

____ 1   Death of Principal Mortgagor/Family Member      2 Month Letter : N/A

____ 2   Illness of Principal Mortgagor/Family Member      Demand Letter: N/A

____ 3   Marital Difficulties/Divorce                   FTF (NM only): _____

____ 4   Curtailment of Income                      Last Inspection: 7/14/2020

____ 5   Excessive Obligations

____ 6   Property Problem                        Good X    Fair_____    Poor_____

____ 7   Inability To Rent/Sell Property     Vacant_____   Owner_x_   Tenant_____   UTV_____

____ 8   Military Service

____ 9   Unemployed Date _____        Last Lexis Nexis: None

_X_ 10   Other (Explain)     No Contact.

_____

_____

Property Type: SFH _____ (MFH Taxed as Real Estate?): _____

HOA: Yes _____ Last Call: 7/27/2020 _____ Next Call: 07/30/2020 _____

Collector Arrangement (Include Starting date - Ending date, Amounts, Terms, Etc.)

Borrower on a covid19 forbearance extension from 7/01 to 9/30, financial hardship not resolved.

Forbearance payment is still due for July.

_____

Collector Approved: Leticia(Lettie)Aguilar _____ Date: 7/30/2020 _____

Manager Comments: _____

_____

_____

[X] Ready to Scan             [ ] Needs Further Review See Comments

Home Retention Manager Approved: AB _____ Date: 7/30/20 _____

## Foreclosure Referral

Approved: _____ Date: _____

Approved: _____ Date: _____

Approved: _____ Date: _____

GOLDWATER_000532

**Exhibit P - 2**

## Loss Mitigation 90-120 Days Delinquency Review Checklist

Account# 909216931        [X] Checked Note & Mortgage for all cosigners

Borrower: Artur Elizarov      Co-Borrower: _____

Property Address: 828 Westmount Drive, West Hollywood, CA. 90069

Original Balance: $ 686,250.00       Investor: FNMA

Unpaid Principal Balance: $679,565.53     Loan Type: Conventional

UA Balance $ 0        Date Closed: 07/31/2019

        Interest Rate: 5.3750 %

        Payment: $ 4944.11

        Next Due: 04/01/2020

Reason For Default:

| | | Reason | |
|---|---|---|---|
| ___ | 1 | Death of Principal Mortgagor/Family Member | 2 Month Letter : N/A |
| ___ | 2 | Illness of Principal Mortgagor/Family Member | Demand Letter: N/A |
| ___ | 3 | Marital Difficulties/Divorce | FTF (NM only): |
| ___ | 4 | Curtailment of Income | Last Inspection: 06/09/2020 |
| ___ | 5 | Excessive Obligations | |
| ___ | 6 | Property Problem | Good X   Fair_____   Poor_____ |
| ___ | 7 | Inability To Rent/Sell Property | Vacant_____   Owner x   Tenant_____   UTV_____ |
| ___ | 8 | Military Service | |
| ___ | 9 | Unemployed Date _____ | Last Lexis Nexis: None |
| X | 10 | Other (Explain)    No Contact. | |

Property Type: SF _____ (MFH Taxed as Real Estate?): _____

HOA: Yes _____ Last Call: 06/25/2020 _____ Next Call: 07/01/2020 _____

Collector Arrangement (Include Starting date - Ending date, Amounts, Terms, Etc.)

Account was recently transfered from GWB HFS to WS GWB effective July payment.

Collector Approved: Leticia(Lettie)Aguilar _____ Date: 06/29/2020 _____

Manager Comments: _____

[✓] Ready to Scan        [ ] Needs Further Review See Comments

Home Retention Manager Approved: AB _____ Date: 7/1/20 _____

## Foreclosure Referral

Approved: _____ Date: _____

Approved: _____ Date: _____

Approved: _____ Date: _____

GOLDWATER_000533
**Exhibit P - 3**