NFROnline.com - Login                                                                    Page 1 of 1
Case 5:21-cv-00616-JWH-SP   Document 177-28   Filed 08/16/22   Page 1 of 29   Page ID
#:2000

NATIONAL FIELD **NFR**
REPRESENTATIVES

PO Box 1440, Claremont, NH 03743
Phone: (603) 543-1000
Fax: (603) 543-1818

**Property Information** ▼

Loan #:          909216931        Artur Elizarov
Loan Type:     FNMA               291 W. OVerlook Road
                                              Palm Springs, CA 92264

Photos for Inspection                                                              Inspected on: 02/16/2021

View:                                                                                              Page Size:
All Photos [3 photos]                                    Page: |      1      | of 1      | 12 ▾ |

|◄   ◄   ►   ►|        Viewing 1 - 3 of 3 photos        Back to originating page



Property Condition (#1)          Property Condition (#2)

Property Condition (#3)

|◄   ◄   ►   ►|        Viewing 1 - 3 of 3 photos        Back to originating page

Updated: 02/18/2021 - 10:10 am                    ©2010-2021 National Field Representatives.  All Rights Reserved.

GOLDWATER_000536
**Exhibit R - 1**
2/18/2021



PO Box 1440, Claremont, NH 03743
Phone: (603) 543-1000
Fax: (603) 543-1818

## Inspection Results

| | |
|---|---|
| **West Star Mortgage Co** | **ATTN:** Leticia Aguilar |
| Artur Elizarov | **Loan #:** 909216931 |
| 291 W. OVerlook Road | **Loan Type:** FNMA |
| Palm Springs, CA 92264 | **Insp Type:** Form30 |
| | **Insp Chg:** |

## Occupancy Information / Property Condition

| | | | |
|---|---|---|---|
| **Occ:** | Occupied | **Condition:** | GOOD |
| **For Sale:** | NO | **Prop Type:** | SING FAM |
| | | **Construction:** | STUCCO |
| | | **Neighborhood:** | Stable |
| **Occupied By:** | UNKNOWN | **House Color:** | Gray\Gray |
| **How Verified:** | VISUAL | **# of Stories:** | 1 STORY |
| | | **Est Value:** | 250K |

## Vacancy Information / Damage / Hazards

*Checked only if noted*

| | | | |
|---|---|---|---|
| **Elect On:** | Y | | |
| **Gas On:** | Y | | |
| **Water On:** | Y | **Storm:** | **Neglect:** |
| **Pers. Prop:** | Y | **Flood:** | **Vandalism:** |
| **Pool On-Site:** | U | **Fire:** | **Roof Leak:** |
| **Pool Secure:** | | **Freeze:** | **Env Haz:** |
| **Prop Secure:** | | | **Other:** |
| **Ht of Grass:** | 0 | **FTV Date:** | |

## Interview Information

| | | |
|---|---|---|
| **Interviewee:** | **Tenant Name:** | |
| **Home Phone:** | **Rent Paid To:** | |
| **Work Phone:** | **Tenant Phone:** | |
| **Reason Del:** | **Oblig Type:** | |
| **Attitude:** | **Oblig Name:** | |
| **Income Type:** | **Oblig Bal:** | |
| **Income Amt:** | **Oblig Pmt:** | |

## Inspection Information

| | |
|---|---|
| **Date Insp:** 2/16/2021 | **Comments:** |
| **Returned:** | Property appears occupied. Exterior lights on |
| **Reps Initials:** RIT-CA | |
| | **Recommend:** |
| **Wint'd:** | |
| **Sec'd:** | |

**GOLDWATER_000537**
**Exhibit R - 2**

## Fannie Mae - Property Inspection Report

### L. Loan Information

| | | | |
|---|---|---|---|
| Name of mortgagor:<br>Artur Elizarov | Servicer:<br>West Star Mortgage Co | Loan Number: | Servicer Loan number:<br>909216931 |
| Property Address:<br>291 W. OVerlook Road Palm Springs CA | Property Type:<br>SING FAM | KeyCode: | Lock Box: |
| If mfd home is it permanently attached to the foundation? n/a | | Reason for Inspection: Collections | |

### I. Inspector Information

| | |
|---|---|
| Date of inspection: 2/16/2021 | InspectedBy: RIT-CA |
| Inspection company: National Field Reps, Inc | Inspector signature: |

### A. Access

| Were you able to complete interior Inspection? **No**<br>If no, indicate why: **Interior inspection not ordered** | Did lockbox combo or key code provided work? **n/a**<br>Corrected key code: | If an inspection wasn't able to be completed, why? |
|---|---|---|

### 1. General Information

| 1.1 What is the occupancy status?  **Occupied**<br><br>1.2 If occupied, property occupied by:  **UNKNOWN**<br><br>1.3 Are there violations posted?  **No**<br><br>1.4 If Yes, violations for: | 1.5 Violations Dated:<br><br>1.6 Has the issue cited on the violation been resolved?  **n/a**<br><br>1.7 Present at property:<br><br>1.8 Are there any potential hazards at the property that could damage an adjoining property?  **No** | 1.9 Is the exterior maintained by an HOA?  **No**<br><br>1.10 Is the property connected to sewer or septic? |
|---|---|---|

### 2. Main structure

| 2.1 How many doors are boarded?  **0**<br><br>2.2 How many exterior doors are broken?  **0**<br><br>2.3 How many exterior doors need to be secured?  **0**<br><br>2.4 How many windows are boarded?  **0**<br><br>2.5 How many windows are broken?  **0**<br><br>2.6 Are any shutters in need of repair?  **No** | 2.7 Are there damages to the foundation?  **No**<br><br>2.8 Do any decks and/or porches appear to be unacceptable/unsafe?  **No**<br><br>2.9 Any handrails damaged or missing from steps?  **No**<br><br>2.10 Any damaged gutters or disconnected gutters?  **No**<br><br>2.11 Any damaged/disconnected downspouts or extensions?  **No** | 2.12 Are there any drainage concerns?  **Unk**<br><br>2.13 Do any crawl spaces / vents / lines need to be secured or covered?<br><br>2.14 Are any drain pipes missing or damaged?  **Unk**<br><br>2.15 Is there a tarp on the roof of the main dwelling?  **No**<br><br>2.16 Is there any obvious roof damage on the main dwelling?  **No** |
|---|---|---|

### 3. Detached structures

| 3.1 The following are tarped:<br><br>3.2 The following are boarded:<br><br>3.3 The following are unsecure: | 3.4 The following have exterior surfaces that need repair:<br><br>3.5 The following require roof repairs: | 3.6 The following are in disrepair:<br><br>3.7 The following have graffiti: |
|---|---|---|

GOLDWATER_000538
**Exhibit R - 3**

**4. Pool**

| | | |
|---|---|---|
| 4.1 Is there a pool present?<br>   [X] Unknown<br><br>Is there a Hot tub / Spa present?<br>   [X] None | 4.2 Does the pool / Hot Tub / Spa need to be treated?<br><br>4.3 Does the pool / hot tub need to be properly secured by a fence / gate / lanai? | 4.4 Is the fence / gate / lanai surrounding the pool damaged?<br><br>4.5 Is pool / hot tub equipment missing?<br>   Unknown |

**5. Yard**

| | | |
|---|---|---|
| 5.1 Is there debris in the yard?  **No**<br><br>5.2 Is there personal property in the yard?  **Yes**<br><br>5.3 Does fencing around property need repair?  **No** | 5.4 Does the lawn need maintenance?  **No**<br><br>5.5 Does the property have overgrown weeds or invasive species?  **No** | 5.6 Do trees and bushes need to be trimmed back from the structure?  **No**<br><br>5.7 Does the lawn need edging?  **No**<br><br>5.8 Are all paved areas free of snow and ice? |

**6. Utilities**

| | | |
|---|---|---|
| 6.1 Which utility meters are present?<br>   [X] Electric [X] Water [X] Gas<br><br>6.2 Which utilities are on?<br>   [X] Electric [X] Water [X] Gas | 6.3 Are there any shared utilities?  **No**<br><br>6.4 Does the water need to be turned off at the curb?  **No** | |

**7. General Exterior**

| | | |
|---|---|---|
| 7.1 Are there any environmental concerns?  **No**<br><br>7.2 Is there a leaking oil tank on the property?  **No** | 7.3 Is there an above ground propane tank on the property?  **No**<br><br>7.4 Is there graffiti on the property?  **No** | 7.5 Are there required exterior repairs?  **No** |

| |
|---|
| 7.6 Comments<br>   Property appears occupied. Exterior lights on |

**8. Kitchen / Bathroom / Utility**

| | | |
|---|---|---|
| 8.1 Is built in microwave present?<br><br>8.2 Is cook top present?<br><br>8.3 Is Dishwasher present?<br><br>8.4 Is Garbage Disposal present?<br><br>8.5 Is Range present?<br><br>8.6 Is Refrigerator present? | 8.7 Is ventilation hood present?<br><br>8.8 Is clothes washer/dryer present?<br><br>8.9 Is any Other appliance present?<br><br>8.10 Are any GFCI outlets missing in wet areas?<br><br>8.11 Are any HVAC components missing (inside or out)? | 8.12 Are any toilets missing?<br><br>8.13 Are any tubs/showers missing?<br><br>8.14 Are any plumbing fixtures or pipe missing?<br><br>8.15 Are any water heaters missing?<br><br>8.16 Is the electrical panel damaged or missing? |

**9. Basement**

| | | |
|---|---|---|
| 9.1 Is a crock present for a sump pump?<br><br>9.2 Is the sump pump | 9.3 Sump pump not operational because:<br><br>9.4 Does the basement appear to have water | |

GOLDWATER_000539<br>
**Exhibit R - 4**

Case 5:21-cv-00616-JWH-SP   Document 177-28   Filed 08/16/22   Page 5 of 29   Page ID
#:2004

| operational? | **n/a** | penetration? | |
|---|---|---|---|

Page 2 of 3

GOLDWATER_000540
**Exhibit R - 5**

| 10. General Interior | | |
|---|---|---|
| 10.1 Is there Personal Property in the house?   **Yes** | 10.4 If discoloration is present does it appear to be causing further damage? | 10.9 Does the water need to be turned off at the main interior? |
| 10.2 Are cover plates missing or wires uncapped? | 10.5 Are there holes present? | 10.10 Is there raw or perishable garbage present? |
| 10.3 Do the floors have holes or trip hazards that might cause personal injury? | 10.6 Does the attic appear to have damage? | 10.11 Which detectors are present? |
| | 10.7 Does there appear to be a rodent/insect infestation? | 10.12 Which detectors are functioning properly? |
| | 10.8 Winterization status: | 10.13 Are there any required repairs? |

| 10.14 Comments - Interior |
|---|

| 11. General Condition | | |
|---|---|---|
| 11.1 Are there signs of insurable damages? | 11.4 General condition of property | |
| | [X] C2 Very minor work needed to bring property up to good condition | |
| 11.2 How would you characterize the neighborhood?   **Stable** | | |
| 11.3 How does the property compare to neighborhood standards?   [X] At | | |

I represent and warrant that I have conducted a visual only inspection of this property and that, to the best of my knowledge and belief, the information contained in this report is accurate. I am not a licensed electrician, plumber, mold specialist, HVAC contractor or structural engineer.

Page 3 of 3

Overview | Send Message | Forward Item | 3 photos

Your response: [ Request Inspection | Request Work Order | No Work Needed | Decide Later ]

©2010-2021 National Field Representatives.  All Rights Reserved.

GOLDWATER_000541

**Exhibit R - 6**

2/18/2021

**NATIONAL FIELD NFR REPRESENTATIVES**

PO Box 1440, Claremont, NH 03743
Phone: (603) 543-1000
Fax: (603) 543-1818

**Inspection** #909216931                **Inspected:** 8/10/2020



Property Condition - #1          Property Condition - #2          Property Condition - #3

Property Condition - #4

Thumbnails [ 1-4 ]  [back to originating page]

**Property Information** 🏚 🖼 ▲

| | | |
|---|---|---|
| Loan #: | 909216931 | Artur Elizarov |
| Loan Type: | FNMA | 291 W. OVerlook Road |
| Date FTV: | | Palm Springs, CA 92264 |
| Secured: | | Key Code: |
| **Winterized:** | | **Lockbox:** |
| Conv Cond: | | |

Special Forms

Updated: 08/17/2020 - 10:36 pm

©2010-2020 National Field Representatives.  All Rights Reserved.

GOLDWATER_000542
**Exhibit R - 7**



PO Box 1440, Claremont, NH 03743
Phone: (603) 543-1000
Fax: (603) 543-1818

## Inspection Results

| **West Star Mortgage Co** | **ATTN:** | Leticia Aguilar |
|---|---|---|
| Artur Elizarov | **Loan #:** | 909216931 |
| 291 W. OVerlook Road | **Loan Type:** | FNMA |
| Palm Springs, CA 92264 | **Insp Type:** | Form30 |
| | **Insp Chg:** | 30  5153784 |

| Occupancy Information | | Property Condition | |
|---|---|---|---|
| **Occ:** | Occupied | **Condition:** | GOOD |
| **For Sale:** | NO | **Prop Type:** | SING FAM |
| | | **Construction:** | STUCCO |
| | | **Neighborhood:** | Stable |
| **Occupied By:** | UNKNOWN | **House Color:** | Gray\Gray |
| **How Verified:** | VISUAL | **# of Stories:** | 1 STORY |
| | | **Est Value:** | 250K |

| Vacancy Information | | Damage / Hazards | |
|---|---|---|---|
| **Elect On:** | Y | *Checked only if noted* | |
| **Gas On:** | Y | | |
| **Water On:** | Y | **Storm:** | **Neglect:** |
| **Pers. Prop:** | Y | **Flood:** | **Vandalism:** |
| **Pool On-Site:** | U | **Fire:** | **Roof Leak:** |
| **Pool Secure:** | | **Freeze:** | **Env Haz:** |
| **Prop Secure:** | | | **Other:** |
| **Ht of Grass:** | 0 | **FTV Date:** | |

| Interview Information | | |
|---|---|---|
| **Interviewee:** | **Tenant Name:** | |
| **Home Phone:** | **Rent Paid To:** | |
| **Work Phone:** | **Tenant Phone:** | |
| **Reason Del:** | **Oblig Type:** | |
| **Attitude:** | **Oblig Name:** | |
| **Income Type:** | **Oblig Bal:** | |
| **Income Amt:** | **Oblig Pmt:** | |

| Inspection Information | |
|---|---|
| **Date Insp:** 8/10/2020 | **Comments:** |
| **Returned:** | Vehicle onsite. No visible house number |
| **Reps Initials:** RIT-CA | |
| | **Recommend:** |
| **Wint'd:** | |
| **Sec'd:** | |

GOLDWATER_000543
**Exhibit R - 8**

NFROnline.com - Form 30 Detail — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — Page 2 of 5

Case 5:21-cv-00616-JWH-SP    Document 177-28    Filed 08/16/22    Page 9 of 29    Page ID
#:2008

**Fannie Mae - Property Inspection Report**

**L. Loan Information**

| Name of mortgagor:<br>Artur Elizarov | Servicer:<br>West Star Mortgage Co | Loan Number: | Servicer Loan number:<br>909216931 |
|---|---|---|---|
| Property Address:<br>291 W. OVerlook Road Palm Springs CA | Property Type:<br>SING FAM | KeyCode: | Lock Box: |
| If mfd home is it permanently attached to the foundation? n/a | | Reason for Inspection: Collections | |

**I. Inspector Information**

| Date of inspection: 8/10/2020 | InspectedBy: RIT-CA | |
|---|---|---|
| Inspection company: National Field Reps, Inc | | Inspector signature: |

**A. Access**

| Were you able to complete interior Inspection? **No** If no, indicate why: **Interior inspection not ordered** | Did lockbox combo or key code provided work? **n/a** Corrected key code: | If an inspection wasn't able to be completed, why? |
|---|---|---|

**1. General Information**

| 1.1 What is the occupancy status? **Occupied**<br><br>1.2 If occupied, property occupied by: **UNKNOWN**<br><br>1.3 Are there violations posted? **No**<br><br>1.4 If Yes, violations for: | 1.5 Violations Dated:<br><br>1.6 Has the issue cited on the violation been resolved? **n/a**<br><br>1.7 Present at property:<br><br>1.8 Are there any potential hazards at the property that could damage an adjoining property? **No** | 1.9 Is the exterior maintained by an HOA? **No**<br><br>1.10 Is the property connected to sewer or septic? |
|---|---|---|

**2. Main structure**

| 2.1 How many doors are boarded? **0**<br><br>2.2 How many exterior doors are broken? **0**<br><br>2.3 How many exterior doors need to be secured? **0**<br><br>2.4 How many windows are boarded? **0**<br><br>2.5 How many windows are broken? **0**<br><br>2.6 Are any shutters in need of repair? **No** | 2.7 Are there damages to the foundation? **No**<br><br>2.8 Do any decks and/or porches appear to be unacceptable/unsafe? **No**<br><br>2.9 Any handrails damaged or missing from steps? **No**<br><br>2.10 Any damaged gutters or disconnected gutters? **No**<br><br>2.11 Any damaged/disconnected downspouts or extensions? **No** | 2.12 Are there any drainage concerns? **Unk**<br><br>2.13 Do any crawl spaces / vents / lines need to be secured or covered?<br><br>2.14 Are any drain pipes missing or damaged? **Unk**<br><br>2.15 Is there a tarp on the roof of the main dwelling? **No**<br><br>2.16 Is there any obvious roof damage on the main dwelling? **No** |
|---|---|---|

**3. Detached structures**

| 3.1 The following are tarped:<br><br>3.2 The following are boarded:<br><br>3.3 The following are unsecure: | 3.4 The following have exterior surfaces that need repair:<br><br>3.5 The following require roof repairs: | 3.6 The following are in disrepair:<br><br>3.7 The following have graffiti: |
|---|---|---|

GOLDWATER_000544
**Exhibit R - 9**

**4. Pool**

| | | |
|---|---|---|
| 4.1 Is there a pool present? [X] Unknown<br><br>Is there a Hot tub / Spa present? [X] None | 4.2 Does the pool / Hot Tub / Spa need to be treated?<br><br>4.3 Does the pool / hot tub need to be properly secured by a fence / gate / lanai? | 4.4 Is the fence / gate / lanai surrounding the pool damaged?<br><br>4.5 Is pool / hot tub equipment missing? Unknown |

**5. Yard**

| | | |
|---|---|---|
| 5.1 Is there debris in the yard?  **No**<br><br>5.2 Is there personal property in the yard?  **Yes**<br><br>5.3 Does fencing around property need repair?  **No** | 5.4 Does the lawn need maintenance?  **No**<br><br>5.5 Does the property have overgrown weeds or invasive species?  **No** | 5.6 Do trees and bushes need to be trimmed back from the structure?  **No**<br><br>5.7 Does the lawn need edging?  **No**<br><br>5.8 Are all paved areas free of snow and ice? |

**6. Utilities**

| | | |
|---|---|---|
| 6.1 Which utility meters are present? [X] Electric [X] Water [X] Gas<br><br>6.2 Which utilities are on? [X] Electric [X] Water [X] Gas | 6.3 Are there any shared utilities?  **No**<br><br>6.4 Does the water need to be turned off at the curb?  **No** | |

**7. General Exterior**

| | | |
|---|---|---|
| 7.1 Are there any environmental concerns?  **No**<br><br>7.2 Is there a leaking oil tank on the property?  **No** | 7.3 Is there an above ground propane tank on the property?  **No**<br><br>7.4 Is there graffiti on the property?  **No** | 7.5 Are there required exterior repairs?  **No** |

7.6 Comments
    Vehicle onsite. No visible house number

**8. Kitchen / Bathroom / Utility**

| | | |
|---|---|---|
| 8.1 Is built in microwave present?<br><br>8.2 Is cook top present?<br><br>8.3 Is Dishwasher present?<br><br>8.4 Is Garbage Disposal present?<br><br>8.5 Is Range present?<br><br>8.6 Is Refrigerator present? | 8.7 Is ventilation hood present?<br><br>8.8 Is clothes washer/dryer present?<br><br>8.9 Is any Other appliance present?<br><br>8.10 Are any GFCI outlets missing in wet areas?<br><br>8.11 Are any HVAC components missing (inside or out)? | 8.12 Are any toilets missing?<br><br>8.13 Are any tubs/showers missing?<br><br>8.14 Are any plumbing fixtures or pipe missing?<br><br>8.15 Are any water heaters missing?<br><br>8.16 Is the electrical panel damaged or missing? |

**9. Basement**

| | | |
|---|---|---|
| 9.1 Is a crock present for a sump pump?<br><br>9.2 Is the sump pump | 9.3 Sump pump not operational because:<br><br>9.4 Does the basement appear to have water | |

GOLDWATER_000545
**Exhibit R - 10**

Case 5:21-cv-00616-JWH-SP   Document 177-28   Filed 08/16/22   Page 11 of 29   Page ID
#:2010

| operational? | **n/a** | penetration? | |
|---|---|---|---|

Page 2 of 3

GOLDWATER_000546
**Exhibit R - 11**

| **10. General Interior** | | |
|---|---|---|
| 10.1 Is there Personal Property in the house?   **Yes** | 10.4 If discoloration is present does it appear to be causing further damage? | 10.9 Does the water need to be turned off at the main interior? |
| 10.2 Are cover plates missing or wires uncapped? | 10.5 Are there holes present? | 10.10 Is there raw or perishable garbage present? |
| 10.3 Do the floors have holes or trip hazards that might cause personal injury? | 10.6 Does the attic appear to have damage? | 10.11 Which detectors are present? |
| | 10.7 Does there appear to be a rodent/insect infestation? | 10.12 Which detectors are functioning properly? |
| | 10.8 Winterization status: | 10.13 Are there any required repairs? |

| 10.14 Comments - Interior |
|---|

| **11. General Condition** | | |
|---|---|---|
| 11.1 Are there signs of insurable damages? | 11.4 General condition of property

[X] C2 Very minor work needed to bring property up to good condition | |
| 11.2 How would you characterize the neighborhood?   **Stable** | | |
| 11.3 How does the property compare to neighborhood standards?
   [X] At | | |

I represent and warrant that I have conducted a visual only inspection of this property and that, to the best of my knowledge and belief, the information contained in this report is accurate. I am not a licensed electrician, plumber, mold specialist, HVAC contractor or structural engineer.

Overview | Send Message | Forward Item | 4 photos

Your response: [ Request Inspection | Request Work Order | No Work Needed | Decide Later ]

Updated: 08/17/2020 - 10:41 pm                                    ©2010-2020 National Field Representatives.  All Rights Reserved.

GOLDWATER_000547
**Exhibit R - 12**



PO Box 1440, Claremont, NH 03743
Phone: (603) 543-1000
Fax: (603) 543-1818

## Inspection Results

| **West Star Mortgage Co** | **ATTN:** | Leticia Aguilar |
| Artur Elizarov | **Loan #:** | 909216931 |
| 291 W. OVerlook Road | **Loan Type:** | FNMA |
| Palm Springs, CA 92264 | **Insp Type:** | Form30 |
| | **Insp Chg:** | |

| **Occupancy Information** | | **Property Condition** | |
| **Occ:** | Occupied | **Condition:** | GOOD |
| **For Sale:** | NO | **Prop Type:** | SING FAM |
| | | **Construction:** | STUCCO |
| | | **Neighborhood:** | Stable |
| **Occupied By:** | UNKNOWN | **House Color:** | Gray\Gray |
| **How Verified:** | VISUAL | **# of Stories:** | 1 STORY |
| | | **Est Value:** | 250K |

| **Vacancy Information** | | **Damage / Hazards** | |
| **Elect On:** | Y | *Checked only if noted* | |
| **Gas On:** | Y | | |
| **Water On:** | Y | **Storm:** | **Neglect:** |
| **Pers. Prop:** | Y | **Flood:** | **Vandalism:** |
| **Pool On-Site:** | U | **Fire:** | **Roof Leak:** |
| **Pool Secure:** | | **Freeze:** | **Env Haz:** |
| **Prop Secure:** | | | **Other:** |
| **Ht of Grass:** | 0 | **FTV Date:** | |

| **Interview Information** | | |
| **Interviewee:** | **Tenant Name:** |
| **Home Phone:** | **Rent Paid To:** |
| **Work Phone:** | **Tenant Phone:** |
| **Reason Del:** | **Oblig Type:** |
| **Attitude:** | **Oblig Name:** |
| **Income Type:** | **Oblig Bal:** |
| **Income Amt:** | **Oblig Pmt:** |

| **Inspection Information** | | | |
| **Date Insp:** | 7/14/2020 | **Comments:** | |
| **Returned:** | | Personals onsite. | |
| **Reps Initials:** | RIT-CA | | |
| | | **Recommend:** | |
| **Wint'd:** | | | |
| **Sec'd:** | | | |

GOLDWATER_000548
**Exhibit R - 13**

**Fannie Mae - Property Inspection Report**

**L. Loan Information**

| Name of mortgagor:<br>Artur Elizarov | Servicer:<br>West Star Mortgage Co | Loan Number: | Servicer Loan number:<br>909216931 |
|---|---|---|---|
| Property Address:<br>291 W. OVerlook Road Palm Springs CA | Property Type:<br>SING FAM | KeyCode: | Lock Box: |
| If mfd home is it permanently attached to the foundation? n/a | | Reason for Inspection: Collections | |

**I. Inspector Information**

| Date of inspection: 7/14/2020 | InspectedBy: RIT-CA | |
|---|---|---|
| Inspection company: National Field Reps, Inc | | Inspector signature: |

**A. Access**

| Were you able to complete interior Inspection? **No** If no, indicate why: **Interior inspection not ordered** | Did lockbox combo or key code provided work? **n/a** Corrected key code: | If an inspection wasn't able to be completed, why? |
|---|---|---|

**1. General Information**

| 1.1 What is the occupancy status?   **Occupied**<br><br>1.2 If occupied, property occupied by:   **UNKNOWN**<br><br>1.3 Are there violations posted?   **No**<br><br>1.4 If Yes, violations for: | 1.5 Violations Dated:<br><br>1.6 Has the issue cited on the violation been resolved?   **n/a**<br><br>1.7 Present at property:<br><br>1.8 Are there any potential hazards at the property that could damage an adjoining property?   **No** | 1.9 Is the exterior maintained by an HOA?   **No**<br><br>1.10 Is the property connected to sewer or septic? |
|---|---|---|

**2. Main structure**

| 2.1 How many doors are boarded?   **0**<br><br>2.2 How many exterior doors are broken?   **0**<br><br>2.3 How many exterior doors need to be secured?   **0**<br><br>2.4 How many windows are boarded?   **0**<br><br>2.5 How many windows are broken?   **0**<br><br>2.6 Are any shutters in need of repair?   **No** | 2.7 Are there damages to the foundation?   **No**<br><br>2.8 Do any decks and/or porches appear to be unacceptable/unsafe?   **No**<br><br>2.9 Any handrails damaged or missing from steps?   **No**<br><br>2.10 Any damaged gutters or disconnected gutters?   **No**<br><br>2.11 Any damaged/disconnected downspouts or extensions?   **No** | 2.12 Are there any drainage concerns?   **Unk**<br><br>2.13 Do any crawl spaces / vents / lines need to be secured or covered?<br><br>2.14 Are any drain pipes missing or damaged?   **Unk**<br><br>2.15 Is there a tarp on the roof of the main dwelling?   **No**<br><br>2.16 Is there any obvious roof damage on the main dwelling?   **No** |
|---|---|---|

**3. Detached structures**

| 3.1 The following are tarped:<br><br>3.2 The following are boarded:<br><br>3.3 The following are unsecure: | 3.4 The following have exterior surfaces that need repair:<br><br>3.5 The following require roof repairs: | 3.6 The following are in disrepair:<br><br>3.7 The following have graffiti: |
|---|---|---|

GOLDWATER_000549
**Exhibit R - 14**

| 4. Pool | | |
|---|---|---|
| 4.1 Is there a pool present?<br>    [X] Unknown<br><br>Is there a Hot tub / Spa present?<br>    [X] None | 4.2 Does the pool / Hot Tub / Spa need to be treated?<br><br>4.3 Does the pool / hot tub need to be properly secured by a fence / gate / lanai? | 4.4 Is the fence / gate / lanai surrounding the pool damaged?<br><br>4.5 Is pool / hot tub equipment missing?<br>    Unknown |

| 5. Yard | | |
|---|---|---|
| 5.1 Is there debris in the yard?    **No**<br><br>5.2 Is there personal property in the yard?    **Yes**<br><br>5.3 Does fencing around property need repair?    **No** | 5.4 Does the lawn need maintenance?    **No**<br><br>5.5 Does the property have overgrown weeds or invasive species?    **No** | 5.6 Do trees and bushes need to be trimmed back from the structure?    **No**<br><br>5.7 Does the lawn need edging?    **No**<br><br>5.8 Are all paved areas free of snow and ice? |

| 6. Utilities | | |
|---|---|---|
| 6.1 Which utility meters are present?<br>    [X] Electric [X] Water [X] Gas<br><br>6.2 Which utilities are on?<br>    [X] Electric [X] Water [X] Gas | 6.3 Are there any shared utilities?    **No**<br><br>6.4 Does the water need to be turned off at the curb?    **No** | |

| 7. General Exterior | | |
|---|---|---|
| 7.1 Are there any environmental concerns?    **No**<br><br>7.2 Is there a leaking oil tank on the property?    **No** | 7.3 Is there an above ground propane tank on the property?    **No**<br><br>7.4 Is there graffiti on the property?    **No** | 7.5 Are there required exterior repairs?    **No** |

| 7.6 Comments |
|---|
|     Personals onsite. |

| 8. Kitchen / Bathroom / Utility | | |
|---|---|---|
| 8.1 Is built in microwave present?<br><br>8.2 Is cook top present?<br><br>8.3 Is Dishwasher present?<br><br>8.4 Is Garbage Disposal present?<br><br>8.5 Is Range present?<br><br>8.6 Is Refrigerator present? | 8.7 Is ventilation hood present?<br><br>8.8 Is clothes washer/dryer present?<br><br>8.9 Is any Other appliance present?<br><br>8.10 Are any GFCI outlets missing in wet areas?<br><br>8.11 Are any HVAC components missing (inside or out)? | 8.12 Are any toilets missing?<br><br>8.13 Are any tubs/showers missing?<br><br>8.14 Are any plumbing fixtures or pipe missing?<br><br>8.15 Are any water heaters missing?<br><br>8.16 Is the electrical panel damaged or missing? |

| 9. Basement | | |
|---|---|---|
| 9.1 Is a crock present for a sump pump?<br><br>9.2 Is the sump pump | 9.3 Sump pump not operational because:<br><br>9.4 Does the basement appear to have water | |

GOLDWATER_000550
**Exhibit R - 15**

| operational? | **n/a** | penetration? | |
|---|---|---|---|

Page 2 of 3

GOLDWATER_000551
**Exhibit R - 16**

| 10. General Interior | | |
|---|---|---|
| 10.1 Is there Personal Property in the house?   **Yes**<br><br>10.2 Are cover plates missing or wires uncapped?<br><br>10.3 Do the floors have holes or trip hazards that might cause personal injury? | 10.4 If discoloration is present does it appear to be causing further damage?<br><br>10.5 Are there holes present?<br><br>10.6 Does the attic appear to have damage?<br><br>10.7 Does there appear to be a rodent/insect infestation?<br><br>10.8 Winterization status: | 10.9 Does the water need to be turned off at the main interior?<br><br>10.10 Is there raw or perishable garbage present?<br><br>10.11 Which detectors are present?<br><br>10.12 Which detectors are functioning properly?<br><br>10.13 Are there any required repairs? |

| 10.14 Comments - Interior |
|---|

| 11. General Condition | | |
|---|---|---|
| 11.1 Are there signs of insurable damages?<br><br>11.2 How would you characterize the neighborhood?   **Stable**<br><br>11.3 How does the property compare to neighborhood standards?<br>    [X] At | 11.4 General condition of property<br><br>[X] C2 Very minor work needed to bring property up to good condition | |

I represent and warrant that I have conducted a visual only inspection of this property and that, to the best of my knowledge and belief, the information contained in this report is accurate. I am not a licensed electrician, plumber, mold specialist, HVAC contractor or structural engineer.

Page 3 of 3

Overview | Send Message | Forward Item | 3 photos

Your response: [ Request Inspection | Request Work Order | No Work Needed | Decide Later ]

Updated: 07/14/2020 - 06:57 pm                          ©2010-2020 National Field Representatives. All Rights Reserved.

GOLDWATER_000552
**Exhibit R - 17**

**NATIONAL FIELD NFR REPRESENTATIVES**

PO Box 1440, Claremont, NH 03743
Phone: (603) 543-1000
Fax: (603) 543-1818

**Inspection** #909216931            **Inspected:** 7/14/2020



Property Condition - #1



Property Condition - #2



Property Condition - #3

Thumbnails [ 1-3 ] [back to originating page]

**Property Information**

| | |
|---|---|
| Loan #: | 909216931 |
| Loan Type: | FNMA    Artur Elizarov |
| Date FTV: | 291 W. OVerlook Road |
| Secured: | Palm Springs, CA 92264 |
| **Winterized:** | Key Code: |
| Conv Cond: | **Lockbox:** |

Special Forms

Updated: 07/14/2020 - 06:55 pm          ©2010-2020 National Field Representatives. All Rights Reserved.

GOLDWATER_000553
**Exhibit R - 18**



PO Box 1440, Claremont, NH 03743
Phone: (603) 543-1000
Fax: (603) 543-1818

## Inspection Results

| | |
|---|---|
| **West Star Mortgage Co** | **ATTN:** Leticia Aguilar |
| Artur Elizarov | **Loan #:** 909216931 |
| 291 W. OVerlook Road | **Loan Type:** FNMA |
| Palm Springs, CA 92264 | **Insp Type:** Form30 |
| | **Insp Chg:** |

## Occupancy Information / Property Condition

| Occupancy Information | Property Condition |
|---|---|
| **Occ:** Occupied | **Condition:** GOOD |
| **For Sale:** NO | **Prop Type:** SING FAM |
| | **Construction:** STUCCO |
| | **Neighborhood:** Stable |
| **Occupied By:** UNKNOWN | **House Color:** Gray\Gray |
| **How Verified:** VISUAL | **# of Stories:** 1 STORY |
| | **Est Value:** 250K |

## Vacancy Information / Damage / Hazards

| Vacancy Information | Damage / Hazards |
|---|---|
| **Elect On:** Y | *Checked only if noted* |
| **Gas On:** Y | |
| **Water On:** Y | **Storm:**           **Neglect:** |
| **Pers. Prop:** Y | **Flood:**           **Vandalism:** |
| **Pool On-Site:** U | **Fire:**            **Roof Leak:** |
| **Pool Secure:** | **Freeze:**          **Env Haz:** |
| **Prop Secure:** | **Other:** |
| **Ht of Grass:** 0 | **FTV Date:** |

## Interview Information

| | |
|---|---|
| **Interviewee:** | **Tenant Name:** |
| **Home Phone:** | **Rent Paid To:** |
| **Work Phone:** | **Tenant Phone:** |
| **Reason Del:** | **Oblig Type:** |
| **Attitude:** | **Oblig Name:** |
| **Income Type:** | **Oblig Bal:** |
| **Income Amt:** | **Oblig Pmt:** |

## Inspection Information

| | |
|---|---|
| **Date Insp:** 7/14/2020 | **Comments:** |
| **Returned:** | Personals onsite. |
| **Reps Initials:** RIT-CA | |
| | **Recommend:** |
| **Wint'd:** | |
| **Sec'd:** | |

GOLDWATER_000554

**Exhibit R - 19**

**Fannie Mae - Property Inspection Report**

**L. Loan Information**

| | | | |
|---|---|---|---|
| Name of mortgagor:<br>Artur Elizarov | Servicer:<br>West Star Mortgage Co | Loan Number: | Servicer Loan number:<br>909216931 |
| Property Address:<br>291 W. OVerlook Road Palm Springs CA | Property Type:<br>SING FAM | KeyCode: | Lock Box: |
| If mfd home is it permanently attached to the foundation? n/a | | Reason for Inspection: Collections | |

**I. Inspector Information**

| | |
|---|---|
| Date of inspection: 7/14/2020 | InspectedBy: RIT-CA |
| Inspection company: National Field Reps, Inc | Inspector signature: |

**A. Access**

| Were you able to complete interior Inspection? **No** If no, indicate why: **Interior inspection not ordered** | Did lockbox combo or key code provided work? **n/a** Corrected key code: | If an inspection wasn't able to be completed, why? |
|---|---|---|

**1. General Information**

| 1.1 What is the occupancy status?   **Occupied**<br><br>1.2 If occupied, property occupied by:   **UNKNOWN**<br><br>1.3 Are there violations posted?   **No**<br><br>1.4 If Yes, violations for: | 1.5 Violations Dated:<br><br>1.6 Has the issue cited on the violation been resolved?   **n/a**<br><br>1.7 Present at property:<br><br>1.8 Are there any potential hazards at the property that could damage an adjoining property?   **No** | 1.9 Is the exterior maintained by an HOA?   **No**<br><br>1.10 Is the property connected to sewer or septic? |
|---|---|---|

**2. Main structure**

| 2.1 How many doors are boarded?   **0**<br><br>2.2 How many exterior doors are broken?   **0**<br><br>2.3 How many exterior doors need to be secured?   **0**<br><br>2.4 How many windows are boarded?   **0**<br><br>2.5 How many windows are broken?   **0**<br><br>2.6 Are any shutters in need of repair?   **No** | 2.7 Are there damages to the foundation?   **No**<br><br>2.8 Do any decks and/or porches appear to be unacceptable/unsafe?   **No**<br><br>2.9 Any handrails damaged or missing from steps?   **No**<br><br>2.10 Any damaged gutters or disconnected gutters?   **No**<br><br>2.11 Any damaged/disconnected downspouts or extensions?   **No** | 2.12 Are there any drainage concerns?   **Unk**<br><br>2.13 Do any crawl spaces / vents / lines need to be secured or covered?<br><br>2.14 Are any drain pipes missing or damaged?   **Unk**<br><br>2.15 Is there a tarp on the roof of the main dwelling?   **No**<br><br>2.16 Is there any obvious roof damage on the main dwelling?   **No** |
|---|---|---|

**3. Detached structures**

| 3.1 The following are tarped:<br><br>3.2 The following are boarded:<br><br>3.3 The following are unsecure: | 3.4 The following have exterior surfaces that need repair:<br><br>3.5 The following require roof repairs: | 3.6 The following are in disrepair:<br><br>3.7 The following have graffiti: |
|---|---|---|

GOLDWATER_000555
**Exhibit R - 20**

### 4. Pool

| | | |
|---|---|---|
| 4.1 Is there a pool present?<br>   [X] Unknown<br><br>Is there a Hot tub / Spa present?<br>   [X] None | 4.2 Does the pool / Hot Tub / Spa need to be treated?<br><br>4.3 Does the pool / hot tub need to be properly secured by a fence / gate / lanai? | 4.4 Is the fence / gate / lanai surrounding the pool damaged?<br><br>4.5 Is pool / hot tub equipment missing?<br>   Unknown |

### 5. Yard

| | | |
|---|---|---|
| 5.1 Is there debris in the yard?   **No**<br><br>5.2 Is there personal property in the yard?   **Yes**<br><br>5.3 Does fencing around property need repair?   **No** | 5.4 Does the lawn need maintenance?   **No**<br><br>5.5 Does the property have overgrown weeds or invasive species?   **No** | 5.6 Do trees and bushes need to be trimmed back from the structure?   **No**<br><br>5.7 Does the lawn need edging?   **No**<br><br>5.8 Are all paved areas free of snow and ice? |

### 6. Utilities

| | | |
|---|---|---|
| 6.1 Which utility meters are present?<br>   [X] Electric [X] Water [X] Gas<br><br>6.2 Which utilities are on?<br>   [X] Electric [X] Water [X] Gas | 6.3 Are there any shared utilities?   **No**<br><br>6.4 Does the water need to be turned off at the curb?   **No** | |

### 7. General Exterior

| | | |
|---|---|---|
| 7.1 Are there any environmental concerns?   **No**<br><br>7.2 Is there a leaking oil tank on the property?   **No** | 7.3 Is there an above ground propane tank on the property?   **No**<br><br>7.4 Is there graffiti on the property?   **No** | 7.5 Are there required exterior repairs?   **No** |

| |
|---|
| 7.6 Comments<br>   Personals onsite. |

### 8. Kitchen / Bathroom / Utility

| | | |
|---|---|---|
| 8.1 Is built in microwave present?<br><br>8.2 Is cook top present?<br><br>8.3 Is Dishwasher present?<br><br>8.4 Is Garbage Disposal present?<br><br>8.5 Is Range present?<br><br>8.6 Is Refrigerator present? | 8.7 Is ventilation hood present?<br><br>8.8 Is clothes washer/dryer present?<br><br>8.9 Is any Other appliance present?<br><br>8.10 Are any GFCI outlets missing in wet areas?<br><br>8.11 Are any HVAC components missing (inside or out)? | 8.12 Are any toilets missing?<br><br>8.13 Are any tubs/showers missing?<br><br>8.14 Are any plumbing fixtures or pipe missing?<br><br>8.15 Are any water heaters missing?<br><br>8.16 Is the electrical panel damaged or missing? |

### 9. Basement

| | | |
|---|---|---|
| 9.1 Is a crock present for a sump pump?<br><br>9.2 Is the sump pump | 9.3 Sump pump not operational because:<br><br>9.4 Does the basement appear to have water | |

GOLDWATER_000556
**Exhibit R - 21**

Case 5:21-cv-00616-JWH-SP   Document 177-28   Filed 08/16/22   Page 22 of 29   Page ID
#:2021

| operational? | **n/a** | penetration? | |
|---|---|---|---|

Page 2 of 3

GOLDWATER_000557
**Exhibit R - 22**

Case 5:21-cv-00616-JWH-SP   Document 177-28   Filed 08/16/22   Page 23 of 29   Page ID #:2022

| 10. General Interior | | |
|---|---|---|
| 10.1 Is there Personal Property in the house?   **Yes** | 10.4 If discoloration is present does it appear to be causing further damage? | 10.9 Does the water need to be turned off at the main interior? |
| 10.2 Are cover plates missing or wires uncapped? | 10.5 Are there holes present? | 10.10 Is there raw or perishable garbage present? |
| 10.3 Do the floors have holes or trip hazards that might cause personal injury? | 10.6 Does the attic appear to have damage? | 10.11 Which detectors are present? |
| | 10.7 Does there appear to be a rodent/insect infestation? | 10.12 Which detectors are functioning properly? |
| | 10.8 Winterization status: | 10.13 Are there any required repairs? |

| 10.14 Comments - Interior | | |
|---|---|---|
| **11. General Condition** | | |
| 11.1 Are there signs of insurable damages? | 11.4 General condition of property [X] C2 Very minor work needed to bring property up to good condition | |
| 11.2 How would you characterize the neighborhood?   **Stable** | | |
| 11.3 How does the property compare to neighborhood standards?   [X] At | | |

I represent and warrant that I have conducted a visual only inspection of this property and that, to the best of my knowledge and belief, the information contained in this report is accurate. I am not a licensed electrician, plumber, mold specialist, HVAC contractor or structural engineer.

Page 3 of 3

Overview | Send Message | Forward Item | 3 photos

Your response: [ Request Inspection | Request Work Order | No Work Needed | Decide Later ]

Updated: 07/14/2020 - 06:55 pm                    ©2010-2020 National Field Representatives.  All Rights Reserved.

GOLDWATER_000558
**Exhibit R - 23**



PO Box 1440, Claremont, NH 03743
Phone: (603) 543-1000
Fax: (603) 543-1818

| **Inspection** #909216931 | **Inspected:** 6/09/2020 |
| --- | --- |



| Property Condition - #1 | Property Condition - #2 | Property Condition - #3 |
| --- | --- | --- |

Thumbnails [ 1-3 ]   [back to originating page]

## Property Information

| | | | |
| --- | --- | --- | --- |
| **Loan #:** | 909216931 | **FTV:** | |
| **Loan Type:** | FNMA | **Secured:** | |
| **Mortgagor:** | Artur Elizarov | **Key Code:** | |
| | 291 W. OVerlook Road | **Lockbox:** | |
| | Palm Springs, CA 92264 | **Winterized:** | |
| **Address Corr:** | | **Conv Cond:** | |

Special Forms... | Upload files...

Updated: 06/10/2020 - 07:34 pm          ©2010-2020 National Field Representatives.  All Rights Reserved.

GOLDWATER_000559
**Exhibit R - 24**



NATIONAL FIELD **NFR**
REPRESENTATIVES

PO Box 1440, Claremont, NH 03743
Phone: (603) 543-1000
Fax: (603) 543-1818

## Inspection Results

| | | | |
|---|---|---|---|
| **West Star Mortgage Co** | | **ATTN:** | Leticia Aguilar |
| Artur Elizarov | | **Loan #:** | 909216931 |
| 291 W. OVerlook Road | | **Loan Type:** | FNMA |
| Palm Springs, CA 92264 | | **Insp Type:** | Form30 |
| | | **Insp Chg:** | 30  5151876 |

| Occupancy Information | Property Condition | |
|---|---|---|
| **Occ:** Occupied | **Condition:** | GOOD |
| **For Sale:** NO | **Prop Type:** | SING FAM |
| | **Construction:** | STUCCO |
| | **Neighborhood:** | Stable |
| **Occupied By:** UNKNOWN | **House Color:** | Gray\Gray |
| **How Verified:** VISUAL | **# of Stories:** | 1 STORY |
| | **Est Value:** | 250K |

| Vacancy Information | Damage / Hazards | |
|---|---|---|
| **Elect On:** Y | *Checked only if noted* | |
| **Gas On:** Y | | |
| **Water On:** Y | **Storm:** | **Neglect:** |
| **Pers. Prop:** Y | **Flood:** | **Vandalism:** |
| **Pool On-Site:** U | **Fire:** | **Roof Leak:** |
| **Pool Secure:** | **Freeze:** | **Env Haz:** |
| **Prop Secure:** | | **Other:** |
| **Ht of Grass:** 0 | **FTV Date:** | |

| Interview Information | | |
|---|---|---|
| **Interviewee:** | **Tenant Name:** | |
| **Home Phone:** | **Rent Paid To:** | |
| **Work Phone:** | **Tenant Phone:** | |
| **Reason Del:** | **Oblig Type:** | |
| **Attitude:** | **Oblig Name:** | |
| **Income Type:** | **Oblig Bal:** | |
| **Income Amt:** | **Oblig Pmt:** | |

| Inspection Information | | |
|---|---|---|
| **Date Insp:** 6/09/2020 | **Comments:** | |
| **Returned:** | Vehicle onsite. | |
| **Reps Initials:** RIT-CA | | |
| | **Recommend:** | |
| **Wint'd:** | | |
| **Sec'd:** | | |

GOLDWATER_000560
**Exhibit R - 25**

## Fannie Mae - Property Inspection Report

**L. Loan Information**

| Name of mortgagor:<br>Artur Elizarov | Servicer:<br>West Star Mortgage Co | Loan Number: | Servicer Loan number:<br>909216931 |
|---|---|---|---|
| Property Address:<br>291 W. OVerlook Road Palm Springs CA | Property Type:<br>SING FAM | KeyCode: | Lock Box: |
| If mfd home is it permanently attached to the foundation? n/a | | Reason for Inspection: Collections | |

**I. Inspector Information**

| Date of inspection: 6/09/2020 | InspectedBy: RIT-CA |
|---|---|
| Inspection company: National Field Reps, Inc | Inspector signature: |

**A. Access**

| Were you able to complete interior Inspection? **No** If no, indicate why: **Interior inspection not ordered** | Did lockbox combo or key code provided work? **n/a** Corrected key code: | If an inspection wasn't able to be completed, why? |
|---|---|---|

**1. General Information**

| 1.1 What is the occupancy status? **Occupied**<br><br>1.2 If occupied, property occupied by: **UNKNOWN**<br><br>1.3 Are there violations posted? **No**<br><br>1.4 If Yes, violations for: | 1.5 Violations Dated:<br><br>1.6 Has the issue cited on the violation been resolved? **n/a**<br><br>1.7 Present at property:<br><br>1.8 Are there any potential hazards at the property that could damage an adjoining property? **No** | 1.9 Is the exterior maintained by an HOA? **No**<br><br>1.10 Is the property connected to sewer or septic? |
|---|---|---|

**2. Main structure**

| 2.1 How many doors are boarded? **0**<br><br>2.2 How many exterior doors are broken? **0**<br><br>2.3 How many exterior doors need to be secured? **0**<br><br>2.4 How many windows are boarded? **0**<br><br>2.5 How many windows are broken? **0**<br><br>2.6 Are any shutters in need of repair? **No** | 2.7 Are there damages to the foundation? **No**<br><br>2.8 Do any decks and/or porches appear to be unacceptable/unsafe? **No**<br><br>2.9 Any handrails damaged or missing from steps? **No**<br><br>2.10 Any damaged gutters or disconnected gutters? **No**<br><br>2.11 Any damaged/disconnected downspouts or extensions? **No** | 2.12 Are there any drainage concerns? **Unk**<br><br>2.13 Do any crawl spaces / vents / lines need to be secured or covered?<br><br>2.14 Are any drain pipes missing or damaged? **Unk**<br><br>2.15 Is there a tarp on the roof of the main dwelling? **No**<br><br>2.16 Is there any obvious roof damage on the main dwelling? **No** |
|---|---|---|

**3. Detached structures**

| 3.1 The following are tarped:<br><br>3.2 The following are boarded:<br><br>3.3 The following are unsecure: | 3.4 The following have exterior surfaces that need repair:<br><br>3.5 The following require roof repairs: | 3.6 The following are in disrepair:<br><br>3.7 The following have graffiti: |
|---|---|---|

GOLDWATER_000561
**Exhibit R - 26**

NFROnline.com - Form 30 Detail                                     Page 3 of 5
Case 5:21-cv-00616-JWH-SP   Document 177-28   Filed 08/16/22   Page 27 of 29   Page ID
#:2026

| 4. Pool | | |
|---|---|---|
| 4.1 Is there a pool present?<br>    [X] Unknown<br><br>Is there a Hot tub / Spa present?<br>    [X] None | 4.2 Does the pool / Hot Tub / Spa need to be treated?<br><br>4.3 Does the pool / hot tub need to be properly secured by a fence / gate / lanai? | 4.4 Is the fence / gate / lanai surrounding the pool damaged?<br><br>4.5 Is pool / hot tub equipment missing?    Unknown |

| 5. Yard | | |
|---|---|---|
| 5.1 Is there debris in the yard?    **No**<br><br>5.2 Is there personal property in the yard?    **Yes**<br><br>5.3 Does fencing around property need repair?    **No** | 5.4 Does the lawn need maintenance?    **No**<br><br>5.5 Does the property have overgrown weeds or invasive species?    **No** | 5.6 Do trees and bushes need to be trimmed back from the structure?    **No**<br><br>5.7 Does the lawn need edging?    **No**<br><br>5.8 Are all paved areas free of snow and ice? |

| 6. Utilities | | |
|---|---|---|
| 6.1 Which utility meters are present?<br>    [X] Electric [X] Water [X] Gas<br><br>6.2 Which utilities are on?<br>    [X] Electric [X] Water [X] Gas | 6.3 Are there any shared utilities?    **No**<br><br>6.4 Does the water need to be turned off at the curb?    **No** | |

| 7. General Exterior | | |
|---|---|---|
| 7.1 Are there any environmental concerns?    **No**<br><br>7.2 Is there a leaking oil tank on the property?    **No** | 7.3 Is there an above ground propane tank on the property?    **No**<br><br>7.4 Is there graffiti on the property?    **No** | 7.5 Are there required exterior repairs?    **No** |
| 7.6 Comments<br>    Vehicle onsite. | | |

| 8. Kitchen / Bathroom / Utility | | |
|---|---|---|
| 8.1 Is built in microwave present?<br><br>8.2 Is cook top present?<br><br>8.3 Is Dishwasher present?<br><br>8.4 Is Garbage Disposal present?<br><br>8.5 Is Range present?<br><br>8.6 Is Refrigerator present? | 8.7 Is ventilation hood present?<br><br>8.8 Is clothes washer/dryer present?<br><br>8.9 Is any Other appliance present?<br><br>8.10 Are any GFCI outlets missing in wet areas?<br><br>8.11 Are any HVAC components missing (inside or out)? | 8.12 Are any toilets missing?<br><br>8.13 Are any tubs/showers missing?<br><br>8.14 Are any plumbing fixtures or pipe missing?<br><br>8.15 Are any water heaters missing?<br><br>8.16 Is the electrical panel damaged or missing? |

| 9. Basement | | |
|---|---|---|
| 9.1 Is a crock present for a sump pump?<br><br>9.2 Is the sump pump | 9.3 Sump pump not operational because:<br><br>9.4 Does the basement appear to have water | |

GOLDWATER_000562
**Exhibit R - 27**

Case 5:21-cv-00616-JWH-SP   Document 177-28   Filed 08/16/22   Page 28 of 29   Page ID
#:2027

| operational? | **n/a** | penetration? | |
|---|---|---|---|

Page 2 of 3

GOLDWATER_000563
**Exhibit R - 28**

| 10. General Interior | | |
|---|---|---|
| 10.1 Is there Personal Property in the house?   **Yes** | 10.4 If discoloration is present does it appear to be causing further damage? | 10.9 Does the water need to be turned off at the main interior? |
| 10.2 Are cover plates missing or wires uncapped? | 10.5 Are there holes present? | 10.10 Is there raw or perishable garbage present? |
| 10.3 Do the floors have holes or trip hazards that might cause personal injury? | 10.6 Does the attic appear to have damage? | 10.11 Which detectors are present? |
| | 10.7 Does there appear to be a rodent/insect infestation? | 10.12 Which detectors are functioning properly? |
| | 10.8 Winterization status: | 10.13 Are there any required repairs? |

| 10.14 Comments - Interior |
|---|

| 11. General Condition | | |
|---|---|---|
| 11.1 Are there signs of insurable damages? | 11.4 General condition of property

[X] C2 Very minor work needed to bring property up to good condition | |
| 11.2 How would you characterize the neighborhood?   **Stable** | | |
| 11.3 How does the property compare to neighborhood standards?
    [X] At | | |

I represent and warrant that I have conducted a visual only inspection of this property and that, to the best of my knowledge and belief, the information contained in this report is accurate. I am not a licensed electrician, plumber, mold specialist, HVAC contractor or structural engineer.

Page 3 of 3

Overview | Send Message | Forward Item | 3 photos

Your response: [ Request Inspection | Request Work Order | No Work Needed | Decide Later ]

Updated: 06/10/2020 - 07:37 pm                              ©2010-2020 National Field Representatives.  All Rights Reserved.

GOLDWATER_000564
**Exhibit R - 29**