Evaluation Only. Created with Aspose.PDF. Copyright 2002-2019 Aspose Pty Ltd.



## UCDP Submission Summary Report (SSR)

| | | | |
|---|---|---|---|
| **Doc File ID** | 1101388598 | **Report Date/Time** | 07/12/2019 10:42:41 |
| **Document File Status (FRE)** | Successful | **Seller/Servicer Number** | 0437239 |
| **Lender Name** | Goldwater Bank NA-Collateral Management | **Lender Loan Number** | 909216931 |

### Appraisal 1

| | | | |
|---|---|---|---|
| **Original Submitted Date/Time** | 07/12/2019 10:42:06 | **Document Status** | Successful |
| **Number of Resubmissions** | 0 | **Form Type** | FNM 1004/FRE 70 |
| **Last Submission Date/Time** | 07/12/2019 10:42:06 | **Appraised Value** | $915000 |
| **Subject Address** | 291 W Overlook Rd, Palm Springs, CA 92264 | **Appraisal Effective Date** | 2019-07-05 |
| | | **Supervisory Appraiser** | |
| **Appraiser** | SHIRLEY KEECHLER CA / AR041061 | **Borrower Name** | ARTUR ELIZAROV |

| Comps | Comp Address | Adjusted Sale Price |
|---|---|---|
| Comp1 | 244 W Camino Buena Vis, Palm Springs, CA 92264 | $1470025 |
| Comp2 | 1945 S Mesa Dr, Palm Springs, CA 92264 | $995500 |
| Comp3 | 185 E Palo Verde Ave, Palm Springs, CA 92264 | $897600 |
| Comp4 | 832 E Mesquite Ave, Palm Springs, CA 92264 | $873750 |
| Comp5 | 563 S Camino Real, Palm Springs, CA 92264 | $869050 |
| Comp6 | 1423 S Sunrise Way, Palm Springs, CA 92264 | $916375 |

### UCDP Hard Stops

| Message ID | Form Section | Form Field Name | Property Affected | Full Message Description | Severity | Override Request Reason | Override Decision Reason | Override Decision Date/Time |
|---|---|---|---|---|---|---|---|---|
| No findings returned | | | | | | | | |

### Freddie Mac Proprietary Hard Stops

| Message ID | Form Section | Form Field Name | Property Affected | Full Message Description | Severity | Override Request Reason | Override Decision Reason | Override Decision Date/Time |
|---|---|---|---|---|---|---|---|---|
| FRE000 | N/A | N/A | N/A | Collateral R&W Relief Eligible | Warning | Automated override request | Override automatically approved | 07/12/2019 10:42:18 |
| FRE800 | N/A | N/A | N/A | Freddie Mac Findings (one or more warnings) | Warning | Automated override request | Override automatically approved | 07/12/2019 10:42:18 |

### UAD Compliance Findings

GOLDWATER_000345

Exhibit O - 1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No findings returned | | | | | | | | |
| **Freddie Mac Proprietary Edit Findings** | | | | | | | | |
| FRE4000 | N/A | N/A | N/A | This appraisal is eligible for collateral representation and warranty relief, pending an assessment of the loan. | Warning | N/A | N/A | N/A |
| FRE4020 | N/A | N/A | N/A | LCA Risk is assessed at 1 indicating a Very Low risk of overvaluation. | Warning | N/A | N/A | N/A |

GOLDWATER_000346

Exhibit O - 2

Evaluation Only. Created with Aspose.PDF. Copyright 2002-2018 Aspose Pty Ltd.



## UCDP Submission Summary Report (SSR)

| | | | |
|---|---|---|---|
| **Doc File ID** | 1101388598 | **Report Date/Time** | 07/12/2019 10:42:41 |
| **Document File Status (FNM)** | Successful | **Seller/Servicer Number** | 293960003 |
| **Lender Name** | Goldwater Bank NA-Collateral Management | **Lender Loan Number** | 909216931 |

### Appraisal 1

| | | | |
|---|---|---|---|
| **Original Submitted Date/Time** | 07/12/2019 10:42:06 | **Document Status** | Successful |
| **Number of Resubmissions** | 0 | **Form Type** | FNM 1004/FRE 70 |
| **Last Submission Date/Time** | 07/12/2019 10:42:06 | **Appraised Value** | $915000 |
| **Subject Address** | 291 W Overlook Rd, Palm Springs, CA 92264 | **Appraisal Effective Date** | 2019-07-05 |
| | | **Supervisory Appraiser** | |
| **Appraiser** | SHIRLEY KEECHLER CA / AR041061 | **Borrower Name** | ARTUR ELIZAROV |

| Comps | Comp Address | Adjusted Sale Price |
|---|---|---|
| Comp1 | 244 W Camino Buena Vis, Palm Springs, CA 92264 | $1470025 |
| Comp2 | 1945 S Mesa Dr, Palm Springs, CA 92264 | $995500 |
| Comp3 | 185 E Palo Verde Ave, Palm Springs, CA 92264 | $897600 |
| Comp4 | 832 E Mesquite Ave, Palm Springs, CA 92264 | $873750 |
| Comp5 | 563 S Camino Real, Palm Springs, CA 92264 | $869050 |
| Comp6 | 1423 S Sunrise Way, Palm Springs, CA 92264 | $916375 |

### UCDP Basic Edit Checks

| Message ID | Form Section | Form Field Name | Property Affected | Full Message Description | Severity | Override Request Reason | Override Decision Reason | Override Decision Date/Time |
|---|---|---|---|---|---|---|---|---|
| No findings returned | | | | | | | | |

### UAD Compliance Findings

No findings returned

GOLDWATER_000347

Exhibit O - 3

| Fannie Mae Proprietary Edit Findings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FNM1000 | N/A | N/A | Appraisal | The Collateral Underwriter Risk Score is 3.3 on a scale of 1 to 5 where 5 indicates highest potential collateral risk. A score of 999 indicates no Collateral Underwriter Risk Score available. | Warning | N/A | N/A | N/A |
| FNM1002 | N/A | N/A | Appraisal | There is a heightened risk of appraisal quality issues. | Warning | N/A | N/A | N/A |
| FNM0421 | N/A | N/A | Comparable 4 | The appraiser has reported a materially different quality for comparable #4 in one or more appraisal reports. | Warning | N/A | N/A | N/A |
| FNM0423 | N/A | N/A | Comparable 4 | The appraiser has reported a materially different condition for comparable #4 in one or more appraisal reports. | Warning | N/A | N/A | N/A |
| FNM0610 | N/A | N/A | Appraisal | The appraiser's wide range of adjusted values indicates potentially inadequate adjustment. | Warning | N/A | N/A | N/A |

GOLDWATER_000348

Exhibit O - 4