

9440 Santa Monica Blvd., #310
Beverly Hills, CA 90210

Phone:  (310) 402-5555
Fax:  (310) 424-4041
www.escrowofthewest.com

**AMENDED SELLER'S FINAL SETTLEMENT STATEMENT**

| | | | |
|---|---|---|---|
| **PROPERTY:** | 11623 Morrison Street<br>Los Angeles, CA 91601 | **DATE:** | January 19, 2018 |
| **SELLER:** | Artur Elizarov | **CLOSING DATE:**<br>**ESCROW NO.:** | January 19, 2018<br>02-028633-AC |

| | **DEBITS** | **CREDITS** |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 2,030,000.00 |
| **PAYOFF CHARGES - Luther Burbank Savings** | | |
| **[Total Payoff $1,345,324.96]** | | |
| Principal Balance | 1,342,500.00 | |
| Interest on Principal Balance to 01/19/2018 | 2,656.96 | |
| Recording Fee | 18.00 | |
| Payoff Demand | 30.00 | |
| Reconveyance Fee | 45.00 | |
| Other | 75.00 | |
| **PAYOFF CHARGES - Internal Revenue Service** | | |
| **[Total Payoff $91,567.25]** | | |
| Principal Balance | 91,567.25 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| County Taxes at $11,016.90/semi-annually from 01/01/2018 to 01/19/2018 | 1,101.69 | |
| **COMMISSION CHARGES** | | |
| **OTHER DEBITS/CREDITS** | | |
| Transfer Tax - County to Los Angeles County | 2,233.00 | |
| Transfer Tax - City to City of Los Angeles | 9,135.00 | |

**Exhibit M - 1**

Date:  January 19, 2018                                                          Escrow No.:  02-028633-AC

Page 2 of 2:

| | DEBITS | CREDITS |
|---|---|---|
| **Net Proceeds** | | |
| TOTAL | $ 2,032,380.00 | $ 2,032,380.00 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

**Exhibit M - 2**