## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 19STCV08507

ELIZAROV ARTUR VS BMW FINANCIAL SERVICES NA, LLC

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 03/11/2019
**Case Type:** Other Commercial/Business Tort (not fraud/ breach of contract) (General Jurisdiction)
**Status:** Request for Dismissal - Before Trial not following ADR or more than 60 days since ADR 08/14/2019

Click here to access document images for this case

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

ALEKSEYEFF ILYA - Attorney for Plaintiff

ARTUR ELIZAROV - Plaintiff

BMW FINANCIAL SERVICES NA LLC - Defendant

CALEY REBECCA - Attorney for Defendant

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Documents Filed (Filing dates listed in descending order)

**08/16/2019** Notice of Entry of Dismissal and Proof of Service
Filed by ELIZAROV ARTUR (Plaintiff)

**08/14/2019** Declaration (of Ilya Alekseyeff re OSC re sanctions for failure to appear)
Filed by ELIZAROV ARTUR (Plaintiff)

**08/14/2019** Request for Dismissal
Filed by ELIZAROV ARTUR (Plaintiff)

**08/08/2019** Notice (of OSC re Sanctions for Plaintiff's Counsel's Failure to Appear at the July 26, 2019 OSC re Dismissal (Settlement) and Continuance of OSC re Dismissal (Settlement))
Filed by BMW FINANCIAL SERVICES NA, LLC (Defendant)

**07/26/2019** Minute Order ( (Order to Show Cause Re: Dismissal (Settlement)))
Filed by Clerk

**07/26/2019** Stipulation and Order (Stipulation That the Court May Retain Jurisdiction to Enforce the Settlement Agreement Pursuant to CCP ¿664.6; and Order Thereon)
Filed by BMW FINANCIAL SERVICES NA, LLC (Defendant)

**05/22/2019** Order to Show Cause re: Dismissal (Settlement)
Filed by Clerk

**05/22/2019** Proof of Service (not Summons and Complaint)
Filed by ELIZAROV ARTUR (Plaintiff)

**05/22/2019** Notice of Settlement
Filed by ELIZAROV ARTUR (Plaintiff)

**05/03/2019** Answer
Filed by BMW FINANCIAL SERVICES NA, LLC (Defendant)

**04/10/2019** Proof of Personal Service
Filed by ELIZAROV ARTUR (Plaintiff)

**04/03/2019** First Amended Complaint
Filed by ELIZAROV ARTUR (Plaintiff); ELIZAROV ARTUR (Plaintiff)

**04/03/2019** Amended Complaint 1st
Filed by ELIZAROV ARTUR (Plaintiff)

**03/22/2019** Order to Show Cause (Hearing)
Filed by Clerk

**03/22/2019** Order to Show Cause Failure to File Proof of Service
Filed by Clerk

**03/22/2019** Notice of Case Management Conference
Filed by Clerk

**03/19/2019** Proof of Personal Service
Filed by ELIZAROV ARTUR (Plaintiff)

**03/13/2019** Summons (on Complaint)
Filed by ELIZAROV ARTUR (Plaintiff)

**03/11/2019** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**03/11/2019** Civil Case Cover Sheet
Filed by ELIZAROV ARTUR (Plaintiff)

**03/11/2019** Complaint
Filed by ELIZAROV ARTUR (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

**09/06/2019** at 09:00 AM in Department 16
Order to Show Cause Re: (Monetary Sanctions Against Plaintiff's Counsel for Failure to Appear at OSC hearing of 07-26-19) - **Not Held - Vacated by Court**

**09/06/2019** at 09:00 AM in Department 16
Order to Show Cause Re: Dismissal (Settlement) - **Not Held - Vacated by Court**

**07/29/2019** at 09:00 AM in Department 16

Order to Show Cause Re: (Entry of Default;) - **Not Held - Vacated by Court**

**07/29/2019** at 09:00 AM in Department 16

Order to Show Cause Re: Failure to File Proof of Service - **Not Held - Vacated by Court**

**07/29/2019** at 09:00 AM in Department 16

Case Management Conference - **Not Held - Vacated by Court**

**07/26/2019** at 09:00 AM in Department 16

Order to Show Cause Re: Dismissal (Settlement) - **Held - Continued**

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Register of Actions (Listed in descending order)

*09/06/2019* at 09:00 AM in Department 16

Order to Show Cause Re: Dismissal (Settlement) - **Not Held - Vacated by Court**

*09/06/2019* at 09:00 AM in Department 16

Order to Show Cause Re: (Monetary Sanctions Against Plaintiff's Counsel for Failure to Appear at OSC hearing of 07-26-19) - **Not Held - Vacated by Court**

**08/16/2019** Notice of Entry of Dismissal and Proof of Service

Filed by ELIZAROV ARTUR (Plaintiff)

**08/14/2019** Request for Dismissal

Filed by ELIZAROV ARTUR (Plaintiff)

**08/14/2019** Declaration (of Ilya Alekseyeff re OSC re sanctions for failure to appear)

Filed by ELIZAROV ARTUR (Plaintiff)

**08/08/2019** Notice (of OSC re Sanctions for Plaintiff's Counsel's Failure to Appear at the July 26, 2019 OSC re Dismissal (Settlement) and Continuance of OSC re Dismissal (Settlement))

Filed by BMW FINANCIAL SERVICES NA, LLC (Defendant)

**07/29/2019** at 09:00 AM in Department 16

Case Management Conference - **Not Held - Vacated by Court**

**07/29/2019** at 09:00 AM in Department 16

Order to Show Cause Re: Failure to File Proof of Service - **Not Held - Vacated by Court**

**07/29/2019** at 09:00 AM in Department 16

Order to Show Cause Re: (Entry of Default;) - **Not Held - Vacated by Court**

**07/26/2019** at 09:00 AM in Department 16

Order to Show Cause Re: Dismissal (Settlement) - **Held - Continued**

**07/26/2019** Minute Order ( (Order to Show Cause Re: Dismissal (Settlement)))

Filed by Clerk

**07/26/2019** Stipulation and Order (Stipulation That the Court May Retain Jurisdiction to Enforce the Settlement Agreement Pursuant to CCP ¿664.6; and Order Thereon)

Filed by BMW FINANCIAL SERVICES NA, LLC (Defendant)

**05/22/2019** Proof of Service (not Summons and Complaint)

Filed by ELIZAROV ARTUR (Plaintiff)

**05/22/2019** Notice of Settlement

Filed by ELIZAROV ARTUR (Plaintiff)

**05/22/2019** Order to Show Cause re: Dismissal (Settlement)
Filed by Clerk

**05/03/2019** Answer
Filed by BMW FINANCIAL SERVICES NA, LLC (Defendant)

**04/10/2019** Proof of Personal Service
Filed by ELIZAROV ARTUR (Plaintiff)

**04/03/2019** Amended Complaint 1st
Filed by ELIZAROV ARTUR (Plaintiff)

**04/03/2019** First Amended Complaint
Filed by ELIZAROV ARTUR (Plaintiff); ELIZAROV ARTUR (Plaintiff)

**03/22/2019** Order to Show Cause (Hearing)
Filed by Clerk

**03/22/2019** Notice of Case Management Conference
Filed by Clerk

**03/22/2019** Order to Show Cause Failure to File Proof of Service
Filed by Clerk

**03/19/2019** Proof of Personal Service
Filed by ELIZAROV ARTUR (Plaintiff)

**03/13/2019** Summons (on Complaint)
Filed by ELIZAROV ARTUR (Plaintiff)

**03/11/2019** Complaint
Filed by ELIZAROV ARTUR (Plaintiff)

**03/11/2019** Civil Case Cover Sheet
Filed by ELIZAROV ARTUR (Plaintiff)

**03/11/2019** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk