ILYA ALEKSEYEFF [CA 242462]
 ilya@loia.legal
LOIA, INC. (APLC)
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592

Attorney for Artur Elizarov

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOLDWATER BANK, NA,**  *Plaintiff,* vs. **ARTUR ELIZAROV ET AL,** *Defendant.* AND RELATED CROSS-ACTION. | **5:21-cv-616-JWH-SP** **DECLARATION OF ILYA ALEKSEYEFF REGARDING A CONFERENCE UNDER LOCAL RULE 7-7** Date: 10/21/2022 Time: 9:00 am Court: Hon. John W. Holcomb |

1. My name is Ilya Alekseyeff.

2. I am an attorney and a member in good standing of the California State Bar and the bar of this District Court for the Central District of California.

3. I have represented Mr. Artur Elizarov in these proceedings.

1

4. On August 12, 2022, I emailed attorneys Bast, LeVota, and Maurice, and requested a pre-filing conference under Local Rule 7-3.

5. I recognize **Exhibit PP** as a printout of my email to attorneys Bast, LeVota, and Maurice, which I sent on Date.

1

DECLARATION OF ILYA ALEKSEYEFF REGARDING A CONFERENCE UNDER LOCAL RULE 7-7

1  6. No counsel replied to my email in Exhibit PP.

**2**

7. On August 18, 2022, I emailed attorneys Bast, LeVota, and Maurice again, reminded counsel about the upcoming conference deadline, and requested a conference under Local Rule 7-3.

8. I recognize **Exhibit RR** as an exact printout of the second email that I sent to attorneys Bast, LeVota, and Maurice on August 18, 2022.

9. Attorney Bast responded to my second email in Exhibit RR and suggested 1:00 pm Pacific Time on August 25, 2022, for a conference.

10. I subsequently circulated a conference link to all counsel.

11. I recognize **Exhibit SS** as a printout of the conference confirmation as generated by my chosen conferencing platform Google Meet.

**3**

12. At 12:05 pm on August 25, 2022, I received by email a letter from attorney LeVota that addressed some of LeVota's points about my motion.

13. I recognize **Exhibit TT** as an exact copy of attorney LeVota's letter that I received by email from attorney LeVota on August 25, 2022, as well as the enclosing email.

**4**

14. The conference began as scheduled at 1:00 pm on Date.

15. Only attorneys Bast and LeVota joined me at the conference.

16. Neither attorney Maurice no any other counsel from Ivie McNeill Wyatt Purcell & Diggs (including attorney Wyatt whose name also appeared in the pleadings) joined the conference.

17. Attorneys Bast and LeVota stated that neither had spoken to nor heard from attorney Maurice.

5

18. At the conference, attorneys Bast and LeVota shared their feedback to my motion but did not cite any authorities to support their points.

6

19. On August 26, 2022, I sent a follow-up letter to all counsel where I addressed seven separate points that attorneys Bast and LeVota raised at the conference on Date.

20. Since attorneys Bast and LeVota cited no authority for their issues, I explicitly asked attorneys Bast and LeVota to respond with the authorities.

21. I recognize **Exhibit UU** as an exact copy of the letter that I emailed to attorneys Bast and LeVota on August 26, 2022, as well as the enclosing email.

7

22. On August 31, 2022, I received by email a letter from attorney LeVota.

23. I recognize **Exhibit VV** as the letter that I received by email from attorney LeVota on August 31, 2022, as well as the enclosing email.

24. Nothing in attorney LeVota's letter persuaded me to change my position on the motion.

8

25. On September 1, 2022, I received by email a letter from attorney Bast.

26. I recognize **Exhibit WW** as the letter that I received by email from attorney Bast on September 1, 2022, as well as the enclosing email.

27. Nothing in attorney Bast's letter persuaded me to change my position on the motion.

9

28. As of today's date, I have not heard back from attorney Maurice nor any other counsel from Ivie McNeill Wyatt Purcell & Diggs, including attorney Wyatt whose name also appeared on the pleadings.

3

**10**

29. As of today's date, attorneys Bast, LeVota, and Maurice have not withdrawn any of the challenged allegations from Goldwater's amended verified complaint, EFD # 44.

# # #

I declare under penalty of perjury under the laws of the United State that the foregoing statements are true on my personal knowledge.

Dated: 09/07/2022     Signature: *Ilya Alekseyeff*