ILYA ALEKSEYEFF [CA 242462]
 ilya@loia.legal
LOIA, INC. (APLC)
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592

Attorney for Artur Elizarov

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOLDWATER BANK, NA**, *Plaintiff,* vs. **ARTUR ELIZAROV ET AL**, *Defendant.* **AND RELATED CROSS-ACTION.** | **5:21-cv-616-JWH-SP** **REQUESTS FOR JUDICIAL NOTICE SUPPORTING MOTION FOR SANCTIONS UNDER RULE 11** Date: 10/21/2022 Time: 9:00 am Court: Hon. John W. Holcomb |

Defendant Artur Elizarov request that the court take judicial notice of the following facts:

1. Plaintiff Artur Elizarov filed a notice of unconditional settlement of the entire case in Los Angeles Superior Court case 19STCV08507 entitled *Artur Elizarov v. BMW Financial Services NA, LLC* on May 22, 2019 (Ex. C). Fed. R. Evid. 201(b)(2) & (c)(2); *Kasey v. Molybdenum Corp. of America*, 336 F.2d 560, 563 (9th Cir. 1964) (court take judicial notice of state court records).

2.  Plaintiff Artur Elizarov filed a stipulation and proposed order to retain jurisdiction in Los Angeles Superior Court case 19STCV08507 entitled *Artur Elizarov v. BMW Financial Services NA, LLC* on May 22, 2019 (Ex. D).  Fed. R. Evid. 201(b)(2) & (c)(2); *Kasey v. Molybdenum Corp. of America*, 336 F.2d 560, 563 (9th Cir. 1964) (court take judicial notice of state court records).

3.  The court signed the order retaining jurisdiction in Los Angeles Superior Court case 19STCV08507 entitled *Artur Elizarov v. BMW Financial Services NA, LLC* on July 26, 2019 (Ex. D).  Fed. R. Evid. 201(b)(2) & (c)(2); *Kasey v. Molybdenum Corp. of America*, 336 F.2d 560, 563 (9th Cir. 1964) (court take judicial notice of state court records).

4.  The court dismissed Los Angeles Superior Court case 19STCV08507 entitled *Artur Elizarov v. BMW Financial Services NA, LLC* on August 14, 2019 (Ex. E).  Fed. R. Evid. 201(b)(2) & (c)(2); *Kasey v. Molybdenum Corp. of America*, 336 F.2d 560, 563 (9th Cir. 1964) (court take judicial notice of state court records).

5.  Attorney Ilya Alekseyeff filed a declaration in Los Angeles Superior Court case 19STCV08507 entitled *Artur Elizarov v. BMW Financial Services NA, LLC* on August 14, 2019 (Ex. F).  Fed. R. Evid. 201(b)(2) & (c)(2); *Kasey v. Molybdenum Corp. of America*, 336 F.2d 560, 563 (9th Cir. 1964) (court take judicial notice of state court records).

6.  The deed of trust regarding Ilya Alekseyeff's loan from Shatar Capital secured by an interest in real property located at 13923 Gilmore St, Los Angeles, CA 91401, was recorded in Los Angeles County on February 6, 2020, instrument number 20200148098 (Ex. G).  Fed. R. Evid. 201(b)(2) & (c)(2); *Western Federal*

*Sav. & Loan Ass'n v. Heflin Corp.,* 797 F. Supp. 790, 792 (N.D. Cal. 1992) (taking judicial notice of various deeds of trust and a state court foreclosure action file).

7.  The grant deed from Mr. Artur Elizarov to Mr. Scott Howlett regarding real property located at 291 W Overlook Road in Palm Springs, California, was recorded in Riverside County at 4:55 pm on March 29, 2021, instrument number 2021-0196602 (Ex. GG). Fed. R. Evid. 201(b)(2) & (c)(2); *Western Federal Sav. & Loan Ass'n v. Heflin Corp.,* 797 F. Supp. 790, 792 (N.D. Cal. 1992) (taking judicial notice of various deeds of trust and a state court foreclosure action file).

8.  Shatar Capital recorded in Los Angeles County substitution of trustee and deed of reconveyance regarding a lien on the property located at 13923 Gilmore St, Los Angeles, CA 91401, on April 27, 2021, instrument number 20210665329 (Ex. J). Fed. R. Evid. 201(b)(2) & (c)(2); *Western Federal Sav. & Loan Ass'n v. Heflin Corp.,* 797 F. Supp. 790, 792 (N.D. Cal. 1992) (taking judicial notice of various deeds of trust and a state court foreclosure action file).

9.  The Internal Revenue Service recorded in Los Angeles County a Certificate of Release of Federal Tax Lien on December 18, 2019 (Ex. O). Fed. R. Evid. 201(b)(2) & (c)(2); *Western Federal Sav. & Loan Ass'n v. Heflin Corp.,* 797 F. Supp. 790, 792 (N.D. Cal. 1992) (taking judicial notice of various deeds of trust and a state court foreclosure action file).

10.  The contents of the Fannie Mae guidance letter LL-2020-02 (Ex. CC). Fed. R. Evid. 201(b)(2) & (c)(2); *Currey v. Homecomings Financial, LLC*, No. C 09-0276 PJH, at *5 (N.D. Cal. May 1, 2009) (taking judicial notice "[a]s to the factual information on Fannie Mae's website"), citing. *O'Toole v. Northrop*

*Grumman Corp.*, 499 F.3d 1218, 1224-25 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web"); *DiTech Fin. LLC v. Stonefield II Homeowners Ass'n*, No. 3:16-cv-00227-MMD-WGC, at *2 n.2 (D. Nev. July 3, 2019) ("The Court also takes judicial notice of Fannie Mae's Single-Family Servicing Guide…available on its website").

11. Fannie Mae response to a frequently asked question (Ex. EE). Fed. R. Evid. 201(b)(2) & (c)(2); *Currey v. Homecomings Financial, LLC*, No. C 09-0276 PJH, at *5 (N.D. Cal. May 1, 2009) (taking judicial notice "[a]s to the factual information on Fannie Mae's website"), citing. *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1224-25 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web"); *DiTech Fin. LLC v. Stonefield II Homeowners Ass'n*, No. 3:16-cv-00227-MMD-WGC, at *2 n.2 (D. Nev. July 3, 2019) ("The Court also takes judicial notice of Fannie Mae's Single-Family Servicing Guide…available on its website").

12. Consumer guide issued by the Consumer Financial Protection Bureau, CFPB (Ex. DD). Fed. R. Evid. 201(b)(2) & (c)(2); *Kater v. Churchill Downs Inc.,* 886 F.3d 784, 788 n.3 (9th Cir. 2018) (taking judicial notice of government documents on government website); *Ontiveros v. Zamora*, No. CIV. S-08-567 LKK/DAD, at *6 n.3 (E.D. Cal. Feb. 20, 2009) (taking judicial notice of DLSE Manual); *Anderson v. Jamba Juice Co.*, Case No.: 12-CV-01213 YGR, at *3 (N.D. Cal. Aug. 24, 2012) (taking judicial notice of FDA Guidance Document).

13. Goldwater Bank recorded in Riverside County a deed of trust regarding Artur Elizarov as the borrower and the property located at 291 W Overlook Road in Palm Springs on April 20, 2021, document number 2021-0245826 (Ex. FF). Fed. R. Evid. 201(b)(2) & (c)(2); *Western Federal Sav. & Loan*

*Ass'n v. Heflin Corp.,* 797 F. Supp. 790, 792 (N.D. Cal. 1992) (taking judicial notice of various deeds of trust and a state court foreclosure action file).

Dated: 08/08/2022        LOIA, INC. (APLC)

*/s/ Ilya Alekseyeff*
By Ilya Alekseyeff, Esq.
Attorney for Artur Elizarov

# CERTIFICATE OF SERVICE

I, Ilya Alekseyeff, certify that on August 8, 2022, I served the attached "REQUESTS FOR JUDICIAL NOTICE SUPPORTING MOTION FOR SANCTIONS UNDER RULE 11" by mail as follows:

| | |
|---|---|
| Derek Bast<br>Wagner Hicks, PLLC<br>831 E Morehead St Ste 860<br>Charlotte, NC 28202 | Joseph LeVota<br>Hilbert Satterly LLP<br>409 Camino del Rio St Ste 104<br>San Diego, CA 92108 |
| Marie Maurice<br>Ivie McNeill Wyatt Purcell & Diggs,<br>444 S Flower St Fl 18<br>Los Angeles, CA 90071-2919 | |

I further certify that on that on August 8, 2022, I also served the attached "REQUESTS FOR JUDICIAL NOTICE SUPPORTING MOTION FOR SANCTIONS UNDER RULE 11" by email as follows:

1. Derek Bast, derek.bast@waghernicks.law
2. Marie Maurice, mmaurice@imwlaw.com
3. Joseph LeVota, jlevota@hscallaw.com
4. Ryan Thomason, rthomason@hallgriffin.com
5. Nabil Bisharat, nbisharat@orsusgate.com

I declare under penalty of perjury under the laws of the United States that the above certification is true and correct.

Date: 08/08/2022          Signature: *Ilya Alekseyeff*