## MUTUAL RELEASE AND SETTLEMENT AGREEMENT

This Mutual Release and Settlement Agreement ("Agreement") is made and entered into by and between BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company ("BMW FS") on the one hand, and Artur Elizarov, an individual, ("ELIZAROV") on the other hand, and also jointly referred to as the "Parties" in this Agreement.

## RECITALS

A.    **WHEREAS,** on or about December 19, 2016, in the City of Thousand Oaks, California, Rite Care Murrietta Home, an unknown business entity ("Rite Care") for valuable consideration, made, executed and delivered a Vehicle Lease Agreement ("Lease") to Rusnak BMW ("Dealer"), for a three-year lease of a 2016 BMW 740i, serial number WBA7E2C5XGG504251, ("Vehicle"). Artur Elizarov ("ELIZAROV") agreed to guaranty the performance by Rite Care of all terms of the Lease. Dealer thereafter assigned all of its rights, title and interest in the Lease and Vehicle to BMW FS. As a result of said assignment, BMW FS thereafter became the lien holder of the Vehicle with the California Department of Motor Vehicles. Rite Care is not a Party to this Agreement.

B.    **WHEREAS,** the Lease thereafter went into payment default and was recovered by BMW FS. Prior to sale, BMW FS gave ELIZAROV notice of the pending sale and the right to have the vehicle appraised, but the Parties dispute whether the notice complied with the Lease or the applicable law. Thereafter, the Parties communicated regarding the appraisal process, but the parties dispute whether BMW FS properly complied with the process. The Vehicle was thereafter sold, and a deficiency balance established in the sum of $41,471.72 ("Deficiency"). BMW FS made demand on ELIZAROV to pay the Deficiency.

C.    **WHEREAS,** on August 7, 2014 ELIZAROV filed a Complaint in Los Angeles Superior Court entitled, "*ARTUR ELIZAROV, an individual v. BMW FINANCIAL SERVICES NA, LLC, a Delaware limited liability company,*" bearing Case Number 19STCV08507 and subsequently amended the Complaint alleging Violation of Vehicle Leasing Act; Breach of Contract; Unfair Debt Collection; and, Unfair Competition ("FAC") contesting his liability for the Deficiency. BMW FS answered the complaint denying the allegations of the Complaint and was in the process of filing an Amended Complaint and Cross-Complaint when the Parties Agreed to resolve all disputes.

scty/2030-224/settlement/settlement   agreement

D.  The Parties hereby desire to compromise and settle fully and finally all disputed and denied claims, actions and controversies between the Parties as set forth herein which in any way relates to the Contract, Vehicle, Complaint or FAC.

## AGREEMENT

1. **Consideration**. In consideration of the promises, covenants and incorporated Recitals herein, the Parties will do the following:

    A.  That BMW FS shall make no further claim against ELIZAROV as an individual under the Lease and will release ELIZAROV from its current claim that ELIZAROV may be personally liable for the Deficiency;

    B.  That BMW FS shall submit to all the credit reporting agencies ("CRAs") to which it subscribes an instruction to delete its tradeline on ELIZAROV's consumer credit report relating to the Deficiency by so requesting within 10 days of this Agreement being fully executed by all Parties and his/its attorneys. ELIZAROV expressly understands and acknowledges by executing this Agreement that BMW FS has no direct control over any of the CRAs as to when each CRA will implement said instruction and acknowledges that said instruction can take 60-90 days to be reflected on ELIZAROV's credit report, and on occasion may not being implemented at all. In the event of an erroneous remark or failure of the CRA to implement the requested instruction, ELIZAROV understands that his only remedy shall be to notify BMW FS pursuant to Paragraph 16 below and that BMW FS shall submit another instruction to said CRA(s) until said deletion is performed.

    C.  ELIZAROV represents that he will file a dismissal of BMW FS with prejudice from the Complaint within 10 days of this Agreement being fully executed by all Parties and his/its attorneys.

    D.  ELIZAROV agrees to reasonably cooperate with BMW FS' pursuit of Rite Care for the Deficiency.

    E.  That each Party shall bear his/its own attorney fees and costs in connection with the Lease, Vehicle, Complaint, FAC, and this Agreement, except as otherwise expressly provided herein.

2. **Release of All Claims and Liabilities**. The Parties and each Party's directors, officers, shareholders, owners, employees, agents, representatives, servants, executors, administrators, accountants, investigators, business entities, predecessors in

scty/2030-224/settlement/settlement agreement

interest, successors in interest, attorneys, attorneys in fact, affiliates, parent companies or corporations, members, subsidiaries (whether or not wholly-owned), companies, units, divisions, partners, insurers, heirs, spouse and assigns, hereby forever release, discharge, acquit and relieve the other Party and each Party's respective directors, officers, shareholders, owners, employees, agents, representatives, servants, executors, administrators, accountants, investigators, business entities, predecessors in interest, successors in interest, attorneys, attorneys in fact, affiliates, parent companies or corporations, members, subsidiaries (whether or not wholly-owned), companies, units, divisions, partners, insurers, heirs, and assigns, from any and all claims, demands, damages, actions, debts, obligations, liabilities, causes of action, costs, expenses, judgments, liens, orders and agreements of whatever kind or nature, existing as of the date of this Agreement, whether known or unknown, suspected or unsuspected, which arise or may arise out of, or are directly or indirectly related to the Contract, Vehicle, Complaint, proposed Cross-Complaint, this Agreement and or the occurrences, acts or omissions that are or were involved in the allegations, facts, circumstances and incident(s) giving rise to this Agreement.

3. **All Claims Included**. The Parties and each of them, hereby waive any and all rights and benefits conferred upon them by the provisions of Section 1542 of the California Civil Code or by any similar provision of any other state, federal, or local statute, code, ordinance, or law and expressly consents that the releases contained in this Agreement shall be given full force and effect according to each and all express terms and provisions of this Agreement, including as well as those relating to unknown and unsuspected claims, demands, and causes of action which arise from the facts and circumstances as described in the Recitals herein and execution of this Agreement. Section 1542 of the California Civil Code, which is hereby expressly waived, reads as follows:

> **A General Release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.**

4. **Retention of Jurisdiction**. Pursuant to California Code of Civil Procedure Section 664.6 (C.C.P. §664.6), the Parties agree and request that the Court retain jurisdiction over the Parties until full and final performance of all the settlement terms. In the event of any material default under this Agreement, a Party may file a motion to enforce this Agreement by way of requesting a judgment against the defaulting Party, including unjunctive relief compelling the defaulting Party to comply with its obligations under this Agreement. Further, that the dismissal as set forth above in Paragraphs 1.B. shall specifically reference the Court's retention of jurisdiction pursuant to California

Code of Civil Procedure Section 664.6, should further action by the Court be required, notwithstanding the dismissal of the Complaint, even if with prejudice.

5. **No Assignment of Claim**. The Parties warrant and represent that no other person or entity has, or has had, any interest in the claims, demands, obligations, or causes of action that form the Complaint, that each Party has the right and authority to execute this Agreement, and that each Party has not sold, assigned, subrogated, transferred, conveyed, or hypothecated, or purported to assign, subrogate, transfer, or hypothecate, to any other person or entity, any damages, suits, claims, debts, demands, assessments, obligations, liabilities, attorneys' fees, expenses, rights of action or causes of action as released herein.

6. **Successors and Assigns**. This Agreement shall be binding upon and inure to the benefit of the Parties to this Agreement, and each Party's respective directors, officers, shareholders, owners, employees, agents, representatives, servants, executors, administrators, accountants, investigators, business entities, predecessors, successors, attorneys, attorneys in fact, affiliates, parent companies, subsidiaries, component companies, units, divisions, partners, insurers, members, heirs, spouses and assigns.

7. **Execution of Necessary Documents**. The Parties agree to execute any and all other documents necessary to effectuate or carry out the terms and provisions of this Agreement. Failure by any Party to do so, upon reasonable demand, shall constitute a material breach of this Agreement.

8. **Applicable Law, Venue and Breach**. This Agreement shall be construed and enforced in accordance with the laws of the State of California. Any action arising out of the subject matter of this Agreement shall be filed in the Superior Court for the State of California, County of Los Angeles. In the event of any such action, the prevailing Party (as determined by the court) shall be entitled to reasonable attorneys' fees, costs, and any other necessary expenses, including costs of collection, in addition to any other relief to which the prevailing Party may be entitled.

9. **Voluntary Settlement After Consultation with Attorney**. The Parties warrant, represent and agree that they have carefully read this entire Agreement, understand the Agreement and all terms thereof, and are executing and delivering this Agreement freely and voluntarily. The Parties hereto also separately warrant, represent and agree that they are represented by legal counsel or have had a reasonable opportunity to obtain independent legal advice and consultation from their own counsel before executing this Agreement.

scty/2030-224/settlement/settlement   agreement

10. **No Admission of Liability.** It is understood and agreed by the Parties that this Agreement is the compromise of a disputed claim and that payment of the settlement amount is not to be construed as an admission of liability by any Party hereto, which expressly deny any liability.

11. **Entire Agreement.** All agreements, covenants, representations and warranties, express and implied, oral and written, of the parties to this Agreement concerning its subject matter are contained herein. No other agreements, covenants, representations or warranties, express or implied, oral or written, have been made by any Party to any other Party concerning the subject matter of this Agreement. All prior and contemporaneous conversations, negotiations, possible and alleged agreements, representations, covenants and warranties concerning the subject matter of this Agreement are merged herein. This is an integrated Agreement.

12. **Modification.** This Agreement cannot be modified except by a writing signed by all of the Parties hereto.

13. **Severability.** If any term, provision, covenant or condition of the Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the provisions shall remain in full force and effect and shall in no way be affected, impaired or invalidated.

14. **Waiver.** Waiver of any default or breach of this Agreement or of any warranty, representation, covenant or obligation contained herein shall not be construed as a waiver of any subsequent breach.

15. **Execution in Counterparts, Facsimile Signatures, Copies.** This Agreement may be executed by duplicate originals or in counterparts, which, when taken together, shall form and constitute one agreement. A copy of this Agreement or facsimile or electronic signature shall have the same force and effect as if an original.

16. **Notice.** Whenever any Party is required or shall desire to give or serve upon the other any notice, demand, request or other communication, each such notice, demand, request or other communication shall be in writing delivered by United States First Class mail, facsimile, electronic transmission over the Internet (email) or overnight delivery that requests tracking and receipt of said notice, to the addresses set forth below. Service of any such notice, demand or request so made shall be deemed complete on the date of the notice. Any Party may from time to time, by notice in writing served upon the other Party as aforesaid, designate a different mailing address or a different person or

scty/2030-224/settlement/settlement agreement

additional persons to which all such notices, demand or requests are thereafter to be addressed, except that if the designated address is that of the Party's attorney, then the address will be the same as the attorney's public address on file with the California State Bar (if different from the below).

If to BMW FS:

Rebecca A. Caley
CALEY & ASSOCIATES, A.P.C.
265 S. Randolph Avenue, Suite 270
Brea, CA 92821
Tel: (714) 529-1400
Fax: (714) 529-1515
Email: rcaley@caleylaw.com

If to the ELIZAROV:

LAW OFFICES OF ILYA ALEKSEYEFF
Ilya Alekseyeff
8721 Santa Monica Blvd, #119
West Hollywood, CA 90069
Tel: (213) 537-4592
Fax: (888)303-7686
Email: Ilya@loia.legal

Dated: May 21, 2019

BMW FINANCIAL SERVICES NA, LLC,
a Delaware limited liability company

By: _____
[Name] Jason P. Bichsel
Its: Corporate Counsel
[Title]

Dated: May 17, 2019

By: Artur Elizarov
ARTUR ELIZAROV, an individual

Page 6 of 7

scty/2030-224/settlement/settlement agreement

**APPROVED AS TO FORM:**

Dated: 5/22/19

Caley & Associates, A.P.C.

*[signature]*

Rebecca A. Caley, Attorney for ALPHERA FINANCIAL SERVICES, a business unit of BMW FINANCIAL SERVICES NA, a Delaware limited liability company

Dated: May 17, 2019

Law Offices of Ilya Alekseyeff

*[signature]*

Ilya Alekseyeff, Attorney for ARTUR ELIZAROV an individual

Page 7 of 7

scty/2030-224/settlement/settlement agreement

```
 1  Rebecca A. Caley, Bar No. 131997
    Christopher M. Domin, Bar No. 273951
 2  CALEY & ASSOCIATES
    A Professional Corporation
 3  265 S. Randolph Avenue, Suite 270
    Brea, California 92821-5777
 4  714/529-1400 - Office
    714/529-1515 - Facsimile
 5  rcaley@caleylaw.com
    File No. 2030-224
 6
    Attorneys for Defendant,
 7  BMW Financial Services NA, LLC
 8
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES - STANLEY MOST COURTHOUSE

| ARTUR ELIZAROV, | ) CASE NO. 19STCV08507 |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION THAT THE COURT MAY RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT PURSUANT TO CCP §664.6; AND [PROPOSED] ORDER THEREON |
| BMW FINANCIAL SERVICES NA, LLC, | ) |
| Defendant. | ) |

This Stipulation is made and entered into by and among Plaintiff, ARTUR ELIZAROV, and Defendant BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company, who hereby voluntarily submit to the jurisdiction of the Court for the limited and exclusive purpose of the enforcement of a Settlement Agreement pursuant to Code of Civil Procedure § 664.6. (The foregoing are signatories to a Settlement Agreement and are collectively referred to as the "Parties.").

Whereas, the Parties have reached a settlement in this matter and have fully executed a Settlement Agreement which includes a provision wherein the Parties agree

that the settlement may be enforced pursuant to Code of Civil Procedure § 664.6.

NOW, THEREFORE, the Parties hereby stipulate as follows:

1. The settlement may be enforced pursuant to Code of Civil Procedure § 664.6.

2. The Court shall retain jurisdiction over the Parties to enforce the terms of settlement.

Dated: May ____, 2019
May 17, 2019

ARTUR ELIZAROV

By: *Artur Elizarov*
Artur Elizarov, an individual

Dated: May 21, 219

BMW FINANCIAL SERVICES NA, LLC

By: _____
Name: Jason P. Bichsel
Title: Corporate Counsel

### [PROPOSED] ORDER

Based upon the foregoing Stipulation That the Court May Retain Jurisdiction to Enforce the Settlement Agreement, it is hereby ordered that the Court will retain jurisdiction over the Parties to enforce the settlement pursuant to Code of Civil Procedure § 664.6.

DATED: _____

JUDGE OF THE SUPERIOR COURT