

Ilya Alekseyeff <ilya@loia.legal>

## Elizarov v. BMW FS/2030-224
1 message

**Rebecca Caley** <rcaley@caleylaw.com>  Tue, May 14, 2019 at 2:00 PM
To: Ilya Alekseyeff <ilya@loia.legal>
Cc: "Chris M. Domin" <cdomin@caleylaw.com>, Carolyn Byrne <carolyn@caleylaw.com>

Mr. Alekseyeff

Attached please find my client, BMW Financial Services NA, LLC's draft Settlement Agreement for your consideration.

Further, because the agreement has the standard CCP 664.6 enforcement term, I have prepared a separate stipulation that must be signed by our respective clients with a proposed order approving the stipulation that is now required to make that term enforceable.  There was a recent case, ***Sayta v. Chu* (Nov. 29, 2017) 17 Cal. App. 5th 960,** that now holds that a stipulation of the parties and a court order approving the stipulation to a CCP 664.6 term, is required **BEFORE** the court dismissal pursuant to the terms of the Settlement Agreement, otherwise the 664.6 term is unenforceable. Therefore, I took the liberty of preparing and attaching such a stipulation for your consideration that again, is only required to be signed by the parties, as counsel signed stipulations are not sufficient pursuant to the *Sayta* decision.

Please review and get back to me with any questions or requested revisions.

Kind Regards,

Rebecca A. Caley
Caley & Associates
265 S. Randolph Ave., Ste. 270
Brea, CA 92821
Tel  (714) 529-1400
Fax (714) 529-1515

_____
_____

Notice:  This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Caley & Associates that is privileged, confidential, and exempt from disclosure under applicable law.  Unauthorized reading, dissemination, copying or other use of this email and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. Receipt by anyone other than the intended recipient(s) will not be deemed a waiver of any privilege or protection. If this electronic transmission is received in error, please immediately notify Caley & Associates at (714) 529-1400 and permanently delete it from your system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual

**Exhibit B - 1**

or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed. Thank you.

---

**2 attachments**


**Settlement Agreement.pdf**
74K


**Stip to Retain Jurisdiction.pdf**
53K

**Exhibit B - 2**