Electronically Received 05/22/2019 11:58 AM

Rebecca A. Caley, Bar No. 131997
Christopher M. Domin, Bar No. 273951
CALEY & ASSOCIATES
A Professional Corporation
265 S. Randolph Avenue, Suite 270
Brea, California 92821-5777
714/529-1400 - Office
714/529-1515 - Facsimile
rcaley@caleylaw.com
File No. 2030-224

Attorneys for Defendant,
BMW Financial Services NA, LLC

FILED
Superior Court of California
County of Los Angeles
07/26/2019
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____Ana Luisa Cisneros_____ Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES - STANLEY MOSK COURTHOUSE

| | |
|---|---|
| ARTUR ELIZAROV,<br><br>    Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC,<br><br>    Defendant. | CASE NO. 19STCV08507<br><br>STIPULATION THAT THE COURT MAY RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT PURSUANT TO CCP §664.6; AND [PROPOSED] ORDER THEREON |

    This Stipulation is made and entered into by and among Plaintiff, ARTUR ELIZAROV, and Defendant BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company, who hereby voluntarily submit to the jurisdiction of the Court for the limited and exclusive purpose of the enforcement of a Settlement Agreement pursuant to Code of Civil Procedure § 664.6. (The foregoing are signatories to a Settlement Agreement and are collectively referred to as the "Parties.").

    Whereas, the Parties have reached a settlement in this matter and have fully executed a Settlement Agreement which includes a provision wherein the Parties agree

that the settlement may be enforced pursuant to Code of Civil Procedure § 664.6.

NOW, THEREFORE, the Parties hereby stipulate as follows:

1. The settlement may be enforced pursuant to Code of Civil Procedure § 664.6.

2. The Court shall retain jurisdiction over the Parties to enforce the terms of settlement.

Dated: May ____, 2019

May 17, 2019

ARTUR ELIZAROV

By: _Artur Elizarov_
Artur Elizarov, an individual

Dated: May 21, 219

BMW FINANCIAL SERVICES NA, LLC

By: _____
Name: Jason P. Bichsel
Title: Corporate Counsel

## [PROPOSED] ORDER

Based upon the foregoing Stipulation That the Court May Retain Jurisdiction to Enforce the Settlement Agreement, it is hereby ordered that the Court will retain jurisdiction over the Parties to enforce the settlement pursuant to Code of Civil Procedure § 664.6.

DATED: _____

**Lia Martin**
JUDGE OF THE SUPERIOR COURT
Lia Martin / Judge

## PROOF OF SERVICE

I, Carolyn Byrne, declare as follows:

1. I am employed in the County of Orange, State of California and am over the age of 18 and not a party to the within action. My business address is: 265 S. Randolph Ave., Ste. 270, Brea, CA 92821.

2. On __5/22__, 2019, I served the foregoing document described as:

**STIPULATION THAT THE COURT MAY RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT PURSUANT TO CCP §664.6; AND [PROPOSED] ORDER THEREON**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Attorney for Plaintiff, Artur Elizarov:**
Ilya Alekseyeff, Esq.
LAW OFFICES OF ILYA ALEKSEYEFF
8721 Santa Monica Blvd., #119
West Hollywood, CA 90069
(213) 537-4592
ilya@loia.legal

__X__ BY MAIL  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepared at Brea, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY OVERNIGHT MAIL  I caused such documents to be served via overnight mail to the office of the addressee.

____ BY FAX  I caused such documents to be served via facsimile transmitting to the office of the addressee.

____ BY PERSONAL SERVICE  I caused such envelope to be delivered by hand to the office of the addressee.

__XX__ STATE     ____ FEDERAL

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called upon, I could and would competently testify thereto.

Executed on __5/22__, 2019, at Brea, California.

_Carolyn Byrne_
Carolyn Byrne