Case 5:21-cv-00616-JWH-SP Document 103-14 Filed 09/07/22 Page 1 of 2 Page ID #:2485



# Servicing Guide

⬇ **Download PDF Guide** (Published: July 13 2022 )

## Search the Guide    *(For best result, pose your search like a question.)*

> Search the Guide... e.g. How do I know if my borrower qualifies for forbearance?

Home / COVID-19 / COVID FAQs

Share

**Is Form 710 (Mortgage Assistance Application) required to verify hardship for putting a borrower on a COVID-19 related forbearance plan?**

For COVID-19 impacted borrowers, no additional documentation other than the borrower's attestation to a financial hardship caused by the COVID-19 emergency is required for the borrower receiving a forbearance plan.

> **Note:** This FAQ is from the Fannie Mae COVID-19 Frequently Asked Questions. Form 710 can be downloaded here.

**See below for more information on COVID-19:**

- Fannie Mae's COVID-19 page
- The Impact of COVID-19 on Servicing
- Fannie Mae Servicing Lender Letter LL 2021 02

Was this article helpful? **Yes** / **No**

## Have You Tried Ask Poli?



**Poli knows. Just ask.**

Ask Poli features exclusive Q&As and more—plus official *Selling & Servicing Guide* content.

Try Ask Poli ›

## Related Articles

AskPoli

Customers Recommend Ask Poli

If you have additional questions, Fannie Mae customers can **visit Ask Poli** to get information from other Fannie Mae published sources.

Guide Resources

For a comprehensive list of resources such as access forms, announcements, lender letters, notices and more.

**Visit Selling and Servicing Guide Communications and Forms**

**Exhibit EE - 1**

**Working with Fannie Mae**

Customer Login

Password Reset

Not a customer? Get Started

**Support & Resources**

Customer Service

News & Events

Learning Center

Guide Forms

**Products & Solutions**

Mortgage Products & Options

Technology Apps & Solutions

**Other Sites**

The Marketing Center

Know Your Options

Duty to Serve

HomePath

© 2020 Fannie Mae

Suppliers

Careers

Contact Us

Legal

Privacy

**Exhibit EE - 2**