FCI Lender Services, Inc.
Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com NMLS #4920 DRE #01022780
PO BOX 27370 Anaheim CA 92809-0112 Fax: (714) 282-2429

Statement Date: 04/12/2021

# Demand Loan Payoff

**Borrower**
ILYA ALEKSEYEFF
828 WEST MOUNT DRIVE
WEST HOLLYWOOD, CA 90069
Account: 399299367

**Servicer**
FCI Lender Services, Inc.
8180 E Kaiser Blvd,
Anaheim, CA 92808-2277
800-931-2424

**This Demand Issued by FCI as Loan Servicer hereby Voids All prior Demands In Any Form and Requires the Receiver of this Demand to Call Prior to Payoff to Verify Funds, as Payoff Amounts May Change.**

| | |
|---|---|
| **Estimated Payoff Date** | **4/23/2021** |
| Loan Maturity Date | 12/31/2020 |
| Interest Paid to Date | 12/1/2020 |
| Next Payment Due Date | 1/1/2021 |
| Unpaid Principal Balance of Loan | $80,000.00 |
| Deferred Unpaid Principal Due | $0.00 |
| Note Interest Rate | 14.0000 % |
| Current Interest Rate (May include Default Interest Rate) | 36.0000 % |
| Note Rate Interest Due from 12/1/2020 to 4/23/2021 | $4,448.89 |
| Unaccrued Balance of Default Interest from 12/31/2020 to 4/23/2021 | $5,524.44 |
| Default Interest From 12/31/20 - 4/23/21 WAIVED if paid by 4/23/2021 | -$5,524.44 |
| Accrued/Unpaid Interest Due (May include Unpaid Default Interest) | $0.00 |
| Deferred Unpaid Interest Due | $0.00 |
| Unpaid Loan Fees | $0.00 |
| Prepayment Penalty Due | $0.00 |
| Other Payments | $0.00 |
| Late Charges Due from Paid-to-Date | $0.00 |
| Late Charges Unpaid/Due from Previous Payments | $0.00 |
| Late Charges Unpaid/Due & Deferred from Previous Servicer | $0.00 |
| Unpaid Loan Charges or Advances | $93.33 |
| Estimated Payoff Charges from Servicer | $301.00 |
| Suspense Balance | $0.00 |
| **Estimated Amount to Fully Pay Off this Loan:** | **$84,843.22** |
| Daily Interest Amount if Paying To: 4/23/2021 | $80.00 |

**PLEASE BE ADVISED THAT THIS DEMAND IS ACCURATE AS OF ISSUANCE DATE BUT IT IS SUBJECT TO CHANGE. Additional interest, late charges, fees, and costs may be incurred by the Borrower between the Statement Date and the Payoff Date. ACCORDINGLY, PLEASE CALL (800) 931-2424 ext. 651 TO VERIFY THE PAYOFF AMOUNT PRIOR TO ISSUING PAYMENT. As required by state law, upon receipt of payment in FULL, FCI will process the release of lien, unless directed otherwise by lender.**

**Outstanding Checks: **Default WAIVED if paid off on or prior to 4/23/2021****

**Special Instructions:**
**(1) Only Certified Funds or Wire Transfer will be accepted for Immediate Payoff.**
**(2) Please make your disbursement payable to: FCI Lender Services, Inc.**
**(3) We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff.**
**(4) PLEASE NOTE THIS DEMAND EXPIRES AND BECOMES NULL AND VOID ON 04/23/2021, as follows: (A) for Payment by Wire, at 2:00 p.m. PT; and (B) for Payment by Certified Funds, at 5:00 p.m. PT.**
**(5) THE DEMAND FEE IS DUE EVEN IF YOUR TRANSACTION IS CANCELLED.**

Sincerely,

*JoeAnna Garcia*

JoeAnna Garcia
FCI Lender Services, Inc.
800-931-2424 x 651
Fax: 714-282-2429



**Exhibit H**

| Payment Due Date | Note Rate | Payment Amount | Apply To | | | | | | | Unpaid Int Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Principal | Interest | Reserve | Impound | Other | Unp. Int. | Acc Late Chg | | |
| 12/31/2020 | 14.0000% | $ 933.33 | $ 0.00 | $ 933.33 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 80,000.00 |
| 01/01/2021 | 36.0000% [1] | $ 80.00 | $ 0.00 | $ 80.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 80,000.00 |
| 02/01/2021 | 36.0000% [1] | $ 2,400.00 | $ 0.00 | $ 2,400.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 80,000.00 |
| 03/01/2021 | 36.0000% [1] | $ 2,400.00 | $ 0.00 | $ 2,400.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 80,000.00 |
| 04/01/2021 | 36.0000% [1] | $ 2,400.00 | $ 0.00 | $ 2,400.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 80,000.00 |
| 04/23/2021 | 36.0000% [1] | $ 1,760.00 | $ 0.00 | $ 1,760.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 80,000.00 |
| | | **$ 9,973.33** | **$ 0.00** | **$ 9,973.33** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | | |

[1] Using Default Interest Rate
[2] This transaction was already accomplished by the borrower.
[3] Rounding adjustment to match total payment amount.

| Itemization of Other Fees<br>Actual Charge Subject to County Recorder's Office | | |
|---|---|---|
| **Description** | **Destination** | **Amount** |
| Demand Fee | | $30.00 |
| Recording Fee-Estimate Only | | $46.00 |
| Reconveyance Fee | | $45.00 |
| Senate Bill SB-2 | | $150.00 |
| Demand Update Fee 4/12/21 | | $30.00 |
| | | $301.00 |

**Itemization of Unpaid Charges**

| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
|---|---|---|---|---|---|
| 03/03/2021 | Balloon Late Fee-To Investor | 0.000% | $93.33 | $0.00 | $93.33 |
| | | | | | **$93.33** |

| Property List |
|---|
| 13923 GILMORE STREET, VAN NUYS CA 91401 |



**Exhibit H**

# IMPORTANT DISCLOSURES

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. Our Customer Service Department is an experienced group of men and women who are trained and dedicated to answering your questions, addressing your concerns, and resolving any and all issues to your satisfaction. If you have any complaints, please call us during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**OREGON CONSUMERS ONLY:** The Director of the Department of Consumer and Business Services prescribes by rule. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov. You can also submit a completed form complaint by email to dcbs.dfcsmail@oregon.gov, by mail to PO Box 14480 Salem, OR 97309-0405, or by fax to 503-947-7862.

**PENNSYLVANIA CONSUMERS ONLY**: The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s agent in Colorado is located at 1776 S. Jackson Street #900, Denver, CO 80210-3808; PH: (720) 441-0010 option #1.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MASSACHUSETTS CONSUMERS ONLY:** NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). You may obtain information about how to file a complaint about FCI with the New York State Department of Financial Services, by visiting the Department's website at www.dfs.ny.gov or by calling the Department at 800-342-3736.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**



**Exhibit H**