Messages - Greg Loan

iMessage
6/24/19, 8:24 AM

Morning it's Art. Should have those statements shortly. Will forward immodestly after they are received. Let me know if you need anything else. Hopefully rest of application is going well!

6/24/19, 12:04 PM

Statements sent. Working woth HR to get you offer letter

Great. Thank you.





For appraisal

Just getting ahead

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 1 of 25

**Exhibit HH - 1**

Messages - Greg Loan

6/24/19, 1:28 PM

Also sent Porsche proof of payment

:)

6/25/19, 1:53 PM

Greg are we all good?

7/1/19, 9:43 AM

Hey Art, can you text me the front and back of your Visa or MasterCard so we get the appraisal ordered?

7/3/19, 8:20 AM



90069 zip

7/5/19, 1:00 PM

I think we discussed this but when you use that 800 number for faxing make sure you use the cover sheet. Greg.

https://documentcloud.adobe.com/link/track?uri=urn%3Aaaid%3Ascds%3AUS%3Ad03162a7-23db-4984-a903-c0007647433b



Scan Jul 5, 2019 (2).pdf

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 2 of 25

Exhibit HH - 2

Messages - Greg Loan



https://documentcloud.adobe.com/link/track?uri=urn%3Aaaid%3Ascds%3AUS%3A003ff75d-601f-4982-8ef1-d7d6a46cba32

Scan Jul 5, 2019 (3).pdf

Scan Jul 5, 2019 (4).pdf

https://documentcloud.adobe.com/link/track?uri=urn%3Aaaid%3Ascds%3AUS%3Abf004214-74a7-4ad0-b899-6dc13a04fb01

7/8/19, 12:31 PM

Give me a call when free

7/8/19, 6:13 PM

Hello Artur, this is Steven from Unison. Congrat on your purchase.  I just received a loan approval & purchase contract from Gregory. Could you complete the application for Unison investment? I emailed you the application link, please let me know when you finished.

Is that right?

Ok sent

OK I'll confirm in a sec.

Hey Art I got it thank you

So now we need approval lol

Exactly

Or Steven needs to approve it first lol

Just kidding

Yeah he's the one that makes all the decisions 😊

Clearly

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 3 of 25

Exhibit HH - 3

Messages - Greg Loan

Lol

7/9/19, 10:48 AM

Morning! Did appraisal come back yet lol

Haven't seen it yet but will let you know as soon as I receive it.

Everything else good? Especially Stevens approval?

So far. I need to talk to his boss in another hour or so I don't want him to be a hiccup with misinformation.

Maybe I am the hiccup but if I was a first time buyer I would be confused

Btw gonna start using this program with more buyers and send them to you for preapproval directly

Yeah I'm not gonna bury him I just want to ensure we eliminate any redundancy when we can.

Ya his intentions are good

Yes thank you, that would be great!

Agreed. At least he's responsive😊

We can do lots of these unison deals

I agree especially in Southern California where it is not as popular, yet!

I wish I could do another one in la

I know. They're not ready for 2nd homes yet.

Can you make them lol

It shouldn't change their position

I'm always asking!

I ll be the first person

Done!

Do you do loans with 5 percent down

Can I buy something else? Lol

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 4 of 25

**Exhibit HH - 4**

Messages - Greg Loan

I do, but they are all primary residences at that down payment percentage.

Can I say it's a primary

We might have to put some time between the two loans.

That or I can do it in the husbands name who has 3 other investment properties

We are renting at 5600

And have the lease to prove it

That's true!

I ll send you his complete file

His credit score is high too

Over 730

It would be something around 860-950

Sounds good. Great scores.

He has 401k for reserves

Over 300k

It would be nice not to pay rent and do a mortgage even if it's without unisom

Ok. Let's get yours closed first, then work on his.

Sounds good!

Are we close when do I wire the money lol

😄

7/9/19, 5:55 PM

Sent you rent free letter

Copy of the lease

So that they know I am not it

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 5 of 25

Exhibit HH - 5

Messages - Greg Loan

Received them. Thank you.

7/10/19, 10:14 AM



Got it, thanks.

Is that ok

makes sense, looks good thanks.



Might want to use the second letter

It is better they just sent it forward

Yes second letter better

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when
extracted: 7/30/22, 2:23 PM

Page 6 of 25

**Exhibit HH - 6**

Messages - Greg Loan

Are we all good?

Do I need to do anything else

Not at the moment

So where is my approval and docs lol just kidding

Did you get appraisal back?

Not yet. Expecting today. Will let you know.

Well I am glad all the initial LOE stuff is done and out of my hands :)

Meeting with Steven at 4 today to go over how the program works apparently it's mandatory so I ll try to teach him lol

You crack me up!  Have a good call and good luck!

Thanks! Get me some good final news by end of this week lol

Sorry butt dial

No worries. This is my week on with my 13-year-old daughter it's Mayhem at best.

Can you chat for a sec

Have a good update

https://mediaserver.navient.com/MediaServer/ecorrespondence507801922.do?attachID=507801922&action=showpdf&r=-913181000



ecorrespondence507801922.do.pdf

https://mediaserver.navient.com/MediaServer/ecorrespondence507801992.do?attachID=507801992&action=showpdf&r=-913181000



ecorrespondence507801992.do.pdf

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 7 of 25

Exhibit HH - 7

Messages - Greg Loan

7/10/19, 4:15 PM

I just learned so much about unisom riveting

I'm sure

Steven is studying for his agent exam and wants tips

I said must have pulse to pass

Also did you get appraisal?

Good one. No nothing on the appraisal yet I've reached out to the management company.



Just sent you notice of settlement and settlement agreement for bmw

Ok. I'll look at after this call.

7/11/19, 9:11 AM

Hey Art, we are doing verifications of employment and the most current employers is NPM, inc out of Oakland California. Do they own Rite Care Hospice? We can't find your current employer. Thanks, Greg.

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 8 of 25

Exhibit HH - 8



That's from the sos website

Hey Art do you have an home owners insurance quote contact name etc yet?  If not you can send us your insurance person's name and contact information and we will call on your behalf.

7/11/19, 3:12 PM

Greg is that going to cause a huge problem

Ilya is saying it's his chase account

7/12/19, 10:04 AM

Greg I have good news for you

The property appraised lol

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 9 of 25

Exhibit HH - 9

Messages - Greg Loan

Now just the loan is left

Yep. Awesome. Saw that earlier. I'm about to jump on a call I'll reach out a little later.

Hey Art I just got an email from my assistant and we left a couple messages for right care for verification of employment and have not received any calls back could you ask right care to call Jeanette at area code 253-840-5600. Thanks.

They don't have any calls

But she will call them right now

Let me know when she hears from the corporate office

I will be in Monday so worst case scenario I will make them call then but I am sure it will be handled

+1 (323) 545-8888 theycan also call my ceo directly

That's his office number

My boss said he called himself can you confirm so I can stay on it

We had a patient death so things are nuts in the office

7/12/19, 2:27 PM

My assistant received a call from Rite Care and emailed whoever called our form. She has not received the form back yet just FYI.

We get paid on Monday since our payroll is bi monthly. Once I am paid we will fax/email it Monday so that it's the most through pay period. So you will be tit Monday.

Ok. It doesn't really matter because you're paid a fixed amount monthly per the offer letter, but that's fine.

7/14/19, 12:00 PM

As of Friday no email aper Let me see

Direct message from my boss

Let's handle Monday I will call with him so we can get is squared away

Never mind we got it

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 10 of 25

**Exhibit HH - 10**

Messages - Greg Loan

It was stuck in spam

7/14/19, 3:01 PM

Never mind the one we had was the other loan place. Can you have her send it back

Send it again is what I mean

vartan@ritecaregroup.org



So you know we are not bat shit crazy lol

He just sent me a screen shot only email he has lol

K. Thanks.

Even though I told them to stop so I just assumed it was from you guys lol

No worries. I just want to get the VOE done for the loan.

You know we will handle it I just need it sent to the right place and will handle ASAP

We wanted to get it done today so you guys had it

If you can have even send it first thing am and maybe cc you I ll be in the office and will follow up to make sure it's handled. He know how important the purchase is

Ok. Also, did we get insurance solved?

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 11 of 25
Exhibit HH - 11

Yes my brother sent it to her right away

And confirmed with me but she has not responded

I don't know Greg it might be your assistant lol

Just kidding I can ask him to forward to me and I can forward to you

Ok enough bugging you on the weekend lol

Enjoy the what's left

K. I'll check on that as well with her. Actually Jeanette is really good at what she does. If I have insurance and the appraisal done, I can get that sent over to Unison for part of their process. Thanks for your help.



Bam

Perfect. Thanks.

Forwarded it to you

My people are on it lol

All good

I would kill my brother otherwise lol

Family!

That and he knows I am super type a. Driven him nuts my whole adult life lol

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 12 of 25

Exhibit HH - 12

Messages - Greg Loan

I drive Vartan nuts too that's why he wants to handle VOE or I ll just nag him to death

I get it, I come from a family of 6 kids.

4 here

Yep, pretty much the same.

7/15/19, 8:29 AM

Morning. Expect a call from Credit plus our vendor for credit reports. They just want to discuss the Porsche Lease for clarification. Greg.

Which lease

Current or past

Also were you able to chat to Jannette figure out where she sent the voe or if she can resend to the address I gave you

Most likely both but I suspect specifically the current one given you paid in advance.

Yes emailed Jeanette with the correct email address. I haven't heard back from her yet. I'm sure she's on it.

7/15/19, 10:43 AM

Hey Art. Jeanette sent to the email you gave to RC. I guess she had dropped a letter in the email address which is why it didn't reach him. Additionally can you reach out to gimble and paedae and ask them to respond. We haven't heard from them as yet. Thanks.

They just called lol and I was like I'll send over the employment dates... just shoot me an email! Lol

Crazy.

That's from Keith

K

7/15/19, 1:15 PM

Docusign works.

Can you check with her my boss said he just shot it back

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 13 of 25

Exhibit HH - 13

Messages - Greg Loan

Yep

Yep she got it?

Meaning I will check

Ok cool! Heading out for the day so I want to ride him till it's done but he was on the phone drafting email lol

Ok. I just emailed Jeanette requesting confirmation. I will let you know shortly.

She received it thanks for your help.

Ok one lesss thing to worry about

You know you have to babysit every ceo lol

I'm sure

We have approval yet lol

Not yet. Hopefully something late this afternoon. After 2pmish it starts to look like first thing in the am. I'll keep you updated.

7/15/19, 3:34 PM

Hey Art. Call when you can.

What's up

In calls something bad

Nothing bad.

7/15/19, 5:05 PM

Approval yet just messing with u

7/16/19, 10:33 AM

Give me about 20 minutes

No rush was calling to give you my usual morning shit about approval lol

7/17/19, 10:44 AM

Just got a call from the company about Porsche

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 14 of 25

Exhibit HH - 14

Messages - Greg Loan

7/17/19, 5:54 PM

Hey Art, I'm being told I'll have the conditional approval by late morning. Sorry for delay. Greg.

7/18/19, 1:26 PM

Art - have you heard anything from Greg on your loan approval? I have been doing my best to hold off the listing agent but we are now going to need to do another extension on closing.

Senior underwriter is in the file I'm being told within the hour I would call it the better part of an hour. I have every indication it will happen here shortly. I'll check in with them again in 30 minutes thanks for your patience.

7/18/19, 8:03 PM

No update from Greg yet. Listing agent keeps asking me about it. I just texted him again.

He is killing

Me

7/19/19, 8:08 AM

On phone with processor re your conditions. Will reach out in 10 mins.

7/19/19, 12:46 PM

Art. I have Joyce from credit plus on the line. Can I dial you and connect the two of you?

Yes

Do it again

K

It just dropped

Uhhhh


Scan Jul 19, 2019.pdf

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 15 of 25

Exhibit HH - 15

Messages - Greg Loan

Joyce calling me again. Has a question forgot to ask. Dial in ok

Yes

7/22/19, 4:14 PM

Hey Art. The early closing disclosure has been sent to your email. When you have a quick moment can you go in and E sign it with today's date? The authorization code is the last four digits of your Social Security number. Thanks, Greg.

By the way we were able to get the verification of rent. Thanks.

7/25/19, 1:17 PM

Good to go!  Please call when you get a moment. Greg.

Don't tell Will yet call u in a bit

Already told him. He's been pounding me since am. Sorry.

7/26/19, 9:54 AM

Hey Art. As we head toward close, how do you want to take title?  As a single man?

Yes

Thank you

On the line. Will call in a couple of minutes.

7/29/19, 8:58 AM

Hey Art. Will just called. I guess he was reaching out to you last week. Just thought I'd relay the message. Greg.

He called me Friday. Just finally hit me with nieces passing been a tough weekend to swallow. I ll rewatch our

Out

I figured as much Art, and again, so sorry for your loss.

Articles of incorporation got it

7/29/19, 12:31 PM

Auto translate. Appreciate it Greg. In this transitive state can't seem to get my ass up and out of bed

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 16 of 25

**Exhibit HH - 16**

Messages - Greg Loan

7/30/19, 3:33 PM



So there are new inquiries not that it matters

Unison docs just emailed to escrow. FYI.

7/31/19, 8:16 AM

Hey Art. Please call when you get a quick moment. Greg.

Estela.vcf

7/31/19, 4:37 PM

Why doesn't anyone else run at my or your speed of urgency

Banks are soo slow otherwise! One of my other deals got delayed too

I had a very similar conversation with my mother earlier today.  She's a former banker and used to run circles around her competitors. I guess I take after her.

8/1/19, 9:41 AM

Still no package from seller

8/1/19, 1:12 PM

So what's Wills update

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 17 of 25

**Exhibit HH - 17**

Messages - Greg Loan

He said that escrow will receive the document we need tomorrow morning so we can fund. That escrow suggested August 6 just in case there are any hiccups. If we receive tomorrow morning we should be able to fund.

If we receive tomorrow morning

I don't know if they will have the common sense to get it by guesneed delivery

But ok

8/2/19, 12:29 PM

I wasn't sure if we ended our conversation or not I'll follow up with Will and let you.

8/2/19, 1:57 PM

Spoke to Estela lender did fund

She what's the wire number from you guys

She is calling title to confirm that funds are in

She says there is no way to record since title is in riverside and they have to have original documents to record

There would be two sets of fundings one from us and one from unison. I haven't seen anything on my email that says we have funded I suspect it's unison.

8/5/19, 12:32 PM

Hey Art. We just funded. Suspect we'll go on record today, if not tomorrow. Thanks again for your all your help and your business of course!  Greg.

8/5/19, 4:09 PM

Call me

Estela just received word the wire is in. She emailed us.

Ok Yey

Tell them to record damn it

On it!  Have a good night. 

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 18 of 25

Exhibit HH - 18

Messages - Greg Loan

8/5/19, 5:50 PM

I'll ring you in a few minutes

8/6/19, 2:40 PM

Did you record?

Fucking no

I am
So beyond ducking oissed

9/17/19, 10:17 AM





Palm Springs

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when
extracted: 7/30/22, 2:23 PM

Page 19 of 25

Exhibit HH - 19

Messages - Greg Loan

> Coming along

> Wanted you see the progress

Looks great Art. Is the wall in the bedroom textured or wallpaper or something similar?

> Wallpaper

Like it.

1/9/20, 1:26 PM

Hey Art, can you give me a quick call?  My loan servicing team says you are about 38 days late for your December 1 payment I wanted to check in to see how I can help. Thanks, Greg.

> Was on vacation just got back today

> Don't have it set on autopay

Ok. A woman named Amanda has been trying to reach you. Her number is 844-799-5653. Would you mind calling her as soon as possible?  She should be able to help you with the auto set up as well. Thanks Art, Greg.

> Sounds good will do!

Thank you!

1/10/20, 6:18 PM

> Greg number you gave me is not in service

> Try calling it

> 3 times

Is your email still the same?  I'll send email connecting the both of you.

> No

> Had fraud

> Arthur.elizarov@gmail.com

> I can take care of it Monday or if she calls me rather than mailing a check

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 20 of 25

**Exhibit HH - 20**

Messages - Greg Loan



Cause I have also asked for them to send me mortgage statement in Weho and they keep sending it to PS

So the email you just sent the new one?

Yes

Had to create it

But intro me please and I will handle

Can you also double check the number you gave me

Will do.

Am I crazy or is it disconnected

Click and call see if you get same message

844-799-4653 direct from her signature page.

Call it PleSe

This one says 4653

Top number is different

Off a digit. I said 5653

You gave me the wrong number

4653 is right.

Blame you then lol

Yep

I ll just tell her your fault lol

If it makes you feel better😊

Yes lol

She working now?

I am still in vacation mode

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 21 of 25

Exhibit HH - 21

Messages - Greg Loan

Hard coming back

From a month in Mexico by the beach

Ok. Let's clear up Monday. She done for day.

I bet.

Will do!

Gnight I ll handle Monday

Night. Have a great weekend!  Thanks.

1/14/20, 10:24 AM

I figured it would th Amanda

I did make dec payment cause it's set up through 3rd party man and it was returned

She said you have had similar problems woth others

She waived the fees

Also had a huge overages

In escrow

So it now further dropped payments

All good! I am no delequent lol

1/14/20, 11:29 AM

Great news Art. I like the part that you are no longer delinquent. 😊. Hey when you can think about it, if you know of anyone with A similar credit profile like yours, who might be eligible for the Unison program please let me know!  Thank you, Greg.

Do you have any other programs btw I want to buy in la rent is 5500

It's a waste

I will search my base I would love to do the real estate transaction and you can do the loan lol

Yes I do all the conventional and jumbo mortgage programs out there but specialize in unison.

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 22 of 25

Exhibit HH - 22

Messages - Greg Loan

Ok what's a special rate one you have

Purchase won't exceed more than 720k conventional loan limit

4/10/20, 5:14 PM

Greg where is my cut on James lol

Glad you closed

😊!  Thank you for referring Art!  Just closed end of March. I think he was semi surprised we got it done given the timeline pressure from TB! It all worked out. Any other referrals?  Am I asking too much? LOL!!!! Have a nice Easter weekend with family. Best, Greg.

4/10/20, 6:25 PM

Yes for free you are lol. Will see if I can do more and if you have real estate purchase ones in Cali please refer

2/3/21, 12:17 PM

Hey Art it's Greg. I got an email from the president of Goldwater Bank and they asked me to get in front of you regarding a forbearance that is coming due and that they're having a challenge getting a response from you.  Can you let me know what may be going on and if there is a better phone number or email they can use to connect with you?  Thank you.

They have all of that

But sold the property it closes on feb 28 so we should be good

No one has emailed me and I have communicated several times including weststar

They should know you're selling the property. The email they said they are trying to communicate with you is arthur.elizarov@gmail.com. Is that correct?  Did you communicate that you're selling the property to anyone?  do you have a specific name or email. Can you let Annette Baca know?  Her direct line is area code 505-872-7608. Thanks, Greg.

Yes to all

Escrow contacted them to get payoff

It's the most disorganized group ever but I will handle it

Annette is the one I communicate with

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 23 of 25

Exhibit HH - 23

Messages - Greg Loan

Hey Art I just heard back from my president and he asked me if we can get the name of the escrow company and contact information managing the sale so that we can talk with them directly for payoffs etc. can you text me that information? Thank you, Greg.

2/4/21, 6:04 PM



Andrea Cross

Thanks Art!

Sorry for the delay

No worries.

Sale price is 1.35m

So everyone wins

Minus the 20k I spent for improvements

Sounds like you'll be a net positive. Really appreciate the follow up. Greg.

Ya I bought at 895

450k upside for one year sign me up lol

Yeah you did well!!!

Right?

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 24 of 25

Exhibit HH - 24

Messages - Greg Loan

All day long

Liked "All day long"

Do you happen to have a copy of the unisom agreement.

They have been unresponsive

And I can't seem to find a copy

Let me see if I can find some thing I'll send it to you.

It should've been part of your loan documents. I'll look

2/5/21, 8:52 AM

Thank you

Read 2/5/21

Exported from Artur's iPhone (FCJD71ANN70L) on 7/30/22, 2:33 PM with iMazing by DigiDNA. Database date when extracted: 7/30/22, 2:23 PM

Page 25 of 25

Exhibit HH - 25