**This page is part of your document - DO NOT DISCARD**



# 20210665329

Pages: 0002

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**04/27/21 AT 12:02PM**

| | |
|---|---:|
| FEES: | 40.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 150.00 |
| PAID: | 190.00 |



**L E A D S H E E T**



202104272470029

00020379504



012135538

**SEQ:
01**

SECURE - Daily - Priority



**THIS FORM IS NOT TO BE DUPLICATED**

*E429816*

258_6378348_1_2
**Exhibit J - 1**

RECORDING REQUESTED BY
FCI LENDER SERVICES, INC.
PREPARED BY: AP

WHEN RECORDED MAIL TO

ILYA ALEKSEYEFF
828 WEST MOUNT DRIVE
WEST HOLLYWOOD, CA 90069

APN: 2238-023-024
Property: 13923 GILMORE STREET, LOS ANGELES, CA 91401

Loan 399299367 / ALEKSEYEFF

# SUBSTITUTION OF TRUSTEE AND DEED OF RECONVEYANCE

For the undersigned, SHATAR HOLDINGS, LLC, A DELAWARE LIMITED LIABILITY CORPORATION, as the beneficiary/owner(s) and holder of the Note secured by Deed of Trust dated JANUARY 17, 2020, **EXECUTED BY ILYA ALEKSEYEFF, A SINGLE MAN** herein called **TRUSTOR, to STEWART TITLE OF CALIFORNIA** herein called **TRUSTEE**, which Deed of Trust Recorded on 02/06/2020 as Document #20200148098 of official records in the Office of the Recorder of LOS ANGELES County, California, hereby substitutes FCI LENDER SERVICES, INC., A California Corporation, as Trustee, whose address is 8180 E. Kaiser Blvd. Anaheim Hills, CA 92808.

FCI LENDER SERVICES, INC. hereby accepts said appointment as Trustee under the above Deed of Trust, and pursuant to the request of said owner and in accordance with the provisions of said Deed of Trust, does hereby reconvey, without warranty, to the person or persons legally entitled thereto, all the estate and interest now held by and under said Deed of Trust in and to that property situated in the county of LOS ANGELES, State of California, described in said Deed of Trust

**IN WITNESS WHEREOF** the owner and holder above named, and **FCI LENDER SERVICES, INC.,** as Successor Trustee, has caused this instrument to be executed, each in its respective interest.

DATE: 4/22/2021

FCI LENDER SERVICES, INC., a California Corporation

as SUBSTITUTED TRUSTEE

BY: _____
VANESSA VARELAS, SUPERVISOR

FOR: SHATAR HOLDINGS, LLC, A DELAWARE LIMITED LIABILITY CORPORATION, AS BENEFICIARY
BY: FCI LENDER SERVICES, INC., as servicing agent

BY: _____
VANESSA VARELAS, SUPERVISOR

A notary public or other officer completing this certificate verifies only the indentity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

On April 22, 2021 before me MARISA ROSA AGUIRRE Notary Public, personally appeared VANESSA VARELAS, SUPERVISOR who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature



MARISA ROSA AGUIRRE
Notary Public – California
Orange County
Commission # 2213248
My Comm. Expires Sep 9, 2021

Exhibit J - 2

RECORDING REQUESTED BY
FCI LENDER SERVICES, INC.
PREPARED BY: AP

WHEN RECORDED MAIL TO

ILYA ALEKSEYEFF
828 WEST MOUNT DRIVE
WEST HOLLYWOOD, CA 90069

APN: 2238-023-024
Property: 13923 GILMORE STREET, LOS ANGELES, CA 91401

Loan 399299367 / ALEKSEYEFF

# SUBSTITUTION OF TRUSTEE AND DEED OF RECONVEYANCE

For the undersigned, SHATAR HOLDINGS, LLC, A DELAWARE LIMITED LIABILITY CORPORATION, as the beneficiary/owner(s) and holder of the Note secured by Deed of Trust dated JANUARY 17, 2020, **EXECUTED BY ILYA ALEKSEYEFF, A SINGLE MAN** herein called **TRUSTOR, to STEWART TITLE OF CALIFORNIA** herein called **TRUSTEE,** which Deed of Trust Recorded on 02/06/2020 as Document #20200148098 of official records in the Office of the Recorder of LOS ANGELES County, California, hereby substitutes FCI LENDER SERVICES, INC., A California Corporation, as Trustee, whose address is 8180 E. Kaiser Blvd. Anaheim Hills, CA 92808.

FCI LENDER SERVICES, INC. hereby accepts said appointment as Trustee under the above Deed of Trust, and pursuant to the request of said owner and in accordance with the provisions of said Deed of Trust, does hereby reconvey, without warranty, to the person or persons legally entitled thereto, all the estate and interest now held by and under said Deed of Trust in and to that property situated in the county of LOS ANGELES, State of California, described in said Deed of Trust

**IN WITNESS WHEREOF** the owner and holder above named, and **FCI LENDER SERVICES, INC.,** as Successor Trustee, has caused this instrument to be executed, each in its respective interest.

DATE: 4/22/2021

FCI LENDER SERVICES, INC., a California Corporation

as SUBSTITUTED TRUSTEE

BY: _____
VANESSA VARELAS, SUPERVISOR

FOR: SHATAR HOLDINGS, LLC, A DELAWARE LIMITED LIABILITY CORPORATION, AS BENEFICIARY
BY: FCI LENDER SERVICES, INC., as servicing agent

BY: _____
VANESSA VARELAS, SUPERVISOR

A notary public or other officer completing this certificate verifies only the indentity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

On April 22, 2021 before me MARISA ROSA AGUIRRE Notary Public, personally appeared VANESSA VARELAS, SUPERVISOR who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature



MARISA ROSA AGUIRRE
Notary Public – California
Orange County
Commission # 2213248
My Comm. Expires Sep 9, 2021

Exhibit J - 3