**INTERNAL REVENUE SERVICE** 

# FAX TRANSMISSION
## Cover Sheet

Date: January 17, 2018

## To: MR. ARTUR ELIZAROV

Address/Organization: _____

Fax Number: (888) 303-7686     Office Number: _____

## From: Mr. Galdamez

Address/Organization: Internal Revenue Service

Fax Number: (855) 755-3516     Office Number: _____

Number of pages: | 5 |   *Including cover page*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Subject:**

This communication is intended for the sole use of the individual to whom it is addressed and may contain confidential information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the provisions of the Internal Revenue code. If you have received this communication in error, please contact the sender immediately by telephone. Thank you.

Exhibit K - 1

```
COPY - DO NOT MAIL                          In reply refer to: 0477485133
                                            Jan. 17, 2018  LTR 2257C   0
OGDEN, UT  84201                                           201412 30 000
                                                                   00001
                                                           BODC: SB

ARTUR ELIZAROV
11623 MORRISON ST
N HOLLYWOOD  CA  91601-4346
```

Social security number: ▮▮▮▮▮
Your correspondence date: Jan. 17, 2018

Dear Taxpayer:

As you requested, we are sending a balance due statement for the accounts listed below:

| Form | Tax Period | Tax | Interest | Penalty |
|------|-----------|-----|----------|---------|
|      |           |     |          |         |

**Total Due $91,567.25**

Your balance due for the tax period listed above includes interest and applicable penalties calculated to Jan. 17, 2018. We'll continue to assess applicable penalties and interest, as provided by law, until we receive full payment of the balance due. See the enclosed Notice 746, Information About Your Notice, Penalty, and Interest.

We've provided a general explanation of the penalties and/or interest we may have included in the current balance due on your account. If you want a specific explanation of how we computed the balance on your account, call us at the toll-free number in this letter, and we will send you a detailed computation.

\*\* Filing and/or Paying Late -- IRC Section 6651 \*\*

We assess a 5% penalty for filing your return late and a 1/2% monthly penalty for not paying the tax you owe by the due date. When both penalties apply for the same month, the amount of the penalty for filing late for that month is reduced by the amount of the penalty for paying late for that month.

01/17/2018                                      Page 1 of 4

Exhibit K - 2

The failure-to-file or failure-to-pay penalty may not apply where you've shown that the failure is due to reasonable cause and not willful neglect.

We base the monthly penalty for filing late on the tax required to be be shown on the return that you didn't pay by the original return due date, without regard to extensions.

We base the monthly penalty for paying late on the net unpaid tax at the beginning of each penalty month following the payment due date

================================================================

```
                                              0477485133
                            Jan. 17, 2018  LTR 2257C   0
                                              201412 30 000
                                                     00002
                                              BODC: SB
```

ARTUR ELIZAROV
11623 MORRISON ST
N HOLLYWOOD  CA  91601-4346

for that tax.

We charge the penalties for each month or part of a month the return or payment is late; however, neither penalty can be more than 25% in total.

Income tax returns are subject to a minimum late filing penalty when filed more than 60 days after the due date, including extensions. The minimum penalty is $205 ($135 for returns due between 1/1/2009 and 12/31/2015, $100 for returns due before 1/1/2009) or 100% of the tax required to be shown on the return that you didn't pay on time, whichever is less.

The penalty for paying late applies even if you filed the return on time. The due date for payment of the tax shown on the return generally is the return due date, without regard to extensions. You must pay increases in tax within 21 days of the date of our notice demanding payment (10 business days if the amount in the notice is $100,000 or more).

If we issue a Notice of Intent to Levy and you don't pay the balance

01/17/2018                          Page 2 of 4

**Exhibit K - 3**

due within 10 days of the date of the notice, the penalty for paying
late increases to 1% per month.

For individuals who filed on time, the penalty decreases to 1/4% per
month while an approved installment agreement with the IRS is in
effect for payment of that tax.

\*\* Interest -- IRC Section 6601 \*\*

We are required by law to charge interest when you do not pay your
liability on time. Generally, we calculate interest from the due date
of your return (regardless of extensions) until you pay the amount you
owe in full, including accrued interest and any penalty charges.
Interest on some penalties accrues from the date we notify you of the
penalty until it is paid in full. Interest on other penalties, such as
failure to file a tax return, starts from the due date or extended due
date of the return. Interest rates are variable and may change
quarterly.

                    HOW TO CONTACT US

If you have questions, you can call us toll free at 1-800-829-0115.

If you are out of the country and need assistance, call us at


1-267-941-1000 (not toll-free).

====================================================================

                                               0477485133
                                 Jan. 17, 2018  LTR 2257C   0
                                                201412 30 000
                                                        00003
                                                BODC: SB

ARTUR ELIZAROV
11623 MORRISON ST
N HOLLYWOOD  CA  91601-4346




You can also find information on our website at www.irs.gov.

You can get any of the forms or publications mentioned in this letter
by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website
at www.irs.gov/formspubs.


01/17/2018                       Page 3 of 4

**Exhibit K - 4**

If you prefer, you can write to us at the address we provided in this letter. When you write, include a copy of this letter and provide, in the spaces below, your telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Telephone number _____ Hours _____

Thank you for your cooperation.

                                  Sincerely yours,

                                  Lucy Duquette
                                  Operations Manager, ACS

Enclosures:
Envelope
Notice 746
Copy of this letter