**OLD REPUBLIC TITLE COMPANY**
Major Accounts - Los Angeles
101 North Brand Blvd, 14th Floor
Glendale, CA 91203
(818) 247-2917

City National Bank
555 S. Flower Street, 17th Floor
Los Angeles, CA 90071

Check No. 7600003359
16-1016/1220

Loan No. 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 - REF 0477485133
UNITED S... TREASURY   ESCROW NO. 2676011438-RC
January 19, 2018

PAY: Ninety One Thousand Five Hundred Sixty Seven and 25/100 DOLLARS   $91,567.25

TO THE ORDER OF:
INTERNAL REVENUE SERVICES
INTERNAL REVENUE SERVICES
OGDEN, UT 84201

VOID AFTER 120 DAYS - INVALID OVER $1,000,000
ESCROW TRUST ACCOUNT - 26 - 76

Date:20180122 Check:7600003359 Account ■■■■ Amount:91567.25

Date:20180122 Check:7600003359 Account ■■■■ Amount:91567.25

**Exhibit L - 1**