```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3           HONORABLE JOHN W. HOLCOMB, JUDGE PRESIDING

 4    GOLDWATER BANK, NA,              )
                                       )
 5                                     )
                                       )
 6                  Plaintiff,         )
                                       )
 7                                     )
                                       )
 8           Vs.                       )   No. CV21-00616-JWH
                                       )
 9                                     )
                                       )
10    ARTUR ELIZAROV, ET AL.,          )
                                       )
11                                     )
                                       )
12                                     )
                                       )
13                  Defendants.        )
      _____)
14

15

16       REPORTER'S TRANSCRIPT OF VIDEO CONFERENCE PROCEEDINGS

17                     MOTION HEARING VIA ZOOM

18                      RIVERSIDE, CALIFORNIA

19                       MONDAY, MAY 3, 2021

20

21

22

23            MIRIAM V. BAIRD, CSR 11893, CCRA
              OFFICIAL U.S. DISTRICT COURT REPORTER
24            350 WEST FIRST STREET, FOURTH FLOOR
                 LOS ANGELES, CALIFORNIA 90012
25                    MVB11893@aol.com
```

1            Let me start with -- with Mr. Bast.  Why in
2    heaven's name did Goldwater Bank not record its security
3    interest as soon as it realized that it had been unrecorded?
4            I know it's a little off from -- from what I need
5    to know for the purposes of this preliminary injunction,
6    perhaps; but, nevertheless, we're in -- we're also in status
7    conference land.  So if you could -- if you could tell me --
8    that question has been perplexing me.
9            MR. BAST:  Yes, Your Honor.  Us as well.
10   Obviously, if that had been recorded, even after the fact, I
11   think the circumstances would be a little different.  We
12   probably wouldn't be here today.  I can't -- I can't tell you
13   why that didn't happen.  You know, our client has continued
14   to discuss this matter with the title company who is
15   responsible for that.  That's -- that is not before the Court
16   today and is -- is still ongoing, but --
17           THE COURT:  Right.  Okay.  That's -- that's --
18   that's good.
19           Now, Goldwater Bank first learned that the -- its
20   deed of trust was not recorded, when was that?
21           MR. BAST:  Your Honor, our client first learned
22   that the deed of trust was not recorded in communication with
23   Mr. Elizarov and the escrow agent on the sale, Escrow of the
24   West.  Until then, they were unaware that the deed was --
25   that -- that the deed of trust was unrecorded.  The deed of

1   trust was from mid-2019, so it had been a -- a matter of
2   months.  This wasn't necessarily the case of a 20-year-old
3   wild deed.
4              THE COURT:  Well, looking at Mr. Hill's declaration
5   in support of the TRO, and he says in March 2021, Elizarov
6   informed Goldwater that he intended to sell the subject
7   property.  And that's -- it's the subject of a dispute that,
8   perhaps, we'll cover later in terms of timing.
9              Then on May -- March 3rd, in Paragraph 7,
10  communications with Escrow of the West and Escrow of the West
11  wants a payoff notice.  And then in Paragraph 9, shortly
12  thereafter, Escrow of the re- -- Escrow of the West
13  discovered that Goldwater's deed of trust never been
14  recorded, but I don't see a date on Paragraph 9.
15             MR. BAST:  Yes, Your Honor.  And I don't know
16  that -- what the exact date of that is.  I believe that as of
17  March 24th is when Goldwater prepared the payoff calculation
18  for Escrow of the West, and that was submitted with our
19  reply.  And in response to that submission is when Escrow of
20  the West informed Goldwater that they, you know, were no
21  longer authorized to communicate with Goldwater on the
22  matter.
23             And so it was -- at some point, I believe,
24  between -- between the initial payoff demand letter that was
25  sent at the beginning of the month and the 24th when Escrow

1     of the West learned that.

2          THE COURT: Okay. Let me jump over to
3 Mr. Alekseyeff.

4          Same question with respect to Mr. Elizarov. When
5 did he learn that Goldwater Bank's deed of trust had not been
6 recorded?

7          MR. ALEKSEYEFF: Your Honor, he did not learn in
8 his declaration, but he also learned it when the final escrow
9 settlement statement was prepared. In fact, the reason he
10 contacted Goldwater back in February to let them know that,
11 by the way, I'm planning to sell the property is because he
12 had no idea that they made this unthinkable mistake and had
13 not recorded their deed. So he pretty much found out about
14 it around the same time as the bank did. Maybe a little bit
15 sooner, maybe by a day or two only because he would have
16 gotten the statement from Escrow, which the bank does not
17 typically receive.

18          So he would have gotten the statement, which he
19 did, and that's when he realized it was an issue. And that's
20 when the bank and Mr. Elizarov started to negotiate about a
21 possible resolution given some of the other outstanding liens
22 on the property.

23          THE COURT: Now, Mr. Elizarov, after closing on the
24 Palm Beach property, Mr. Elizarov, perhaps through the escrow
25 agency, caused the other liens to be paid off, the mechanics

```
 1                        CERTIFICATE
 2   I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT
 3   TRANSCRIPT OF THE STENOGRAPHICALLY RECORDED PROCEEDINGS IN
 4   THE ABOVE MATTER.
 5   FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE
 6   REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE
 7   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
 8
 9   /s/ Miriam V. Baird                  03/21/2022
10   MIRIAM V. BAIRD                      DATE
     OFFICIAL REPORTER
```