```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3           HONORABLE JOHN W. HOLCOMB, JUDGE PRESIDING

 4   GOLDWATER BANK, NA,              )
                                      )
 5                                    )
                                      )
 6                  Plaintiff,        )
                                      )
 7                                    )
                                      )
 8        Vs.                         )   No. CV21-00616-JWH
                                      )
 9                                    )
                                      )
10   ARTUR ELIZAROV, ET AL.,          )
                                      )
11                                    )
                                      )
12                                    )
                  Defendants.         )
13                                    )
     _____
14

15

16      REPORTER'S TRANSCRIPT OF VIDEO CONFERENCE PROCEEDINGS

17                   MOTION HEARING VIA ZOOM

18                    RIVERSIDE, CALIFORNIA

19                  MONDAY, OCTOBER 25, 2021

20

21

22

23            MIRIAM V. BAIRD, CSR 11893, CCRA
              OFFICIAL U.S. DISTRICT COURT REPORTER
24            350 WEST FIRST STREET, FOURTH FLOOR
                LOS ANGELES, CALIFORNIA 90012
25                    MVB11893@aol.com
```

```
 1    with Elizarov that covered the subject matter of Elizarov's
 2    obligations to repay the Goldwater loan, end quote.  And I'm
 3    quoting from the motion, page 10, lines 1 through 3.
 4             To support that argument Mr. Elizarov quotes from
 5    the Rutherford Holdings case, 223 Cal App 4th, 221.  It's a
 6    2014 case.  And I quote:  An action based on an implied in
 7    fact or quasi contract cannot lie where there exists between
 8    the parties a valid express contract covering the same
 9    subject matter, end quote.
10             Mr. Elizarov is correct in arguing that a party
11    cannot recover under both express contract and quasi
12    contract.  Mr. Elizarov omits, however, that the Court in
13    Rutherford Holdings makes clear that a, quote, claim for
14    restitution is permitted even if the party inconsistently
15    pleads a breach-of-contract claim that alleges the existence
16    of an enforceable agreement, end quote.
17             Goldwater Bank's unjust enrichment claim is
18    therefore appropriate under this alternate pleading ruling.
19             Third, the claim for fraud.  As you can probably
20    tell from my earlier questioning, I regarded this as a close
21    call, but I'm going to deny the motion, Mr. Elizarov's motion
22    attacking the fraud claim, the third claim for relief in the
23    first amended complaint as well.
24             To establish a claim for deceit based on
25    intentional misrepresentation, in California a plaintiff must
```

UNITED STATES DISTRICT COURT    **Exhibit NN - 2**

```
 1                         CERTIFICATE

 2    I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

 3    TRANSCRIPT OF THE STENOGRAPHICALLY RECORDED PROCEEDINGS IN

 4    THE ABOVE MATTER.

 5    FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

 6    REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

 7    REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

 8

 9    /s/ Miriam V. Baird              01/10/2022

10    MIRIAM V. BAIRD                  DATE
      OFFICIAL REPORTER
```