## Goldwater v. Elizarov, CACD 5:21-cv-616 - rule 11 motion - MAC

Ilya ALEKSEYEFF <ilya@loia.legal>

Fri 2022-08-12 1:03 PM

To: Derek Bast <derek.bast@wagnerhicks.law>;Joseph A. Levota <jlevota@hscallaw.com>;mmaurice@imwlaw.com <mmaurice@imwlaw.com>
Cc: Sean Wagner <sean.wagner@wagnerhicks.law>;Ryan Thomason <rthomason@hallgriffin.com>;Jeremy Katz <JKatz@hallgriffin.com>;Howard Hall <hdhall@hallgriffin.com>;Nabil Bisharat <nbisharat@orsusgate.com>;dshmidt@orsusgate.com <dshmidt@orsusgate.com>

Ms. Maurice, Mr. Bast, and Mr. LeVota:

I served my motion for sanctions under Rule 11 on each of you this past Monday.  Unless you timely withdraw the defective claims, I intend to file the motion on Friday, September 2, 2022.  The local rules require us to meet and confer at least seven days before I file the motion.  Therefore, we must confer no later than Friday, August 26, 2022.

Please, consult your calendars and propose some dates and times for the conference.  I will select from those dates and will circulate a conference link.

Thank you.

Sincerely,
**LOIA, Inc. (APLC)**

*Ilya Alekseyeff*

**Mr. Ilya Alekseyeff**
*Attorney at Law (CA, FL & NY)*
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592
E-mail: ilya@loia.legal

Exhibit PP