## Goldwater v. Elizarov et al, CACD 5:21-cv-616 - rule 11 MAC

Ilya ALEKSEYEFF <ilya@loia.legal>

Thu 2022-08-18 8:27 AM

To: Derek Bast <derek.bast@wagnerhicks.law>;Joseph A. Levota <jlevota@hscallaw.com>;mmaurice@imwlaw.com <mmaurice@imwlaw.com>
Cc: Sean Wagner <sean.wagner@wagnerhicks.law>;Ryan Thomason <rthomason@hallgriffin.com>;Jeremy Katz <JKatz@hallgriffin.com>;Howard Hall <hdhall@hallgriffin.com>;Nabil Bisharat <nbisharat@orsusgate.com>
Bcc: Clio Manage (00001-Elizarov) <cb48b004-5b6d-464c-b170-4a3adbccaf42@outlook.clio.com>

Ms. Maurice, Mr. Bast, and Mr. LeVota:

Last Friday, I invited each of you to meet and confer with me regarding my forthcoming motion for sanctions under Rule 11. I served the motion on Monday, August 8th, and plan to file the motion on Friday, September 2nd. To comply with the local rules, we must meet and confer regarding the motion by next Friday, August 26th.

So far, you have all ignored my invitation to meet and confer. If you cannot find a single date and time when all four of us can meet and confer, I re-extend my invitation to speak to each of you individually.

**Exhibit RR**