| American Land Title Association | FINAL ALTA Settlement Statement - Buyer |
|---|---|
| | Adopted 05-01-2015 |

| | |
|---|---|
| File No./Escrow No.: 641262 | **Stewart Title of California, Inc.** |
| Print Date & Time: 2/7/2020 10:09:31 AM | **525 N Brand Blvd** |
| Officer/Escrow Officer: | **Glendale, CA 91203** |
| | **(818) 502-2700** |

| | |
|---|---|
| Property Address: | 13923 GILMORE STREET<br>VAN NUYS, CA 91401 (LOS ANGELES) |
| Buyer: | ILYA ALEKSEYEFF |
| Lender: | **Shatar Capital Partners**<br>12121 Wilshire Blvd, Ste 555, Los Angeles, CA 90025 |
| Settlement Date: | 2/6/2020 |
| Disbursement Date: | 2/6/2020 |

| Description | Buyer | | |
|---|---|---|---|
| | P.O.C. | Debit | Credit |
| **Deposits, Credits, Debits** | | | |
| Borrower Credit for Prepaid Interest from Kohen Financial Group | | | $248.88 |
| **New Loans** | | | |
| Loan Amount | | | $80,000.00 |
| Our origination charge $5,000.00 | | $5,000.00 | |
| | | $10,988.66 | |
| | | $7,113.51 | |
| Loan Orignation Fee to Kohen Financial Group ($5,000 - $248.88) | | $4,751.12 | |
| Interest from Jan 27 to Feb 4 ($31.11) to Shatar Capital Partners | | $248.88 | |
| Prepaid Interest ( 31.1100 per day from 2/6/2020 to 3/1/2020 ) | | $746.64 | |
| **Title Charges** | | | |
| Title - Lender's Title Insurance to Stewart Title SP | | $400.00 | |
| Title - Settlement or closing fee to Stewart Title of California, Inc. | | $525.00 | |
| Title - Wire Processing Fee to Stewart Title SP | | $17.00 | |
| Title - Courier Fee to Stewart Title SP | | $47.69 | |
| **Government Recording and Transfer Charges** | | | |
| Recording Fees: Mortgage to Stewart Title SP $136.00 | | $136.00 | |
| E Recording Fee to Stewart Title SP    $10.00 | | $10.00 | |
| SB2 Government Recording Fee to Stewart Title SP    $225.00 | | $225.00 | |
| | P.O.C. | Debit | Credit |
| **Subtotals** | $0.00 | $30,209.50 | $80,248.88 |
| Due To Buyer | | $50,039.38 | |
| **Totals** | $0.00 | $80,248.88 | $80,248.88 |

Page 1 of 1

File # 641262
Printed on 2/7/2020 at 10:09 AM

**Exhibit S - 1**