# THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES



| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>For persons without attorneys | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA... |



**LACourtConnect**
A new way to appear remotely.



**Attorney Portal**

**Hearing Reminder Service**

**Appellate Division and Appeals Division**
Case Access
Tentative Rulings

**Civil**
Civil efiling
Case Access
**Case Document Images**
Case Calendar
Court Reservation System (CRS)
Courtroom Information
Filing Court Locator
Interpreter Request
Search for Case Number by Name
Tentative Rulings

**Criminal**
Government Agency Criminal Record Online Request
Criminal Calendar Search
Criminal Case Summary
Search for Case by Defendant Name

**Family Law**
Request for Order Dates
Case Calendar
Case Access
Case Document Images
Divorce Judgment Documents
Filing Court Locator
Interpreter Request
On-line Dispute Resolution
Our Children First
Search for Case Number by Name
Tentative Rulings

**Probate**
Probate efiling
Case Access
Case Document Images
Case Calendar
Filing Court Locator
Interpreter Request
Probate Notes
Search for Case Number by Name

**Small Claims**
Case Access
Case Document Images
Case Calendar
Courtroom Information
Filing Court Locator
Interpreter Request
Search for Case Number by Name
Small Claims efiling

**Traffic**
Find Your Ticket by Drivers License
Find Your Ticket by Ticket Number
Búsqueda por licencia de manejar
Búsqueda por número de multa
Interpreter Request

**Other**
Court Date Calculator
Access to Electronic Records

Exhibit U