THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Español    Tiếng Việt    한국어    中文    հայերեն

Search

| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>For persons without attorneys | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA... |

> Civil

⬥ Civil Home

ONLINE SERVICES

# Case Document Images

Q & A    Logout    My Account

Disclaimer

Case Number:       19STCV08507
Case Title:        ELIZAROV ARTUR VS BMW FINANCIAL SERVICES NA, LLC
Case Type:         CIVIL
Filing Date:       03/11/2019

The following documents are available electronically.

Click on the "Submit" button to continue.

New Search

| # | Select | Date Filed | Document | Pages Selected | Total Pages |
|---|--------|-----------|----------|----------------|-------------|
| 1 | ☐ | 8/16/2019 | Notice of Entry of Dismissal and Proof of Service | 1-3  ? Preview | 3 |
| 2 | ☐ | 8/14/2019 | Request for Dismissal | 1-2  ? Preview | 2 |
| 3 | ☐ | 8/14/2019 | Declaration - DECLARATION OF ILYA ALEKSEYEFF RE OSC RE SANCTIONS FOR FAILURE TO APPEAR | 1-4  ? Preview | 4 |
| 4 | ☐ | 8/8/2019 | Notice - NOTICE OF OSC RE SANCTIONS FOR PLAINTIFF'S COUNSEL'S FAILURE TO APPEAR AT THE JULY 26, 2019 OSC RE DISMISSAL (SETTLEMENT) AND CONTINUANCE OF OSC RE DISMISSAL (SETTLEMENT) | 1-3  ? Preview | 3 |
| 5 | ☐ | 7/26/2019 | Minute Order - MINUTE ORDER (ORDER TO SHOW CAUSE RE: DISMISSAL (SETTLEMENT)) | 1-1  ? Preview | 1 |
| 6 | ☐ | 7/26/2019 | Stipulation and Order - STIPULATION AND ORDER STIPULATION THAT THE COURT MAY RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT PURSUANT TO CCP §664.6; AND ORDER THEREON | 1-3  ? Preview | 3 |

Exhibit V - 1

| | | | | | |
|---|---|---|---|---|---|
| 7 | ☐ | 5/22/2019 | Order to Show Cause re: Dismissal (Settlement) | 1-2 ?  Preview | 2 |
| 8 | ☐ | 5/22/2019 | Proof of Service (not Summons and Complaint) | 1-1 ?  Preview | 1 |
| 9 | ☐ | 5/22/2019 | Notice of Settlement | 1-2 ?  Preview | 2 |
| 10 | ☐ | 5/3/2019 | Answer | 1-9 ?  Preview | 9 |
| 11 | ☐ | 4/10/2019 | Proof of Personal Service | 1-1 ?  Preview | 1 |
| 12 | ☐ | 4/3/2019 | Amended Complaint - FIRST AMENDED COMPLAINT | 1-39 ?  Preview | 39 |
| 13 | ☐ | 3/22/2019 | Order to Show Cause (Hearing) | 1-2 ?  Preview | 2 |
| 14 | ☐ | 3/22/2019 | Notice of Case Management Conference | 1-1 ?  Preview | 1 |
| 15 | ☐ | 3/19/2019 | Proof of Personal Service | 1-1 ?  Preview | 1 |
| 16 | ☐ | 3/13/2019 | Summons - SUMMONS ON COMPLAINT | 1-1 ?  Preview | 1 |
| 17 | ☐ | 3/11/2019 | Notice of Case Assignment - Unlimited Civil Case | 1-2 ?  Preview | 2 |
| 18 | ☐ | 3/11/2019 | Civil Case Cover Sheet | 1-5 ?  Preview | 5 |
| 19 | ☐ | 3/11/2019 | Complaint | 1-37 ?  Preview | 37 |

Submit   Clear                                                          New Search

Only case documents that have been imaged are available from this web site.

Privacy Statement | Disclaimer | Employment | ADA | Holidays | Comment on our Website   Copyright © 2022 Superior Court of California, County of Los Angeles