| | |
|---:|:---|
| From: | **"Artur Elizarov" <arthur.elizarov@gmail.com>** |
| To: | **"Peter Hill" <PHill@goldwaterbank.com>** |
| Date: | 3/3/2021 12:44:38 PM |
| Subject: | Fwd: CONGRATS!! New Escrow 291 W Overlook, Palm Springs |
| Attachments: | 291 W Overlook,PS_Termite Report.pdf |
| | 291 W Overlook, PS_RPA.pdf |
| | 291 W Overlook, PS_ADM1.pdf |
| | 291 W Overlook, PS_CR1.pdf |

**WARNING!** WIRE FRAUD ADVISORY

**Before sending funds, always call your Escrow team to verify wire information**





### Andrea Cross

Escrow Officer

---

9440 Santa Monica Blvd. Suite 310, Beverly Hills, CA. 90210

**P**. (310) 402-5555 ext. 2071 | **E-Fax**. (310) 402-5556

**Direct**. (310) 402-5470

[www.escrowofthewest.com](http://www.escrowofthewest.com)



[click here for disclosure](#)

We are always looking for ways to improve our service. Please take a moment to complete this short survey about your recent experience.

[Rate Your Experience]

ELIZAROV PRODUCTION - 0573
**Exhibit W**