| | |
|---|---|
| From: | **"Artur Elizarov" <artur.elizarov@gmail.com>** |
| To: | **ghill@goldwaterbank.com** |
| Date: | 7/19/2019 9:14:55 AM |
| Subject: | |
| Attachments: | f032_2019-03-28_1546865152615.pdf |

ELIZAROV PRODUCTION - 0568

**Exhibit X - 1**



**Covered California**
PO BOX 989725
West Sacramento, CA 95798-9725



*Your destination for quality
healthcare, including Medi-Cal*

LYUDMILA ALEKSEYEVA

# Important Tax Form for 2018

January 07, 2019                                                                                                   **Case**:

Dear LYUDMILA ALEKSEYEVA,

Your Internal Revenue Service (IRS) **Form 1095-A** is at the end of this letter. You need the form to do your federal tax return. It will allow you to claim the right **premium tax credit** amount. This is because you or your family members were in a Covered California health plan.

**To qualify for the premium tax credit, you must:**

- **File a federal tax return.** Do this even if you don't usually file a tax return or haven't filed in the past.

- **Send Form 8962 with your federal tax return.** Do this to report the premium tax credit you got each month to the IRS. You will use your Form 1095-A to fill out Form 8962.

- **File taxes as Married Filing Jointly.** Do this if you're married and live with your spouse. For exceptions, talk to your tax preparer.

**You may get more than one Form 1095-A**
This could happen if your family members were in different health plans. Or, if family members changed health plans or the benefit level during the year, such as Silver to Gold.

CalNOD62A_2018                                                                                                                    1
                                                                                                        ELIZAROV PRODUCTION - 0725
                                                                                                                        Exhibit X - 2

## Frequently Asked Questions

**Q: Why am I getting Form 1095-A?**

**A:** Covered California sends Form 1095-A to the IRS. We also send one to everyone who got health insurance through Covered California in 2018. You will need the form to file your taxes. It tells you who was enrolled and:
- How many months they had Covered California health insurance.
- How much they paid in monthly premiums.
- How much premium assistance was paid to the health insurance company.

**Q: What is the premium tax credit?**

**A:** The premium tax credit is the payment the government makes to your health insurance company. It is also called "premium assistance." The credit lowers your monthly cost for your health plan. The premium tax credit that Covered California offers you is based on what you put on your application, such as your income and family size. To report income on your application, you estimate what you think you will make during the year.

**Q: What are my choices for taking the premium tax credit (premium assistance)?**

**A:** You can take **some** or **all** of the premium tax credit in advance, during the year. This lowers your health plan cost each month. The tax credit you take in advance goes directly to your health plan each month. Or you can choose **not** to take any tax credit in advance and get it when you file your taxes.

When you file your taxes for the year you got premium assistance, the IRS checks your final income and family size that you report on your tax return. The IRS then decides how much tax credit you qualified for.

- If your income for the year is **lower** than what you estimated, you may qualify for more tax credit. The IRS may give you the rest in a refund. Or, if you owe other taxes, they may lower the amount you owe.

- If your income for the year is **higher** than what you estimated, you may have taken too much tax credit. The IRS may raise the tax you owe to pay some or all of it back.

**Q: Why do I need to report changes to Covered California during the year?**

**A:** You should report changes to Covered California as soon as they happen. Covered California may need to change your premium tax credit. This helps you get the right amount. Then you won't have to pay as much back at tax time. Be sure to report changes in your household income or family size.

**Q: I don't want to take too much premium tax credit and have to pay it back at tax time. What are my choices?**

**A:** You can't change what you got in 2018. But you can lower the premium assistance amount you are getting for 2019. For help, call Covered California at **1-800-300-1506** (TTY: 1-888-889-4500).

CalNOD62A_2018

2
ELIZAROV PRODUCTION - 0726
**Exhibit X - 3**

**Q: I got another form that looks like the Form 1095-A. Why?**

**A:** You may have received Form 1095-B or Form 1095-C. Here is why:

| You got a **Form 1095-B** if someone in your household gets insurance through: | You got a **Form 1095-C** if someone in your household gets insurance through: |
|---|---|
| Medi-Cal | Large employers |
| Medicare | |
| Veterans Administration | |
| Small employers | |
| Other health insurance company outside of Covered California | |

The Department of Health Care Services (DHCS) will send Form 1095-B by January 31. Everyone who had Medi-Cal in 2018 gets one. This means you will get more than one form if some people in your family had Medi-Cal and others had Covered California. If you have questions about this, go to the DHCS website at http://dhcs.ca.gov/1095. Or call **1-844-253-0883**.

**Q: How do I view or download my Form 1095-A?**

**A:** Your Form 1095-A is at the end of this letter. You can also view and download it online:
- Log in to your CoveredCA.com account.
- Current Members:
    o Go to "More Actions" in the bottom right corner of the webpage. Click "Secure Mailbox."
- Past Members:
    o Go to "More Actions" in the bottom right corner of the webpage. Click "View Past Application."
    o Select "Documents and Correspondence."

## Questions about Filing Taxes

**Q: How do I use Form 1095-A to file my taxes?**

**A:** You need your Form 1095-A information to fill out IRS Form 8962, Premium Tax Credit. If you got premium tax credit during the year or want to claim some now, you **must** send Form 8962 with your federal tax return. Form 8962 helps the IRS figure out how much premium tax credit you got during the year and what you qualified for.

**Q: Where can I get IRS Form 8962?**

**A:** You can get a blank copy on the IRS website at https://www.irs.gov/forms-instructions. Search for "Form 8962." Your tax preparer or online tax service should also have the form. They can fill it out for you.

**Q: Can I send Form 8962 with IRS Form 1040EZ?**

**A:** No. To submit Form 8962, you must use IRS Form 1040, 1040A, or 1040NR.

## Questions about your 1095-A

**Q: What if I did not make premium payments to my health plan?**

**A:** If your health plan ended because you did not pay premiums, then a -0- will appear in Part III - Column A for each month you did not pay. This will happen even if you got a premium tax credit during those months.

**Q: My Form 1095-A says I did not get any premium assistance. Part III – Column C is blank or has all zeroes. Why?**

**A:** There are three reasons why you may not have received premium assistance:

1. You did **not** qualify for premium assistance when you or your family member enrolled in a Covered California health plan. Here are some possible reasons why:
   - Your estimated household income was over 400% of the federal poverty level. To qualify for premium assistance, your income must be between 100% and 400%.
   - You were eligible for other health insurance, like employer or government-sponsored coverage such as Medi-Cal or Medicare.

2. You decided **not** to take any premium tax credit in advance.

3. You did **not** qualify when you applied for coverage because the premiums in your area were "affordable" for your household, as defined in the Affordable Care Act.

**Q: What if I do not agree with the information on my Form 1095-A?**

**A:** If you think there is a mistake on your Form 1095-A, call Covered California right away.

<u>**Help Filing Your Taxes**</u>

**Q: Where can I get help filing my taxes?**

**A:** You can talk to a tax adviser. Or you can get help from the IRS website: www.irs.gov/help. The website has taxpayer "Help and Resources." It tells how to find "Local Taxpayer Advocates" and "Low Income Taxpayer Clinics."

You may also get free tax help at a local Volunteer Income Tax Assistance (VITA) site. VITA generally serves people who make $54,000 or less per year, persons with disabilities, and the elderly and limited English-speaking taxpayers. To find help near you, go to https://irs.treasury.gov/freetaxprep/. Or call **1-800-906-9887**.

**Questions?**

Covered California may be able to answer questions about this letter and your Form 1095-A. Covered California **cannot** give tax advice.

- Go to the IRS website to learn more about:
  - Filing your federal tax return: https://www.irs.gov/Filing.
  - The Affordable Care Act and taxes: www.irs.gov/aca.
- Go to CoveredCA.com.
- Call Covered California at **1-800-300-1506** (TTY: 1-888-889-4500). You can call Monday through Friday 8 a.m. to 6 p.m. During certain times of the year, Covered California may be open Saturdays 8 a.m. to 5 p.m. The call is free.

Thank you,

Covered California

This notice was sent to you in compliance with the Affordable Care Act implementing regulations: 26 Code of Federal Regulations, § 1.36B-5.

[This page intentionally left blank]

## Section 1557 of the Patient Protection and Affordable Care Act (ACA)

Covered California complies with applicable federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, sex, gender identity or sexual orientation. Covered California does not exclude people or treat them differently because of race, color, national origin, age, disability, sex, gender identity or sexual orientation.

Covered California provides free aids and services to people with disabilities to communicate effectively with us, such as qualified sign language interpreters and written information in other formats (large print, audio, accessible electronic formats and other formats). Covered California also provides free language services to people whose primary language is not English, such as qualified interpreters and information written in other languages.

If you need these services, contact the Civil Rights Coordinator at 1-916-228-8764 or by email at CivilRights@covered.ca.gov.

If you believe that Covered California has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, sex, gender identity or sexual orientation, you can file a grievance with the Civil Rights Coordinator.

You can file a grievance in the following ways:

**Mail:** Civil Rights Coordinator
P.O. Box 989725
West Sacramento, CA 95798-9725

**Phone:** 1-916-228-8764

**Fax:** 1-916-228-8909

**Email:** CivilRights@covered.ca.gov

You can also file a civil rights complaint with the Office for Civil Rights at the U.S. Department of Health and Human Services.

**Mail:** U.S. Department of Health and Human Services
200 Independence Ave. SW, Room 509F, HHH Building
Washington, DC 20201

**Phone:** 1-800-368-1019 or TTY: 1-800-537-7697

**Online:** Office for Civil Rights Complaint Portal at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf. Complaint forms are available on the U.S. Department of Health and Human Services Office for Civil Rights website.

**Thank you,**

**Covered California**



## Getting Help in a Language Other than English

**IMPORTANT:** Can you read this letter? You can call **1-800-300-1506** and ask for this letter translated to your language or in another format such as large print. For TTY call **1-888-889-4500** where you can also request this letter in alternate format.

**Español IMPORTANTE:** ¿Puede leer esta carta? Usted puede llamar al **1-800-300-0213** y pedir esta carta traducida en su idioma o en otro formato, como en letras grandes. Para TTY, llame al **1-888-889-4500**, donde también puede pedir esta carta en algún formato diferente. **(Spanish)**

中文/繁體字 重要事項：您能否阅读此信件？您可以致电 **1-800-300-1533，**要求将此信件翻译为您的母语或者索要其他格式（如，大字版本）的信件。如需 TTY 服务或者索要其他格式的信件，请致电 **1-888-889-4500**。**(Chinese)**

**Tiếng Việt QUAN TRỌNG:** Quý vị có thể đọc được bức thư này không? Quý vị có thể gọi điện đến số **1-800-652-9528** và yêu cầu được dịch bức thư này sang ngôn ngữ của quý vị hoặc chuyển sang định dạng khác như bản in khổ lớn. Người dùng TTY, hãy gọi số **1-888-889-4500** quý vị cũng có thể yêu cầu định dạng thay thế khác cho bức thư này. **(Vietnamese)**

한국어 중요: 이 편지를 읽을 수 있나요? **1-800-738-9116** 에 연락하셔서 번역되어 있거나 인쇄물 등 다른 포맷으로 되어 있는 편지를 요청해보세요. TTY **1-888-889-4500** 에서도 이 편지의 다른 포맷을 요청할 수도 있습니다. **(Korean)**

**Tagalog MAHALAGA:** Makakabasa ka ba sa sulat na ito? Maaari kang tumawag sa **1-800-983-8816** at humiling na isalin ang sulat na ito sa iyong wika o sa iba pang format katulad ng malalaking titik. Para sa TTY, tumawag sa **1-888-889-4500** kung saan maaari kang humiling ng alternatibong format ng sulat na ito.

**العربية هام:** هل يمكنك قراءة هذا الخطاب؟ يمكنك الاتصال بـ **1-800-826-6317** وطلب هذا الخطاب مترجمًا إلى لغتك أو بصيغة أخرى، بخط كبير مثلًا. للصم والبكم، اتصل بـ **1-888-889-4500** حيث يمكنك أيضاً أن تطلب هذا الخطاب بصيغة مختلفة. **(Arabic)**

**Հայերեն ԿԱՐԵՎՈՐ Է:** Դուք կարո՞ղ եք կարդալ այս նամակը: Դուք կարող եք զանգահարել **1-800-996-1009** և խնդրել, որ այս նամակը թարգմանվի Ձեր լեզվով կամ Ձեզ տրվի մեկ այլ ձևաչափով, օրինակ՝ խոշորատառ: TTY-ի համար զանգահարեք **1-888-889-4500**, որտեղ կարող եք նաև այլընտրանքային ձևաչափով խնդրել այս նամակը: **(Armenian)**

**ភាសាខ្មែរ សំខាន់៖** តើលោកអ្នកអាចអានលិខិតនេះបានដែរឬទេ? លោកអ្នកអាចទូរស័ព្ទមកលេខ **1-800-906-8528** និងស្នើសុំឲ្យគេបកប្រែលិខិតនេះជាភាសារបស់លោកអ្នក

ឬជាទម្រង់មួយផ្សេងទៀតដូចជាអក្សរពុម្ពធំៗ។ សម្រាប់ TTY ទូរស័ព្ទមកលេខ **1-888-889-4500** ដែលលោកអ្នកក៏អាចស្នើសុំលិខិតនេះ ជាទម្រង់ផ្សេងទៀតបានផងដែរ។ **(Khmer)**

**Русский ВАЖНАЯ ИНФОРМАЦИЯ:** Вы можете прочитать это письмо? Вы можете позвонить по телефону **1-800-778-7695** и запросить получение этого письма, переведенного на Ваш родной язык, или распечатанного крупным шрифтом. Лица со сниженным слухом могут позвонить по телефону **1-888-889-4500**, чтобы запросить это письмо в ином формате. **(Russian)**

**فارسی مهم:** آیا می توانید این نامه را بخوانید؟ می توانید با شماره **1-800-921-8879** تماس بگیرید و تقاضا کنید که این نامه به زبان شما ترجمه شود یا به فرمت دیگری مانند حروف درشت به شما ارسال شود. برای TTY با شماره **1-888-889-4500** تماس بگیرید و از طریق همان شماره همچنین می توانید درخواست کنید که این نامه به فرمت دیگری به شما ارسال شود. **(Farsi)**

**Hmoob TSEEM CEEB:** Koj nyeem puas tau tsab ntawv no? Koj hu tau rau **1-800-771-2156** nug daim ntawv txais ua yog koj cov lus los yog lwm hom xws lis tus ntawv loj. Hu tau TTY ntawm **1-800-889-4500** ua koj thov hloov tau lwm hom. **(Hmong)**

**महत्वपूर्ण:** क्या आप यह पत्र पढ़ सकते हैं? इस पत्र को अपनी भाषा में अनुवाद करने के लिए या बड़े प्रिंट की तरह किसी अन्य प्रारूप में प्राप्त करने के लिए **1-800-300-1506** पर कॉल करके अनुरोध कर सकते हैं। TTY के लिए **1-888-889-4500** पर कॉल करें जहाँ आप इस पत्र को किसी अन्य प्रारूप में प्राप्त करने का अनुरोध कर सकते हैं। **(Hindi)**

重要：この文書を読むことができますか？希望の言語に翻訳された文書、または大きな文字など別の形式の文書をご希望の場合、**1-800-300-1506** までお電話ください。TTY の場合、**1-888-889-4500** にお電話いただければ、その他の形式の文書をリクエストすることもできます。**(Japanese)**

**ਮਹੱਤਵਪੂਰਨ:** ਕੀ ਤੁਸੀਂ ਇਸ ਪੱਤਰ ਨੂੰ ਪੜ੍ਹ ਸਕਦੇ ਹੋ? ਤੁਸੀਂ **1-800-300-1506** 'ਤੇ ਕਾਲ ਕਰ ਸਕਦੇ ਹੋ ਅਤੇ ਇਸ ਪੱਤਰ ਨੂੰ ਆਪਣੀ ਭਾਸ਼ਾ ਵਿੱਚ ਜਾਂ ਕਿਸੇ ਹੋਰ ਸਰੂਪ ਵਿੱਚ, ਜਿਵੇਂ ਕਿ ਵੱਡੇ ਪਰਿੰਟ ਲਈ ਪੁੱਛ ਸਕਦੇ ਹੋ। ਟੀਟੀਵਾਇ ਲਈ **1-888-889-4500** 'ਤੇ ਕਲ ਕਰੋ ਜਿੱਥੇ ਕਿ ਤੁਸੀਂ ਇਸ ਪੱਤਰ ਦੇ ਵਿਕਲਪਕ ਰੂਪ ਵਿੱਚ ਸਰੂਪ ਲਈ ਬੇਨਤੀ ਵੀ ਕਰ ਸਕਦੇ ਹੋ। **(Punjabi)**

**สำคัญ:** คุณสามารถอ่านจดหมายฉบับนี้ได้หรือไม่? ถ้าคุณมีข้อสงสัย คุณสามารถติดต่อได้ที่เบอร์ **1-800-300-1506** เพื่อทำการพูดคุยกับเจ้าหน้าที่ที่ใช้ภาษาของคุณ นอกจากนี้คุณยังสามารถร้องขอให้แปลจดหมายฉบับนี้เป็นภาษาที่คุณต้อง การได้หรือเปลี่ยนแปลงรูปแบบตัวอักษรให้เป็น รูปแบบอื่น เช่น ตัวอักษรพิมพ์ใหญ่หรือทำให้มีขนาดใหญ่ขึ้น สำหรับระบบ TTY คุณสามารถติดต่อได้ที่เบอร์ **1-888-889-4500** ซึ่งคุณสามารถขอจดหมายฉบับนี้ในรูปแบบอื่น ๆ ได้ตามที่คุณต้องการ **(Thai)**

CalNOD62A_2018

| Form **1095-A** | **Health Insurance Marketplace Statement** | ☐ VOID | OMB No. 1545-2232 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Do not attach your tax return. Keep for your records.<br>▶ Go to www.irs.gov/Form1095A for instructions and the latest information. | ☐ CORRECTED | **2018** |

### Part I  Recipient Information

| 1 Marketplace identifier<br>California | 2 Marketplace-assigned policy number<br>18126CA001000304:170325 | 3 Policy issuer's name<br>Molina Health Care | |
|---|---|---|---|
| 4 Recipient's name<br>LYUDMILA ALEKSEYEVA | | 5 Recipient's SSN<br>616040968 | 6 Recipient's date of birth<br>01/25/1949 |
| 7 Recipient's spouse's name | | 8 Recipient's spouse's SSN | 9 Recipient's spouse's date of birth |
| 10 Policy start date<br>01/01/2018 | 11 Policy termination date<br>03/31/2018 | 12 Street address (including apartment no.)<br>7654 FOUNTAIN AVE APT 5 | |
| 13 City or town<br>WEST HOLLYWOOD | 14 State or province<br>CA | 15 Country and ZIP or foreign postal code<br>90046 | |

### Part II  Covered Individuals

| | A. Covered individual name | B. Covered individual SSN | C. Covered individual date of birth | D. Coverage start date | E. Coverage termination date |
|---|---|---|---|---|---|
| 16 | LYUDMILA ALEKSEYEVA | 616040968 | 01/25/1949 | 01/01/2018 | 03/31/2018 |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |

### Part III  Coverage Information

| Month | A. Monthly enrollment premiums | B. Monthly second lowest cost silver plan (SLCSP) premium | C. Monthly advance payment of premium tax credit |
|---|---|---|---|
| 21 January | $916.62 | $807.75 | $676.00 |
| 22 February | $916.62 | $807.75 | $676.00 |
| 23 March | $916.62 | $807.75 | $676.00 |
| 24 April | 0 | 0 | 0 |
| 25 May | 0 | 0 | 0 |
| 26 June | 0 | 0 | 0 |
| 27 July | 0 | 0 | 0 |
| 28 August | 0 | 0 | 0 |
| 29 September | 0 | 0 | 0 |
| 30 October | 0 | 0 | 0 |
| 31 November | 0 | 0 | 0 |
| 32 December | 0 | 0 | 0 |
| 33 Annual Totals | $2,749.86 | $2,423.25 | $2,028.00 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 60703Q  Form **1095-A** (2018)

ELIZAROV PRODUCTION 0703

Exhibit X - 10

## Instructions for Recipient

You received this Form 1095-A because you or a family member enrolled in health insurance coverage through the Health Insurance Marketplace. This Form 1095-A provides information you need to complete Form 8962, Premium Tax Credit (PTC). **You must complete Form 8962 and file it with your tax return (Form 1040 or Form 1040NR) if any amount other than zero is shown in Part III, column C, of this Form 1095-A (meaning that you received premium assistance through advance credit payments) or if you want to take the premium tax credit**. The filing requirement applies whether or not you're otherwise required to file a tax return. If you are filing Form 8962, you cannot file Form 1040NR-EZ, Form 1040-SS, or Form 1040-PR. The Marketplace also has reported the information on this form to the IRS. If you or your family members enrolled at the Marketplace in more than one qualified health plan policy, you will receive a Form 1095-A for each policy. Check the information on this form carefully. Please contact your Marketplace if you have questions concerning its accuracy. If you or your family members were enrolled in a Marketplace catastrophic health plan or separate dental policy, you aren't entitled to take a premium tax credit for this coverage when you file your return, even if you received a Form 1095-A for this coverage. For additional information related to Form 1095-A, go to *www.irs.gov/Affordable-Care-Act/Individuals-and-Families/Health-Insurance-Marketplace-Statements*.

**Additional information.** For additional information about the tax provisions of the Affordable Care Act (ACA), including the individual shared responsibility provisions, the premium tax credit, and the employer shared responsibility provisions, see *www.irs.gov/Affordable-Care-Act/Individuals-and-Families* or call the IRS Healthcare Hotline for ACA questions (1-800-919-0452).

**VOID box.** If the "VOID" box is checked at the top of the form, you previously received a Form 1095-A for the policy described in Part I. That Form 1095-A was sent in error. You shouldn't have received a Form 1095-A for this policy. Don't use the information on this or the previously received Form 1095-A to figure your premium tax credit on Form 8962.

**CORRECTED box.** If the "CORRECTED" box is checked at the top of the form, use the information on this Form 1095-A to figure the premium tax credit and reconcile any advance credit payments on Form 8962. Don't use the information on the original Form 1095-A you received for this policy.

**Part I. Recipient Information, lines 1–15.** Part I reports information about you, the insurance company that issued your policy, and the Marketplace where you enrolled in the coverage.

**Line 1.** This line identifies the state where you enrolled in coverage through the Marketplace.

**Line 2.** This line is the policy number assigned by the Marketplace to identify the policy in which you enrolled. If you are completing Part IV of Form 8962, enter this number on line 30, 31, 32, or 33, box a.

**Line 3.** This is the name of the insurance company that issued your policy.

**Line 4.** You are the recipient because you are the person the Marketplace identified at enrollment who is expected to file a tax return and who, if qualified, would take the premium tax credit for the year of coverage.

**Line 5.** This is your social security number. For your protection, this form may show only the last four digits. However, the Marketplace has reported your complete social security number to the IRS.

**Line 6.** A date of birth will be entered if there is no social security number on line 5.

**Lines 7, 8, and 9.** Information about your spouse will be entered only if advance credit payments were made for your coverage. The date of birth will be entered on line 9 only if line 8 is blank.

**Lines 10 and 11.** These are the starting and ending dates of the policy.

**Lines 12 through 15.** Your address is entered on these lines.

**Part II. Covered Individuals, lines 16–20.** Part II reports information about each individual who is covered under your policy. This information includes the name, social security number, date of birth, and the starting and ending dates of coverage for each covered individual. For each line, a date of birth is reported in column C only if an SSN isn't entered in column B.

If advance credit payments are made, the only individuals listed on Form 1095-A will be those whom you certified to the Marketplace would be in your tax family for the year of coverage (yourself, spouse, and dependents). If you certified to the Marketplace at enrollment that one or more of the individuals who enrolled in the plan aren't individuals who would be in your tax family for the year of coverage, those individuals won't be listed on your Form 1095-A. For example, if you indicated to the Marketplace at enrollment that an individual enrolling in the policy is your adult child who will not be your dependent for the year of coverage, that child will receive a separate Form 1095-A and won't be listed in Part II on your Form 1095-A.

If advance credit payments are made and you certify that one or more enrolled individuals aren't individuals who would be in your tax family for the year of coverage, your Form 1095-A will include coverage information in Part III that is applicable solely to the individuals listed on your Form 1095-A, and separately issued Forms 1095-A will include coverage information, including dollar amounts, applicable to those individuals not in your tax family.

If advance credit payments weren't made and you didn't identify at enrollment the individuals who would be in your tax family for the year of coverage, Form 1095-A will list all enrolled individuals in Part II on your Form 1095-A.

Part II also tells the IRS the months that the individuals identified are covered by health insurance and therefore have satisfied the individual shared responsibility provision.

If there are more than 5 individuals covered by a policy, you will receive one or more additional Forms 1095-A that continue Part II.

**Part III. Coverage Information, lines 21–33.** Part III reports information about your insurance coverage that you will need to complete Form 8962 to reconcile advance credit payments or to take the premium tax credit when you file your return.

**Column A.** This column is the monthly premiums for the plan in which you or family members were enrolled, including premiums that you paid and premiums that were paid through advance payments of the premium tax credit. If you or a family member enrolled in a separate dental plan with pediatric benefits, this column includes the portion of the dental plan premiums for the pediatric benefits. If your plan covered benefits that aren't essential health benefits, such as adult dental or vision benefits, the amount in this column will be reduced by the premiums for the non-essential benefits. If the policy was terminated by your insurance company due to nonpayment of premiums for one or more months, then a -0- will appear in this column for these months regardless of whether advance credit payments were made for these months.

**Column B.** This column is the monthly premium for the second lowest cost silver plan (SLCSP) that the Marketplace has determined applies to members of your family enrolled in the coverage. The applicable SLCSP premium is used to compute your monthly advance credit payments and the premium tax credit you take on your return. See the instructions for Form 8962, Part II, on how to use the information in this column or how to complete Form 8962 if there is no information entered. If the policy was terminated by your insurance company due to nonpayment of premiums for one or more months, then a -0- will appear in this column for the months, regardless of whether advance credit payments were made for these months.

**Column C.** This column is the monthly amount of advance credit payments that were made to your insurance company on your behalf to pay for all or part of the premiums for your coverage. If this is the only column in Part III that is filled in with an amount other than zero for a month, it means your policy was terminated by your insurance company due to nonpayment of premiums, and you aren't entitled to take the premium tax credit for that month when you file your tax return. You still must reconcile the entire advance payment that was paid on your behalf for that month using Form 8962. No information will be entered in this column if no advance credit payments were made.

**Lines 21–33.** The Marketplace will report the amounts in columns A, B, and C on lines 21–32 for each month and enter the totals on line 33. Use this information to complete Form 8962, line 11 or lines 12–23.

ELIZAROV PRODUCTION - 0734

**Exhibit X - 11**