8/7/22, 9:33 AM — NETR Online • Los Angeles County Registrar-Recorder Index

Sign Up (/register)

Search (/search)

Pricing (/pricing)

Support (/support)

# Search the Los Angeles County Registrar-Recorder Index

Database current to 2022-07-27

About the Los Angeles County Recorded Document Search

| | | |
|---|---|---|
| Date Range | From: 01/01/1977 | To: 07/27/2022 |
| Company | | |
| Name | Artur | Elizarov |
| Signator | ● grantor | ○ grantee |
| | or | or |
| AIN | | Document # |

Search    24 documents found

1  2  3

| Doc # | Date | Type | Grantors | Grantees |
|---|---|---|---|---|
| 20180192145 (/preview/20180192145/1) | 2018-02-27 | SUBSTITUTION TRUSTEE  Add to cart | ELIZAROV ARTUR  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC  STEARNS LENDING LLC | LOANCARE LLC |
| 20180159364 (/preview/20180159364/1) | 2018-02-16 | DEED  Add to cart | ELIZAROV ARTUR | GABRIELYAN HAKOB B |
| **20180060936 (/preview/20180060936/1)** | **2018-01-19** | **DEED**  Add to cart | **ELIZAROV ARTUR** | **CAO THU**  **SOLOMON AMAN DEMOZ** |
| 20171402321 (/preview/20171402321/1) | 2017-12-05 | NOTICE ACTION  Add to cart | ELIZAROV ARTUR | ALEPYAN ZABEL ISABEL |
| **20171178616 (/preview/20171178616/1)** | **2017-10-16** | **TAX LIEN**  Add to cart | **ELIZAROV ARTUR** | **UNITED STATES INTERNAL REVENUE SERVICE** |
| 20171141626 (/preview/20171141626/1) | 2017-10-05 | ASSIGNMENT OF RENTS  Add to cart | ELIZAROV ARTUR  ELIZAROV ARTUR  ELIZAROV ARTUR  ELIZAROV ARTUR | SPANO CRAIG W  SPANO CRAIG W  SPANO CRAIG W  SPANO CRAIG W |
| 20170390664 (/preview/20170390664/1) | 2017-04-10 | TAX LIEN  Add to cart | ELIZAROV ARTUR  ELIZAROV ARTUR  ELIZAROV ARTUR | CALIFORNIA STATE FRANCHISE TAX  CALIFORNIA STATE FRANCHISE TAX  CALIFORNIA STATE FRANCHISE TAX |
| 20170211561 (/preview/20170211561/1) | 2017-02-22 | DEED  Add to cart | ALEKSEYEFF ILYA  ELIZAROV ARTUR | ELIZAROV ARTUR |
| 20160992971 (/preview/20160992971/1) | 2016-08-22 | SUBSTITUTION TRUSTEE  Add to cart | ELIZAROV ARTUR  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC  STEARNS LENDING LLC | LOANCARE LLC |
| 20160816853 (/preview/20160816853/1) | 2016-07-13 | DEED  Add to cart | ELIZAROV ARTUR | GREENGER ALON  GREENGER MELINDA |

**Find Foreclosures by Zip Code**: ____  Find!

*The data presented on this website was gathered from a variety of government sources. Nationwide Environmental Title Research, LLC (NETR) makes no warantees expressed or implied as to the accuracy or completeness of this data. This data is not to be construed as legal advice.

Home (http://www.netronline.com/) | Privacy Policy (http://www.netronline.com/privacy_policy.php) | Real Estate Calculators (http://www.netronline.com/calculators.php) | Advertise (https://orders.freestar.io/request-access?publisher=fae87a20-a1cc-11e9-a11d-714f7ce21901&publisherName=Netronline) | Site Map (http://www.netronline.com/site_map.php) | Contact Support (http://www.netronline.com/suggestions.php?s=pr)

Copyright 1999-2022 Nationwide Environmental Title Research, LLC

**Exhibit Y**