Sean C. Wagner (Pro Hac Vice)
Sean.Wagner@wagnerhicks.law
Derek Bast (Pro Hac Vice)
Derek.Bast@wagnerhicks.law
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte NC 28202
Telephone: (704) 705-7538
Facsimile: (704) 705-7787

John Forest Hilbert, Esq. (SBN 105827)
jhilbert@hscallaw.com
Joseph A. LeVota, Esq. (SBN 226760)
jlavota@hscallaw.com
**HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
San Diego, California 92108
Telephone: (619) 795-0300
Facsimile: (619) 501-6855

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOLDWATER BANK, N.A.**, <br><br> Plaintiff, <br><br> v. <br><br> **ARTUR ELIZAROV, *ET AL*.** <br><br> Defendants. | Case No. 5:21-cv-00616-JWH-SPx <br><br> **Discovery Document referred to Hon. Sheri Pym** <br><br> **NOTICE OF MOTION AND PLAINTIFF'S MOTION TO COMPEL SUBPOENA *DUCES TECUM* RESPONSES FROM NON-PARTIES RITE CARE HOSPICE, INC. ECIVIS, INC., AND PAEDAE, INC.** <br><br> Hearing date: October 11, 2022 <br> Hearing time: 10:00 AM <br> Courtroom: Hon. Sheri Pym, Courtroom 3 <br><br> Pre-Trial Conf.: February 3, 2023 <br> Trial Date: February 27, 2023 <br> Discovery Cut-off: October 14, 2022 |

**NOTICE OF PLAINTIFF'S MOTION TO COMPEL**

-1-

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**NOTICE IS HEREBY GIVEN** that on October 11, 2022, at 10:00 AM or as soon thereafter as the matter may be heard, in Courtroom 3 of Courtroom 3 of the above entitled court, located at 3470 Twelfth Street, Riverside CA 92501, Plaintiff Goldwater Bank, N.A. will and hereby does move pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i), 45(g), and C.D. Cal. L.R. 45-1 to compel responses to certain Subpoenas *Duces Tecum* ("Subpoenas") issued to unrepresented non-party Rite Care Hospice, Inc.

This Motion is based on the Court's "Order Denying Defendant/Counter-Claimant's Ex Parte Application to Stay Compliance With Subpoenas But Ordering Sequestration of Responsive Information Notice of Motion" [ECF No. 175], which denied Defendant Artur Elizarov's attempts to prevent Rite Care Hospice, Inc.'s compliance with the Subpoena while his Motion to Quash was pending, as well as the Memorandum of Points and Authorities accompanying this Notice and Motion, all documents filed in this action, arguments by counsel as may be presented at the requested hearing on this matter, and any other matter the Court wishes to consider. This Motion is made pursuant to exception to C.D. Cal. L.R. 37 found in C.D. Cal. L.R. 45-1, as Rite Care Hospice, Inc. has not complied with the Subpoena in any fashion, has not offered written objection to the Subpoena, and has not otherwise indicated they are represented by counsel at the time of this filing.

Dated: September 21 2022

Respectfully submitted,

**WAGNER HICKS PLLC**

By: /s/ Derek M. Bast
    Sean C. Wagner, Esq.
    Derek M. Bast, Esq.

AND

**HILBERT & SATTERLY LLP**

By: /s/ Joseph A. LeVota
    John Forest Hilbert, Esq.
    Joseph A. LeVota, Esq.

*ATTORNEYS FOR DEFENDANT GOLDWATER BANK N.A.*

NOTICE OF PLAINTIFF'S MOTION TO COMPEL
-3-

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Plaintiff's Notice of Motion to Compel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users as well as to Non-Party Rite Care Hospice, Inc. *via* personal service and United States Postal Service, certified mail, return receipt requested, delivery restricted to addressee at the following addresses:

Rite Care Hospice, Inc.
c/o Vartan Akopyan, registered agent
14144 Ventura Boulevard, Suite 260,
Sherman Oaks, CA 91423

This the 21st day of September, 2022.

/s/ Derek M. Bast
Derek M. Bast