Sean C. Wagner (Pro Hac Vice)
Sean.Wagner@wagnerhicks.law
Derek Bast (Pro Hac Vice)
Derek.Bast@wagnerhicks.law
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte NC 28202
Telephone: (704) 705-7538
Facsimile: (704) 705-7787

John Forest Hilbert, Esq. (SBN 105827)
jhilbert@hscallaw.com
Joseph A. LeVota, Esq. (SBN 226760)
jlavota@hscallaw.com
**HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
San Diego, California 92108
Telephone: (619) 795-0300
Facsimile: (619) 501-6855

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOLDWATER BANK, N.A.**,<br><br>Plaintiff,<br><br>v.<br><br>**ARTUR ELIZAROV, *ET AL.***<br><br>Defendants. | Case No. 5:21-cv-00616-JWH-SPx<br><br>**Discovery Document referred to Hon. Sheri Pym**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING PLAINTIFF'S MOTION TO COMPEL SUBPOENA *DUCES TECUM* RESPONSES FROM NON-PARTIES RITE CARE HOSPICE, INC., ECIVIS, INC., AND PAEDAE, INC.**<br><br>Hearing date:<br>Hearing time:<br>Courtroom:  9D, 9th Floor<br><br>Pre-Trial Conf.: February 3, 2023<br>Trial Date: February 27, 2023<br>Discovery Cut-off: October 14, 2022 |

**COMES NOW** Plaintiff Goldwater Bank, N.A. ("Goldwater"), pursuant to FED. R. CIV. P. 45(d)(2)(B)(i), 45(g), and C.D. Cal. L.R. 45-1, and respectfully moves this Court for an order compelling non-party Rite Care Hospice, Inc. (Rite Care") to comply with the Subpoena *Duces Tecum* duly served upon it and attached hereto as **Exhibit 1**, or otherwise holding them in contempt for wholly failing to comply with same. In support of this Motion, Goldwater states:

1. FED. R. CIV. P. 45(a) provides parties the right to issue subpoenas *duces tecum* commanding non-parties to produce or permit the inspection of documents and other tangible things.

2. FED. R. CIV. P. 45(g) provides that "The court for the district where compliance is required . . . may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it."

3. FED. R. CIV. P. 45(d)(2)(B)(i) further provides that "[a]t any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection. *See also* FED. R. CIV. P. 34(c) ("As provided in Rule 45, a nonparty may be compelled to produce documents and tangible things or to permit an inspection").

4. On August 8, 2022, Goldwater served the Subpoenas *Duces Tecum* attached hereto at **Exhibit 1** upon Rite Care, commanding it to produce certain

documents relating to the employment of Plaintiff Artur Elizarov by August 18, 2022. *See* **Exhibit 2**, Rite Care Proof of Service.

5. On July 31, 2022, Defendant Artur Elizarov filed an *ex parte* Application seeking to stay Rite Care's compliance with the Subpoena *Duces Tecum* until after the Court had ruled on his anticipated Motion to Quash them. *See* ECF No. 171, Application to Stay.

6. On August 3, 2022, this Court denied Defendant Elizarov's *ex parte* Application to stay Rite Care's compliance with the Subpoenas *Duces Tecum*, but ordered Goldwater sequester any documents produced pursuant to them until the Court ruled on Elizarov's anticipated Motion to Quash. *See* ECF No. 175, Order.[1]

7.  Rite Care's response to the respective Subpoenas *Duces Tecum* was due on August 18, 2022.

8.  As of September 21, 2022, Rite Care has produced no documents as commanded by the Subpoena *Duces Tecum*, nor have they served written objection or sought a protective order from this Court.

9.  Rite Care was required to serve any objection to the Subpoenas *Duces Tecum* "before the earlier of the time specified for compliance or within 14 days after the subpoena is served." FED R. CIV. P. 45(d)(2)(B).

10. Based on the dates of service reflected above, any objection from Rite Care was due on the August 18, 2022, the date of compliance, as it was earlier than fourteen days from the August 8, 2022 date it was served.

11. Rite Care's failure to timely make objections to the Subpoena *Duces Tecum* "generally requires the court to find that any objections have been waived." *Juno Therapeutics, Inc. v. Kite Pharma, Inc*., No. CV 17-7639-SJO-KSX, 2019 WL 3069009, at *3 (C.D. Cal. Apr. 29, 2019).

12. Pursuant to this Court's August 3, 2022 Order, Rite Care was not excused from compliance with the Subpoenas *Duces Tecum* duly served upon it. *See* ECF No. 175, Order at p. 3.

13. As Rite Care has failed to comply with the Subpoenas *Duces Tecum* duly served upon them and has further failed to offer timely written objections to same or an any excuse for their failure, the Court may hold them in contempt. FED. R. CIV. P. 45(g).

14. Goldwater asks that the Court do so, and/or otherwise compel Rite Care's compliance with the Subpoena *Duces Tecum* and production of the requested documents and information.

15. Counsel for Goldwater hereby certifies that they have not been contacted by counsel for Rite Care, and believes Rite Care to be an unrepresented non-party at this time.  As such, Goldwater presents this Motion without conference or

stipulation pursuant to the exception to L.R. 37 found in L.R. 45-1 for subpoenas to unrepresented non-parties.

**WHEREFORE**, Goldwater asks that the Court enter an Order compelling Rite Care's compliance with the Subpoena *Duces Tecum* attached hereto as **Exhibit 1** and the production of the documents and information requested therein and for any further relief the Court deems just and equitable

Dated: September 21, 2022

Respectfully submitted,

**WAGNER HICKS PLLC**

By: /s/ Derek M. Bast
        Sean C. Wagner, Esq.
        Derek M. Bast, Esq.

        AND

**HILBERT & SATTERLY LLP**

By: /s/ John Forest Hilbert
        John Forest Hilbert, Esq.
        Joseph A. LeVota, Esq.

*ATTORNEYS FOR DEFENDANT*
*GOLDWATER BANK N.A.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Plaintiff's Notice of Motion to Compel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users as well as to Non-Party Rite Care Hospice, Inc *via* personal service and United States Postal Service, certified mail, return receipt requested, delivery restricted to addressee at the following addresses:

Rite Care Hospice, Inc.
c/o Vartan Akopyan, registered agent
14144 Ventura Boulevard, Suite 260,
Sherman Oaks, CA 91423

This the 21st day of September, 2022.

/s/ Derek M. Bast
Derek M. Bast