AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **5:21-CV-00616-JWH-SP**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Rite Care Hospice, Inc**
was recieved by me on  **8/07/2022:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Vartan Akopyan**, who is designated by law to accept service of process on behalf of **Rite Care Hospice, Inc08/08/2022**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  08/08/2022

_____
*Server's signature*

**Daniel Benavides**
*Printed name and title*

**5933 echo St**
**Los Angeles, CA 90042**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Vartan Akopyan, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with an accent.**





Tracking #: **0090863773**