**This page is part of your document - DO NOT DISCARD**



# 20171178616



**Pages:**
**0002**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**10/16/17 AT 08:04AM**

| | |
|---|---:|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



**LEADSHEET**

201710162890001

00014360669

008650662

**SEQ:**
**22**

DAR - Mail (Intake)



**THIS FORM IS NOT TO BE DUPLICATED**

E025385

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145595, STOP 8420G
CINCINNATI, OH 45250-5585

Document Number: 14360669

Batch Number: 8650662

For Optional Use by Recording Office

Form 668 (Y)(c)
(Rev. March 2004)

3477 Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area: SMALL BUSINESS/SELF EMPLOYED AREA #7
Lien Unit Phone: (800) 829-3903

Serial Number
280102417

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer ARTUR ELIZAROV

Residence  11623 MORRISON ST
           N HOLLYWOOD, CA 91601-4346

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | XXX-XX-1042 | 11/30/2015 | 12/30/2025 | 107787.69 |

Place of Filing
           COUNTY RECORDER
           LOS ANGELES COUNTY             Total  $     107787.69
           NORWALK, CA 90650

This notice was prepared and signed at _____OAKLAND, CA_____, on this,
the ___21st___ day of __September, 2017__.

Signature  Joan Flach                  Title
for G.J. CARTER-LOUIS                  ACS SBSE                          27-00-0008
                                       (800) 829-3903

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office                          Form 668(Y)(c) (Rev. 2-2004)
                                                           CAT. NO 60025X