**This page is part of your document - DO NOT DISCARD**

# 20200012205



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**01/06/20 AT 09:58AM**

|  | |
|---|---:|
| FEES: | 15.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 15.00 |

Pages: 0002



**LEADSHEET**



202001062870015

00017687458

010406584

**SEQ:**
**34**

DAR - Mail (Intake)



**THIS FORM IS NOT TO BE DUPLICATED**

*E625091*

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145595, STOP 8420G
CINCINNATI, OH 45250-5585

COURT RECORDING INFORMATION:
Liber
n/a
Page
n/a
UCC No.
n/a
Serial No.
20171178616

17687458

Batch Number: 10406584

For Use by Recording Office

| Form 668 (Z) (Rev. 10-2000) | --*-- 1833 | Department of the Treasury - Internal Revenue Service **Certificate of Release of Federal Tax Lien** |
|---|---|---|

Area: SMALL BUSINESS/SELF EMPLOYED AREA #7
Lien Unit Phone: (800) 913-6050

Serial Number
280102417

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on  October 16, 2017  is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer   ARTUR ELIZAROV

Residence   11623 MORRISON ST
N HOLLYWOOD, CA 91601-4346

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | XXX-XX-1042 | 11/30/2015 | 12/30/2025 | 107787.69 |
| ************ | ************ | ******************* | ****************** | ****************** | ****************** |

Place of Filing
COUNTY RECORDER
LOS ANGELES COUNTY
NORWALK, CA 90650

Total  $   107787.69

This notice was prepared and signed at   OAKLAND, CA  , on this, the   18th   day of   December  , 2019.

Signature   *Elvin Dean Curry*

Title
Operations Manager,
Centralized Lien Operation

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE

Form **668 (Z)** (Rev. 10-2000)
CAT. NO 600261