

# Application For "Gables Wilton Park"

513 NE 21st Court #120,
Fort Lauderdale, FL,
33305
Phone: (954) 280-4699

## Application Details For Applicant: Artur Elizarov

### Apartment Information

| | | | |
|---|---|---|---|
| Apartment: | 2211 | Move-in Date: | 5/11/2020 |
| Floor Plan: | TH5 | Lease Term(Months): | 12 |
| Bed: | 2 | Deposit: | $0.00 |
| Bath: | 2.50 | Rent: | $2295 |
| Area: | 1597 | | |

### Applicant Information

| | | | |
|---|---|---|---|
| First Name: | Artur Elizarov | Date Of Birth: | ******** |
| Marital Status: | Single | Do you have a Social Security Number? | Yes |
| Email: | ▉▉▉▉▉▉▉ | | |
| Phone: | ▉▉▉▉▉ | SSN: | ▉▉▉▉▉ |
| Country: | US | Government Issued Identification Number | ******** |
| Address: | 828 Westmount Drive | Government Issuing Entity | CA |
| Address (line two): | | | |
| City: | West Hollywood, CA. | Country: | US |
| Zip: | 90069 | Have you ever been evicted? | No |
| Residency From: | 5/7/2020 | If yes, details:: | |
| Monthly Rent/Monthly mortgage payments | $0 | Have you ever been convicted of a felony? | No |
| Reason for Moving: | Moving from state | If yes, details: | |
| Apartment: Community | | Do you have any criminal charges pending, awaiting disposition or looming | No |

| | | | |
|---|---|---|---|
| Management: Company | | in any way? | |
| Management: Company Phone | | If yes, details: | |
| | | Do you have a Housing Voucher? | No |
| Was 30 days notice given | Yes | | |

## Previous Address Information

| | | | |
|---|---|---|---|
| Address: | | Residency From: | |
| Address (line two): | | Monthly Rent/Monthly mortgage payments | 0 |
| City: | 90069 | | |
| State: | | Reason for Moving: | |
| Country: | US | Was 30 days notice given | Yes |
| Apartment Community | | | |
| Management: Company | | | |
| Management: Company Phone | | | |

## Employment Information

| | | | |
|---|---|---|---|
| Country: | US | Job Title: | COO |
| Employment Status: | Employed | Employed Since: | 5/24/2018 |
| Employer: | eCivis | Monthly Income: | $15000 |
| Address: | 418 Fair Oaks | Additional Annual Income | $0 |
| Address (line two): | | Additional Income Source | |
| City: | Pasadena. CA, | Employers Phone: | [redacted] |
| Zip: | 91103 | | |

## Previous Employment Information

| | | | |
|---|---|---|---|
| Employer: | | Job Title: | |
| Supervisors Name: | | Previous Employer: | |

GABLES RESIDENTIAL_000035

|  |  |
|---|---|
| Address: | Start Date |
| Address (line two): | Previous Employer: |
| City: | End Date |
| State: | Monthly Income: $0 |
| Employers Phone: | Additional Income: $0 |
|  | Additional Income Source: |

## Emergency Information

| | |
|---|---|
| Name: | ilya alekseyeff |
| Relationship: | Husband |
| Phone: | ███ |
| Country: | US |
| Address: | |
| Address (line two): | |
| City: | |
| Zip: | |

## Blue Moon Application Info

About You

Applicant Former Name

Applicant Height — 0.00

Applicant Weight — 0.00

Applicant Eye Color

Do you Smoke — no

Your Credit History

Credit History Bank Name

Credit History Bank City

Credit History Bank State

List major credit cards

| | |
|---|---|
| Emergency | |
| Who can enter in your dwelling | Your Spouse |
| Why You Applied Here | |
| Were you referred? | no |
| If yes, by whom | |
| Please list reference here | |
| Did you find us on your own? | yes |
| If yes, where? | |
| Please list details | |
| Your Rental/Criminal History | |
| declared bankruptcy? | no |
| sued for rent? | no |
| sued for property damage? | no |
| been convicted for a felony? | no |
| Have you been evicted? | no |
| Your Work? | |
| Your gross monthly income: | 15000.00 |
| Previous gross monthly income: | 0.00 |
| Your Vehicles | |
| Make | |
| Model | |
| Color | |
| Make | |
| Model | |
| Color | |

## Terms Accepted

| | | IP |
|---|---|---|
| Signature in Application Information- By signing this application, I agree that the information provided in this application is true and correct. | May 7 2020 1:08PM | 73.85.203.93 |
| Screening Terms- I have read the Renter Screening section of the Terms and Conditions, and I authorize the use of the information and contacts provided in this application to complete a credit, reference, and/or background check. | May 7 2020 1:08PM | 73.85.203.93 |
| Legal Terms- By submitting this application, I verify that the statements provided in this application are true and correct and I agree to be screened after payment of application fees. | May 7 2020 1:08PM | 73.85.203.93 |
| Payment Terms- I have read and accept Terms and Conditions. | May 7 2020 1:11PM | 73.85.203.93 |
| Application fee disclaimer- I accept that Application fees are non-refundable, even if the application is denied, except to the extent otherwise required by applicable law. | May 7 2020 1:11PM | 73.85.203.93 |

## Signature

| | | IP |
|---|---|---|
| Artur Elizarov *(signed)* | May 7 2020 1:08PM | 73.85.203.93 |

## Events Completed

| | | IP |
|---|---|---|
| Addendum Signing Completed | May 7 2020 1:03PM | 73.85.203.93 |
| Application Information Completed | May 7 2020 1:08PM | 73.85.203.93 |
| Payment Completed | May 7 2020 1:11PM | 73.85.203.93 |