| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RP / CY4 99920689 | 01/710 | 3955415 | 1 of 1 |

Ecivis Inc
418 N FAIR OAKS AVE STE 301
PASADENA, CA 91103

## Earnings Statement 

Period Starting: 06/01/2020
Period Ending: 06/15/2020
Pay Date: 06/15/2020

Taxable Marital Status: Single
Exemptions/Allowances:           Tax Override:
 Federal: 22                              Federal:
 State:   22                              State:
 Local:    0                              Local:
Social Security Number: XXX-XX-▇

Artur Elizarov
828 Westmount Drive
West Hollywood, CA 90069

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 6300.00 | 80100.00 |
| Advance - taxable | | 0.00 | 1200.00 | 2400.00 |
| Gross Pay | | | $7,500.00 | $82,500.00 |



| Deposits account number | transit/ABA | amount |
|---|---|---|
| ▇ | XXXXXXXX | 5515.48 |
| ▇ | XXXXXXXX | 250.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | ▇ | ▇ |
| Social Security | | |
| Medicare | | |
| California State Income | | |
| California State DI | | |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | ▇ | ▇ |
| *Dental pre-tax | | |
| *Vision pre-tax | | |
| Life insurance | | |

| Net Pay | $5,765.48 |
|---|---|

Your federal taxable wages this period are $7,475.55
* Excluded from Federal taxable wages

Ecivis Inc
418 N FAIR OAKS AVE STE 301
PASADENA, CA 91103

Pay Date:   06/15/2020

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | ▇ | XXXXXXXX | 5515.48 |
| Savings DirectDeposit | ▇ | XXXXXXXX | 250.00 |