This Instrument Prepared by and Return to:
**Crystal Griswold**
Cardinal Title Company, LLC
2787 E. Oakland Park Blvd., Ste 208
Fort Lauderdale, Florida 33306
Our File No.: **21SE-004**
Property Appraisers Parcel Identification (Folio) Number:

Florida Documentary Stamps in the amount of **$4,410.00** have been paid hereon.

_____SPACE ABOVE THIS LINE FOR RECORDING DATA_____

# *WARRANTY DEED*

**THIS WARRANTY DEED**, made the **16th** day of **April, 2021** by **The Closed Buyer, LLC, a Florida Limited Liability Company**, whose post office address is 4230 NW 113th Avenue, Coral Springs, Florida, 33065 herein called the Grantor, to **Artur Elizarov, a single person, and Ilya Alekseyeff, a single person, as joint tenants with full rights of survivorship.** whose post office address is 2735 NE 10th Ave, Wilton Manors, FL 33334, hereinafter called the Grantees:

*(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H:** That the Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in BROWARD County, State of Florida, viz.:

**Lot 11, Block 2, of AMADALE ADDITION, according to the Plat thereof, as recorded in Plat Book 36, Page 48, of the Public Records of Broward County, Florida.**

**Subject to easements, restrictions and reservations of record and taxes for the year 2021 and thereafter.**

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

AND, the Grantor hereby covenants with said Grantees that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2020.

**IN WITNESS WHEREOF,** the said Grantor has signed and sealed these presents the day and year first above written.
Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature
Crystal Griswold
Witness #1 Printed Name

_____
Shannon Duval, Managing Member of The Closed Buyer, LLC

Jean Wetherington
Witness #2 Signature
Jean Wetherington
Witness #2 Printed Name

**State of FLORIDA**
**County of BROWARD**

The foregoing instrument was acknowledged before me this 16th day of April, 2021, by Shannon Duval, Managing Member of The Closed Buyer, LLC who is appeared by ☒ physical presence or ☐ online notarization and has produced ___FL DL___ as identification and ☐ did ☐ did not take an oath.

**SEAL**

_____
Notary Public
Crystal Griswold
Printed Notary Name

My commission expires:

CRYSTAL GRISWOLD
Notary Public - State of Florida
Commission # GG 133746
My Comm. Expires Aug 13, 2021