ABBEY M. KRYSAK
WAGNER HICKS PLLC
831 E. MOREHEAD ST, SUITE 860
CHARLOTTE, NC 28202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A.<br><br>v.      Plaintiff(s)<br><br>ARTUR ELIZAROV, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>5:21-CV-00616-JWH-SP<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Krysak, Abbey M.
*Applicant's Name (Last Name, First Name & Middle Initial*

(704) 705-7942         (704) 705-7787
*Telephone Number*         *Fax Number*

*E-Mail Address*

of   Wagner Hicks PLLC
     831 E Morehead St, Suite 860
     Charlotte, NC 28202

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Goldwater Bank, N.A.

*Name(s) of Party(ies) Represent*         ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Hilbert, John F.
*Designee's Name (Last Name, First Name & Middle Initial*

105827        (619) 795-0300        (619) 501-6855
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*

of   Hilbert & Satterly LLP
     409 Camino del Rio S. #104
     San Diego, CA 92108

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**