| | |
|---|---|
| 1 | Sean C. Wagner (Pro Hac Vice) |
| 2 | Sean.Wagner@wagnerhicks.law |
| | Derek Bast (Pro Hac Vice) |
| 3 | Derek.Bast@wagnerhicks.law |
| 4 | **WAGNER HICKS PLLC** |
| | 831 East Morehead Street, Suite 860 |
| 5 | Charlotte NC 28202 |
| 6 | Telephone: (704) 705-7538 |
| | Facsimile: (704) 705-7787 |
| 7 | |
| 8 | John Forest Hilbert, Esq. (SBN 105827) |
| | jhilbert@hscallaw.com |
| 9 | Joseph A. LeVota, Esq. (SBN 226760) |
| | jlavota@hscallaw.com |
| 10 | **HILBERT & SATTERLY LLP** |
| 11 | 409 Camino del Rio S. #104 |
| | San Diego, California 92108 |
| 12 | Telephone: (619) 795-0300 |
| 13 | Facsimile: (619) 501-6855 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GOLDWATER BANK, N.A.**, | Case No. 5:21-cv-00616-JWH-SPx |
| Plaintiff, | **Discovery Document referred to Hon. Sheri Pym** |
| v. | **WITHDRAWAL OF NOTICE OF MOTION AND PLAINTIFF'S MOTION TO COMPEL SUBPOENA *DUCES TECUM* RESPONSES FROM NON-PARTIES RITE CARE HOSPICE, INC. ECIVIS, INC., AND PAEDAE, INC.** |
| **ARTUR ELIZAROV, *ET AL*.** | |
| Defendants. | |
| | Hearing date: October 11, 2022 |
| | Hearing time: 10:00 AM |
| | Courtroom: Hon. Sheri Pym, Courtroom 3 |
| | Pre-Trial Conf.: February 3, 2023 |
| | Trial Date: February 27, 2023 |
| | Discovery Cut-off: October 14, 2022 |

**WITHDRAWAL OF NOTICE OF PLAINTIFF'S MOTION TO COMPEL**
-1-

Pursuant to Local Rule 7-16, Plaintiff Goldwater Bank, N.A. ("Goldwater"), through undersigned counsel, hereby withdraws its Notice of Motion and Plaintiff's Motion to Compel Subpoena *Duces Tecum* Responses from Non-Parties Rite Care Hospice, Inc., eCivis, Inc., and Paedae, Inc. (ECF 189) no more than seven (7) days prior to the scheduled hearing date.

Dated: October 4, 2022.

        Respectfully submitted,

        **WAGNER HICKS PLLC**

        By: /s/ Sean C. Wagner
            Sean C. Wagner, Esq.
            Derek M. Bast, Esq.

        AND

        **HILBERT & SATTERLY LLP**

        By: /s/ Joseph A. LeVota
            John Forest Hilbert, Esq.
            Joseph A. LeVota, Esq.

        *ATTORNEYS FOR DEFENDANT*
        *GOLDWATER BANK N.A.*

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Withdrawal of Notice of Motion and Plaintiff's Motion to Compel to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

I also hereby certify that I caused the foregoing Withdrawal of Notice of Motion and Plaintiff's Motion to Compel to be sent to Non-Party Rite Care Hospice, Inc., Paedae, Inc. and eCIVIS, Inc. *via* United States Postal Service, certified mail, return receipt requested, to the addressees at the following addresses:

> PaeDae, Inc. d/b/a The Mobile Majority
> c/o CSC – Lawyers Incorporating Service, registered agent
> 2710 Gateway Oaks Dr, Ste 150N
> Sacramento, CA 95833

> Rite Care Hospice, Inc.
> c/o its Attorney, Ilya Alexeyeff (*Defendant Pro per*)
> LOIA, Inc.
> 727 West 7th Street PH 1-13
> Los Angeles, CA 90017

> eCivis, Inc.
> c/o Registered Agents, Inc., registered agent
> 1401 21st Street, Ste R
> Sacramento, CA 95811

This the 4th day of October, 2022.

/s/ Sean C. Wagner
Sean C. Wagner