ILYA ALEKSEYEFF [CA 242462]
ilya@loia.legal
LOIA, INC. (APLC)
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592

Attorney for Artur Elizarov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOLDWATER BANK, NA**, *Plaintiff,* <br><br> vs. <br><br> **ARTUR ELIZAROV, ET AL.**, *Defendant.* | 5:21-cv-616-JWH-SPx <br><br> NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING ON A NON-DISPOSITIVE MOTION, *TO WIT*: TO QUASH SUBPOENA *DUCES TECUM* TO RITE CARE HOSPICE, INC. [191] <br><br> Date: 11/18/2022 <br> Time: 9:00 am <br> Court: Hon. John W. Holcomb |

**To Goldwater Bank, National Association, Scott Howlett, Bank of the West, Unison Contract Corp., and their respective counsel:**

At 9:00 am on Friday, November 18, 2022, in Courtroom 9D of the United States District Court for the Central District of California located at 411 W 4th Street, Santa Ana, CA 92701, The Honorable John W. Holcomb, District Judge, defendant Artur Elizarov will move to review and set aside Magistrate Judge Sheri Pym's order denying motion to quash Goldwater Bank, National Association's subpoena *duces tecum* to Rite Care Hospice, Inc. [191] for the following reasons:

1

1  contrary to the magistrate's findings, Elizarov's employment records, including
2  income information from 2019, are *not directly relevant* to any issues raised by
3  Goldwater Bank's pleadings because Goldwater Bank did not allege with
4  particularity (or at all) that Elizarov misrepresented his income or employment
5  history in the loan application.  Rather, Goldwater Bank's subpoena to Rite Care
6  Hospice, Inc. is part of an illegal "fishing expedition" designed to satisfy a baseless
7  hunch.  The California Constitution and Rule 26 does not permit Goldwater Bank
8  to conduct this type of discovery.
9      The motion will be based on this notice, on the memorandum supporting the
10 motion, on the record before Magistrate Judge Pym (submitted to the court as a
11 single volume), on oral arguments before Magistrate Judge Pym, on the written
12 ruling on the motion [191], on any reply memoranda, and on counsel's arguments
13 at the hearing on the motion.
14     This motion is made following the conference of counsel pursuant to L.R. 7-
15 3 which took place on 09/27/2022.

17  Dated: 10/04/2022                      LOIA, INC. (APLC)

                                           */s/ Ilya Alekseyeff*
                                           _____
                                           By: Ilya Alekseyeff
                                           Attorney for Artur Elizarov

NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING ON A NON-DISPOSITIVE MOTION, *TO WIT*: TO QUASH SUBPOENA *DUCES TECUM* TO RITE CARE HOSPICE, INC. [191]