ILYA ALEKSEYEFF [CA 242462]
ilya@loia.legal
LOIA, INC. (APLC)
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592

Attorney for Artur Elizarov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOLDWATER BANK, NA**, *Plaintiff,* <br><br> vs. <br><br> **ARTUR ELIZAROV, ET AL.**, *Defendant.* | 5:21-cv-616-JWH-SPx <br><br> [PROPOSED] ORDER RE: MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING ON A NON-DISPOSITIVE MOTION, *TO WIT*: TO QUASH SUBPOENA *DUCES TECUM* TO RITE CARE HOSPICE, INC. [191] <br><br> Date: 11/18/2022 <br> Time: 9:00 am <br> Court: Hon. John W. Holcomb |

Based on the evidence presented and arguments of counsel, the court finds good cause, GRANTS the motion, and ORDERS as follows:

1. The order of Magistrate Judge Sheri Pym [191] denying defendant Artur Elizarov's motion to quash Goldwater Bank, National Association's subpoena *duces tecum* to Rite Care Hospice, Inc. [176] is GRANTED.

2. The order of Magistrate Judge Sheri Pym [191] is set aside.

\\\

1

3. The court entered a new and separate order as follows: defendant Artur Elizarov's motion to quash Goldwater Bank, National Association's subpoena *duces tecum* to Rite Care Hospice, Inc. [176] is GRANTED.

IT IS SO ORDERED.

Dated: _____     Signature:_____
                                                        Hon. John W. Holcomb, District Judge

2

[PROPOSED] ORDER RE: MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING ON A NON-DISPOSITIVE MOTION, *TO WIT*: TO QUASH SUBPOENA *DUCES TECUM* TO RITE CARE HOSPICE, INC. [191]