Sean C. Wagner (Pro Hac Vice)
Derek M. Bast (Pro Hac Vice)
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte, North Carolina 28202
Tel: (704) 705-7538
Fax: (704) 705-7787

W. Keith Wyatt (SBN: 80859)
Marie Maurice (SBN: 258069)
**IVIE McNEILL & WYATT**
444 S. Flower Street, Suite 1800
Los Angeles, CA 90071-2919
Tel: (21) 489-0028; Fax (213) 489-0552

John Forest Hilbert, Esq. (SBN 105827)
Joseph A. LeVota, Esq. (SBN 226760)
**HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
San Diego, California 92108
Telephone:  (619) 795-0300
Facsimile:   (619) 501-6855

Counsel for Plaintiff/Cross-Defendant
GOLDWATER BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARTUR ELIZAROV, ET AL.<br><br>　　　　　Defendants.<br>———————————————<br>SCOTT HOWLETT,<br><br>　　　　　Cross-complainant,<br><br>　v.<br><br>ARTHUR ELIZAROV, ET AL.,<br><br>　　　　　Cross-defendants. | Case No. 5:21-cv-00616-JWH-SPx<br><br>Judge:　　　Hon. John W. Holcomb<br>Department:  Courtroom 2<br><br>**PROOF OF SERVICE**<br><br><br>Filed:　　　April 6, 2021<br>Trial Date:　February 27, 2023 |

1  I, Esther Graaff, declare that:

2  I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action. My business address is 409 Camino del Rio S. #104, San Diego, California 92108.

On October 4, 2022, I served the following document(s):

1. **Withdrawal of Notice of Motion and Plaintiff's Motion to Compel Subpoena Duces Tecum Responses From Non-Parties Rite Care Hospice, Inc. Ecivis, Inc., and Paedae, Inc.**

on the parties in this action listed in the attached Service List, which is incorporated herein by this reference, by the following means:

XX  **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)** I enclosed the documents in a sealed envelope or package, marked Certified Mail, Return Receipt Requested, said individual Article Number placed in the appropriate name and address block below, and I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 4, 2022, at San Diego, California.

[Original executed after completion of service]

_____
Esther Graaff

HILBERT &
SATTERLY LLP

2
PROOF OF SERVICE

## SERVICE LIST

PaeDae, Inc. d/b/a The Mobile Majority
c/o CSC – Lawyers Incorporating Service, registered agent
2710 Gateway Oaks Dr, Ste 150 N
Sacramento, CA 95833

Rite Care Hospice, Inc.
c/o Attorney, Ily Alexeyeff (Defendant Pro per)
Loia, Inc.
727 West 7th Street PH 1-13
Los Angeles, CA 90017

eCivis, Inc.
c/o Registered Agents, Inc., registered agent
1401 21st Street, Ste R
Sacramento, CA 95811