ILYA ALEKSEYEFF [CA 242462]
ilya@loia.legal
LOIA, INC. (APLC)
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592

Attorney for Artur Elizarov
Defendant *in pro per*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOLDWATER BANK, NA**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **ARTUR ELIZAROV, ET AL.**, <br><br> *Defendant.* | 5:21-cv-616-JWH-SPx <br><br> SUPPLEMENTAL DECLARATION OF ILYA ALEKSEYEFF SUPPORTING MOTION FOR SANCTIONS UNDER RULE 11 <br><br> Date: 10/21/2022 <br> Time: 9:00 AM <br> Court: Hon. John W. Holcomb |

1. My name is Ilya Alekseyeff.

2. I am a defendant *in pro per* and counsel for defendant Artur Elizarov in these proceedings.

*Discovery issues*

3. On February 18, 2022, I served Goldwater Bank, National Association [Goldwater] counsel Sean Wagner and John Hilbert, by email and first class mail, a set of requests for production.

4. Among other things, I requested that Goldwater produce all its internal emails that reference the issues in this case, all internally generated documents regarding Mr. Elizarov's loan application, all written records that

1

1  describe Goldwater's COVID-19 forbearance qualifications and process, and all
2  internal documents regarding Mr. Elizarov's forbearance application.
3     5.   Goldwater had to respond, in writing, to these requests by March 23,
4  2022. [Fed.R.Civ.P. 34(b)(2)(A) (response due in 30 days); Fed.R.Civ.P. 6(d) (3
5  days added for service by mail)]
6     6.   Goldwater then had to provide the requested documents by March 28,
7  2022, which I designated as the compliance date in the request.
8     7.   I recognize **Exhibit XX** as an excerpt from the request for production,
9  which I served on Wagner and Hilbert on February 18, 2022, which I highlighted
10 for emphasis.

*Additional disclosures*

12    8.   Although Goldwater had to comply with my request for production by
13 March 28, 2022, Goldwater's counsel concealed several critical documents until
14 recently.
15    9.   On September 2, 2022, just a week before the deposition of
16 Goldwater's president and designated representative Peter Hills on September 9,
17 2022, Goldwater's counsel [Exhibit OO-20 (verified by Peter Hill)], Goldwater's
18 counsel Derek Bast sent me (along with all the other counsel) 713 additional pages
19 of documents ending in bates number 1433.
20    10.  This disclosure included the following:
21    11.  **Exhibit ZZ**, which I recognize as an exact copy of an email chain
22 between Peter Hill and Goldwater staff, bates-stamped 1148 to 1149;
23    12.  **Exhibit AAA**, which I recognize as an exact copy of an email chain
24 between Peter Hill and Goldwater staff bates-stamped 1151 to 1152;
25    13.  **Exhibit BBB**, which I recognize as an exact copy of an email chain
26 between Peter Hill and Goldwater, bates-stamped 1386; and
27    14.  **Exhibit CCC**, which I recognize as an exact copy of an email chain
28 between Brittany Shaw and Goldwater internal staff, bates-stamped 1172 to 1173.

15. The request for production number 24 [Exhibit XX-4] covered these documents.

16. Then on September 30, 2022, Bast sent me another batch of documents.

17. This batch included 59 additional records as well as documents that Goldwater had, apparently, received from third parties.

18. I recognize **Exhibit DDD** as an exact printout of Bast's service email from September 30, 2022.

19. This latest disclosure included the following:

20. **Exhibit EEE**, which is an exact copy of an email chain between Joyce Eggli and Goldwater staff, bates-stamped 1484 to 1490.

21. Request number 29 [Exhibit XX-5] covered this document.

22. To date, I still have not received any of the following:

23. All records that describe the step-by-step underwriting process and all underwriting criteria for approval of mortgage loans that GOLDWATER used or applied at the time ELIZAROV submitted LOAN APPLICATION to GOLDWATER, including all training materials and underwriting manuals, covered in request number 28 [Exhibit XX-5]; or

24. All records that mention or describe the guidelines or criteria for approving the COVID-19 related requests to forbear mortgage loan payments that GOLDWATER used or applied at the time ELIZAROV submitted FORBEARANCE APPLICATION to GOLDWATER, including any drafts that were ultimately rejected, covered in request number 37 [Exhibit XX-6].

25. I had no opportunity to present these additional evidence because Goldwater's counselors had deliberately concealed the records from me and only disclosed the records on September 2nd and September 30th, long after I gave the initial notice of motion to counselors on August 8, 2022. [182-1]

\\\

*Hill's deposition*

26. Finally, Goldwater's president and Chief Credit Officer Peter Hill, who also signed the verified complaint as Goldwater's designated representative, testified at a deposition on September 9, 2022.

27. I recognize **Exhibit FFF** as an accurate excerpt from Hill's deposition, which I highlighted for emphasis.

*Additional evidence*

28. I recognize **Exhibit GGG** as an excerpt from Goldwater Bank's response to Artur Elizarov's interrogatories.

29. This exhibit describes Goldwater's theory of liability regarding Goldwater's claim for fraud during settlement negotiations in March 2021.

30. At the time I gave the "safe harbor" notice to counselors [Fed.R.Civ.P. 11(c)(2) (21-day notice required)], I did not intend to address the California reliance requirement for fraud actions because I did not have all Goldwater emails, which counselors had deliberately withheld from me; nor the benefit of Hill's testimony.

### 

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct based on my personal knowledge and that I executed this declaration on 10/07/2022.

*/s/ Ilya Alekseyeff*