1  ILYA ALEKSEYEFF, ESQ. [242462]
    ilya@loia.legal
2  LOIA, INC. (APLC)
3  8721 Santa Monica Blvd #119
   West Hollywood, CA 90069
4  Tel: (213)537-4592
5
6  Attorney for ARTUR ELIZAROV
7
                IN THE UNITED STATES DISTRICT COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9

| GOLDWATER BANK, NATIONAL ASSOCIATION, | 5:21-CV-00616-JWH-SP |
|---|---|
| *Plaintiff,* | ARTUR ELIZAROV PRODUCTION DEMANDS TO GOLDWATER BANK |
| vs. | |
| ARTUR ELIZAROV, ET AL., | |
| *Defendants.* | |
| AND RELATED COUNTERCLAIM AND CROSSCLAIMS. | |

**Asking party**: Defendant Artur Elizarov

**Answering party**: Plaintiff Goldwater Bank, National Association

**Set No.**: One

**Date served**: 02/18/2022

**Response deadline**: 03/23/2022

**Production date**: 03/28/2022

**Production time**: 10:00 am

\\\

---

1

**Production address**: 1250 N. Fairfax Ave, Unit 209, West Hollywood, CA 90046.

## DEFINITIONS

All words and phrases used in these production demands have their ordinary everyday meaning and should be interpreted in the context of the issues in this case, except that the words written in all capital letters have special meaning as defines below:

ALEKSEYEFF means defendant Ilya Alekseyeff.

CONTACT INFORMATION means all information sufficient to locate and contact a person, a business entity, or governmental organization, and includes the last known physical address, the last known mailing address, the last known telephone number, and the last known email address.

DEED OF TRUST means the deed of trust that Goldwater Bank, National Association filed in this action as Document Number 44-2.

ELIZAROV means defendant Artur Elizarov.

FORBEARANCE APPLICATION means application for forbearance, which plaintiff Goldwater Bank, National Association referenced paragraph 38 of the amended complaint (Document Number 44).

GOLDWATER means plaintiff Goldwater Bank, National Association acting through its directors, officers, employees, and agents, as well as directors, officers, employees, and agents of its agents.

INTERROGATORIES means the first set of interrogatories that defendant Artur Elizarov propounded to plaintiff Goldwater Bank, National Association, concurrently with this set of production demands.

LOAN APPLICATION means the application for a mortgage loan, which plaintiff Goldwater Bank, National Association referenced in paragraph 23 of the amended complaint (Document Number 44).

1  NOTE means the Note that Goldwater Bank, National Association filed in this action as Document Number 44-1.

3  PALM SPRINGS HOUSE means the single-family residence located at 291 West Overlook Road, in the City of Palm Springs, County of Riverside, State of California.

6  SETTLEMENT NEGOTIATIONS means Artur Elizarov's negotiations with Goldwater Bank, National Associations, at the end of March 2021, regarding the amount that Goldwater Bank, National Association was to receive (if at any) after Artur Elizarov sold his single-family residence located at 291 West Overlook Road, in the City of Palm Springs, County of Riverside, State of California.

11 TITLE COMPANY means the person or legal entity that plaintiff Goldwater Bank, National Association, identified in response to interrogatory 6 in the first set of interrogatories that defendant Artur Elizarov propounded to plaintiff Goldwater Bank, National Association, concurrently with this set of production demands.

### PRODUCTION DEMANDS

At 10:00 am on March 28, 2022, plaintiff Goldwater Bank, National Association, must appear at 1250 North Fairfax Avenue, Unit 209, West Hollywood, California 90046, and produce for defendant Artur Elizarov's inspection and copying the following records or categories of records:

*Relating to interrogatories*

*Internal communications*

24. All internal emails between GOLDWATER's agents or employees that reference or mention ELIZAROV, ALEKSEYEFF, PALM SPRINGS HOUSE, NOTE, DEED OF TRUST, LOAN APPLICATION, FORBEARANCE APPLICATION, SETTLEMENT NEGOTIATIONS, TITLE COMPANY (as those relate to ELIZAROV's transaction only), or the debt that ELIZAROV allegedly owes GOLDWATER under the NOTE. These records must be produced in one of the following electronic formats: EML, MBOX, or MSG. If GOLDWATER cannot produce the emails in these electronic formats (which is highly unlikely because all modern email systems use at least one of these formats), then GOLDWATER must produce a legible text-searchable PDF copy of

*Loan process*

28. All records that describe the step-by-step underwriting process and all underwriting criteria for approval of mortgage loans that GOLDWATER used or applied at the time ELIZAROV submitted LOAN APPLICATION to GOLDWATER, including all training materials and underwriting manuals.

29. All internal notes, memoranda, and writing of any kind that GOLDWATER generated regarding LOAN APPLICATION between (and including) the date ELIZAROV submitted LOAN APPLICATION to GOLDWATER and the date when GOLDWATER approved LOAN APPLICATION.

*Forbearances*

37.   All records that mention or describe the guidelines or criteria for approving the COVID-19 related requests to forbear mortgage loan payments that GOLDWATER used or applied at the time ELIZAROV submitted FORBEARANCE APPLICATION to GOLDWATER, including any drafts that were ultimately rejected.   If the records include emails, GOLDWATER must produce these emails in one of the following <u>electronic formats</u>: EML, MBOX, or MSG.  If GOLDWATER cannot produce the emails in these electronic formats (which is highly unlikely because all modern email systems use at least one of these formats), then GOLDWATER must produce a legible text-searchable PDF copy of the emails organized chronologically with all the header information attached to each email.  If the records include Short Message Service (SMS), Multimedia Messaging Service (MMS) messages, or messages transmitted over the Internet (e.g., through Slack, WhatsApp, Telegram, Facebook Messenger, etc.), GOLDWATER must produce these records in one of these <u>electronic formats</u>: JSON or XML.  If GOLDWATER cannot produce the records in one of these formats, then GOLDWATER must produce a continuous text-searchable PDF printout of the messages organized chronologically showing the dates and the times of each message.

Dated: 02/18/2022.               LOIA, Inc. (APLC)

ILYA ALEKSEYEFF, ESQ.
Attorney for ARTUR ELIZAROV