Goldwater Bank, N.A. v. Elizarov 5:21-cv-616

Derek Bast <derek.bast@wagnerhicks.law>

Fri 2022-09-02 10:21 PM

To: Sean Wagner <sean.wagner@wagnerhicks.law>;Ryan Thomason <RThomason@hallgriffin.com>;Nabil Bisharat <nbisharat@orsusgate.com>;John F. Hilbert <jhilbert@hscallaw.com>;Joseph A. Levota <jlevota@hscallaw.com>;dshmidt@orsusgate.com <dshmidt@orsusgate.com>;Ilya ALEKSEYEFF <ilya@loia.legal>;Howard Hall <hdhall@hallgriffin.com>;Jeremy Katz <JKatz@hallgriffin.com>;Daniela Escobedo <DEscobedo@hallgriffin.com>

All,

The following link contains Goldwater's second production of documents:  GOLDWATER_000720 to GOLDWATER_001433.zip

Please let me know if you have any trouble accessing the documents.

Thanks,
Derek

**Derek M. Bast**
Attorney at Law
e: derek.bast@wagnerhicks.law
p: 704.705.8311

Wagner Hicks PLLC
831 E. Morehead Street, Suite 860
Charlotte, NC 28202
https://www.wagnerhicks.law