| | |
|---|---|
| **From:** | Peter Hill |
| **To:** | Julie Merhege |
| **Subject:** | RE: Help On Arthur Elizarov Mortgage 909-216931 |
| **Date:** | Friday, March 26, 2021 12:09:00 PM |

Agree, time will not be our friend here.

Matt is fully up to speed, I expect he will bring Kent in the loop if he hasn't already. I will ask when I hear from Matt this morning.

**From:** Julie Merhege <jmerhege@goldwaterbank.com>
**Sent:** Friday, March 26, 2021 9:02 AM
**To:** Peter Hill <PHill@goldwaterbank.com>
**Subject:** RE: Help On Arthur Elizarov Mortgage 909-216931

This is a tough error – I hate to see it.

We probably need to get it done because delaying it could get worse.

Is Kent in the loop on this?

***Julie L. Merhege***
***President and COO***
**Goldwater Bank, N.A.**
2525 E Camelback Road Suite 1100
Phoenix, Arizona 85016
Phone: 480.281.8205
Mobile: 480.298.0888
Fax: 480.281.8222
www.goldwaterbank.com

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please notify the sender and delete this email. Thank you.

**From:** Peter Hill <PHill@goldwaterbank.com>
**Sent:** Friday, March 26, 2021 9:03 AM
**To:** Julie Merhege <jmerhege@goldwaterbank.com>
**Subject:** FW: Help On Arthur Elizarov Mortgage 909-216931

This entire situation described below developed late yesterday afternoon. Needed to make you aware and see if you have any questions.

I am proposing that we take a $ 55M short payoff to get this deal closed.

**From:** Peter Hill

Exhibit ZZ - 1

EXHIBIT
51

**Sent:** Thursday, March 25, 2021 6:00 PM
**To:** Jaime Johnson <JaimeJ@goldwaterbank.com>; Lynette Suina-Cole - GW <LSuina-Cole-GW@goldwaterbank.com>; Shelley Thurlow <Shelley.Thurlow@goldwaterbank.com>; Jami Donnelly <Jami.Donnelly@goldwaterbank.com>
**Cc:** Matt Teskey <MTeskey@goldwaterbank.com>
**Subject:** Help On Arthur Elizarov Mortgage 909-216931

All,

Matt and I need a bit of help on an urgent matter with our bank held mortgage for Arthur Elizarov # 909-216931.

We are trying to get the sale of this home closed, it has been in forbearance for a year.  This is also a Unison loan. Our payoff on the loan is $ 730,000 plus.

- Our Deed of Trust did not get recorded.  We only have a copy of the signed unrecorded Deed of Trust in our scanned files.
- We do not have a title policy, only a prelim issued to Silver Bay Escrow that does not reference our mortgage.
- Our scanned files do not have our closing/instruction letter to Silver Bay.
- Silver Bay recorded Unison in a first position according to First American Title Company who issued title insurance.
- First American has no record of our Deed of Trust
- I am trying to reach Siler Bay to see what can tell me about the transaction.
- Riverside County California will not let us record a copy of the Deed of Trust.
- Customer is trying to close without paying us.

Any recollections, thoughts, or research that might help us to work through this?

Thanks in advance for your help.  Let me know if you have questions.

Pete


*Peter Hill*
*EVP - Chief Credit Officer*
**Goldwater Bank, N.A.**
2525 E Camelback Road Suite 1100
Phoenix, Arizona 85016
(O) 480.281.8207
(C)  602-291-5444
(F)  480.281.8222
www.goldwaterbank.com