| | |
|---|---|
| **From:** | Peter Hill |
| **To:** | Lynette Suina-Cole - GW |
| **Subject:** | RE: When you located the DOT, did you also find any evidence of us planning to send it to Silver Bay Escrow in Re ceda, CA? RE: Help On Arthur Elizarov Mortgage 909-216931 |
| **Date:** | Friday, March 26, 2021 12:42:00 PM |

Thanks

**From:** Lynette Suina-Cole - GW <LSuina-Cole-GW@goldwaterbank.com>
**Sent:** Friday, March 26, 2021 9:41 AM
**To:** Peter Hill <PHill@goldwaterbank.com>
**Subject:** RE: When you located the DOT, did you also find any evidence of us planning to send it to Silver Bay Escrow in Re ceda, CA? RE: Help On Arthur Elizarov Mortgage 909-216931

No there wasn't we only had the DOT on file.

**Lynette Suina-Cole**
AVP/Government Insuring Manager
505-875-6712

**From:** Peter Hill <PHill@goldwaterbank.com>
**Sent:** Friday, March 26, 2021 10:35 AM
**To:** Lynette Suina-Cole - GW <LSuina-Cole-GW@goldwaterbank.com>
**Subject:** RE: When you located the DOT, did you also find any evidence of us planning to send it to Silver Bay Escrow in Re ceda, CA? RE: Help On Arthur Elizarov Mortgage 909-216931

Lynette;

As you found the DOT, were there any closing or instruction letters to Silver Bay Escrow in Reseda CA?
They closed the transaction.

Pete

**From:** Lynette Suina-Cole - GW <LSuina-Cole-GW@goldwaterbank.com>
**Sent:** Friday, March 26, 2021 8:07 AM
**To:** Peter Hill <PHill@goldwaterbank.com>; Jaime Johnson <JaimeJ@goldwaterbank.com>; Shelley Thurlow <Shelley.Thurlow@goldwaterbank.com>; Jami Donnelly <Jami.Donnelly@goldwaterbank.com>
**Cc:** Matt Teskey <MTeskey@goldwaterbank.com>
**Subject:** When you located the DOT, did you also find any evidence of us planning to send it to Silver Bay Escrow in Re ceda, CA? RE: Help On Arthur Elizarov Mortgage 909-216931

Peter,



Exhibit AAA - 1

EXHIBIT
53

Yes I checked with county as well and only saw the other transaction.

Good news I found the original.  Since the loan never sold and is an HFI loan we keep the documents.  Have you made contact with anyone from the title company?  If not I can try on my end.

**Lynette Suina-Cole**
AVP/Government Insuring Manager
505-875-6712

**From:** Peter Hill <PHill@goldwaterbank.com>
**Sent:** Friday, March 26, 2021 9:01 AM
**To:** Lynette Suina-Cole - GW <LSuina-Cole-GW@goldwaterbank.com>; Jaime Johnson <JaimeJ@goldwaterbank.com>; Shelley Thurlow <Shelley.Thurlow@goldwaterbank.com>; Jami Donnelly <Jami.Donnelly@goldwaterbank.com>
**Cc:** Matt Teskey <MTeskey@goldwaterbank.com>
**Subject:** RE: Help On Arthur Elizarov Mortgage 909-216931

Thanks Lynette.  We have checked with Riverside County.  We can see other recordings related to this close, such as the Unison Agreement, but our DOT is not of record.

**From:** Lynette Suina-Cole - GW <LSuina-Cole-GW@goldwaterbank.com>
**Sent:** Friday, March 26, 2021 7:57 AM
**To:** Peter Hill <PHill@goldwaterbank.com>; Jaime Johnson <JaimeJ@goldwaterbank.com>; Shelley Thurlow <Shelley.Thurlow@goldwaterbank.com>; Jami Donnelly <Jami.Donnelly@goldwaterbank.com>
**Cc:** Matt Teskey <MTeskey@goldwaterbank.com>
**Subject:** RE: Help On Arthur Elizarov Mortgage 909-216931

Hello,

I am researching this as well.  In blitzdocs there is a copy of what was uploaded as a recorded copy.  However, there was no recording information.  I am trying to see where the original went.  I will get back to you today.

**Lynette Suina-Cole**
AVP/Government Insuring Manager
505-875-6712

**From:** Peter Hill <PHill@goldwaterbank.com>
**Sent:** Thursday, March 25, 2021 7:00 PM
**To:** Jaime Johnson <JaimeJ@goldwaterbank.com>; Lynette Suina-Cole - GW <LSuina-Cole-GW@goldwaterbank.com>; Shelley Thurlow <Shelley.Thurlow@goldwaterbank.com>; Jami Donnelly <Jami.Donnelly@goldwaterbank.com>
**Cc:** Matt Teskey <MTeskey@goldwaterbank.com>
**Subject:** Help On Arthur Elizarov Mortgage 909-216931