| | |
|---|---|
| **From:** | Lynette Suina-Cole - GW |
| **To:** | Peter Hill |
| **Subject:** | RE: Elizarov |
| **Date:** | Friday, March 26, 2021 4:54:14 PM |

Sure!

It is going out right now.  FedEx 7732-8124-5358.

Thank you.

**Lynette Suina-Cole**
AVP/Government Insuring Manager
505-875-6712

**From:** Peter Hill <PHill@goldwaterbank.com>
**Sent:** Friday, March 26, 2021 2:32 PM
**To:** Lynette Suina-Cole - GW <LSuina-Cole-GW@goldwaterbank.com>
**Subject:** Elizarov

Lynette;

Would you please overnight the Elizarov DOT to me here in Phoenix.

Pete

*Peter Hill*
*EVP - Chief Credit Officer*
**Goldwater Bank, N.A.**
2525 E Camelback Road Suite 1100
Phoenix, Arizona 85016
(O) 480.281.8207
(C) 602-291-5444
(F) 480.281.8222
www.goldwaterbank.com

**Confidentiality Notice:** The contents of this email communication are confidential and may contain information that is privileged and/or exempt from disclosure under applicable law. It is intended solely for use of the individual or entity to which this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments. Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

**EXHIBIT 54**
Exhibit BBB - 1