| From: | Brittany Shaw |
|---|---|
| To: | vreeves@firstam.com |
| Cc: | Peter Hill |
| Subject: | 291 W Overlook / Elizarov |
| Date: | Tuesday, March 30, 2021 7:14:05 PM |
| Attachments: | Escrow Instructions Letter.doc |

Hi Vicki,

I'm Brittany Shaw, the Loan Operations Manager, here at Goldwater Bank.  I am working with Pete Hill to correct the recording situation on the Artur Elizarov deal.

We need to order title insurance for the below property:

Amount: $686,250.00

Lien Holder: Goldwater Bank, N.A.

Borrower: Artur Elizarov

Address: 291 W. Overlook Road, Palm Springs, CA 92262

APN#: 513-363-023-2

I have sent you Fed Ex, to be received at your office by 8:00am tomorrow morning, the original Deed of Trust – for recording.

In confirmation of your conversations with Pete Hill, Goldwater Bank is requesting the recording of our Deed of Trust. We understand that we may be in 3rd Lien Position.

Can you please send your title fee invoice and wiring instructions, with the title report?

I have also attached "draft" lenders instructions.

Thank so much for your assistance with this matter – we appreciate it!


***Brittany Shaw***
**Loan Operations Manager**
**Goldwater Bank, N.A.**
2525 E Camelback Road Suite 1100
Phoenix, Arizona 85016
Phone: 480.281.8211
Fax: 480.281.8222
www.goldwaterbank.com

**Confidentiality Notice:** The contents of this email communication are confidential and may contain

GOLDWATER_001172
Exhibit CCC - 1

information that is privileged and/or exempt from disclosure under applicable law. It is intended solely for use of the individual or entity to which this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments. Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

**Confidentiality Notice:** The contents of this email communication are confidential and may contain information that is privileged and/or exempt from disclosure under applicable law. It is intended solely for use of the individual or entity to which this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments. Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

**Be aware!** Online Banking Fraud is on the rise. This institution does not issue wiring instructions for mortgage originations. If you receive an email containing WIRE TRANSFER INSTRUCTIONS call your Title Company or Settlement Agent's escrows officer immediately to verify the information prior to sending funds.

Exhibit CCC - 2