## Goldwater Bank, N.A. v. Elizarov - Supplemental Disclosures and NOD

Derek Bast <derek.bast@wagnerhicks.law>

Fri 2022-09-30 9:28 AM

To: Ilya ALEKSEYEFF <ilya@loia.legal>;Nabil Bisharat <nbisharat@orsusgate.com>;Ryan Thomason <RThomason@hallgriffin.com>;Jeremy Katz <JKatz@hallgriffin.com>;Sean Wagner <sean.wagner@wagnerhicks.law>;Dallas Knierman <dallas.knierman@wagnerhicks.law>;Esther Graaff <egraaff@hscallaw.com>;Joseph A. Levota <jlevota@hscallaw.com>;dshmidt@orsusgate.com <dshmidt@orsusgate.com>;John F. Hilbert <jhilbert@hscallaw.com>;Daniela Escobedo <DEscobedo@hallgriffin.com>

All,

Please find attached a copy of Goldwater's First Supplemental Initial Disclosures. I have also included a link to download Goldwater's supplemental production of documents, which includes documents received by Goldwater in response to third-party subpoenas as outlined in the disclosures. Additionally, I have attached a deposition subpoena for John Akopyan.

Please let me know if you have any problems accessing the files.

📁 [2022.09.30 Production](#)

Thanks,
Derek

**Derek M. Bast**
Attorney at Law
e: derek.bast@wagnerhicks.law
p: 704.705.8311

Wagner Hicks PLLC
831 E. Morehead Street, Suite 860
Charlotte, NC 28202
https://www.wagnerhicks.law

Exhibit DDD