

**Joyce Eggli**
Sr Underwriter
Goldwater Mortgage, A Division of Goldwater Bank, N.A.
Corporate NMLS 452955
Direct: (734)237-3443
Email: joyce.eggli@goldwaterbank.com



Confidentiality Notice: The contents of this email communication are confidential and may contain information that is privileged and/or exempt from disclosure under applicable law. It is intended solely for use of the individual or entity to which this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments. Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

**Confidentiality Notice:** The contents of this email communication are confidential and may contain information that is privileged and/or exempt from disclosure under applicable law. It is intended solely for use of the individual or entity to which this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments. Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

**Be aware!** Online Banking Fraud is on the rise. This institution does not issue wiring instructions for mortgage originations. If you receive an email containing WIRE TRANSFER INSTRUCTIONS call your Title Company or Settlement Agent's escrows officer immediately to verify the information prior to sending funds.

**From:** Frances Chavez <FChavez@goldwaterbank.com>
**Sent:** Thursday, July 25, 2019 3:26 PM
**To:** Joyce Eggli <joyce.eggli@goldwaterbank.com>
**Cc:** Chris Dugger <christine.dugger@goldwaterbank.com>; Frances Chavez <FChavez@goldwaterbank.com>
**Subject:** RE: 2nd review Unison Portfolio loan - Elizarov 909216931

Hi Joyce

Matt approved the loan amount and added to the con log. You can clear the condition for bank approval.

Thanks



**Frances Chavez**
Sr. Credit Team Lead
Goldwater Mortgage, A Division of Goldwater Bank, N.A.
Corporate NMLS 452955
Direct: (505)875-6745
Email: fchavez@goldwaterbank.com

*If you feel that I have done a good job and/or exhibited the qualities of one or more of Goldwater's Core Values of Mission Statement, please click on the link below and nominate me for a Circle of Excellence award. Your nomination is appreciated!*
**Click HERE to access the nomination link!**
**Click HERE for employee to employee nominations!**



Confidentiality Notice: The contents of this email communication are confidential and may contain information that is privileged and/or exempt from disclosure under applicable law. It is intended solely for use of the individual or entity to which this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments. Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

**From:** Joyce Eggli <joyce.eggli@goldwaterbank.com>
**Sent:** Thursday, July 25, 2019 12:37 PM

GOLDWATER_001484
Exhibit EEE - 1

**To:** Frances Chavez <FChavez@goldwaterbank.com>
**Cc:** Chris Dugger <christine.dugger@goldwaterbank.com>
**Subject:** RE: 2nd review Unison Portfolio loan - Elizarov 909216931

Sounds good, I will sit tight than… thanks 😊

---

**From:** Frances Chavez <FChavez@goldwaterbank.com>
**Sent:** Thursday, July 25, 2019 2:33 PM
**To:** Joyce Eggli <joyce.eggli@goldwaterbank.com>
**Cc:** Chris Dugger <christine.dugger@goldwaterbank.com>; Frances Chavez <FChavez@goldwaterbank.com>
**Subject:** RE: 2nd review Unison Portfolio loan - Elizarov 909216931

Matt e-mailed me that he was good but when I asked if he wants the specifics of the loan file he said yes. I just sent them to him.



**Frances Chavez**
Sr. Credit Team Lead
Goldwater Mortgage, A Division of Goldwater Bank, N.A.
Corporate NMLS 452955
Direct: (505)875-6745
Email: fchavez@goldwaterbank.com

*If you feel that I have done a good job and/or exhibited the qualities of one or more of Goldwater's Core Values of Mission Statement, please click on the link below and nominate me for a Circle of Excellence award. Your nomination is appreciated!*
**Click HERE to access the nomination link!**
**Click HERE for employee to employee nominations!**

 Confidentiality Notice: The contents of this email communication are confidential and may contain information that is privileged and/or exempt from disclosure under applicable law. It is intended solely for use of the individual or entity to which this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments. Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

---

**From:** Joyce Eggli <joyce.eggli@goldwaterbank.com>
**Sent:** Thursday, July 25, 2019 12:23 PM
**To:** Frances Chavez <FChavez@goldwaterbank.com>
**Cc:** Chris Dugger <christine.dugger@goldwaterbank.com>
**Subject:** RE: 2nd review Unison Portfolio loan - Elizarov 909216931

Hi Fran,

Nate just emailed me and told me there is already a bank approval on this one???? I advised him that I have not received any notifications for the bank approval, but would update the loan once we received.

Thanks!

---

**From:** Frances Chavez <FChavez@goldwaterbank.com>
**Sent:** Thursday, July 25, 2019 2:21 PM
**To:** Joyce Eggli <joyce.eggli@goldwaterbank.com>
**Cc:** Chris Dugger <christine.dugger@goldwaterbank.com>; Frances Chavez <FChavez@goldwaterbank.com>
**Subject:** RE: 2nd review Unison Portfolio loan - Elizarov 909216931

HI Joyce

I am good on the encroachment.

I also agree with how all the questionable debts have been handled. Make sure to add a condition for the CD to reflect the payoff of the Porsche account 1100140515 in the amount of $1232. I am requesting bank approval for the loan amount. thanks



**Frances Chavez**
Sr. Credit Team Lead
Goldwater Mortgage, A Division of Goldwater Bank, N.A.
Corporate NMLS 452955
Direct: (505)875-6745
Email: fchavez@goldwaterbank.com

*If you feel that I have done a good job and/or exhibited the qualities of one or more of Goldwater's Core Values of Mission Statement, please click on the link*

below and nominate me for a Circle of Excellence award. Your nomination is appreciated!
**Click HERE to access the nomination link!**
**Click HERE for employee to employee nominations!**



Confidentiality Notice: The contents of this email communication are confidential and may contain information that is privileged and/or exempt from disclosure under applicable law. It is intended solely for use of the individual or entity to which this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments. Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

---

**From:** Joyce Eggli <joyce.eggli@goldwaterbank.com>
**Sent:** Wednesday, July 24, 2019 10:54 AM
**To:** Frances Chavez <FChavez@goldwaterbank.com>
**Cc:** Chris Dugger <christine.dugger@goldwaterbank.com>
**Subject:** RE: 2nd review Unison Portfolio loan - Elizarov 909216931

Hello There,

The branch has uploaded conditions to answer most of the questions that we had.

I've attached a copy of the encroachment. The encroachment is for a fence that was placed on city owned property.

We have a statement from First Mark to explain the two student loans on credit. The statement breaks out both student loans and the loan has been updated to reflect the higher payments for each loan.

Branch has provided a copy of the release and settlement for BMW.

Credit supplement has been provided to update the payment for WFB CD SVC & an update on Porsche #0515 which still reflects zero late payments. Notation states all lease payments were paid as agreed and balance is for excessive war and tear after lease terminated and auto returned. Per branch, borrower is paying the balance of $1232 at close.

Branch has provided a processor note along with a statement for the 2nd auto lease with Porsche last reporting 1/19. Borrower pre-paid this debt and still has auto. No additional auto lease has been taken out and this is being included in the d/r.

The employment gap letter has also been provided as well.

The only other item that has not been addressed yet is the purchase agreement and why it referred to the borrower as a trustee.

Thank you! 😊

**From:** Frances Chavez <FChavez@goldwaterbank.com>
**Sent:** Thursday, July 18, 2019 8:19 PM
**To:** Joyce Eggli <joyce.eggli@goldwaterbank.com>
**Cc:** Chris Dugger <christine.dugger@goldwaterbank.com>
**Subject:** RE: 2nd review Unison Portfolio loan - Elizarov 909216931

I made the revision and sent to the branch. Currently with the change to the property taxes the DTI is at 26.6/42.757. I added condition that if final DTI exceeds max allowed DTI than an exception will be required.

---



**Frances Chavez**
Sr. Credit Team Lead
Goldwater Mortgage, A Division of Goldwater Bank, N.A.
Corporate NMLS 452955
Direct: (505)875-6745
Email: fchavez@goldwaterbank.com

*If you feel that I have done a good job and/or exhibited the qualities of one or more of Goldwater's Core Values of Mission Statement, please click on the link below and nominate me for a Circle of Excellence award. Your nomination is appreciated!*
**Click HERE to access the nomination link!**
**Click HERE for employee to employee nominations!**



Confidentiality Notice: The contents of this email communication are confidential and may contain information that is privileged and/or exempt from disclosure under applicable law. It is intended solely for use of the individual or entity to which this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments. Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

GOLDWATER_001486
Exhibit EEE - 3

**From:** Frances Chavez
**Sent:** Thursday, July 18, 2019 2:49 PM
**To:** Joyce Eggli <joyce.eggli@goldwaterbank.com>
**Cc:** Chris Dugger <christine.dugger@goldwaterbank.com>; Frances Chavez <FChavez@goldwaterbank.com>
**Subject:** RE: 2nd review Unison Portfolio loan - Elizarov 909216931

Hi Joyce

We will need bank approval for the loan amount and an exception for the Ratio exceeding 45%. This needs to remain as a suspense until we have the DTI finalized and we can send over to the bank for review.

The correct taxes to use for CA is 1.25 off the purchase price. We only use the tax bill in CA on a refinance. $953.13 is the correct amount to use. There is a revised appraisal in the loan file.

I pulled an AVM for additional support on the collateral. Please upload for me.

They did correct the loan program to a 5/1 arm so current DTI is 31.22/47.33. We need 6 months reserves which would be $35126 based off correct p & I and taxes which they have.

I am okay with the current salary – income for 2017 using gross pay from w-2s is $16928.21/mo and for 2018 it is $13923.34. They are lower because there is a 4.5 month gap in employment in 2018. Please have the gap addressed from 9/13/17 – 11/21/17 and 8/16/18 thru 12/31/18. I would also like to know the pay rate for employment with Mission and also with Gimbal to see if it is similar to current pay.

On the rent the borrower currently lives rent free from March 2019 to present. From 5/1/18 – 3/1/2019 the borrower was renting for $6165 but that history does not work – no name or account info – we would need a VOR. Borrower owned 11613 Morrison prior to renting and paid $4195/mo.

We would follow FNMA on the student loans however I would question as to why the c/r reflects $416 as the actual payment in the history vs. the $60 reported. A ltr or stmt from First Mark confirming the payment will suffice. On the student loan reflecting no payment – we would need to get the student loan docs confirming borrower is on a IBR plan and current payment is $0 or follow the deferred loan guides below.

- For deferred loans or loans in forbearance, the lender may calculate
  - a payment equal to 1% of the outstanding student loan balance (even if this amount is lower than the actual fully amortizing payment), or
  - a fully amortizing payment using the documented loan repayment terms.

I agree on the WFB account – they can provide a current unexpired stmt as well.

I agree with adding the new debt with JPMCB.

On the Porsche lease acct 1101163875 opened 1/17 we need to get an update on that account since DLA is 1/2019 and a scheduled payment of $1755 is reflected for every month with no pymt made since Jan 2019. Maybe they are paid ahead since $5529 was paid in May 2018.

On the Porsche lease acct 1100140515 opened 9/15 DLA 2/17 we need to get an update on that account since it last reported/2019 and a scheduled payment of $1232 is reflected for every month. We would need documentation to support the lease has been terminated(car returned) with no additional $ owed on the lease and no additional auto expense. This shows early termination with $ owed but not reporting as late.

On the accounts where the borrower was a victim of fraud – I would like to see the paperwork between the creditors and borrower and the settlement and dismissal of prejudice the attorney filed.

I agree on the trust and encroachment.



**Frances Chavez**
Sr. Credit Team Lead
Goldwater Mortgage, A Division of Goldwater Bank, N.A.
Corporate NMLS 452955
Direct: (505)875-6745
Email: fchavez@goldwaterbank.com

*If you feel that I have done a good job and/or exhibited the qualities of one or more of Goldwater's Core Values of Mission Statement, please click on the link below and nominate me for a Circle of Excellence award. Your nomination is appreciated!*
**Click HERE to access the nomination link!**
**Click HERE for employee to employee nominations!**

GOLDWATER_001487
Exhibit EEE - 4



Confidentiality Notice: The contents of this email communication are confidential and may contain information that is privileged and/or exempt from disclosure under applicable law.  It is intended solely for the use of the individual or entity to which this email is addressed.  If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments.  Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

**From:** Joyce Eggli
**Sent:** Wednesday, July 17, 2019 2:44 PM
**To:** Frances Chavez <FChavez@goldwaterbank.com>
**Cc:** Chris Dugger <christine.dugger@goldwaterbank.com>
**Subject:** FW: 2nd review Unison Portfolio loan - Elizarov 909216931

Hello There,

Nate advised that they have changed the program on this from a 3/1 ARM to a 5/1 ARM in order to get the D/R down.  The updated D/R is 31.22% and 47.334%.

Thank you! ☺

---

**From:** Joyce Eggli
**Sent:** Tuesday, July 16, 2019 4:31 PM
**To:** Frances Chavez <FChavez@goldwaterbank.com>
**Cc:** Chris Dugger <christine.dugger@goldwaterbank.com>
**Subject:** 2nd review Unison Portfolio loan - Elizarov 909216931

Hi Guys,

This is a new underwrite for the Unison Portfolio Loan to purchase a new primary residence located in California.  Borrower will be using max assistance from Unison in the amount of $183,000 and the Unison conditional approval is already in the file.  Borrower has a mid fico of 723, but we exceed the max D/R of 35/45.  The branch used $953.12 for the property taxes which had us just over 45% backend, but I can't figure out how they came up with this calculation.  If you look at title it's actually less, but the tax cert and the appraisal are much higher.  I based off the appraisal which is the higher between the tax cert and appraisal $1811.25 per month.

Appraisal is in file and has a UCDP rating of 3.3 on Fannie and a rating of 1 on Freddie.  The appraiser does specifically state that the subject has not incurred any damage from any of the disasters, is not in a direct flight path for the airport and comps are affected equally, subject is over the predominant value, but is not considered an over improvement.  Appraiser has provided comps w/in 6 months that bracket the subject value.

Assets:  Borrower's assets are coming from a JP Morgan investment account (cash equities and fixed income).  Current balance is $200,593.04 with borrower required to bring $41,170.20 to close.  6 months reserves are required for the program based on the loan amount which would total 6577.05 x 6 = $39462.30 based off the PITI qualified at 2% above start.  Borrower has sufficient funds to cover reserves and closing.  EMD of $27,450 was wired from this account to the title company.  Wire is documented on the statement and a receipt is in file from the title company.

Income:  Borrower started a new employment with Rite Care Hospice on 1/2/19 as an executive VP Operations.  The annual salary is $225,000 which is supported by the semi-monthly base amount on paystubs and the YTD calculation.  Borrower does receive bonus,  but this is not being used to qualify since I have no indication that there was a prior history from the other employments held.  Borrower was previously employed at Reliam which was rebranded to Mission Cloud from 11/22/17 to 8/15/18 as a Chief Administrative Officer.  With Gimbal which was formerly Paedae Inc from 1/22/16 to 9/12/17 as a General Counsel and has a short overlap in employment with Amazon from 4/10/17 to 4/28/17 as a Chief Adm Officer.  Borrowers total W2 wages for 2018 are $147,655.92 ($12,304.66 mthly) and 2017 are $202,867.94 ($16905.66 mthly).  The income being used to qualify the borrower is significantly higher from the 2018 wages.

Credit:  There are several things that I want to bring up on credit for this borrower.

Housing – We have a letter in file from the owner of the borrowers current residence to state that he is living with him rent free.  We have a print out from Hancock Lofts for rent in the amount of $6165 from 5/1/18 to 3/1/19, but the print out does not indicate that this is the borrowers obligation so I have conditioned for the full written VOR or the cancelled check to support this print out.  Borrowers most recent mortgage with Luther Burbank open 6/16 and last reporting 3/18 is on credit which reflects 0x30.  It is unknown what the payment was since the payment grid is not on this debt,  but the amount was $1.343m so this would be comparable to the new payment.

Borrower has a debt with First Mark #5658 which is a student loan.  The payment for this debt is only listed as $60, but on 6/18 it was $416.  I wanted to bring this to your attention since this is a manual underwrite and see if you wanted me to obtain any additional documentation on this payment and reason for the reduction or follow Fannie  guides and allow the payment of $60 as posted.   Current balance is $46,206

GOLDWATER_001488
Exhibit EEE - 5

Borrower has a student loan with First Mark #5665 with no payment listed and branch did not use a payment in the D/R. Balance is $8970 and since we already have a D/R issue, I've asked for the credit supplement to document the required payment or prove paid off and source funds to payoff.

Borrower has a debt with WFB CD SVC with balance of $1644. No payment is listed on credit and last payment as of 5/19 is listed as $98. I've also asked for a credit supplement to provide the monthly payment on this debt as well or document paid off and source funds.

Borrower has a new debt with JPMCB in the amount of $19,300… you'll only find this debt on the UDN in file and this has been included in the D/R cal.

Borrower has a prior lease with Porche open 9/15 and is last reporting 2/17. There is a balance of $1232 still reporting to credit and the debt states there was an early termination/balance owing. Branch has provided documentation to show that the $1232 was caused do to excessive wear and fee's, but the branch has marked this debt in the system as to be paid off and as omitted. I am not sure if we are paying off at close or if it has already been paid off, so I have conditioned for clarification.

Borrower has another auto lease that they took out with Porsche on 1/17 and the date last active is 1/19. The payment and balance are the same amount of $1755 and the branch has included this debt in the D/R calculation. However since it appears that this lease is over and there is a pattern established to obtain a new lease with Porsche, I've asked for clarification if this lease has ended and if borrower has obtained a new one. I want to make sure if there is a new one, that we are accurately hitting the borrower for the payment in the D/R.

Borrower has overall good credit history, but there are two lease accounts that are reporting several lates. One is with VW Credit which is still an active account and the other one is with BMW which reflects as a terminated lease reporting. Borrower did provide a letter of explanation for the derog on these debts and I've down a screen shot of the LOX statement below.

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | CUR WAS 120+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | VW CREDIT | AUTO | 06/19 | $7264 | $220 | 2 | 2 | 2 | | | |
| SOURCE | 8108464131 | TERM | OPENED | BALANCE | PAST DUE | 11/18 | 12/18 | 02/19 | MO REV | LAST LATE | DLA |
| TU/EF | | 36 | 12/17 | $3977 | $0 | 08/18 | 09/18 | 01/19 | 17 | 02/19 | 04/19 |
| | AUTO LEASE | | | | | | | | | | |
| EXPLANATION: | I was an identity theft/fraud victim. The information dispute has since been resolved with Transunion and Experian. Equifax will update the information shortly. The bill was sent to a different address along with other bills. I paid and the account become current when | | | | | | | | | | |
| OUTCOME: | I became aware of the fraud and the misdirection of my mail to an address provided by the perps. | | | | | | | | | | |
| 002 | | | | | | | | | | | |
| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | PD WAS 30 | |
| B / B | BMW FIN | AUTO | 06/19 | $21723 | $0 | 4 | 0 | 0 | | | |
| SOURCE | 4002254915 | TERM | OPENED | BALANCE | PAST DUE | 10/18 08/18 05/18 09/17 | - | - | MO REV | LAST LATE | DLA |
| EF | | 36 | 11/15 | $0 | $0 | | | | 38 | 10/18 | 01/19 |
| | LEASE - FULL TERMINATION | | | | | | | | | | |
| EXPLANATION: | I was an identity theft/fraud victim. The information dispute has since been resolved with all three agencies. I can also provide a copy of a dismissal with prejudice | | | | | | | | | | |
| OUTCOME: | filed by my attorney and a settlement to correct this information. | | | | | | | | | | |

Other items to Note: The purchase agreement lists the buyer as a trustee, but no other docs in file are listing that this transaction is closing in a trust. I have added a condition to confirm. The title is listing an encroachment agreement recorded on 9/13/18 item number 7. I've asked for a copy of this document in order to determine what this is. Branch has completed the form for verification of the fraud victim alert.

We have several credit items that need to be confirmed to determine the final D/R. My recommendation is for the suspense pending the credit items to confirm & go from there. Please let me know if you see anything else that I may have missed or that you would like me to add. I attached the prelim set of conditions, but I have not uploaded to the loan yet and I have left the loan in my submittals.

Thank you,



**Joyce Eggli**
Senior Underwriter
Goldwater Mortgage, A Division of Goldwater Bank, N.A.
Corporate NMLS 452955
Direct: (734)237-3443
Email: joyce.eggli@goldwaterbank.com

*If you feel that I have done a good job and/or exhibited the qualities of one or more of Goldwater's Core Values of Mission Statement, please click on the link below and nominate me for a Circle of Excellence award. Your nomination is appreciated!*
**Click HERE to access the nomination link!**
**Click HERE for employee to employee nominations!**



Confidentiality Notice: The contents of this email communication are confidential and may contain information that is privileged and/or exempt from disclosure under applicable law. It is intended solely for use of the individual or entity to which this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments. Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

**Confidentiality Notice:** The contents of this email communication are confidential and may contain information that is privileged and/or exempt from disclosure under applicable law. It is intended solely for use of the individual or entity to which this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and immediately delete this message and any attachments. Any unauthorized use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

**Be aware!** Online Banking Fraud is on the rise. This institution does not issue wiring instructions for mortgage originations. If you receive an email containing WIRE TRANSFER INSTRUCTIONS call your Title Company or Settlement Agent's escrows officer immediately to verify the information prior to sending funds.