ABBEY M. KRYSAK
WAGNER HICKS PLLC
831 E. MOREHEAD ST, SUITE 860
CHARLOTTE, NC 28202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GOLDWATER BANK, N.A. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:21-CV-00616-JWH-SP |
| v. | |
| ARTUR ELIZAROV, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Krysak, Abbey M.
*Applicant's Name (Last Name, First Name & Middle Initial*
(704) 705-7942          (704) 705-7787
*Telephone Number*       *Fax Number*

*E-Mail Address*

of Wagner Hicks PLLC
831 E Morehead St, Suite 860
Charlotte, NC 28202

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Goldwater Bank, N.A.

*Name(s) of Party(ies) Represent*          ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Hilbert, John F.
*Designee's Name (Last Name, First Name & Middle Initial*
105827            (619) 795-0300         (619) 501-6855
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*

of Hilbert & Satterly LLP
409 Camino del Rio S. #104
San Diego, CA 92108

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office District.
- ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☒ be refunded  ☐ not be refunded.

Dated: October 7, 2022

*[signature]*
John W. Holcomb, U.S. District Judge

G-64 Order (05/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1