Sean C. Wagner (Pro Hac Vice)
Derek M. Bast (Pro Hac Vice)
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte, North Carolina 28202
Tel: (704) 705-7538
Fax: (704) 705-7787

John Forest Hilbert, Esq. (SBN 105827)
Joseph A. LeVota, Esq. (SBN 262760)
**HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
San Diego, California 92108
Telephone:  (619) 795-0300
Facsimile:   (619) 501-6855

Counsel for Plaintiff
GOLDWATER BANK, N.A.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A.,<br><br>        Plaintiff,<br><br>  v.<br><br>ARTUR ELIZAROV, ET AL.<br><br>        Defendants.<br><br>AND RELATED CROSS CLAIMS | Case No.: 5:21-cv-00616-JWH-SPx<br><br>**ORDER GRANTING GOLDWATER BANK, N.A.'S EMERGENCY MOTION FOR EXPEDITED RULING ON MOTION FOR LEAVE TO AUGMENT RULE 26 EXPERT DISCLOSURES**<br><br>Court: Hon. Sheri Pym, Courtroom 3<br><br>Filed: April 6, 2021<br>Trial Date: May 1, 2023<br>Judge:  Hon. John W. Holcomb |

### ORDER

Before the Court is Plaintiff Goldwater Bank, N.A.'s ("Goldwater") emergency motion for leave to augment Rule 26 expert disclosures and for expedited ruling on the

same. Having considered the papers filed in connection with Goldwater's emergency motion, arguments, declarations, all other matters presented to the Court, the Court rules as follows:

**IT IS HEREBY ORDERED** that Goldwater's emergency motion for an expedited ruling is GRANTED as follows.

The hearing on the issues presented in Goldwater's Motion to Augment Rule 26 Expert Disclosures is set for November 22, 2022 at 10:00 a.m.

Any opposition to Goldwater's Motion to Augment Rule 26 Expert Disclosures shall be filed and served by November 10, 2022.

Any reply in support of Goldwater's Motion to Augment Rule 26 Expert Disclosures shall be filed and served by November 15, 2022.

IT IS SO ORDERED.

Dated: November 4, 2022

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE