Civil Action No.  **5:21-CV-00616-JWH-SP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Rite Care Hospice, Inc**
was recieved by me on **8/07/2022:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Vartan Akopyan**, who is designated by law to accept service of process on behalf of **Rite Care Hospice, Inc 08/08/2022**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  08/08/2022

*Server's signature*

**Daniel Benavides**
*Printed name and title*

**5933 echo St
Los Angeles, CA 90042**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Vartan Akopyan, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with an accent.**




Tracking #: **0090863773**