Sean C. Wagner (Pro Hac Vice)
Abbey M. Krysak (Pro Hac Vice)
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte, North Carolina 28202
Tel: (704) 705-7538
Fax: (704) 705-7787

John Forest Hilbert, Esq. (SBN 105827)
Joseph A. LeVota, Esq. (SBN 262760)
**HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
San Diego, California 92108
Telephone:  (619) 795-0300
Facsimile:   (619) 501-6855

Marie B. Maurice (SBN 258069)
Marina Samson (SBN 315024)
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
Telephone:  (213) 489-0028
Facsimile:   (213) 489-0552

Counsel for Plaintiff
GOLDWATER BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A., | Case No. 5:21-cv-00616-JWH-SPx |
| Plaintiff, | |
| v. | **DECLARATION OF SEAN C. WAGNER IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL SUBPOENA *DUCES TECUM* RESPONSES FROM RITE CARE HOSPICE, INC.** |
| ARTUR ELIZAROV, ET AL. | |
| Defendants. | |

I, Sean C. Wagner, make the following declaration in support of Plaintiff Goldwater Bank, N.A.'s ("Goldwater") Motion to Compel Subpoena *Duces Tecum* Responses from Rite Care Hospice, Inc., after review of the relevant communications and based on my personal knowledge, information, and belief:

1. I am counsel for Plaintiff Goldwater Bank, N.A. ("Goldwater") in this action.

2. Based on my review of documents for this action and other investigations, I have knowledge of the steps taken to investigate the factual allegations and legal theories asserted in Goldwater's Amended Complaint. (ECF No. 44).

3. I personally attended the telephonic conference of counsel between counsel for Goldwater and Ilya Alekseyeff, Defendant in this matter and counsel for Artur Elizarov, that was held on October 7, 2022, and which addressed Ilya Alekseyeff's purported representation of Non-Party Rite Care Hospice, Inc. ("Rite Care"), among other matters.

4. During the telephonic conference, I informed Mr. Alekseyeff that I wished to meet and confer with him in connection with Rite Care's failure to comply with the Subpoena *Duces Tecum* duly issued to it.

5. In response, Mr. Alekseyeff refused to participate in any meet and confer on the issue and informed me that he did not represent Rite Care in connection with any successive motions that Goldwater may choose to file against Rite Care.

6. I hereby certify that I have not been contacted by counsel purporting to represent Rite Care other than Ilya Alekseyeff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 14, 2022.

/s/ *Sean C. Wagner*
Sean C. Wagner

---

DECLARATION OF SEAN C. WAGNER - 2