Sean C. Wagner (Pro Hac Vice)
Abbey M. Krysak (Pro Hac Vice)
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte, North Carolina 28202
Tel: (704) 705-7538
Fax: (704) 705-7787

John Forest Hilbert, Esq. (SBN 105827)
Joseph A. LeVota, Esq. (SBN 262760)
**HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
San Diego, California 92108
Telephone:  (619) 795-0300
Facsimile:   (619) 501-6855

Marie B. Maurice (SBN 258069)
Marina Samson (SBN 315024)
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
Telephone:  (213) 489-0028
Facsimile:   (213) 489-0552

Counsel for Plaintiff
GOLDWATER BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>ARTUR ELIZAROV; ET AL.<br><br>Defendants. | Case No. 5:21-cv-00616-JWH-SPx<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO COMPEL SUBPOENA *DUCES TECUM* RESPONSES FROM NON-PARTY RITE CARE HOSPICE, INC.**<br><br>Hearing Date:  December 13, 2022<br>Hearing Time: 10:00 a.m.<br>Court: Hon. Sherri Pym |

Before the Court is Plaintiff Goldwater Bank, N.A.'s Motion to Compel Subpoena *Duces Tecum* Responses from Non-Party Rite Care Hospice, Inc. [ECF No. ____]. The Court has reviewed all party filings on the Motion; other records on file herein, and otherwise heard the arguments of the parties and finds Goldwater's Motion to Compel should be **GRANTED**.

**IT THEREFORE IS ORDERED** that:

1. Plaintiff Goldwater's Motion to Compel Subpoena *Duces Tecum* Responses from Rite Care Hospice, Inc. [ECF No. _____] is hereby **GRANTED**.

2. Rite Care Hospice, Inc. is hereby ordered to produce all responsive documents as requested in the Subpoena within **seven (7) days** of the entry of this Order.

**IT IS SO ORDERED** this ____ day of _____, 2022.

_____
Hon. Sheri Pym
Unites States Magistrate Judge