ILYA ALEKSEYEFF [CA 242462]
ilya@loia.legal
LOIA, INC. (APLC)
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592

Attorney for Artur Elizarov
Defendant *in pro per*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOLDWATER BANK, NA**, *Plaintiff,* vs. **ARTUR ELIZAROV, ET AL.**, *Defendant.* | 5:21-cv-616-JWH-SPx <br><br> NOTICE OF AND REQUEST TO WITHDRAW THE PENDING *EX PARTE* APPLICATION TO TAKE DEPOSITIONS REMOTELY [228] OFF CALENDAR AS MOOT |

**DISCOVERY MOTION**

*Hon. Sheri Pym, Magistrate Judge*
*For immediate consideration*

On November 17, 2022, defendant Artur Elizarov presented an *ex parte* application to take certain depositions remotely. [Dkt. # 228] Since then, all the parties have stipulated to take the remaining depositions remotely. This stipulation makes the pending application moot.

Therefore, defendant Artur Elizarov withdraws the application.

Dated: 11/18/2022

LOIA, INC.

*/s/ Ilya Alekseyeff*
By Ilya Alekseyeff
Attorney for Artur Elizarov
Defendant *in pro per*