1 | Sean C. Wagner (Pro Hac Vice)
2 | Abbey M. Krysak (Pro Hac Vice)
    **WAGNER HICKS PLLC**
3 | 831 East Morehead Street, Suite 860
    Charlotte, North Carolina 28202
4 | Tel: (704) 705-7538
    Fax: (704) 705-7787

5 | John Forest Hilbert, Esq. (SBN 105827)
6 | Joseph A. LeVota, Esq. (SBN 262760)
    **HILBERT & SATTERLY LLP**
7 | 409 Camino del Rio S. #104
    San Diego, California 92108
8 | Telephone:  (619) 795-0300
    Facsimile:   (619) 501-6855

9 | Marie B. Maurice (SBN 258069)
10 | Marina Samson (SBN 315024)
    **IVIE McNEILL WYATT PURCELL & DIGGS**
11 | 444 S. Flower Street, Suite 1800
    Los Angeles, California 90071
12 | Telephone:  (213) 489-0028
    Facsimile:   (213) 489-0552

Counsel for Plaintiff
GOLDWATER BANK, N.A.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOLDWATER BANK, N.A.,**<br><br>Plaintiff,<br><br>v.<br><br>**ARTUR ELIZAROV, *ET AL.***<br><br>Defendants. | Case No. 5:21-cv-00616-JWH-SPx<br><br>**PLAINTIFF GOLDWATER BANK, N.A.'s SUBMISSION OF CLARIFYING INFORMATION PURSUANT TO COURT ORDER [ECF NO. 236]**<br><br>Hearing date: December 13, 2022<br>Hearing time: 10:00 a.m.<br>Courtroom: Hon. Sheri Pym, Courtroom 3<br><br>Pre-Trial Conf.: April 7, 2023<br>Trial Date: May 1, 2023<br>Discovery Cut-off: December 16, 2022 |

NOTICE OF SUBMISSION OF CLARIFYING EVIDENCE - 1

**COMES NOW** Plaintiff Goldwater Bank, N.A. ("Goldwater") pursuant to the Court's Order Directing the Parties to Submit Clarifying Information Regarding Plaintiff's Motion to Compel [ECF No. 236], and hereby submits the following additional evidence and information in support of its Motion to Compel and in compliance with the Court's instruction to submit the same:

1. Declaration of Daniel Benavides, along with corresponding exhibits, attached hereto.
2. Declaration of Dallas Knierman, along with corresponding exhibits, attached hereto.

Dated: December 6, 2022

                        Respectfully submitted,

                        **WAGNER HICKS PLLC**

                        By: /s/ Abbey M. Krysak
                              Sean C. Wagner, Esq.
                              Abbey M. Krysak, Esq.
                              AND

                        **HILBERT & SATTERLY LLP**

                              John Forest Hilbert, Esq.
                              Joseph A. LeVota, Esq.

                              AND

                        **IVIE McNEILL WYATT PURCELL & DIGGS**

                              Marie B. Maurice, Esq.
                              Marina Samson

                              *ATTORNEYS FOR DEFENDANT*
                              *GOLDWATER BANK N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **PLAINTIFF'S SUBMISSION OF CLARIFYING INFORMATION PURSUANT TO COURT ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for all parties and counsel for non-party Rite Care Hospice, Inc. who are all registered CM/ECF users.

This the 6th day of December, 2022.

/s/ Abbey M. Krysak
Abbey M. Krysak