# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARTUR ELIZAROV, ET AL.<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS CLAIMS | Case No.: 5:21-cv-00616-JWH-SPx<br><br>**[PROPOSED] ORDER ON *EX PARTE* APPLICATION FOR AN ORDER MODIFYING CIVIL TRIAL SCHEDULING ORDER (ECF No. 149) AS MODIFIED (ECF No. 200)**<br><br>Judge: The Honorable John W. Holcomb<br><br>Filed: April 6, 2021<br>Trial Date: May 1, 2023 |

This matter comes before the Court on the Joint *ex parte* Application to Modify the Civil Trial Scheduling Order (the "Application") in this action. Having considered the Application, in the absence of any opposition, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The Application is **GRANTED**.
2. The following deadlines and trial date are **CONTINUED** as follows:
    a. Deadline for All Discovery: Continued from December 16, 2022, to March 17, 2023;
    b. Deadline for Dispositive Motion Hearing: Continued from February 24, 2023, to June 2, 2023.
    c. Deadline for Hearing on Motion *in limine*: Continued from March 31, 2023, to July 7, 2023.
    d. Deadline for Final Pre-Trial Conference: Continued from April 7, 2023, to July 14, 2023.
    e. Trial: Continued from May 1, 2023, to August 7, 2023.

**IT IS SO ORDERED**.

Dated:_____

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE