ILYA ALEKSEYEFF [CA 242462]
ilya@loia.legal
LOIA, INC. (APLC)
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592

Attorney for Artur Elizarov and
defendant *in pro per*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, NA,<br><br>*Plaintiff,*<br><br>versus<br><br>ARTUR ELIZAROV ET AL.,<br><br>*Defendants.* | **5:21-cv-616-JWH-PSx**<br><br>DECLARATION OF ARTUR ELIZAROV SUPPORTING MOTION TO DISQUALIFY MAGISTRATE JUDGE SHERI PYM<br><br>Date: 1/13/2023<br>Time: 9:00 am<br>Court: Hon. John W. Holcomb |

I

1. My name is Artur Elizarov.

2. I am a defendant in the above case.

3. For the last several years, I have worked as a Chief Operating Officer for several companies.

4. Prior to that, I have spent my career working as the head of human resources for multiple private organizations, including several that employed thousands of employees.

5. In that capacity, I participated in multiple judicial proceedings as the employer's witness or representative, including depositions, mediations, and arbitrations.

6. I also have special training in dispute resolution, which is essential to the job of a senior professional in human resources.

7. Furthermore, when I worked for the County of Los Angeles early in my career, I served as the *Skelly* hearing officer, which required me to receive evidence and resolve employees' disputes with the County and lead high-level contract negotiations with various labor unions that represented County employees.

8. This experience allowed me to develop and hone essential dispute-resolution techniques.

II

9. On November 10, 2021, I appeared at a settlement conference before The Honorable Sheri Pym, United States Magistrate Judge, via Zoom.

10. My attorney Ilya Alekseyeff also participated in the conference but used a different computer and appeared from a different location.

11. After logging into Zoom, Mr. Alekseyeff and I were placed into a "breakout room."

\\\

### III

12. The moment Magistrate Judge Pym joined Mr. Alekseyeff's and my "breakout room," she immediately stated: "I've never seen anything like this. I cannot believe that you, as an officer of the court, would tell me that your client didn't have to pay the bank back just because the bank didn't record its lien."

13. From the context, I could tell that Magistrate Judge Pym addressed the comments to my attorney Ilya Alekseyeff but did not know what she meant.

14. I then heard Mr. Alekseyeff explain to Magistrate Judge Pym that Mr. Alekseyeff had never said anything of sorts to her and asked where she had gotten the idea that I thought I didn't have to pay Goldwater just because Goldwater had not recorded its deed of trust.

15. I did not hear Magistrate Judge Pym respond to Mr. Alekseyeff's pointed question but rather heard her move on to discussing other facts of the case with Mr. Alekseyeff.

### IV

16. After spending a few minutes in Mr. Alekseyeff and my "breakout room," Magistrate Judge Pym left to speak to the other litigants in their respective "breakout rooms."

17. When she returned, Magistrate Judge Pym immediately said this: "I have to tell you, I've never seen a case like this before. I've seen criminal cases like this but not civil. Your client has to think about that. And you also have to think what you're doing because you may lose your license because of this case."

18. Although it, once again, appeared that Magistrate Judge Pym was addressing my attorney Ilya Alekseyeff rather than me, I found the reference to criminal cases disturbing and interpreted the comment as a threat: to me, it seems as if Magistrate Judge Pym suggested that I could be prosecuted for some crime unless I quickly settled and paid Goldwater its loan back.

19. I also found Magistrate Judge Pym's threat against my attorney and his license shocking because I had never thought that judges were allowed to make threats like those, certainly not during settlement conferences.

20. After I participated in countless mediation conferences on my various employers' behalf, I had had never heard a mediator (whether an attorney or a judge) threaten a lawyer as a settlement technique, nor had I personally used this technique when leading mediation sessions myself.

21. As soon as I heard Magistrate Judge Pym threaten Mr. Alekseyeff's license, I saw Mr. Alekseyeff sit back in his chair and heard Mr. Alekseyeff say: "I do not appreciate the court threatening my license!"

22. I then heard Magistrate Judge Pym respond: "I'm not threatening your license. I'm just telling you to think about the consequences."

23. I considered Magistrate Judge Pym's response rather odd because it made little sense to me that she would say anything about Mr. Alekseyeff's license unless she had meant her comments to be taken as a threat.

V

24. After Magistrate Judge Pym left Mr. Alekseyeff's and my "breakout room," I became upset with Mr. Alekseyeff for not defending me against Magistrate Judge Pym's unwarranted insinuation that I had committed some crime or could be prosecuted for some crime unless I settled with Goldwater.

25. I also wanted to terminate the conference because in my experience, mediators like Magistrate Judge Pym did very little to facilitate settlements.

26. I also feared that Magistrate Judge Pym would continue to threaten me, Mr. Alekseyeff, or both, and I did not wish to be exposed to that type of offensive behavior.

27. However, after Mr. Alekseyeff explained to me that Magistrate Judge Pym likely thought that trying to bully *us* was the most effective way to resolve the

case and that we should continue despite Magistrate Judge Pym's offensive tactics, I reconsidered.

28. Although I remained convinced that Magistrate Judge Pym would do very little to help settle the case, I nonetheless felt that the case *could* without Magistrate Judge Pym's help and despite her threatening and unproductive behavior.

## VI

29. After Magistrate Judge Pym returned back to Mr. Alekseyeff's and my "breakout room," I did not hear her make any more threats.

30. However, I noticed that every time Magistrate Judge Pym relayed the facts from Goldwater's perspective, she presented the facts as an absolute truth and then dismissed Mr. Alekseyeff each time he tried to correct Magistrate Judge Pym's understanding of the facts or introduce additional facts that contradicted Goldwater's narrative.

31. At some point, when Magistrate Judge Pym was discussing the merits of my defenses with Mr. Alekseyeff, I heard her say: "I would not take a case like this to a jury."

32. I, once again, found the comment very unusual because I had never heard a mediator try to infuse herself into the case.

33. From my experience, when mediators wanted to highlight deficiencies in my side's arguments or evidence, mediators used neutral terms and suggested that the "case could be difficult to win" or the "position would be difficult to prove" but would not substitute their opinion for the lawyer's.

34. It seemed to me that Magistrate Judge Pym wanted to undermine Mr. Alekseyeff or discredit his opinions so that I would accept *her* view of the facts and the evidence (which, at the time, was extremely limited) over Mr. Alekseyeff's.

\\

## VII

35. Because the mediation occurred on November 10, 2021, by the time I wrote this declaration, I could no longer remember the exact words that Magistrate Judge Pym used when she threatened me and Mr. Alekseyeff or tried to persuade me not to listen to Mr. Alekseyeff's opinion.

36. However, after Mr. Alekseyeff showed me his contemporaneous notes, which included Magistrate Judge Pym's and Mr. Alekseyeff's quotes, those notes refreshed my recollection and allowed me to describe the statements accurately.

\* \* \*

I declare under penalty of perjury that the above statements are true and correct and that I executed this declaration within the United States on Saturday, December 3, 2022.

_____
ARTUR ELIZAROV