ILYA ALEKSEYEFF [CA 242462]
 *ilya@loia.legal*
LOIA, INC. (APLC)
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592

Attorney for Artur Elizarov and
defendant *in pro per*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, NA,<br><br>Plaintiff,<br><br>*versus*<br><br>ARTUR ELIZAROV ET AL.,<br><br>*Defendants.* | **5:21-cv-616-JWH-PSx**<br><br>DECLARATION OF SERVICE<br><br>Date: 1/13/2023<br>Time: 9:00 am<br>Judge: Hon. John W. Holcomb |

I, Ilya Alekseyeff, personally served the documents in the above-entitled case as follows:

**1.** **Name of the person served**: Hon. Sheri Pym. **Manner of service**: by substituted service. **Method of service**: by Priority Mail. **Service address**: United States Courthouse, 3470 12th St., Courtroom 3, Riverside, CA 92501. **Date of service**: December 8, 2022.

**2.**    **Name of the person served**: Hon. Sheri Pym.  **Manner of service**: by substituted service.  **Method of service**: by electronic delivery.  **Service address**: SP_chambers@cacd.uscourts.gov.  **Date of service**: December 8, 2022.

**3.**    **Title of each document served**:

    **a.**    "NOTICE OF AND MOTION TO DISQUALIFY MAGISTRATE JUDGE SHERI PYM; MEMORANDUM"

    **b.**    "DECLARATION OF ARTUR ELIZAROV SUPPORTING MOTION TO DISQUALIFY MAGISTRATE JUDGE SHERI PYM"

    **c.**    "DECLARATION OF ILYA ALEKSEYEFF SUPPORTING MOTION TO DISQUALIFY MAGISTRATE JUDGE SHERI PYM"

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration within the United States on Thursday, December 8, 2022.

_Ilya Alekseyeff_
_____
ILYA ALEKSEYEFF, ESQ.