UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:21-cv-00616-JWH (SPx) | Date | December 9, 2022 |
|---|---|---|---|
| Title | Goldwater Bank, N.A. v. Artur Elizarov, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Rachel Maurice for Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:    (In Chambers) Order Vacating December 12, 2022 Hearing and Staying Determination of Motions Pending Before the Magistrate Judge**

     In light of defendants' motion to disqualify the magistrate judge (docket no. 243), the court vacates the hearing set for December 12, 2022. The court is staying any determination of the pending motions before the magistrate judge (docket nos. 224, 225).