# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A.,<br><br>    Plaintiff,<br><br>  v.<br><br>ARTUR ELIZAROV, ET AL.<br><br>    Defendants.<br><br>AND RELATED CROSS CLAIMS | Case No.: 5:21-cv-00616-JWH-SPx<br><br>**ORDER ON *EX PARTE* APPLICATION FOR AN ORDER MODIFYING CIVIL TRIAL SCHEDULING ORDER (ECF No. 149) AS MODIFIED (ECF No. 200)**<br><br>Judge:  The Honorable John W. Holcomb<br><br>Filed:  April 6, 2021<br>Trial Date:  May 1, 2023 |

This matter comes before the Court on the Joint *ex parte* Application to Modify the Civil Trial Scheduling Order (the "Application") in this action.  Having considered the Application, in the absence of any opposition, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The Application is **GRANTED**.
2. The following deadlines and trial date are **CONTINUED** as follows:

    a. Deadline for All Discovery:  **CONTINUED** from December 16, 2022, to March 17, 2023.

    b. Deadline for Dispositive Motion Hearing:  **CONTINUED** from February 24, 2023, to June 2, 2023.

    c. Deadline for Hearing on Motion *in limine*:  **CONTINUED** from March 31, 2023, to July 7, 2023.

    d. Deadline for Final Pre-Trial Conference:  **CONTINUED** from April 7, 2023, to July 14, 2023, at 1:00 p.m.

    e. Trial:  **CONTINUED** from May 1, 2023, to August 7, 2023, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: December 19, 2022

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE