HALL GRIFFIN LLP
HOWARD D. HALL, State Bar No. 145024
  hdhall@hallgriffin.com
JEREMY T. KATZ, State Bar No. 267361
  jkatz@hallgriffin.com
RYAN C. THOMASON, State Bar No. 325621
  rthomason@hallgriffin.com
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant and Cross-Complainant SCOTT HOWLETT and Defendant BANK OF THE WEST

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| Goldwater Bank, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> ARTUR ELIZAROV; UNISON AGREEMENT CORP.; SCOTT HOWLETT; BANK OF THE WEST; and ILYA ALEKSEYEFF, <br><br> Defendants. | CASE NO. 5:21-cv-00616-JWH-SP <br><br> JUDGE:  Hon. John W. Holcomb <br> CTRM.:   9D <br><br> **DEFENDANT BANK OF THE WEST'S AMENDED DISCLOSURE STATEMENT** <br><br> **F.R.C.P. Rule 7.1** <br><br> TRIAL DATE:   August 7, 2023 |

Pursuant to Fed. R. Civ. Proc. 7.1, due to a change of ownership effective February 1, 2023, Defendant Bank of the West, a California corporation ("BOTW") hereby amends its Disclosure Statement and discloses the following parent corporations and publicly held corporations that own 10% or more of its stock:

Bank of the West, formerly a California banking corporation and an indirect subsidiary of BNP Paribas S.A, was acquired by and merged into BMO Harris Bank National Association ("BMO Harris") on February 1, 2023.  BMO Harris is a chartered national bank and maintains its principal place of business in Chicago, IL. BMO Harris is wholly-owned by BMO Financial Corp., a Delaware holding company that is not publicly traded.  BMO Financial Corp. is in turn wholly-owned by the Bank of Montreal, a Canadian corporation whose principal place of business

is Toronto, Canada. Bank of Montreal indirectly owns 10% or more of BMO Harris. BMO Harris may continue to use "Bank of the West" as a trade name.

DATED: February 1, 2023　　　　HALL GRIFFIN LLP

By:     /s/ Ryan C. Thomason
　　　　Howard D. Hall
　　　　Jeremy T. Katz
　　　　Ryan C. Thomason
Attorneys for Defendant and Cross-Complainant SCOTT HOWLETT and Defendant BANK OF THE WEST

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2023, a true and correct copy of **DEFENDANT BANK OF THE WEST'S AMENDED DISCLOSURE STATEMENT** was served via the United States District Court CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

By    /s/ Ryan C. Thomason
Ryan C. Thomason, an Employee of
HALL GRIFFIN LLP