# EXHIBIT 5

| | |
|---|---|
| From: | Ilya ALEKSEYEFF |
| To: | Sean Wagner; Ryan Thomason; Jeremy Katz; Nabil Bisharat |
| Cc: | Derek Bast; Meagan Allen; Abbey Krysak; Joseph A. Levota |
| Subject: | Goldwater v. Elizarov et al, CACD No. 5:21-cv-616 |
| Date: | Tuesday, November 29, 2022 11:11:22 PM |
| Attachments: | Elizarov & Alekseyeff NOTICE re JPMorgan Securities SDT.pdf |
| | Elizarov & Alekseyeff NOTICE re Citibank SDT.pdf |
| | Elizarov NOTICE re LA Financial Credit Union.pdf |

All counsel,

Rather than challenge Wagner's latest subpoenas under Fed.R.Civ.P. 26, I instead decided to give notice of privilege under Fed.R.Civ.P. 45(e)(2)(B) and then make a motion to District Judge Holcomb to disqualify Magistrate Judge Pym for bias. *See* 28 U.S.C. sec. 455. Once I file my motion, Magistrate Judge Pym "shall not proceed with the matter until the motion has been determined," L.R. 72-5, including hearings on Wagner's two pending discovery motions.

I will discuss the grounds for my motion to disqualify at Thursday's conference.

These notices, which I attached to this email, also addressed Wagner's recent illegal conduct (including his efforts to obtain perjured testimony from Mr. Elizarov, which I described in more detail) and, in Section V, described one of many instances where Peter Hill committed perjury *per se*.

Finally, since Fed.R.Civ.P. 45(e)(2)(B) requires Wagner to return the materials upon receipt, I intend to send these notices to each of the three banks and request a delay in compliance until Wagner makes a motion to determine the claim of privilege *and* the court resolves the claim in Goldwater's favor. Although the rule also allows the receiving party to sequester the records rather than return them, as I discussed in the notices this option is *not* acceptable after Wagner has illegally reviewed and used sequester records to issue additional subpoenas.

Thank you.

Sincerely,
LOIA, Inc. (APLC)

*Ilya Alekseyeff*

**Mr. Ilya Alekseyeff**
*Attorney at Law (CA, FL & NY)*
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592
E-mail: ilya@loia.legal