# EXHIBIT 9

**From:** Ilya ALEKSEYEFF
**To:** Abbey Krysak
**Cc:** Sean Wagner; Meagan Allen; Dallas Knierman; Jeremy Katz; Ryan Thomason; Nabil Bisharat
**Subject:** Re: Goldwater v. Elizarov et al: Rule 45 Meet and Confer Demand Letter
**Date:** Tuesday, January 31, 2023 8:31:13 AM
**Attachments:** image001.png

Abby,

You are not the only one who can get sick! After I started my trial on schedule, I lost my voice and had to delay the trial. Since then, my trial has been under way.

And no, as I repeatedly to all of you, I am not available to work on any other cases when I am in trial. I understand that none of you have ever done a trial in your careers and have no idea what a trial entails, I repeat AGAIN that I will not work on this or any other case except my trial until that trial concludes.

Not can you blame anyone for these days except yourselves because I sent you my objections weeks ago. Nothing stopped you from acting on those promptly. After you sat on those for weeks, you can wait a couple more to address your issues.

Get Outlook for iOS

---

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Tuesday, January 31, 2023 6:24:22 AM
**To:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Cc:** Sean Wagner <sean.wagner@wagnerhicks.law>; Meagan Allen <meagan.allen@wagnerhicks.law>; Dallas Knierman <dallas.knierman@wagnerhicks.law>
**Subject:** RE: Goldwater v. Elizarov et al: Rule 45 Meet and Confer Demand Letter

Mr. Alekseyeff,

We are concerned as this differs from what you told us on January 11, over two weeks ago. On the 11th, you informed us that you would be in trial for the following two weeks. That two weeks has now passed, but you are now claiming you are in trial and not available for another two weeks (up to February 10, 2022) for a total of four weeks. When we sent the Rule 37 correspondence on Friday, our understanding was that your trial had concluded. To the extent that has changed, we were unaware.

That said, we are open to making efforts to accommodate your trial schedule, whatever it may be, but we cannot do so at the risk of prejudicing our client's ability to complete discovery. Accordingly, and as we've offered before, we are willing to be flexible here and are happy to talk in the mornings before your trial is in session. We respectfully ask that you reconsider your refusal to hold a meet and confer in conformance with Rule 37 and provide dates and times when you can do so within the time required.

Thank you,

Abbey Krysak

Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Friday, January 27, 2023 5:55 PM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Cc:** Sean Wagner <sean.wagner@wagnerhicks.law>; Meagan Allen <meagan.allen@wagnerhicks.law>; Dallas Knierman <dallas.knierman@wagnerhicks.law>
**Subject:** Re: Goldwater v. Elizarov et al: Rule 45 Meet and Confer Demand Letter

Thank you.

As was the case before, I again receive this correspondence when I am in trial. And as before, I will not have time to review or address these issues until my trial concludes, which I anticipate be by Friday, February 10.

Get Outlook for iOS

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Friday, January 27, 2023 2:49:01 PM
**To:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Cc:** Sean Wagner <sean.wagner@wagnerhicks.law>; Meagan Allen <meagan.allen@wagnerhicks.law>; Dallas Knierman <dallas.knierman@wagnerhicks.law>
**Subject:** Goldwater v. Elizarov et al: Rule 45 Meet and Confer Demand Letter

Mr. Alekseyeff,

Please see the attached correspondence from Mr. Wagner. Once you've had an opportunity to review, please contact us with your availability to hold a meet and confer to occur within the next ten days in conformance with Local Rule 37.1.

Thank you,

Abbey Krysak



**Abbey M. Krysak**
Attorney at Law
e: abbey.krysak@wagnerhicks.law
p: 704.705.7942

Wagner Hicks PLLC
831 E. Morehead Street, Suite 860
Charlotte, NC 28202