# EXHIBIT 10

```
 1  Sean C. Wagner (Pro Hac Vice)
    Abbey M. Krysak (Pro Hac Vice)
 2  WAGNER HICKS PLLC
    831 East Morehead Street, Suite 860
 3  Charlotte, North Carolina 28202
    Tel: (704) 705-7538
 4  Fax: (704) 705-7787

 5  John Forest Hilbert, Esq. (SBN 105827)
    Joseph A. LeVota, Esq. (SBN 262760)
 6  HILBERT & SATTERLY LLP
    409 Camino del Rio S. #104
 7  San Diego, California 92108
    Telephone: (619) 795-0300
 8  Facsimile: (619) 501-6855

 9  Marie B. Maurice (SBN 258069)
    Marina Samson (SBN 315024)
10  IVIE McNEILL WYATT PURCELL & DIGGS
    444 S. Flower Street, Suite 1800
11  Los Angeles, California 90071
    Telephone: (213) 489-0028
12  Facsimile: (213) 489-0552

13
    Counsel for Plaintiff
14  GOLDWATER BANK, N.A.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| GOLDWATER BANK, N.A., | Case No. 5:21-cv-00616-JWH-SPx |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF ABBEY M. KRYSAK IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DETERMINATION OF DEFENDANT ELIZAROV'S CLAIMS OF PRIVILEGE AND FED. R. CIV. P. 45(e)(2)(B) CLAWBACK DEMANDS** |
| ARTUR ELIZAROV, ET AL. | |
| Defendants. | |

I, Abbey M. Krysak, make the following declaration in support of Plaintiff Goldwater Bank, N.A.'s ("Goldwater") Application For Determination Of Defendant Elizarov's Claims Of Privilege And Fed. R. Civ. P. 45(E)(2)(B) Clawback Demands:

DECLARATION OF ABBEY M. KRYSAK - 1

1. I am counsel for Plaintiff Goldwater Bank, N.A. ("Goldwater") in this action, and an employee of Wagner Hicks PLLC.

2. Based on my personal knowledge, Exhibits 1-9 attached to the Memorandum Of Points And Authorities Re: Application For Determination Of Defendants Elizarov And Alekseyeff's Privilege Claims & Fed. R. Civ. P. 45(E)(2)(B) Clawback Demands are true and accurate copies of certain correspondence with Defendant Ilya Alekseyeff, documents received from Defendant Ilya Alekseyeff, and subpoenas *duces tecum* issued by our firm in this matter.

3. Exhibits 1-9 attached to the Memorandum Of Points And Authorities Re: Application For Determination Of Defendants Elizarov And Alekseyeff's Privilege Claims & Fed. R. Civ. P. 45(E)(2)(B) Clawback Demands are true and accurate copies of the business records of Wagner Hicks PLLC that are maintained in the usual course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 7, 2023.

*Abbey M. Krysak*
Abbey M. Krysak, Esq.

DECLARATION OF ABBEY M. KRYSAK - 2