Sean C. Wagner (Pro Hac Vice)
Abbey M. Krysak (Pro Hac Vice)
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte, North Carolina 28202
Tel: (704) 705-7538
Fax: (704) 705-7787

John Forest Hilbert, Esq. (SBN 105827)
Joseph A. LeVota, Esq. (SBN 262760)
**HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
San Diego, California 92108
Telephone:  (619) 795-0300
Facsimile:   (619) 501-6855

Marie B. Maurice (SBN 258069)
Marina Samson (SBN 315024)
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
Telephone:  (213) 489-0028
Facsimile:   (213) 489-0552

Counsel for Plaintiff
GOLDWATER BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> ARTUR ELIZAROV, ET AL. <br><br> Defendants. | Case No. 5:21-cv-00616-JWH-SPx <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR DETERMINATION OF DEFENDANTS ELIZAROV AND ALEKSEYEFF'S PRIVILEGE CLAIMS & FED. R. CIV. P. 45(e)(2)(B) CLAWBACK DEMANDS** <br><br> Date Filed:  04/06/2021 <br> Jury Trial:  08/07/2023 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR DETERMINATION- 1

On February 7, 2023, Plaintiff Goldwater Bank, N.A. ("Goldwater") filed its "Application for Determination of Defendants Elizarov and Alekseyeff's Privilege Claims & Fed. R. Civ. P. 45(e)(2)(B) Clawback Demands" pursuant to FED. R. CIV. P. 45(e)(2)(B) ("Application"). This Application asked the Court to assess and ultimately reject Defendants Artur Elizarov and Ilya Alekseyeff's attempts to claim as privileged and claw back financial information produced relative to Subpoenas *Duces Tecum* ("Subpoenas") issued by Goldwater to JP Morgan Chase Bank, N.A.; JP Morgan Securities, LLC; and PayPal, Inc.

The Court, having considered the briefs of the parties and arguments of counsel, hereby **GRANTS** Plaintiff's Application. The Court has determined that the documents produced to Goldwater in response to the Subpoenas are directly relevant to the claims and defenses in this matter and, when considered in conjunction with the parties' Stipulated Protective Order [ECF No. 169], this relevance outweighs any right of privacy these Defendants have in said documents. The Court further finds the documents are not otherwise privileged or protected from disclosure. Goldwater is hereby permitted to use said documents throughout the course of this proceeding consistent with the rules of evidence and to distribute them to the other parties consistent with the parties' Stipulated Protective Order [ECF No. 169].

The Court additionally finds that Defendants' conduct in making these objections, as well as other discovery conduct recognized by the Court, was oppressive, vexatious, and otherwise in bad faith, violating both the Federal Rules of Civil Procedure and this Court's local rules. Accordingly, this Court awards sanctions to Goldwater and against Defendants Elizarov and Alekseyeff in an amount to be determined upon Goldwater's submission of an Application for Fees and Costs attaching documentation supporting all fees and costs incurred as a result of these Defendants' conduct.

**IT IS SO ORDERED.**

**DATED: _____, 2023.**

_____
Honorable John W. Holcomb