Sean C. Wagner (Pro Hac Vice)
Abbey M. Krysak (Pro Hac Vice)
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte, North Carolina 28202
Tel: (704) 705-7538
Fax: (704) 705-7787

John Forest Hilbert, Esq. (SBN 105827)
Joseph A. LeVota, Esq. (SBN 262760)
**HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
San Diego, California 92108
Telephone:  (619) 795-0300
Facsimile:  (619) 501-6855

Marie B. Maurice (SBN 258069)
Marina Samson (SBN 315024)
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
Telephone:  (213) 489-0028
Facsimile:  (213) 489-0552

Counsel for Plaintiff
GOLDWATER BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> ARTUR ELIZAROV, ET AL. <br><br> Defendants. | Case No. 5:21-cv-00616-JWH-SPx <br><br> **DECLARATION OF SEAN C. WAGNER** |

I, Sean C. Wagner, make the following declaration:

1. I am an attorney duly licensed to practice before the courts of the states of Oklahoma and North Carolina, and before the United States District Courts for the Eastern, Middle, and Western Districts of North Carolina, the Eastern, Northern, and

DECLARATION OF SEAN C. WAGNER - 1

Western Districts of Oklahoma, the Eastern District of Texas, the United States Bankruptcy Court of the Eastern District of North Carolina, the Tribal Courts of the Cherokee, Chickasaw, Choctaw, Muscogee (Creek), and Citizen Potawatomi Nations and the United States Courts of Appeal for the Fourth, Ninth, and Tenth Circuits.

2. I have been admitted *pro hac vice* in the above-styled action since April 19, 2021. I am lead counsel for Plaintiff Goldwater Bank, N.A. ("Goldwater") and a partner at Wagner Hicks, PLLC ("Wagner Hicks").

3. If called as a witness, I would and could competently testify to all facts and matters set forth herein from my personal knowledge.

4. On May 5, 2023, the Court issued an Order Granting in Part and Denying in Part Goldwater's "Motion for Sanctions" [ECF No. 277], ordering Defendant Elizarov to provide further, complete supplemental responses to Interrogatory Nos. 3, 7, and 8, and RFP Nos. 4, 7, 9, and 10. The Court further found that "monetary sanctions in the form of attorneys' fees [to Goldwater] are warranted here" and directed Goldwater to file a declaration in support of its sanctions request, including any supporting material that may be relevant to the amount of a potential sanction award. [ECF No. 277 at p. 8]. I therefore submit this Declaration in compliance with this Court's Order and in support of Plaintiff's Application for Attorney's Fees and Expenses.

5. I obtained my license to practice law in 2012. Since completing a two-year federal clerkship in the Eastern and Northern Districts of Oklahoma in 2014, I have consistently engaged in litigation primarily focusing on complex commercial disputes and banking regulation in federal courts across the country, including in California's federal district courts. I have been a partner at the law firm of Wagner Hicks from its inception in 2018. Prior to that I practiced at the firm of Bradley Arant Boult Cummings LLP for approximately five years.

6. Attached hereto are records reflecting the time spent and work performed by Wagner Hicks PLLC with respect to the Motion for Sanctions. The information contained in these records fully details, by date and timekeeper, the descriptions of all

work performed, and the amount of time spent, excepting entries and expenses for which fees are not sought.

7. The attorneys and paralegals at Wagner Hicks who worked on this matter are denoted on the attached records by their first and last names. Thus, the time I spent working on this case is reflected on the documentation attached by the entry "Sean Wagner." The attached records denoted by my name reflect the time I spent working on this file in connection with the Motion for Sanctions.

8. My rate on this file is $500 per hour for the work performed in connection with the Motion for Sanctions in the 2022 calendar year. My current default rate on litigated matters has since increased to $650 per hour beginning in 2023, and thus my rate for the work performed in connection with the Motion for Sanctions in the 2023 calendar year is $650 per hour.

9. Through my work in California's federal courts and with local counsel, I am familiar with the rates of other attorneys with similar education and experience charge in the community. The rate I charge is consistent with rates of other practitioners in the community.

10. Attorney Abbey M. Krysak is denoted by the initials AMK. She was admitted *pro hac vice* in this action on October 19, 2022. She has been licensed to practice law in the state of North Carolina since 2013 and the state of South Carolina since 2014. She is also admitted to the United States District Court for the Western, Eastern, and Middle District of North Carolina, as well as the United States District Court for the District of South Carolina.

11. Attorney Krysak's rate on this file is $375 per hour for the work performed in connection with the Motion for Sanctions in the 2022 calendar year. Ms. Krysak's current default rate on litigated matters has since increased to $450 per hour beginning in 2023, and thus her rate for the work performed in connection with the Motion for Sanctions in the 2023 calendar year is $450 per hour.

12. Through my work in California's federal courts and with local counsel, I am familiar with the rates of other attorneys with similar education and experience in the community, and these rates are consistent with rates of other similarly experienced practitioners in the community.

13. Ms. Dallas Knierman is a paralegal at Wagner Hicks who worked on this matter. Ms. Knierman's rate is $175 per hour for the work performed in connection with the Motion for Sanctions in the 2022 calendar year. Ms. Knierman's current default rate on litigated matters has since increased to $200 per hour beginning in 2023, and thus her rate for the work performed in connection with the Motion for Sanctions in the 2023 calendar year is $200 per hour.

14. As set forth in the attached records, I spent 2.2 hours assisting with the prosecution of Goldwater's Motion for Sanctions at a billing rate of $500 per hour, and I spent .7 hours assisting with the prosecution of Goldwater's Motion for Sanctions at a billing rate of $650 per hour.

15. Ms. Krysak spent 10.8 hours assisting with the prosecution of Goldwater's Motion for Sanctions at a rate of $375 per hour, and Ms. Krysak spent 11.5 hours assisting with the prosecution of Goldwater's Motion for Sanctions at a rate of $450 per hour.

16. Wagner Hicks spent a total of 29.1 hours, of varying rates, preparing and prosecuting the Motion for Sanctions for a total of $11,555 in fees.

17. Goldwater also incurred expenses in preparing and otherwise arguing the Motion for Sanctions in the amount of $2,852.05, as reflected in the attached records.

18. All of the work Wagner Hicks performed was reasonable and necessary to prepare and prosecute Goldwater's Motion for Sanctions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May 12, 2023.

*/s/ Sean C. Wagner*
Sean C. Wagner

DECLARATION OF SEAN C. WAGNER - 5

| Type | Date | Hours | Description | Rate ($) | Total ($) | Time Keeper |
|---|---|---|---|---|---|---|
| TimeEntry | 10/11/2022 | 1.5 | Receive and review Defendants Elizarov and Allekseyeff's Supplemental Discovery | $500.00 | $750.00 | Sean Wagner |
| TimeEntry | 11/10/2022 | 2.4 | Begin work on drafting motion to compel and for fees and sanctions against Elizarov and Alekseyeff for failure to comply with court order | $375.00 | $900.00 | Abbey Krysak |
| TimeEntry | 11/11/2022 | 1 | Continue work on drafting notice of motion and motion to compel/sanctions against Elizarov including preparation of exhibits and drafting background section of motion | $375.00 | $375.00 | Abbey Krysak |
| TimeEntry | 11/11/2022 | 0.5 | Correspondence with opposing counsel regarding deficient, supplemental document production | $500.00 | $250.00 | Sean Wagner |
| TimeEntry | 11/14/2022 | 3.6 | Continue work on preparing sanctions motion against Elizarov and Alekseyeff including applying various revisions to motion in connection with S. Wagner review, review same with S. Wagner, finalize and convert to court format along with all exhibits, and file same with court | $375.00 | $1,350.00 | Abbey Krysak |
| TimeEntry | 11/29/2022 | 3.5 | Tend to drafting, compilation of exhibits and filing of reply in support of motion for sanctions against Defendants Elizarov and Alekseyeff | $375.00 | $1,312.50 | Abbey Krysak |
| TimeEntry | 11/30/2022 | 0.2 | Attention to matter re: review and analyze final Reply ISO Motion for Sanctions; update electronic file. | $175.00 | $35.00 | Dallas Knierman |
| HardCost | 11/30/2022 | | Research Date Base charges in connection with case law research in connection with motion for sanctions and reply in support of motion for sanctions | $2,289.85 | $2,289.85 | Margaret Mayes |
| TimeEntry | 12/7/2022 | 0.1 | Review updated court docket including court's order moving hearing on motion to compel Rite Care and motion for sanctions against Elizarov to early setting | $375.00 | $37.50 | Abbey Krysak |
| TimeEntry | 12/9/2022 | 0.2 | Correspondence with Deputy Clerk re: confirmation that forthcoming hearing is not moving forward in light of motion to disqualify | $375.00 | $75.00 | Abbey Krysak |
| TimeEntry | 12/9/2022 | 0.2 | Receive and review minute order resetting hearings in light of Motion to Disqualify | $500.00 | $100.00 | Sean Wagner |
| TimeEntry | 2/14/2023 | 0.1 | Tend to A. Krysak travel arrangements for upcoming hearings | $200.00 | $20.00 | Dallas Knierman |
| TimeEntry | 2/15/2023 | 0.2 | Conference with A. Krysak regarding travel accommodation options; tend to coordination of same | $200.00 | $40.00 | Dallas Knierman |
| TimeEntry | 3/8/2023 | 0.1 | Brief conference with A. Krysak regarding upcoming hearing(s) and travel arrangements for same; coordinate travel arrangements | $200.00 | $20.00 | Dallas Knierman |
| HardCost | 3/10/2023 | | American Airlines (CLT / LAX) travel cost for travel to hearing (1/3rd of cost) | $340.10 | $340.10 | Dallas Knierman |
| TimeEntry | 3/10/2023 | 0.4 | Tend to coordination of A. Krysak final travel arrangements to Santa Ana | $200.00 | $80.00 | Dallas Knierman |
| TimeEntry | 3/13/2023 | 0.5 | Receipt and review of Court's Order denying Elizarov's Motion to Disqualify, and note that all pending motions are transferred to Judge Pym for decision, tend to next steps with Deputy Clerk to schedule hearings on outstanding motions | $450.00 | $225.00 | Abbey Krysak |
| TimeEntry | 3/14/2023 | 0.1 | Receive and review email correspondence from A. Krysak to Deputy Clerk regarding status of upcoming hearings | $200.00 | $20.00 | Dallas Knierman |
| TimeEntry | 3/15/2023 | 0.1 | Review and analyze Minute Order Resetting Hearing(s) on Discovery Motions | $200.00 | $20.00 | Dallas Knierman |
| TimeEntry | 3/15/2023 | 0.3 | Receipt and review of Court's Order re-scheduling various pending motions in light of denial of motion to disqualify and additional instructions from court | $450.00 | $135.00 | Abbey Krysak |
| TimeEntry | 3/16/2023 | 0.2 | Review and analyze Alekseyeff's Ex Parte Application to Continue Hearings; calendar current hearing date and associated deadline(s) | $200.00 | $40.00 | Dallas Knierman |
| TimeEntry | 3/18/2023 | 0.5 | Receive and review Motion to Continue filed by Defendant Elizarov | $650.00 | $325.00 | Sean Wagner |
| TimeEntry | 3/20/2023 | 0.3 | Begin work on preparing oral argument outline and strategy with respect to Motion for Sanctions and Motion to Compel with respect to Defendant Elizarov's failure to comply with a Court Order | $450.00 | $135.00 | Abbey Krysak |
| TimeEntry | 3/20/2023 | 0.1 | Receive and review Order Continuing Discovery Hearings; calendar extension of same | $200.00 | $20.00 | Dallas Knierman |
| TimeEntry | 3/20/2023 | 0.4 | Tend to coordination of rescheduled travel arrangements for A. Krysak to Santa Ana, CA | $200.00 | $80.00 | Dallas Knierman |
| HardCost | 3/20/2023 | | Lodging (Discovery Hearings) (1/3rd of cost) | $153.60 | $153.60 | Dallas Knierman |
| TimeEntry | 3/21/2023 | 0.2 | In connection with Court Order instructing counsel to provide any new information with respect to pending discovery motions, review case file and consider what if any new information should be provided | $450.00 | $90.00 | Abbey Krysak |
| TimeEntry | 3/20/2023 | 0.2 | Receive and review Order continuing hearing on pending discovery motions | $650.00 | $130.00 | Sean Wagner |
| TimeEntry | 3/30/2023 | 0.1 | Brief conference with A. Krysak regarding preparation of case law and pleading notebooks in connection with upcoming hearing on motion for sanctions; begin preparation of same | $200.00 | $20.00 | Dallas Knierman |
| TimeEntry | 3/30/2023 | 1.2 | Tend to review and preparation for upcoming hearing on Motion to Compel and for Sanctions against Elizarov, discuss preparation of hearing binders with D. Knierman, begin review of applicable case law and background facts, and review of pleadings | $450.00 | $540.00 | Abbey Krysak |
| TimeEntry | 3/31/2023 | 0.9 | Preparation of hearing prep notebooks (case law and pleadings) for Motion to Compel and for Sanctions against Elizarov (including pleadings and case law) | $200.00 | $180.00 | Dallas Knierman |
| HardCost | 3/31/2023 | | Printing charges in connection with preparation of hearing binders | $68.50 | $68.50 | Margaret Mayes |
| TimeEntry | 4/3/2023 | 0.5 | Continue preparing for upcoming hearing on Motion to Compel and for Sanctions against Elizarov including briefing of applicable cases for oral argument outline | $450.00 | $225.00 | Abbey Krysak |
| TimeEntry | 4/4/2023 | 0.1 | Conference with A. Krysak regarding preparation of relevant exhibits for upcoming hearing on Motion to Compel and for Sanctions against Elizarov; begin preparation of same | $200.00 | $20.00 | Dallas Knierman |

| | | | | | | |
|---|---|---|---|---|---|---|
| TimeEntry | 4/4/2023 | 0.4 | Identification of potential hearing exhibits needed for hearing on Motion to Compel and for Sanctions against Elizarov and conference with D. Knierman with respect to preparation of same | $450.00 | $180.00 | Abbey Krysak |
| TimeEntry | 4/5/2023 | 0.9 | Preparation of exhibits in advance of hearing on Motion to Compel and for Sanctions against Elizarov | $200.00 | $180.00 | Dallas Knierman |
| TimeEntry | 4/10/2023 | 2.4 | Travel to Riverside, California for hearing on Motion to Compel, Motion for Sanctions, and Application for Privilege Determination (1/3rd of time) | $450.00 | $1,080.00 | Abbey Krysak |
| TimeEntry | 4/10/2023 | 1.1 | Continue preparations for forthcoming hearing on Motion for Sanctions against Elizarov including oral argument review, pleadings reviews, counter argument and supportive case law review, and prior pleadings review | $450.00 | $495.00 | Abbey Krysak |
| TimeEntry | 4/11/2023 | 1.7 | Continue preparations for forthcoming hearing on Motion to Compel and for Sanctions against Elizarov including oral argument review, pleadings review, counter argument and supportive case law review, prior pleadings review, and conference with S. Wagner in connection with same | $450.00 | $765.00 | Abbey Krysak |
| TimeEntry | 4/11/2023 | 0.5 | Attend hearing on motion to compel, motion for sanctions and expenses and application for privilege determination (1/3rd of time) | $450.00 | $225.00 | Abbey Krysak |
| TimeEntry | 4/12/2023 | 2.4 | Travel (Return) from hearing on motion to compel, for sanctions, and application for privilege determination (1/3rd of time) | $450.00 | $1,080.00 | Abbey Krysak |
| **TOTALS** | | **29.1** | | | **$14,407.05** | |