Sean C. Wagner (Pro Hac Vice)
Abbey M. Krysak (Pro Hac Vice)
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte, North Carolina 28202
Tel: (704) 705-7538
Fax: (704) 705-7787

John Forest Hilbert, Esq. (SBN 105827)
Joseph A. LeVota, Esq. (SBN 262760)
**HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
San Diego, California 92108
Telephone: (619) 795-0300
Facsimile: (619) 501-6855

Marie B. Maurice (SBN 258069)
Marina Samson (SBN 315024)
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552

Counsel for Plaintiff
GOLDWATER BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>ARTUR ELIZAROV, ET AL.<br><br>Defendants. | Case No. 5:21-cv-00616-JWH-SPx<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S REQUEST FOR FEES AND COSTS**<br>**[ECF No. ___]** |

On May 12, 2023, Plaintiff Goldwater Bank, N.A. filed its "Declaration in Support of Sanctions Request and Supporting Materials" in connection with its previously filed "Motion for Sanctions and Expenses Re: Defendant Elizarov's Failure to Comply With This Court's Order Compelling Discovery." [ECF No. 225]. In its previous order [ECF

No. 277], the Court determined that Goldwater deserved an award of attorneys' fees and expenses related to its Motion for Sanctions, and directed Goldwater to file a declaration or other appropriate evidence demonstrating the quantum fees and expenses that it incurred in seeking those sanctions.

The Court, having considered the briefing, the Declaration and records submitted to it, and the arguments of counsel, concludes that Goldwater has provided evidence that it incurred reasonable attorneys' fees totaling $11,555 and expenses totaling $2,852.05 in connection with its pursuit of necessary discovery sanctions against these Defendants based on these Defendants continuing failure to comply with the Discovery Order of this Court.

For those reasons, the Court hereby **ORDERS** as follows:

1. Goldwater's instant Motion for Fees and Expenses [ECF No. \_\_\_] is **GRANTED**.

2. Defendant Artur Elizarov is **ORDERED** to reimburse Goldwater for all attorneys' fees that Goldwater incurred in connection with Goldwater's Motion for Sanctions, in the amount of $11,555.

3. Defendant Artur Elizarov is further **ORDERED** to reimburse Goldwater for all expenses that Goldwater incurred in connection with its Motion for Sanctions, in the amount of $14,407.05.

4. Defendant Elizarov is **DIRECTED** to remit those sums, in their entirety, to counsel for Goldwater no later than June 15, 2023.

5. Defendant Elizarov is further **DIRECTED** to file a Notice of Compliance with Second Sanctions Order within 48 hours of his compliance with this Order.

**IT IS SO ORDERED**.

DATED: _____, 2023.

_____
Honorable Sheri Pym