HALL GRIFFIN LLP
HOWARD D. HALL, State Bar No. 145024
  *hdhall@hallgriffin.com*
JEREMY T. KATZ, State Bar No. 267361
  *jkatz@hallgriffin.com*
KASANDRA C. GOLDBERG, State Bar No. 345364
  *kgoldberg@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant and Cross-Complainant SCOTT HOWLETT; Defendant BMO HARRIS BANK N.A., Successor by Merger to BANK OF THE WEST

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GOLDWATER BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ARTUR ELIZAROV; UNISON AGREEMENT CORP.; SCOTT HOWLETT; BANK OF THE WEST; and ILYA ALEKSEYEFF,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 21-cv-00616-JWH-SP<br><br>JUDGE:  Hon. John W. Holcomb<br>CTRM.:    9D<br><br>**DISCOVERY MATTER –**<br><br>**HOWLETT AND BANK OF THE WEST'S EX PARTE APPLICATION TO COMPEL (1) PLAINTIFF'S FURTHER DEPOSITION TESTIMONY AND (2) PLAINTIFF'S PRODUCTION OF DOCUMENTS**<br><br>*Filed concurrently with Memorandum of Points and Authorities; Declaration of Jeremy T. Katz; [Proposed] Order*<br><br>JUDGE:  Hon. Sheri Pym<br>CRTRM.:    4<br><br>DISCOVERY CUTOFF: June 15, 2023<br>PRE-TRIAL CONF: November 3, 2023<br>TRIAL DATE:    November 27. 2023 |

---

HOWLETT AND BANK OF THE WEST'S EX PARTE APPLICATION TO COMPEL DISCOVERY
4887-3300-3364.2

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On May 12, 2023, Plaintiff Goldwater Bank, N.A. ("Goldwater") wrongfully *and repeatedly* instructed their Rule 30(b)(6) witness, Christine Overbeck, not to respond to questions seeking non-privileged information on matters that are within her personal knowledge and/or the designated topics. Goldwater also wrongfully *and unilaterally* suspended the deposition before Defendants had finished their direct examination—and only after Ms. Overbeck testified about facts that calls into question Goldwater's standing to continue prosecuting its claims. Goldwater also failed to produce relevant and responsive documents in advance of the Rule 30(b)(6) deposition. There is insufficient time to resolve these issues by way of a regularly-noticed discovery motion before the 30(b)(6) deposition resumes on May 31, 2023, and delaying the resumption of the 30(b)(6) deposition until after a regularly-noticed motion could be heard is not an option due to the impending June 15, 2023 deadline to complete fact discovery.

**PLEASE TAKE NOTICE THAT** Defendant and Cross-Complainant Scott Howlett and Defendant BMO HARRIS BANK N.A., Successor by Merger to BANK OF THE WEST (collectively "Defendants"), by and through their undersigned counsel, hereby apply for an *ex parte* Order pursuant to Fed. R. Civ. P., Rules 26, 30(b)(6), and 34, and specifically for an order:

(1) deeming Christine Overbeck's responses during the May 12, 2023 Rule 30(b)(b) deposition as being binding on Plaintiff Goldwater;

(2) ordering Goldwater not to instruct a 30(b)(6) witness to withhold information based on a question being allegedly outside of the designated deposition topics;

(3) ordering Goldwater to make Ms. Overbeck available to complete her deposition testimony by June 8, 2023;

(4) overruling Goldwater's objection to finishing the transcript from Ms. Overbeck's May 12, 2023 testimony;

(5) ordering Goldwater to produce the documents responsive to Defendant Holwett and BOTW's Requests for Production, Set Six, Nos. 77, 79, 80 and 80 (re: Goldwater's policies and procedures) and Nos. 83, 85, 86, 87, 89, and 91 (re: Goldwater's agent Weststar's policies and procedures), and to complete the production no later than noon PST on May 30, 2023 (i.e., the day before the scheduled resumption of the 30(b)(6) deposition); and

(6) ordering Goldwater and its counsel to pay monetary sanctions (and/or imposing evidence and issue sanctions) arising from Goldwater and its counsel's misconduct during the May 12, 2023 30(b)(6) deposition, and based on their failure to produce responsive documents.

Good cause exists for granting Defendant's *ex parte* Application prior to the resumed deposition of Goldwater's 30(b)(6) witness, which is currently set to resume on May 31, 2023 (the only viable date when all parties, their counsel, and the witness are mutually available to resume the deposition). These issues need to be resolved in advance of the resumed deposition, and because through no fault of the moving party this application could not be brought as a regularly noticed motion prior to the resumed deposition date or prior to the current June 15, 2023 deadline to complete fact discovery.

Defendants submit the accompanying Memorandum of Points and authorities, in support of their *ex parte* Application to Compel Discovery.

**Compliance with local Rule 37-1**: This application is made following conferences of counsel which occurred on May 8, 2023 (re the document production issues) and May 18, 2023 (re the 30(b)(6) deposition issues).

Notice of this ex parte application was given to Goldwater's counsel on May 23, 2023, at approximately 12:55 p.m. Email service of the moving papers occurred shortly thereafter. (Declaration of Jeremy T. Katz, at ¶ 37.)

Pursuant to C.D. Cal. Local Rule 7-19, the name address and telephone numbers are as follows:

| | |
|---|---|
| Sean C. Wagner, Esq.<br>Derek M. Bast, Esq.<br>Abbey M. Krysak, Esq.<br>Wagner Hicks PLLC<br>831 E. Morehead St., Suite 860<br>Charlotte, NC 28202<br>(704) 705-7538; Fax: (704) 705-7787<br>sean.wagner@wagnerhicks.law<br>derek.bast@wagnerhicks.law<br>abbey.krysak@wagnerhicks.law<br>**Pro Hac Vice Attorneys for Plaintiff and Cross-Defendant Goldwater Bank. N.A.** | John Forest Hilbert, Esq.<br>Joseph A. LeVota, Esq.<br>Hilbert & Satterly LLP<br>409 Camino Del Rio South, Suite 104<br>San Diego, CA 92108<br>(619) 795-0300; Fax: (619) 501-6855<br>jhilbert@hscallaw.com<br>jlevota@hscallaw.com<br>trohner@hscallaw.com<br>sreyes@hscallaw.com<br>**Attorneys for Plaintiff and Cross-Defendant Goldwater Bank, N.A.** |
| Marie B. Maurice, Esq.<br>Marina Samson, Esq.<br>Ivie, McNeill, Wyatt, Purcell & Diggs<br>444 S. Flower St., Suite 1800<br>Los Angeles, CA 90071<br>(213) 489-0028; Fax: (213) 489-0552<br>mmaurice@imwlaw.com<br>msamson@imwlaw.com<br>**Attorneys for Plaintiff and Cross-Defendant Goldwater Bank. N.A.** | Ilya Alekseyeff, Esq.<br>LOIA, Inc. (APLC)<br>727 W. 7th St., PH 1-13<br>Los Angeles, CA 90017<br>(213) 537-4592<br>ilya@loia.legal<br>**Attorneys for Defendant and Cross-Defendant Artur Elizarov, and Defendant Ilya Alekseyeff (in Pro Per)** |

DATED: May 23, 2023        HALL GRIFFIN LLP

By: ____/s/ Jeremy T. Katz____
    Howard D. Hall
    Jeremy T. Katz
    Kasandra C. Goldberg
Attorneys for Defendant and Cross-Complainant SCOTT HOWLETT; Defendant BMO HARRIS BANK N.A., Successor by Merger to BANK OF THE WEST

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2023, a true and correct copy of **HOWLETT AND BANK OF THE WEST'S EX PARTE APPLICATION TO COMPEL (1) PLAINTIFF'S FURTHER DEPOSITION TESTIMONY AND (2) PLAINTIFF'S PRODUCTION OF DOCUMENTS** was served via the United States District Court CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

By    /s/ Jeremy T. Katz
Jeremy T. Katz
HALL GRIFFIN LLP