**EXHIBIT 2**

**Kasandra Goldberg**

| | |
|---|---|
| **From:** | Jeremy Katz <JKatz@hallgriffin.com> |
| **Sent:** | Monday, December 5, 2022 12:15 PM |
| **To:** | 'Sean Wagner'; Ilya ALEKSEYEFF; Abbey Krysak; Derek Bast; Meagan Allen |
| **Cc:** | Nabil Bisharat; Ryan Thomason |
| **Subject:** | RE: Goldwater -  topics for depo of Goldwater's PMK |

Hello Sean,

First things first, thank you for confirming during the December 1, 2022 "meet and confer re: depo scheduling" call that you would stipulate to continue the discovery cut-off date as to the deposition of Goldwater's PMK (and the other pending depositions).

I have very little availability during the week of December 12th.   What is your availability like this week?  I am free on December 7th.



**Jeremy T. Katz**
Attorney

1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
jkatz@hallgriffin.com ▪ hallgriffin.com

---

**From:** Sean Wagner <sean.wagner@wagnerhicks.law>
**Sent:** Friday, December 2, 2022 10:30 AM
**To:** Ilya ALEKSEYEFF <ilya@loia.legal>; Abbey Krysak <abbey.krysak@wagnerhicks.law>; Derek Bast <derek.bast@wagnerhicks.law>; Meagan Allen <meagan.allen@wagnerhicks.law>
**Cc:** Jeremy Katz <JKatz@hallgriffin.com>; Nabil Bisharat <nbisharat@orsusgate.com>; Ryan Thomason <RThomason@hallgriffin.com>
**Subject:** RE: Goldwater - topics for depo of Goldwater's PMK

Thanks, Ilya.  We aren't prepared to meet and confer on the topics that weren't included in the original notice.  What does everyone's schedule look like the week of December 12th for a meet and confer on the proposed topics?

-Sean

**Sean C. Wagner**
Wagner Hicks PLLC
704.705.7358
sean.wagner@wagnerhicks.law

---

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Thursday, December 1, 2022 3:58 PM
**To:** Sean Wagner <sean.wagner@wagnerhicks.law>; Abbey Krysak <abbey.krysak@wagnerhicks.law>; Derek Bast <derek.bast@wagnerhicks.law>; Meagan Allen <meagan.allen@wagnerhicks.law>
**Cc:** Jeremy Katz <JKatz@hallgriffin.com>; Nabil Bisharat <nbisharat@orsusgate.com>; Ryan Thomason

<rthomason@hallgriffin.com>
**Subject:** Fw: Goldwater - topics for depo of Goldwater's PMK

Sean,

Here are the additional topics that Jeremy and Nabil wanted me to add to the existing list.

Sincerely,

**LOIA, Inc. (APLC)**

*Ilya Alekseyeff*

**Mr. Ilya Alekseyeff**

*Attorney at Law (CA, FL & NY)*

727 W 7th St PH 1-13

Los Angeles, CA 90017

Tel: (213)537-4592

E-mail: ilya@loia.legal

---

**From:** Nabil Bisharat <nbisharat@orsusgate.com>
**Sent:** Thursday, December 1, 2022 12:16 PM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; Ilya ALEKSEYEFF <ilya@loia.legal>
**Cc:** Ryan Thomason <RThomason@hallgriffin.com>
**Subject:** RE: Goldwater - topics for depo of Goldwater's PMK

Hi Ilya,

Following up on the email below, I only have two topics I'd like to add:

The grounds for Goldwater's Quiet Title Cause of Action, including:
- The factual and legal basis of that claim against Unison as of the filing of the First Amended Complaint;
- The factual and legal basis of that claim against Howlett/BOTW as of the filing of the First Amended Complaint; and
- The factual and legal basis for continuing to maintain this claim against these Defendants.

The grounds for Goldwater's Declaratory Judgment Cause of Action, including:
- The factual and legal basis of that claim against Unison as of the filing of the First Amended Complaint;
- The factual and legal basis of that claim against Howlett/BOTW as of the filing of the First Amended Complaint; and
- The factual and legal basis for continuing to maintain this claim against these Defendants.

Thanks,
Nabil

Nabil Bisharat | Orsus Gate LLP
(213) 373-4357 | nbisharat@orsusgate.com
www.OrsusGate.com

* * *

Please Note: This message may contain privileged or confidential communications. If you received it in error, please notify the sender and then delete the message immediately.

---

**From:** Jeremy Katz <JKatz@hallgriffin.com>
**Sent:** Thursday, December 1, 2022 11:49 AM
**To:** 'Ilya ALEKSEYEFF' <ilya@loia.legal>
**Cc:** Ryan Thomason <RThomason@hallgriffin.com>; Nabil Bisharat <nbisharat@orsusgate.com>
**Subject:** Goldwater - topics for depo of Goldwater's PMK

Hello Ilya,

Could you please include the following topic in your impending Notice of Deposition of Goldwater's PMK?

1. Goldwater's policies and procedures in effect from 2019 through current for residential real estate secured loans, including but not limited to:
    a. The handing and custodial control of the original, executed loan documents;
    b. The preparation, execution, and recording of subordination agreements affecting Goldwater's lien priority position;
    c. allocation of responsibility for recording deeds of trust;
    d. confirming that deeds of trust have actually been recorded;
    e. confirming that the lender's escrow instructions were followed;
    f. confirming that Goldwater timely received a lender's policy of title insurance;
    g. service transferring the loan to a new servicer;
    h. confirming that the new servicer has performed all on-boarding requirements for a service-transferred loan;
    i. confirming that Goldwater's borrower owns the real property prior to recording a deed of trust against that property.
2. The servicing of Elizarov's loan, including:
    a. The specific date that the servicing of Elizarov's loan was transferred from Goldwater to Weststar
    b. Any agreement between Goldwater and Weststar regarding the servicing of Elizarov's loan
    c. Weststar's obligations to Goldwater regarding the servicing of Elizarov's loan;
    d. Goldwater's communications with Weststar regarding Elizarov's loan.
    e. Goldwater's communications with Weststar regarding Elizarov's Deed of Trust
    f. The allocation of responsibility between Goldwater and Weststar for confirming that Elizarov's Deed of Trust had been recorded.
    g. Any agreements relating to the allocation of responsibility between Goldwater and Weststar for the failure to record Elizarov's Deed of Trust prior to Howlett's purchase of the property.
3. The reasons why Goldwater has not sued Weststar for claims arising from the failure to record Elizarov's Deed of Trust prior to Howlett's purchase of the property.
4. Goldwater's communications with third parties regarding Goldwater's alleged interest in the property; including communications with:
    a. Weststar
    b. Escrow of the West
    c. Howlett
    d. Bank of the West
    e. First American Title Insurance Company
5. Goldwater's decision to record its deed of trust against the property after Goldwater had learned that Howlett had purchased the property from Elizarov.

6. The total amount of Goldwater's attorneys' fees incurred to date that Goldwater is seeking to recover as damages in this action.
7. The Subordination Agreement that is at issue in Goldwater's complaint, including:
    a. The relationship between Goldwater and Unison;
    b. Goldwater's involvement with the preparation of the Subordination Agreement;
    c. Goldwater's efforts (if any) to confirm that the information in the Subordination Agreement is accurate;
    d. Goldwater's efforts (if any) to obtain a copy of the Subordination Agreement as recorded;
    e. The reason(s) why Goldwater's name does not appear in the Subordination Agreement.
8. Goldwater's relationship with Gregory Hill
9. The total amount of attorneys' fees incurred by Goldwater to date that Goldwater is seeking to recover as damages in this action.

Thanks!
-Jeremy



**Jeremy T. Katz**
**Attorney**
1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
jkatz@hallgriffin.com ▪ hallgriffin.com