# **EXHIBIT 4**

HALL GRIFFIN LLP
HOWARD D. HALL, State Bar No. 145024
  *hdhall@hallgriffin.com*
JEREMY T. KATZ, State Bar No. 267361
  *jkatz@hallgriffin.com*
KASANDRA C. GOLDBERG, State Bar No. 345364
  *kgoldberg@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant and Cross-Complainant
SCOTT HOWLETT and Defendant BMO
HARRIS BANK N.A., Successor by Merger to
BANK OF THE WEST

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| Goldwater Bank, N.A.<br><br>  Plaintiff,<br><br>vs.<br><br>ARTUR ELIZAROV; UNISON AGREEMENT CORP.; SCOTT HOWLETT; BANK OF THE WEST; and ILYA ALEKSEYEFF,<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 21-cv-00616-JWH-SP<br><br>JUDGE:   Hon. John W. Holcomb<br>CTRM.:   9D<br><br>**HOWLETT AND BANK OF THE WESTS' CROSS-NOTICE OF DEPOSITION TO PERSON MOST KNOWLEDGEABLE AT GOLDWATER BANK, N.A. AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>DATE:   May 12, 2023<br>TIME:   10:00 a.m.<br>PLACE: Remote<br><br>TRIAL DATE:   May 1, 2023 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant and Cross-Complainant Scott Howlett ("Howlett") and Defendant BMO HARRIS BANK N.A., Successor by Merger to BANK OF THE WEST Bank of the West ("BOTW"), by and through their attorneys of record, will take the deposition, on oral examination, of Plaintiff Goldwater Bank, N.A. ("Goldwater"), commencing at 10:00 a.m. on May 12, 2023, virtually via Zoom (or equivalent remote videoconference service), and continuing from day to day,

Saturdays, Sundays, and legal holidays excluded, until completed.

Deponent Goldwater is not a natural person. Pursuant to the Fed. R. Civ. P. 30(b)(6)—*and pursuant the "meet and confer" session that took place on January 10, 2023 amongst the parties' respective counsel*—Goldwater shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf with respect to the topics described below. The person(s) so designated shall testify as to matters known or reasonably available to the organization.

**BOTW/HOWLETT Topic 1:**

The factual basis of Goldwater's Quite Title Cause of Action against BOTW/Howlett as of the filing of the First Amended Complaint.

**BOTW/HOWLETT Topic 2:**

The factual basis for continuing to maintain Goldwater's Quite Title Cause of Action against BOTW/Howlett.

**BOTW/HOWLETT Topic 3:**

The factual basis of Goldwater's Declaratory Judgment Claim against BOTW/Howlett as of the filing of the First Amended Complaint.

**BOTW/HOWLETT Topic 4:**

The factual basis for continuing to maintain Goldwater's Declaratory Judgment Claim against BOTW/Howlett.

**BOTW/HOWLETT Topic 5:**

Goldwater's policies and procedures for recording deeds of trust at the time of closing in place between May 1, 2019 and July 31, 2019, and applicable to the Deed of Trust executed by Mr. Elizarov.

**BOTW/HOWLETT Topic 6:**

Goldwater's policies and procedures for recording deeds of trust post-closing between July 31, 2019 and August 30, 2019, and applicable to the Deed of Trust executed by Mr. Elizarov.

**BOTW/HOWLETT Topic 7:**

Goldwater's policies and procedures in place between July 31, 2019 and April 15, 2021, regarding the custodial maintenance, handling and control of original documents applicable to the Deed of Trust executed by Mr. Elizarov and dated July 31, 2019.

**BOTW/HOWLETT Topic 8:**

Goldwater's policies and procedures in place between May 1, 2019 and July 31, 2019, regarding the preparation, execution and recording of subordination agreements applicable to the subordination agreement at issue in this action.

**BOTW/HOWLETT Topic 9:**

The relationship between Goldwater and Unison as it relates to the Subordination Agreement at issue in this action, Goldwater's involvement with the preparation of the Subordination Agreement, Goldwater's efforts, if any, to confirm that the information in the Subordination Agreement is accurate, Goldwater's efforts, if any, to obtain a copy of the Subordination Agreement as recorded, and if Goldwater drafted such agreement, why Goldwater's name does not appear in the Subordination Agreement.

**BOTW/HOWLETT Topic 10**:

Goldwater's policies and procedures in place between in May of 2020 related to service transferring a loan to a new loan servicer applicable to Mr. Elizarov's mortgage loan secured by the Subject Property.

**BOTW/HOWLETT Topic 11**:

When Goldwater came into possession, custody and control of the original wet-signed copy of Mr. Elizarov's Deed of Trust dated July 31, 2019, and the factual circumstances by which Goldwater came to be in possession, custody and control of the same.

/ / /

/ / /

**BOTW/HOWLETT Topic 12**:

Goldwater's policies and procedures in place between May 1, 2019 and July 31, 2019, with respect to obtaining a lender's policy of title insurance as applicable to Mr. Elizarov's mortgage loan secured by the Subject Property.

**BOTW/HOWLETT Topic 13**:

Goldwater's policies and procedures in place on July 31, 2019, with respect to confirming that Goldwater's escrow instructions were followed post-closing, as applicable to Mr. Elizarov's mortgage on the Subject Property.

**BOTW/HOWLETT Topic 14**:

The status of Mr. Elizarov's mortgage loan secured by the Subject Property in March of 2021, and the payment history of the same between February 2021 to April 2021.

**BOTW/HOWLETT Topic 15**:

Goldwater's communications with third parties regarding Goldwater's alleged interest in the Subject Property as follows:

    a.    Weststar Mortgage Corporation employee Melissa Melendez between February of 2021 through April 2021.

    b.    Escrow of the West between March 1, 2021 – April 15, 2021.

    c.    Howlett between March 1, 2021 to April 15, 2021.

    d.    Bank of the West between March 1, 2021 to April 15, 2021.

    e.    First American Title Insurance Company between March 1, 2021 to April 15, 2021.

**BOTW/HOWLETT Topic 16:**

When Goldwater learned the Deed of Trust was not recorded, and the actions Goldwater took to record the Deed of Trust.

**BOTW/HOWLETT Topic 17:**

Goldwater's relationship with Gregory Hill between May 1, 2019 to the present.

**BOTW/HOWLETT Topic 18:**

If Goldwater were to be successful on its Declaratory Judgment and Quite Title claims against Bank of the West and Howlett, the total amount of the lien Goldwater claims Bank of the West and Howlett are responsible for.

**BOTW/HOWLETT Topic 19:**

The total amount of attorneys' fees Goldwater has incurred to date in this action.

**ELIZROV Topic 1 (cumulative Topic 20)**

Information Mr. Elizarov provided to Goldwater between May 1, 2019 – July 31, 2019, in connection with Mr. Elizarov's application for a mortgage loan to be secured by certain real property located at 291 W. Overlook Road, Palm Springs, California 92264.

**ELIZROV Topic 2 (cumulative Topic 21)**

Information Mr. Elizarov provided to Goldwater between April 1, 2020 and May 5, 2020, in connection with Mr. Elizarov's May 5, 2020 mortgage forbearance application.

**ELIZROV Topic 3 (cumulative Topic 22)**

Goldwater's policies and procedures in place during May 1, 2019 – July 31, 2019, applicable to the review, underwriting, and approval of Mr. Elizarov's mortgage loan application in connection with certain real property located at 291 W. Overlook Road, Palm Springs, California 92264.

**ELIZROV Topic 4 (cumulative Topic 23)**

Goldwater's review, underwriting, and approval of Mr. Elizarov's mortgage loan application in connection with that certain real property located at 291 W. Overlook Road, Palm Springs, California 92264.

**ELIZROV Topic 5 (cumulative Topic 24)**

Goldwater's policies and procedures in place between April 1, 2020 and June 1, 2020, applicable to the review and approval of Mr. Elizarov's May 5, 2020

mortgage forbearance application.

**ELIZROV Topic 6 (cumulative Topic 25)**

Goldwater's review and approval of Mr. Elizarov's May 5, 2020 mortgage forbearance application.

**ELIZROV Topic 7 (cumulative Topic 26)**

Contracts or agreements between Goldwater and Weststar Mortgage Corporation concerning the servicing of Mr. Elizarov's mortgage loan secured by certain real property located at 291 W. Overlook Road, Palm Springs, California 92264 (the "Subject Property").

**ELIZROV Topic 8 (cumulative Topic 27)**

Goldwater's understanding of when Weststar Mortgage Corporation first began servicing Elizarov's mortgage loan secured by the Subject Property.

**ELIZROV Topic 9 (cumulative Topic 28)**

Goldwater's policies and procedures related to foreclosure during the 2021 calendar year, applicable to Mr. Elizarov's mortgage loan secured by the Subject Property. This topic is limited to the process Goldwater follows between the first lapsed mortgage payment and the initiation of a foreclosure action with the respective court.

**UNISON Topic 1 (cumulative Topic 29)**

The factual basis of Goldwater's Quite Title Cause of Action against Unison as of the filing of the First Amended Complaint.

**UNISON Topic 2 (cumulative Topic 30)**

The factual basis for continuing to maintain Goldwater's Quite Title Cause of Action against Unison.

**UNISON Topic 3 (cumulative Topic 31)**

The factual basis of Goldwater's Declaratory Judgment Claim against Unison as of the filing of the First Amended Complaint.

**UNISON Topic 4 (cumulative Topic 32)**

The factual basis for continuing to maintain Goldwater's Declaratory Judgment Claim against Unison.

**PLEASE TAKE FURTHER NOTICE** that the deposition will be an oral examination before a Certified Shorthand reporter in and for the State of California who is authorized to administer oaths and will be recorded stenographically, and will continue from day to day, Saturdays, Sundays, and holidays excluded, until completed. The deposition may be videotaped, and the videotape record of this deposition may be used at trial.

If the deponent requires the use of an interpreter, notify this office of such requirement at least five (5) days prior to the scheduled date of the deposition.

DATED: March 24, 2023         HALL GRIFFIN LLP

By: _____
Howard D. Hall
Jeremy T. Katz
Kasandra C. Goldberg
Attorneys for Defendant and Cross-Complainant SCOTT HOWLETT; Defendant BANK OF THE WEST

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of . I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

On March 24, 2023, I served the within document(s) described as**:**

**HOWLETT AND BANK OF THE WESTS' CROSS-NOTICE OF DEPOSITION TO PERSON MOST KNOWLEDGEABLE AT GOLDWATER BANK, N.A. AND REQUEST FOR PRODUCTION OF DOCUMENTS**

on each interested party in this action, as stated below:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL:** I caused a true copy of the document(s) to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date. My electronic notification address is varagon@hallgriffin.com. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 24, 2023, at Santa Ana, California.

_____
Veronica Aragon

**SERVICE LIST**
*Goldwater Bank, N.A. v. Artur Elizarov, et al.*
**Case No. 5:21-cv-00616-JWH-SP**

| | |
|---|---|
| Sean C. Wagner, Esq.<br>Derek M. Bast, Esq.<br>Abbey M. Krysak, Esq.<br>Wagner Hicks PLLC<br>831 E. Morehead St., Suite 860<br>Charlotte, NC 28202<br>(704) 705-7538; Fax: (704) 705-7787<br>sean.wagner@wagnerhicks.law<br>derek.bast@wagnerhicks.law<br>abbey.krysak@wagnerhicks.law<br>**Pro Hac Vice Attorneys for Plaintiff and Cross-Defendant Goldwater Bank. N.A.** | John Forest Hilbert, Esq.<br>Joseph A. LeVota, Esq.<br>Hilbert & Satterly LLP<br>409 Camino Del Rio South, Suite 104<br>San Diego, CA 92108<br>(619) 795-0300; Fax: (619) 501-6855<br>jhilbert@hscallaw.com<br>jlevota@hscallaw.com<br>trohner@hscallaw.com<br>sreyes@hscallaw.com<br>**Attorneys for Plaintiff and Cross-Defendant Goldwater Bank, N.A.** |
| Marie B. Maurice, Esq.<br>Marina Samson, Esq.<br>Ivie, McNeill, Wyatt, Purcell & Diggs<br>444 S. Flower St., Suite 1800<br>Los Angeles, CA 90071<br>(213) 489-0028; Fax: (213) 489-0552<br>mmaurice@imwlaw.com<br>msamson@imwlaw.com<br>**Attorneys for Plaintiff and Cross-Defendant Goldwater Bank. N.A.** | Ilya Alekseyeff, Esq.<br>LOIA, Inc. (APLC)<br>727 W. 7th St., PH 1-13<br>Los Angeles, CA 90017<br>(213) 537-4592<br>ilya@loia.legal<br>**Attorneys for Defendant and Cross-Defendant Artur Elizarov, and Defendant Ilya Alekseyeff (in Pro Per)** |