# EXHIBIT 6

**Kasandra Goldberg**

| | |
|---|---|
| **From:** | Jeremy Katz <JKatz@hallgriffin.com> |
| **Sent:** | Monday, May 15, 2023 11:14 AM |
| **To:** | 'Ilya ALEKSEYEFF'; Abbey Krysak |
| **Cc:** | Howard Hall; Veronica Aragon; Sean Wagner; Joseph A. Levota; Dallas Knierman; Kasandra Goldberg |
| **Subject:** | RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - Goldwater unilaterally suspending the 30(b)(6) deposition - meet and confer re Goldwater's improper instructions for the witness to withhold information |
| **Attachments:** | 2023.0515 JTK to Abbey re motion to compel Goldwaters further deposition testimony 4866-9297-1876 v.2.pdf |

Ms. Krysak,

Attached please find my letter dated May 15, 2023 regarding Goldwater improperly instructing the Rule 30(b)(6) witness to not answer questions during the May 12th deposition.    Please let me know your availability to meet and confer about that issue.

In addition, **please confirm that Goldwater will stipulate to continue the June 15, 2023 Deadline for Discovery** as to issues involving or arising from the Goldwater 30(b)(6) deposition.  Such a continuance is warranted given that:
1.  Goldwater _unilaterally_ suspended the May 12th  deposition of Goldwater 30(b)(6) witness; and
2.  Goldwater is now suggesting new deposition dates that are only two weeks in advance of the June 15th deadline.

Also:  will Goldwater still produce Ms. Overbeck as Goldwater's 30(b)(6) witness?  If not, who specifically will be the 30(b)(6) witness?  You must know the witness's identity already as you are offering new dates for the continued deposition.

I am available on May 24th and May 31st.   Based on Mr. Aleskeyeff's prior emails, it appears the only mutually available date is May 31st.



**Jeremy T. Katz**
**Attorney**

1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
jkatz@hallgriffin.com ▪ hallgriffin.com

---

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Monday, May 15, 2023 9:54 AM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Jeremy Katz <JKatz@hallgriffin.com>
**Cc:** Howard Hall <hdhall@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Joseph A. Levota <jlevota@hscallaw.com>; Dallas Knierman <dallas.knierman@wagnerhicks.law>; Kasandra Goldberg <KGoldberg@hallgriffin.com>
**Subject:** Re: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling Goldwater's PMK deposition

Good morning.

I can do May 31st.

**Ilya Alekseyeff, Esq.**
Attorney (CA, FL & NY)
**T:** (213)537-4592
**E:** ilya@loia.legal
801 S Hope St PH 14
Los Angeles, CA 90017

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Monday, May 15, 2023 8:57 AM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; Ilya ALEKSEYEFF <ilya@loia.legal>
**Cc:** Howard Hall <hdhall@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Joseph A. Levota <jlevota@hscallaw.com>; Dallas Knierman <dallas.knierman@wagnerhicks.law>; Kasandra Goldberg <KGoldberg@hallgriffin.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling Goldwater's PMK deposition

Counsel,

Pursuant to our agreement to provide additional dates for the 30(b)(6) deposition of Goldwater's corporate representative, we have obtained additional dates of availability which are Wednesday, May 24th, and Wednesday, May 31st.  Please let us know which of those dates works best for you.

Thank you,

Abbey Krysak


Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

**From:** Abbey Krysak
**Sent:** Thursday, March 23, 2023 12:47 PM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; 'Ilya ALEKSEYEFF' <ilya@loia.legal>
**Cc:** Howard Hall <hdhall@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Joseph A. Levota <jlevota@hscallaw.com>; Dallas Knierman <dallas.knierman@wagnerhicks.law>; Kasandra Goldberg <KGoldberg@hallgriffin.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling Goldwater's PMK deposition

Great.  Thank you, Mr. Katz.  May 12th is confirmed.


Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

**From:** Jeremy Katz <JKatz@hallgriffin.com>
**Sent:** Thursday, March 23, 2023 12:46 PM

**To:** 'Ilya ALEKSEYEFF' <ilya@loia.legal>; Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Cc:** Howard Hall <hdhall@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Joseph A. Levota <jlevota@hscallaw.com>; Dallas Knierman <dallas.knierman@wagnerhicks.law>; Kasandra Goldberg <KGoldberg@hallgriffin.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling Goldwater's PMK deposition

May 12th works for me.

I'll circulate a new deposition notice setting May 12th for Goldwater's Rule 30(b)(6) deposition  with the agreed upon topics.

Thanks everyone.



**Jeremy T. Katz**
**Attorney**
1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
jkatz@hallgriffin.com  ▪  hallgriffin.com

---

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Thursday, March 23, 2023 9:42 AM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Jeremy Katz <JKatz@hallgriffin.com>
**Cc:** Howard Hall <hdhall@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Joseph A. Levota <jlevota@hscallaw.com>; Dallas Knierman <dallas.knierman@wagnerhicks.law>; Kasandra Goldberg <KGoldberg@hallgriffin.com>
**Subject:** Re: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling Goldwater's PMK deposition

Thank you, Abbey.

May 12th works best for me.

Although you have still not identified who your witness will be, I assume it won't be either Egglie or G. Hill.  Therefore, we should plan to select a date for their respective depositions as well.  Based on my current estimates, I will require no more than a couple of hours for Egglie and no more than half a day for G. Hill.

I will send you proposed dates for Mr. Elizarov and me shortly.

Do you think it may be feasible to take both Mr. Elizarov's and my deposition on the same day since you have only two hours left to examine Mr. Elizarov, and I don't expect Jeremy to have many questions for him?  That may certainly simplify things.

Thank you.

**Ilya Alekseyeff, Esq.**
Attorney (CA, FL & NY)
**T:** (213)537-4592
**E:** ilya@loia.legal
801 S Hope St PH 14
Los Angeles, CA 90017

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Thursday, March 23, 2023 9:30 AM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; Ilya ALEKSEYEFF <ilya@loia.legal>
**Cc:** Howard Hall <hdhall@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner
<sean.wagner@wagnerhicks.law>; Joseph A. Levota <jlevota@hscallaw.com>; Dallas Knierman
<dallas.knierman@wagnerhicks.law>; Kasandra Goldberg <KGoldberg@hallgriffin.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling Goldwater's PMK deposition

Mr. Katz and Mr. Alekseyeff,

In response to your request, we have obtained new, proposed dates for the deposition of Goldwater's Rule 30(b)(6)
designee with respect to the agreed upon topics, and propose the following:  May 5th, May 10th, May 11th, or May 12th.
Please let us know which of those dates work.  For scheduling purposes, we anticipate that there will only be one
witness to testify on the agreed upon topics.

With respect to the depositions of Mr. Elizarov and yourself, Mr. Alekseyeff, we look forward to receiving proposed
dates.  With respect to your deposition, Mr. Alekseyeff, we anticipate that the deposition will take a full day.  Given your
limited availability in this case and the issues we've run into with scheduling in the past, we'd appreciate you providing
us with your and Mr. Elizarov's availability in short order so that we can arrange our schedules to accommodate you.

Thank you,

Abbey Krysak

Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

**From:** Jeremy Katz <JKatz@hallgriffin.com>
**Sent:** Wednesday, March 22, 2023 3:57 PM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Ilya Alekseyeff <ilya@loia.legal>; Nabil Bisharat
<nbisharat@orsusgate.com>
**Cc:** Howard Hall <hdhall@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner
<sean.wagner@wagnerhicks.law>; Joseph A. Levota <jlevota@hscallaw.com>; Dallas Knierman
<dallas.knierman@wagnerhicks.law>; Kasandra Goldberg <KGoldberg@hallgriffin.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling Goldwater's PMK deposition

Abbey,

Following up again. Can you please provide dates when Goldwater's PMK witness will be available for deposition?

Jeremy T. Katz
HallGriffin LLP
Phone: (714) 918-7000
jkatz@hallgriffin.com
[Sent from my mobile phone]

**From:** Ilya ALEKSEYEFF ilya@loia.legal
**Sent:** Monday, March 20, 2023 6:31 PM
**To:** Abbey Krysak abbey.krysak@wagnerhicks.law; Jeremy Katz JKatz@hallgriffin.com; Nabil Bisharat nbisharat@orsusgate.com
**Cc:** Howard Hall hdhall@hallgriffin.com; Veronica Aragon VAragon@hallgriffin.com; Sean Wagner sean.wagner@wagnerhicks.law; Joseph A. Levota jlevota@hscallaw.com; Dallas Knierman dallas.knierman@wagnerhicks.law; Kasandra Goldberg KGoldberg@hallgriffin.com
**Subject:** Re: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling Goldwater's PMK deposition

Yes, will do.

Also, have you identified the witnesses who will testify about the various topics that Jeremy and I have previously identified in the tentative notices?  If you have, then I must have missed your email and will appreciate it if you could re-send it to me.  If not, then please share the list as soon as possible because it will help us scheduling the dates.

Thank you.

**Ilya Alekseyeff, Esq.**
Attorney (CA, FL & NY)
**T:** (213)537-4592
**E:** ilya@loia.legal
801 S Hope St PH 14
Los Angeles, CA 90017

-------- Original message --------
From: Abbey Krysak <abbey.krysak@wagnerhicks.law>
Date: 3/20/23 10:02 AM (GMT-08:00)
To: Jeremy Katz <JKatz@hallgriffin.com>, Ilya Alekseyeff <ilya@loia.legal>, Nabil Bisharat <nbisharat@orsusgate.com>
Cc: Howard Hall <hdhall@hallgriffin.com>, Veronica Aragon <VAragon@hallgriffin.com>, Sean Wagner <sean.wagner@wagnerhicks.law>, "Joseph A. Levota" <jlevota@hscallaw.com>, Dallas Knierman <dallas.knierman@wagnerhicks.law>, Kasandra Goldberg <KGoldberg@hallgriffin.com>
Subject: RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling Goldwater's PMK deposition

Mr. Katz,

Of course.  I will obtain new availability and circle back.

We too would like to circle back on scheduling Mr. Alekseyeff and Mr. Elizarov's remaining depositions.  Mr. Alekseyeff, can you please send along your and Mr. Elizarov's availability for the same?

Thank you,

Abbey Krysak

Abbey Krysak
Wagner Hicks PLLC
704.705.7942

abbey.krysak@wagnerhicks.law

---

**From:** Jeremy Katz <JKatz@hallgriffin.com>
**Sent:** Thursday, March 16, 2023 1:50 PM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Ilya Alekseyeff <ilya@loia.legal>; Nabil Bisharat <nbisharat@orsusgate.com>
**Cc:** Howard Hall <hdhall@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Joseph A. Levota <jlevota@hscallaw.com>; Dallas Knierman <dallas.knierman@wagnerhicks.law>; Kasandra Goldberg <KGoldberg@hallgriffin.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling Goldwater's PMK deposition

Abbey,

Now that the court has extended the discovery cutoff (and in light of Ilya's upcoming medical unavailability), **can you please provide new dates when Goldwater's PMK witness will be available for deposition?**



**Jeremy T. Katz**
Attorney
1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
jkatz@hallgriffin.com ▪ hallgriffin.com

---

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Friday, February 10, 2023 12:40 PM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; Ilya Alekseyeff <ilya@loia.legal>; Nabil Bisharat <nbisharat@orsusgate.com>
**Cc:** Howard Hall <hdhall@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Joseph A. Levota <jlevota@hscallaw.com>; Dallas Knierman <dallas.knierman@wagnerhicks.law>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - post FRCP 30(B)(6) Meet & confer - still waiting to Goldwater to provide dates for its PMK deposition

Mr. Katz, Mr. Alekseyeff, and Mr. Bisharat,

I have not received any response with regard to the topics as set forth below, and thus, I understand the topics as prepared accurately represent the topics we agreed to on our call last month for Goldwater's PMK.

Based on those topics, and a review of schedules, we propose conducting Goldwater's PMK deposition the week of March 20th (March 20th -24th), or the following week, the week of March 27 – 31st. Please kindly confirm your availability for the same. We understand that these run slightly beyond the current discovery deadline of March 17, 2023. After an exhaustive review of schedules, these are the earliest dates available.

We'd also like to circle back on scheduling Mr. Alekseyeff and Mr. Elizarov's remaining depositions. Mr. Alekseyeff, can you please send along your and Mr. Elizarov's availability for the same?

Thank you all,

Abbey Krysak


Abbey Krysak
Wagner Hicks PLLC
704.705.7942

abbey.krysak@wagnerhicks.law

**From:** Abbey Krysak
**Sent:** Friday, January 27, 2023 4:04 PM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; jlevota@hscallaw.com
**Cc:** 'Ilya ALEKSEYEFF' <ilya@loia.legal>; Nabil Bisharat <nbisharat@orsusgate.com>; Ryan Thomason <RThomason@hallgriffin.com>; Howard Hall <hdhall@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - post FRCP 30(B)(6) Meet & confer - still waiting to Goldwater to provide dates for its PMK deposition

Mr. Katz, Mr. Alekseyeff, and Mr. Bisharat,

I apologize for the delay.  Unfortunately, I was diagnosed with COVID shortly after our meet and confer call, and I just returned to the office after a bout with the Virus.  I appreciate your patience and understanding here.

Thank you for taking the time to meet and confer with us in connection with the proposed topics of Goldwater's forthcoming PMK.  I have compiled the topics below which I believe are consistent with the agreements we reached on our call.  Also as discussed, these topics are subject to, and without in any waiving or intending to waive all questions as to relevancy, materiality, privilege, and admissibility as evidence for any purpose, and Goldwater does not concede the relevance or materiality of any topic or the subject matter to which any topic refers.  Goldwater further preserves its objections to the topics to the extent they seek to elicit information that is not within the possession, custody, or control of Goldwater.

Please review and confirm whether I have accurately represented the topics we agreed to on our call.  We have been working on identifying the appropriate designee(s), and I will circle back with proposed dates shortly.

Thanks all,

Abbey Krysak


**Elizarov Topics:**

Topic 1:
Information Mr. Elizarov provided to Goldwater between May 1, 2019 – July 31, 2019, in connection with Mr. Elizarov's application for a mortgage loan to be secured by certain real property located at 291 W. Overlook Road, Palm Springs, California 92264.
Topic 2:
Information Mr. Elizarov provided to Goldwater between April 1, 2020 and May 5, 2020, in connection with Mr. Elizarov's May 5, 2020 mortgage forbearance application.
Topic 3:
Goldwater's policies and procedures in place during May 1, 2019 – July 31, 2019, applicable to the review, underwriting, and approval of Mr. Elizarov's mortgage loan application in connection with certain real property located at 291 W. Overlook Road, Palm Springs, California 92264.
Topic 4:
Goldwater's review, underwriting, and approval of Mr. Elizarov's mortgage loan application in connection with that certain real property located at 291 W. Overlook Road, Palm Springs, California 92264.
Topic 5:
Goldwater's policies and procedures in place between April 1, 2020 and June 1, 2020, applicable to the review and approval of Mr. Elizarov's May 5, 2020 mortgage forbearance application.
Topic 6:
Goldwater's review and approval of Mr. Elizarov's May 5, 2020 mortgage forbearance application.

Topic 7:
Contracts or agreements between Goldwater and Weststar Mortgage Corporation concerning the servicing of Mr. Elizarov's mortgage loan secured by certain real property located at 291 W. Overlook Road, Palm Springs, California 92264 (the "Subject Property").

Topic 8:
Goldwater's understanding of when Weststar Mortgage Corporation first began servicing Elizarov's mortgage loan secured by the Subject Property.

Topic 9:
Goldwater's policies and procedures related to foreclosure during the 2021 calendar year, applicable to Mr. Elizarov's mortgage loan secured by the Subject Property.  This topic is limited to the process Goldwater follows between the first lapsed mortgage payment and the initiation of a foreclosure action with the respective court.


**BOTW/Howlett Topics:**

Topic 1:
The factual basis of Goldwater's Quite Title Cause of Action against BOTW/Howlett as of the filing of the First Amended Complaint.

Topic 2:
The factual basis for continuing to maintain Goldwater's Quite Title Cause of Action against BOTW/Howlett.

Topic 3:
The factual basis of Goldwater's Declaratory Judgment Claim against BOTW/Howlett as of the filing of the First Amended Complaint.

Topic 4:
The factual basis for continuing to maintain Goldwater's Declaratory Judgment Claim against BOTW/Howlett.

Topic 5:
Goldwater's policies and procedures for recording deeds of trust at the time of closing in place between May 1, 2019 and July 31, 2019, and applicable to the Deed of Trust executed by Mr. Elizarov.

Topic 6:
Goldwater's policies and procedures for recording deeds of trust post-closing between July 31, 2019 and August 30, 2019, and applicable to the Deed of Trust executed by Mr. Elizarov.

Topic 7:
Goldwater's policies and procedures in place between July 31, 2019 and April 15, 2021, regarding the custodial maintenance, handling and control of original documents applicable to the Deed of Trust executed by Mr. Elizarov and dated July 31, 2019.

Topic 8:
Goldwater's policies and procedures in place between May 1, 2019 and July 31, 2019, regarding the preparation, execution and recording of subordination agreements applicable to the subordination agreement at issue in this action.

Topic 9:
The relationship between Goldwater and Unison as it relates to the Subordination Agreement at issue in this action, Goldwater's involvement with the preparation of the Subordination Agreement, Goldwater's efforts, if any, to confirm that the information in the Subordination Agreement is accurate, Goldwater's efforts, if any, to obtain a copy of the Subordination Agreement as recorded, and if Goldwater drafted such agreement, why Goldwater's name does not appear in the Subordination Agreement.

Topic 10:
Goldwater's policies and procedures in place between in May of 2020 related to service transferring a loan to a new loan servicer applicable to Mr. Elizarov's mortgage loan secured by the Subject Property.

Topic 11:
When Goldwater came into possession, custody and control of the original wet-signed copy of Mr. Elizarov's Deed of Trust dated July 31, 2019, and the factual circumstances by which Goldwater came to be in possession, custody and control of the same.

Topic 12:

Goldwater's policies and procedures in place between May 1, 2019 and July 31, 2019, with respect to obtaining a lender's policy of title insurance as applicable to Mr. Elizarov's mortgage loan secured by the Subject Property.
Topic 13:
Goldwater's policies and procedures in place on July 31, 2019, with respect to confirming that Goldwater's escrow instructions were followed post-closing, as applicable to Mr. Elizarov's mortgage on the Subject Property.
Topic 14:
The status of Mr. Elizarov's mortgage loan secured by the Subject Property in March of 2021, and the payment history of the same between February 2021 to April 2021.
Topic 15:
Goldwater's communications with third parties regarding Goldwater's alleged interest in the Subject Property as follows:
a.      Weststar Mortgage Corporation employee Melissa Melendez between February of 2021 through April 2021.
b.      Escrow of the West between March 1, 2021 – April 15, 2021.
c.       Howlett between March 1, 2021 to April 15, 2021.
d.      Bank of the West between March 1, 2021 to April 15, 2021.
e.      First American Title Insurance Company between March 1, 2021 to April 15, 2021.
Topic 16:
When Goldwater learned the Deed of Trust was not recorded, and the actions Goldwater took to record the Deed of Trust.
Topic 17:
Goldwater's relationship with Gregory Hill between May 1, 2019 to the present.
Topic 18:
If Goldwater were to be successful on its Declaratory Judgment and Quite Title claims against Bank of the West and Howlett, the total amount of the lien Goldwater claims Bank of the West and Howlett are responsible for.
Topic 19:
The total amount of attorneys fees Goldwater has incurred to date in this action.


**Unison Topics:**
Topic 1:
The factual basis of Goldwater's Quite Title Cause of Action against Unison as of the filing of the First Amended Complaint.
Topic 2:
The factual basis for continuing to maintain Goldwater's Quite Title Cause of Action against Unison.
Topic 3:
The factual basis of Goldwater's Declaratory Judgment Claim against Unison as of the filing of the First Amended Complaint.
Topic 4:
The factual basis for continuing to maintain Goldwater's Declaratory Judgment Claim against Unison.




Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

---

**From:** Jeremy Katz <JKatz@hallgriffin.com>
**Sent:** Wednesday, January 25, 2023 12:34 PM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Sean Wagner <sean.wagner@wagnerhicks.law>; jlevota@hscallaw.com
**Cc:** 'Ilya ALEKSEYEFF' <ilya@loia.legal>; Nabil Bisharat <nbisharat@orsusgate.com>; Ryan Thomason

<RThomason@hallgriffin.com>; Howard Hall <hdhall@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>;
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - post FRCP 30(B)(6) Meet & confer - still waiting to Goldwater to provide dates for its PMK deposition

Abbey, Sean, and Joe,

It has been two weeks since the parties' FRCP 30(b)(6) meet and confer regarding topics for the Goldwater PMK deposition.    You (collectively) were supposed to provide dates when Goldwater's PMK witness(es) would be available for deposition.   We still have not received any such dates.

Please confirm the specific dates when Goldwater's PMK witness(es) will be available so that I can issue Howlett & BOTW's cross-notice of Goldwater's PMK deposition.



**Jeremy T. Katz**
**Attorney**
1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
jkatz@hallgriffin.com ▪ hallgriffin.com

---

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Wednesday, January 18, 2023 9:49 AM
**To:** Nabil Bisharat <nbisharat@orsusgate.com>; Abbey Krysak <abbey.krysak@wagnerhicks.law>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; jlevota@hscallaw.com
**Subject:** Re: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Nabil,

I haven't received anything from Abbey yet.

Abbey, do you have an update?

Get Outlook for iOS

---

**From:** Nabil Bisharat <nbisharat@orsusgate.com>
**Sent:** Wednesday, January 18, 2023 9:31:26 AM
**To:** Ilya ALEKSEYEFF <ilya@loia.legal>; Abbey Krysak <abbey.krysak@wagnerhicks.law>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; jlevota@hscallaw.com <jlevota@hscallaw.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Hi Abbey,

I think I may have gotten dropped from this email chain – did your email below ever go out?  If so, please forward to me.

Thank you,
Nabil

Nabil Bisharat | Orsus Gate LLP
(213) 373-4357 | nbisharat@orsusgate.com

* * *

Please Note: This message may contain privileged or confidential communications. If you received it in error, please notify the sender and then delete the message immediately.

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Friday, January 13, 2023 5:46 AM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Nabil Bisharat <nbisharat@orsusgate.com>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; jlevota@hscallaw.com
**Subject:** Re: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Thank you, Abbey.

Get Outlook for iOS

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Friday, January 13, 2023 5:45:18 AM
**To:** Nabil Bisharat <nbisharat@orsusgate.com>; Ilya ALEKSEYEFF <ilya@loia.legal>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; jlevota@hscallaw.com
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Mr. Alekseyeff and Mr. Katz,

Thank you for meeting with us this week to discuss the Goldwater PMK topics.  I apologize for the brief delay in getting the draft topics back to you.  I will have them over to the group later today for your review.

Thank you,

Abbey Krysak


Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

**From:** Abbey Krysak
**Sent:** Tuesday, January 10, 2023 1:07 PM
**To:** Nabil Bisharat <nbisharat@orsusgate.com>; Ilya ALEKSEYEFF <ilya@loia.legal>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; jlevota@hscallaw.com
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Great.  Thanks all.  We confirm that our meet and confer will be moved to tomorrow at 11 am PST.  Our office will send out an updated invite and link shortly.

Abbey Krysak


Abbey Krysak

Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

---

**From:** Nabil Bisharat <nbisharat@orsusgate.com>
**Sent:** Tuesday, January 10, 2023 1:07 PM
**To:** Ilya ALEKSEYEFF <ilya@loia.legal>; Abbey Krysak <abbey.krysak@wagnerhicks.law>; Jeremy Katz
<JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason
<RThomason@hallgriffin.com>; jlevota@hscallaw.com
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's
PMK deposition

All, I am unable to attend a call tomorrow but my input on the PMK topics is minimal.  So if tomorrow is when it
needs to move forward, feel free to do so without me.

Thanks,
Nabil

Nabil Bisharat | Orsus Gate LLP
(213) 373-4357 | nbisharat@orsusgate.com
www.OrsusGate.com

* * *

Please Note: This message may contain privileged or confidential communications. If you received it in error, please notify the sender and then delete the message immediately.

---

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Tuesday, January 10, 2023 10:04 AM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner
<sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; Nabil Bisharat
<nbisharat@orsusgate.com>; jlevota@hscallaw.com
**Subject:** Re: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's
PMK deposition

I have nothing on calendar tomorrow. So yes, tomorrow will be safer. I apologize for this scheduling snafu.

Get Outlook for iOS

---

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Tuesday, January 10, 2023 9:29:52 AM
**To:** Ilya ALEKSEYEFF <ilya@loia.legal>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner
<sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com
<nbisharat@orsusgate.com>; jlevota@hscallaw.com <jlevota@hscallaw.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's
PMK deposition

Mr. Alekseyeff,

Thank you for letting us know.  Would it be better if we rescheduled?  Perhaps we should as we are happy to
accommodate you.  We are available tomorrow between 11am and 1 pm PST, and Friday between 12pm – 2pm PST.  If
not, we are also available on Monday January 16th, between 10 am and 11am PST, and Tuesday the 17th between 11am
and 1pm PST.

Thank you,

Abbey Krysak

Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

---

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Tuesday, January 10, 2023 11:05 AM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com; jlevota@hscallaw.com
**Subject:** Re: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Good morning.

It appears that in my ten-day absence, my office added six more cases to my calendar today:

| | | | | |
|---|---|---|---|---|
| 1 | GA111304 | BROWN, JUSTIN | DCPR | D |
| 2 | GA111519 | DAVIS, KEITH | PRETRIAL | G |
| 3 | GA113267 | DIAZ, FABIO | PRETRIAL | C |
| 4 | GA112815 | FLORES, ANAHY | PROG-RPT | G |
| 5 | GA108712 | HAINLEN, JAIME | PRETRIAL | G |
| 6 | BA498590 | LUNA, DANIS | PROG-RPT | D |
| 7 | GA111924 | LUNA, DANIS | DCPR N/A | D |
| 8 | GA112060 | MARTINEZ, DEBRA | EDP/PHC | D |

I will do my absolute best to get these done by 11:30 am, but there is a small chance that I may run a little late.

Thank you.

**Ilya Alekseyeff, Esq.**
Attorney (CA, FL & NY)
**T:** (213)537-4592
**E:** ilya@loia.legal
727 W 7th St PH 1-13
Los Angeles, CA 90017

---

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Thursday, January 5, 2023 9:58 AM
**To:** Ilya ALEKSEYEFF <ilya@loia.legal>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com <nbisharat@orsusgate.com>; jlevota@hscallaw.com <jlevota@hscallaw.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Mr. Alekseyeff,

Our office will send the invite out shortly.

Thank you,

Abbey Krysak


Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

---

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Thursday, January 5, 2023 12:56 PM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; Abbey Krysak <abbey.krysak@wagnerhicks.law>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com; jlevota@hscallaw.com
**Subject:** Re: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Perfect!

Abbey, will you share the Teams link, please?

Get Outlook for iOS

---

**From:** Jeremy Katz <JKatz@hallgriffin.com>
**Sent:** Thursday, January 5, 2023 9:54:45 AM
**To:** 'Abbey Krysak' <abbey.krysak@wagnerhicks.law>; Ilya ALEKSEYEFF <ilya@loia.legal>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com <nbisharat@orsusgate.com>; jlevota@hscallaw.com <jlevota@hscallaw.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

11:30am PST on 1/10/23 works for me.



**Jeremy T. Katz**
**Attorney**
1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
jkatz@hallgriffin.com ▪ hallgriffin.com

---

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Thursday, January 5, 2023 9:53 AM
**To:** Ilya ALEKSEYEFF <ilya@loia.legal>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com;

jlevota@hscallaw.com
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Mr. Alekseyeff:  Yes, 11:30am PST on 1/10/23 works for Goldwater.

Mr. Katz:  Does that work for you as well?

If so, we are happy to send along a Microsoft Teams calendar invite.

Abbey Krysak


Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

---

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Thursday, January 5, 2023 12:40 PM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com; jlevota@hscallaw.com
**Subject:** Re: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Good morning.

So sorry about the late response. I was out of the country with spotty internet.

Is it possible to have a conference at 11:30 instead? I have a few matters on calendar and want to make sure I finish calling them before we have the conference.

Get Outlook for iOS

---

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Wednesday, January 4, 2023 9:24:24 AM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; Ilya ALEKSEYEFF <ilya@loia.legal>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com <nbisharat@orsusgate.com>; jlevota@hscallaw.com <jlevota@hscallaw.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Mr. Katz,

Thank you for providing your availability.  That time (1/10/23 at 11am PST) still works for Goldwater.

Mr. Alekseyeff:  Does that time work for you?

Thank you,

Abbey Krysak

Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

---

**From:** Jeremy Katz <JKatz@hallgriffin.com>
**Sent:** Tuesday, January 3, 2023 7:50 PM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Ilya ALEKSEYEFF <ilya@loia.legal>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com; jlevota@hscallaw.com
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - scheduling the "meet and confer" re topic for Goldwater's PMK deposition

Hello all,

Circling back on this:  I am available on 1/10/22 at 11am PST for a "meet and confer" re: topics for Goldwater's PMK deposition.

Please confirm that this time also works for everyone else.



**Jeremy T. Katz**
**Attorney**
1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 • Facsimile: (714) 918-6996
jkatz@hallgriffin.com ▪ hallgriffin.com

---

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Tuesday, December 20, 2022 10:11 AM
**To:** Ilya ALEKSEYEFF <ilya@loia.legal>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com; jlevota@hscallaw.com
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - depositions - CONFIDENTIAL

Mr. Alekseyeff,

Yes, we do need to schedule a meet and confer with respect to Goldwater's PMK and the topics raised therein.  We are available for a meet and confer on January 10th between 11am and 2pm PST, and again on January 12th between 11am and 2pm PST.  Please let us know what works best for you, Mr. Alekseyeff.

Thank you,

Abbey Krysak


Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

**From:** Ilya ALEKSEYEFF <ilya@loia.legal>
**Sent:** Tuesday, December 20, 2022 12:33 PM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Jeremy Katz <JKatz@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com; jlevota@hscallaw.com
**Subject:** Re: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - depositions - CONFIDENTIAL

Thank you, Abbey.

We also need to finalize Goldwater PMK depo.

Get Outlook for iOS

---

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Tuesday, December 20, 2022 9:29:26 AM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; Ilya ALEKSEYEFF <ilya@loia.legal>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com <nbisharat@orsusgate.com>; jlevota@hscallaw.com <jlevota@hscallaw.com>
**Subject:** RE: Goldwater v. Elizarov et al, CACD 5:21-cv-616 - depositions - CONFIDENTIAL

All,

In light of the scheduling conflicts, impending holidays, and the Court's recent modification of the Scheduling Order, Goldwater agrees to postpone Mr. Elizarov's deposition until after the holidays, and postpone Mr. Alekseyeff's deposition until a later date.  Accordingly, Goldwater hereby withdraws its Amended Notices of Deposition for Mr. Alekseyeff (January 6) and Mr. Elizarov (December 21).

Mr. Alekseyeff: Please forward along new, proposed dates for both you and Mr. Elizarov.

Thank you,

Abbey Krysak



Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

---

**From:** Jeremy Katz <JKatz@hallgriffin.com>
**Sent:** Tuesday, December 20, 2022 12:25 PM
**To:** 'Ilya ALEKSEYEFF' <ilya@loia.legal>; Sean Wagner <sean.wagner@wagnerhicks.law>; Ryan Thomason <RThomason@hallgriffin.com>; nbisharat@orsusgate.com; jlevota@hscallaw.com; Abbey Krysak <
...

Email truncated



1851 EAST FIRST STREET, 10TH FLOOR, SANTA ANA, CALIFORNIA 92705-4052
p. 714.918.7000   fx. 714.918.6996   www.hallgriffin.com   info@hallgriffin.com

Jeremy T. Katz, Attorney
jkatz@hallgriffin.com

May 15, 2023

<u>**VIA E-MAIL**</u>

Abbey M. Krysak, Esq.
Wagner Hicks PLLC
831 E. Morehead St., Suite 860
Charlotte, NC 28202
(704) 705-7538;
abbey.krysak@wagnerhicks.law

  Re: ***Goldwater Bank, N.A. v. Arthur Elizarov, et al.***
    Our File No.: 02799.0069
    *Meet and Confer re Goldwater's improper instruction to the 30(b)(6) witness during the May 12, 2023 deposition*

Dear Ms. Krysak,

  As you are aware, on May 12, 2023, Goldwater produced Ms. Overbeck as its designated 30(b)(6) witness.  Ms. Overbeck testified that she is the Senior Vice President of Goldwater's residential mortgage division operations.

  During that deposition you repeatedly instructed the witness not to answer my questions on the grounds that the questions were allegedly outside the scope of the designated 30(b)(6) topics, and even though the questions sought non-privileged information.  **That instruction was improper.**

  Rule 30(c)(2) ("An objection at the time of the examination—whether to evidence, to a party's conduct, to the officer's qualifications, to the manner of taking the deposition, or to any other aspect of the deposition—must be noted on the record, but the examination still proceeds; *the testimony is taken subject to any objection.* An objection must be stated concisely in a nonargumentative and nonsuggestive manner. A person may instruct a deponent not to answer only when necessary to preserve a

HALL GRIFFIN

A. Krysak
May 15, 2023
Page 2

privilege, to enforce a limitation ordered by the court, or to present a motion under Rule 30(d)(3)." (emphasis added).

As explained in *Mahe*,

> Rule 30(b)(6) provides that a party must describe with "reasonable particularity" the matters for examination in its notice of deposition. The person designated must testify about information known or reasonably available to the organization. The Court agrees with Defendant CTA that the information regarding the butyl/halobutyl and antioxidant content of the Subject Tire was outside the scope of the categories identified and the documents requested for the PMQ deposition. However, the "reasonable particularity" requirement has been interpreted to mean that the description of the scope of the deposition in the notice is the minimum about which the witness must be prepared to testify, not the maximum. If the examining party asks questions outside the scope of the matters described in the notice, the general deposition rules govern (i.e. Fed. R. Civ. P. 26(b)(1)), so that relevant questions may be asked and no special protection is conferred on a deponent by virtue of the fact that the deposition was noticed under [Rule] 30(b)(6). . . . However, if the deponent does not know the answer to questions outside the scope of the matters described in the notice, then that is the examining party's problem. As a result, ***Rule 30(b)(6) is not to be used to limit what is asked of a designated witness at deposition***. Once the witness satisfies the minimum standard, the scope of the deposition is determined solely by relevance under Rule 26, that is, that the evidence sought may lead to the discovery of admissible evidence.

HALL GRIFFIN

A. Krysak
May 15, 2023
Page 3


*Mahe v. Cont'l Tire the Ams., LLC* (C.D.Cal. Apr. 23, 2012, No. EDCV 10-
1744-DSF (OPx)) 2012 U.S.Dist.LEXIS 200334, at *14-*15 (emphasis
added, internal citations and quotations omitted).[1]

        If you have any authority to the contrary, please provide it.  Please
also let me know your availability to meet and confer about this issue.

                                            Very truly yours,



                                            Jeremy T. Katz


JTK:kcg
CC:   Ilya Alekseyeff, Esq. (ilya@loia.legal)
        Joseph A. LeVota, Esq.  (jlevota@hscallaw.com)
        Sean Wagner (sean.wagner@wagnerhicks.law)

---

[1] Accord *Detoy v. City and Cnty. of San Francisco*, 196 F.R.D. 362,
367 (N.D. Cal. 2000); *Cal. Found. for Indep. Living Ctrs. v. Cnty. of
Sacramento*, 142 F. Supp. 3d 1035, 1046 (E.D.Cal. 2015); *Icon Enters. Int'l
v. Am. Prods. Co.* (C.D.Cal. Oct. 7, 2004, No. CV 04-1240 SVW (PLAx))
2004 U.S.Dist.LEXIS 31080, at *20 ("the Court will not exclude any
testimony on the grounds that it went beyond the designated topics. Any
answer elicited in response to a question beyond the designated topics will
stand as testimony on the part of the individual fact witness.")