# **EXHIBIT 12**

# Kasandra Goldberg

| | |
|---|---|
| **From:** | Jeremy Katz |
| **Sent:** | Thursday, May 18, 2023 5:14 PM |
| **To:** | 'Abbey Krysak'; Veronica Aragon; Sean Wagner; 'jhilbert@hscallaw.com'; 'jlevota@hscallaw.com'; 'trohner@hscallaw.com'; 'sreyes@hscallaw.com'; 'mmaurice@imwlaw.com'; 'msamson@imwlaw.com' |
| **Cc:** | Kasandra Goldberg; Vicki Richardson; Daniela Escobedo; Howard Hall |
| **Subject:** | RE: Goldwater Bank, N.A. v. Artur Elizarov, et al. - ongoing defects in Goldwater's supplemental responses to RFP Set 6. |
| **Attachments:** | 2023.0518 JTK to Abbey re uncured defects in Goldwaters supplemental responses to RFP Set 6.pdf |

Ms. Krysak,

You are not responding to the inquiries that I actually posed. Perhaps you should re-read the May 8, 2023 email (below) which confirms the details of our May 8th conference of counsel. Also, this email and the attached correspondence explain why Goldwater's supplemental responses to not contain the information that you agreed to provide. Critically, FRCP Rule 34(b)(2)(c) requires the responding party to specify whether any responsive materials are being withheld on the basis of an objection.

### RFP Nos. 90 and 94.

Goldwater's initial responses to RFP Nos. 90 and 94 asserted a host of objections and then state that Goldwater has produced *some* responsive documents. But the original response does not clarify whether Goldwater has produced <u>all</u> responsive non-privileged documents or whether any responsive documents are being withheld based on an objection. During our May 8, 2023 conference of counsel, I asked you to confirm whether Goldwater had any *additional* documents responsive to RFP Nos. 90 and 94. I also sent you the attached email dated May 8, 2023 confirming the details of that conference, including that "You are going to check and see whether Goldwater has any further documents responsive to RFP Nos. 90 and 94, and you will provide the information (and any responsive documents) in advance of Goldwater's 5/12/23 PMK deposition." You did not provide that information in advance of the May 12th PMK deposition, *and you still have not provided it*.

Today, you circulated Goldwater's Supplemental Responses to RFP Set 6 (including RFP Nos. 90 and 94.) *Those supplemental responses still fail to clarify whether Goldwater has produced <u>all</u> of the responsive documents, or whether Goldwater is withholding any responsive documents based on the asserted objections*. You email below sheds zero light on that mystery.

### RFP Nos. 77, 79, 80 and 84

During our May 8th conference of counsel—and as confirmed by my May 8th email—you told me that Goldwater is withholding documents responsive to RFP Nos. 77, 79, 80 and 84 based on the asserted objections. Goldwater's supplemental responses assert objections and state that Goldwater is not producing any documents. Still missing, however, is any confirmation that Goldwater is *withholding* responsive documents. This again violates Rule 34(b)(2)(c).

### RFP Nos. 83, 85, 86, 87, 89 and 91

During our May 8th conference of counsel—and as confirmed by my May 8th email—you agreed to supplement Goldwater's response to RFP Nos. 83, 85, 86, 87, 89 and 91 to clarify that Goldwater to clarify that Goldwater does <u>not</u> have possession of any responsive documents. Goldwater's supplemental responses to those RFPs assert objections and state that Goldwater is not producing any documents. But the supplemental response do not state that Goldwater has no responsive documents in the first instance. Moreover, the ongoing objections make it appear as if Goldwater is

1

indeed withholding responsive documents notwithstanding your prior representations that no responsive documents exist.

**RFP Nos. 88, and 93,**
During our May 8th conference of counsel—and as confirmed by my May 8th email—you agreed to supplement Goldwater's response to RFP Nos. 88 and 93 to clarify that Goldwater has produced "all" responsive non-privileged documents. The supplemental responses to RFP Nos. 88 and 93 again assert objections but still fail to clarify whether or not Goldwater is withholding any responsive documents based on those objections.

We're already had a conference of counsel about these defects. These should be easy fixes. Why isn't Goldwater fixing the problems that you agreed to fix?



**Jeremy T. Katz**
Attorney

1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
jkatz@hallgriffin.com ▪ hallgriffin.com

---

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Thursday, May 18, 2023 4:11 PM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; 'jhilbert@hscallaw.com' <jhilbert@hscallaw.com>; 'jlevota@hscallaw.com' <jlevota@hscallaw.com>; 'trohner@hscallaw.com' <trohner@hscallaw.com>; 'sreyes@hscallaw.com' <sreyes@hscallaw.com>; 'mmaurice@imwlaw.com' <mmaurice@imwlaw.com>; 'msamson@imwlaw.com' <msamson@imwlaw.com>
**Cc:** Kasandra Goldberg <KGoldberg@hallgriffin.com>; Vicki Richardson <VRichardson@hallgriffin.com>; Daniela Escobedo <DEscobedo@hallgriffin.com>; Howard Hall <hdhall@hallgriffin.com>
**Subject:** RE: Goldwater Bank, N.A. v. Artur Elizarov, et al. - Goldwater's missing supplemental responses to BOTW's RFP Set 6

Mr. Katz,

We also wanted to take a moment to address Goldwater's responses to your questions regarding RFPD's Numbers 90 and 94. More specifically, BOTW and Howlett contended that, despite Goldwater's responses that non-privileged, responsive documents had been previously produced in connection with these requests, you did not believe Goldwater had produced any documents. We went back and reviewed our production again in good faith in response to your inquiry, and found the following bates numbered documents that were produced last year: Goldwater_001060-Goldwater_001069; Goldwater_001119-Goldwater_001120. We also noted that Goldwater_001119-Goldwater001120 was discussed at Mr. Pete Hill's deposition last year as well.

We also noted that these documents were located within pages of the Email chain you asked us about on May 5, 2023 (Goldwater_001099), which was the same day that BOTW and Howlett asserted that Goldwater had not produced any of its responsive communications with Stewart Title (Goldwater_001119-Goldwater001120). We respectfully ask that, moving forward, you review Goldwater's prior productions before asserting that no such documents were produced, to ensure we remain efficient with our time and sufficiently narrow our discussions to matters at issue.

Thank you,

Abbey Krysak

Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

---

**From:** Abbey Krysak
**Sent:** Thursday, May 18, 2023 6:44 PM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; 'jhilbert@hscallaw.com' <jhilbert@hscallaw.com>; 'jlevota@hscallaw.com' <jlevota@hscallaw.com>; 'trohner@hscallaw.com' <trohner@hscallaw.com>; 'sreyes@hscallaw.com' <sreyes@hscallaw.com>; 'mmaurice@imwlaw.com' <mmaurice@imwlaw.com>; 'msamson@imwlaw.com' <msamson@imwlaw.com>
**Cc:** Kasandra Goldberg <KGoldberg@hallgriffin.com>; Vicki Richardson <VRichardson@hallgriffin.com>; Daniela Escobedo <DEscobedo@hallgriffin.com>; Howard Hall <hdhall@hallgriffin.com>
**Subject:** RE: Goldwater Bank, N.A. v. Artur Elizarov, et al. - Goldwater's missing supplemental responses to BOTW's RFP Set 6

Mr. Katz,

Please see Goldwater's Supplemental Responses to Bank of the West's and Howlett's Sixth Set of Requests for Production of Documents.  We have supplemented our responses in good faith in compliance with our obligations under Rule 34.

Thank you,

Abbey Krysak


Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

---

**From:** Jeremy Katz <JKatz@hallgriffin.com>
**Sent:** Monday, May 15, 2023 5:02 PM
**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; 'jhilbert@hscallaw.com' <jhilbert@hscallaw.com>; 'jlevota@hscallaw.com' <jlevota@hscallaw.com>; 'trohner@hscallaw.com' <trohner@hscallaw.com>; 'sreyes@hscallaw.com' <sreyes@hscallaw.com>; 'mmaurice@imwlaw.com' <mmaurice@imwlaw.com>; 'msamson@imwlaw.com' <msamson@imwlaw.com>
**Cc:** Kasandra Goldberg <KGoldberg@hallgriffin.com>; Vicki Richardson <VRichardson@hallgriffin.com>; Daniela Escobedo <DEscobedo@hallgriffin.com>; Howard Hall <hdhall@hallgriffin.com>
**Subject:** RE: Goldwater Bank, N.A. v. Artur Elizarov, et al. - Goldwater's missing supplemental responses to BOTW's RFP Set 6

Ms. Krysak,

Following up on the email below.   We still have not received the items you promised to deliver during the May 8, 2023 "meet and confer" session.

By what specific date will we receive Goldwater's promised supplemental responses to BOTW's RFP Set 6?

By what specific date will we receive confirmation as to whether Goldwater has any further documents responsive to Goldwater RFP Nos. 90 and 94?



**Jeremy T. Katz**
Attorney

1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
jkatz@hallgriffin.com ▪ hallgriffin.com

---

**From:** Jeremy Katz
**Sent:** Monday, May 8, 2023 9:45 AM
**To:** 'Abbey Krysak' <abbey.krysak@wagnerhicks.law>; Veronica Aragon <VAragon@hallgriffin.com>; 'Sean Wagner' <sean.wagner@wagnerhicks.law>; 'jhilbert@hscallaw.com' <jhilbert@hscallaw.com>; 'jlevota@hscallaw.com' <jlevota@hscallaw.com>; 'trohner@hscallaw.com' <trohner@hscallaw.com>; 'sreyes@hscallaw.com' <sreyes@hscallaw.com>; 'mmaurice@imwlaw.com' <mmaurice@imwlaw.com>; 'msamson@imwlaw.com' <msamson@imwlaw.com>
**Cc:** Kasandra Goldberg <KGoldberg@hallgriffin.com>; Vicki Richardson <VRichardson@hallgriffin.com>; Daniela Escobedo <DEscobedo@hallgriffin.com>; Howard Hall <hdhall@hallgriffin.com>
**Subject:** RE: Goldwater Bank, N.A. v. Artur Elizarov, et al. - Request for Production of Documents, Set 6; Notice of Deposition of Goldwater's PMK Attached

Ms. Krysak,

This email confirms the details of today's "meet and confer" call regarding Goldwater's response to BOTW's RFPs, Set 6.

- The disputed term "agreement" will be construed broadly.
- The disputed term "onboarding" will be construed to collectively mean the application process, the closing process, and the post-closing process for the loan (similar to how Brittney Shaw described the process applicable to Goldwater's commercial lending division).
- We partially resolved Goldwater's "undue burden" objection because BOTW is not seeking every single document that refers to a policy/procedure. Instead, BOTW is seeking documents sufficient to articulate the policy/procedure.
- **Goldwater is standing on its relevancy objections. Goldwater also contends that producing a non-relevant document constitutes an undue burden.**
- **Based on its objections, Goldwater is withholding non-privileged documents that are responsive to RFP Nos. 77, 79, 80, and 84,**
- Goldwater will amend its response to RFP Nos. 83, 85, 86, 87, 89 and 91 to clarify that Goldwater does not have possession/custody/control of any non-privileged responsive documents.
- Goldwater will amend its response to RFP Nos. 88, 92, 93, 95, and 96 to clarify that Goldwater has produced "all" responsive non-privileged documents.
- You are going to check and see whether Goldwater has any further documents responsive to RFP Nos. 90 and 94, and you will provide the information (and any responsive documents) in advance of Goldwater's 5/12/23 PMK deposition.

Please let me know if this does not match your understanding of today's meet and confer call.



**Jeremy T. Katz**
**Attorney**

1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
jkatz@hallgriffin.com ▪ hallgriffin.com

---

**From:** Jeremy Katz
**Sent:** Friday, May 5, 2023 12:49 PM
**To:** 'Abbey Krysak' <abbey.krysak@wagnerhicks.law>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; 'jhilbert@hscallaw.com' <jhilbert@hscallaw.com>; 'jlevota@hscallaw.com' <jlevota@hscallaw.com>; 'trohner@hscallaw.com' <trohner@hscallaw.com>; 'sreyes@hscallaw.com' <sreyes@hscallaw.com>; 'mmaurice@imwlaw.com' <mmaurice@imwlaw.com>; 'msamson@imwlaw.com' <msamson@imwlaw.com>
**Cc:** Kasandra Goldberg <KGoldberg@hallgriffin.com>; Vicki Richardson <VRichardson@hallgriffin.com>; Daniela Escobedo <DEscobedo@hallgriffin.com>; Howard Hall <hdhall@hallgriffin.com>
**Subject:** RE: Goldwater Bank, N.A. v. Artur Elizarov, et al. - Request for Production of Documents, Set 6; Notice of Deposition of Goldwater's PMK Attached

Ms. Krysak,

We'll reserve Monday, 5/08/23, at 9am PST/noon EST for the meet and confer call re Goldwater's deficient response to BOTW's RFP Set 6.

**In response to your inquiry, each of Goldwater's responses is deficient:**
- Goldwater's response to each of the RFPs fail to clarify whether any responsive documents are being withheld based on the asserted objections.  FRCP 34(2)(c).
- Goldwater's responses to RFP Nos. 88, 90, 92,  93, 94, 95, and 96 assert that *some* responsive documents have already been produced, but they do not clarify whether <u>all</u> of the responsive document have been produced.
- The relevancy objections in each of the RFP responses are not well taken for reasons we have previously discussed regarding WestStar's similar objection.
- The overbroad/undue burden objections are not well taken because we are seeking *at least one document* articulating the responsive policies & procedures.  We are not (as Goldwater contends) seeking every single document that relates to those policies & procedures.
- The objection to the term "agreement" as being vague/ambiguous is not well taken.  (RFP Nos. 81, 82.)
- The objection to the term "onboarding"  (response to RFP 77,  86) is not well taken given our 4/21/23  email exchange in which we mutually agreed to a definition of "onboarding", and because Goldwater's employee Brittany Shaw has already testified about Goldwater's policies and procedures for onboarding a *commercial* loan.
- Re RFP 83:  Goldwater's vagueness/ambiguity objections to the term "responsibilities" are made in bad faith.  Per Goldwater's operative pleading: " On or around May 2020, Goldwater transferred **responsibilities** for servicing the Goldwater Loan to an affiliated entity named Weststar."  (FAC, ¶ 37 (emphasis added).)   That allegation places WestStar's "responsibilities" at issue, and show Goldwater understands what the term "responsibilities" means.
- Goldwater's objection to RFP Nos. 85, 86, 87, 89, 91 (on the grounds that those RFPS seek documents that are not in Goldwater's custody, possession, or control) is not well taken given that each of those RFPs only seeks documents "to the extent such documents are in Goldwater's possession, custody, or control."
- As to RFP 94  (Goldwater's external communications with Stewart Title about the loan), Goldwater already agreed to produce all of its external communications about the loan. (See the response RFP No. 9.)  Please correct me if I'm wrong, *but Goldwater did not produce <u>any</u> of its responsive communications with Stewart Title.*   We know Goldwater's production was incomplete because Steward Title produced some records

showing it was communicating with Goldwater about the loan during the pertinent time period. (See Stewart0053). Accordingly, Goldwater has no valid grounds to object to RFP No. 94, and certainly no valid reason to continue withholding its responsive communications with Stewart Title.

I look forward to our meet and confer call on Monday.



**Jeremy T. Katz**
Attorney

1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
jkatz@hallgriffin.com ▪ hallgriffin.com

---

**From:** Abbey Krysak <abbey.krysak@wagnerhicks.law>
**Sent:** Friday, May 5, 2023 6:56 AM
**To:** Jeremy Katz <JKatz@hallgriffin.com>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; 'jhilbert@hscallaw.com' <jhilbert@hscallaw.com>; 'jlevota@hscallaw.com' <jlevota@hscallaw.com>; 'trohner@hscallaw.com' <trohner@hscallaw.com>; 'sreyes@hscallaw.com' <sreyes@hscallaw.com>; 'mmaurice@imwlaw.com' <mmaurice@imwlaw.com>; 'msamson@imwlaw.com' <msamson@imwlaw.com>
**Cc:** Kasandra Goldberg <KGoldberg@hallgriffin.com>; Vicki Richardson <VRichardson@hallgriffin.com>; Daniela Escobedo <DEscobedo@hallgriffin.com>; Howard Hall <hdhall@hallgriffin.com>
**Subject:** RE: Goldwater Bank, N.A. v. Artur Elizarov, et al. - Request for Production of Documents, Set 6; Notice of Deposition of Goldwater's PMK Attached

Mr. Katz,

We are available on Monday for a meet and confer with respect to Goldwater's responses to Bank of the West's and Howlett's Sixth Set of Requests for Production of Documents. We are available between 10am and 3pm EST/ 7am – 12 pm PST. Please let us know what works for you.

Additionally, your email does not address which of the responses to your requests that your clients take issue with, and why. Accordingly, we cannot tell if you are taking issue with all nineteen (19) of the responses, or just certain ones, and why. Can you please provide these in advance of any meet and confer to ensure Goldwater is prepared to address your arguments?

Thank you,

Abbey Krysak




Abbey Krysak
Wagner Hicks PLLC
704.705.7942
abbey.krysak@wagnerhicks.law

---

**From:** Jeremy Katz <JKatz@hallgriffin.com>
**Sent:** Saturday, April 29, 2023 12:18 AM

**To:** Abbey Krysak <abbey.krysak@wagnerhicks.law>; Veronica Aragon <VAragon@hallgriffin.com>; Sean Wagner <sean.wagner@wagnerhicks.law>; 'jhilbert@hscallaw.com' <jhilbert@hscallaw.com>; 'jlevota@hscallaw.com' <jlevota@hscallaw.com>; 'trohner@hscallaw.com' <trohner@hscallaw.com>; 'sreyes@hscallaw.com' <sreyes@hscallaw.com>; 'mmaurice@imwlaw.com' <mmaurice@imwlaw.com>; 'msamson@imwlaw.com' <msamson@imwlaw.com>; 'ilya@loia.legal' <ilya@loia.legal>
**Cc:** Kasandra Goldberg <KGoldberg@hallgriffin.com>; Vicki Richardson <VRichardson@hallgriffin.com>; Daniela Escobedo <DEscobedo@hallgriffin.com>; Howard Hall <hdhall@hallgriffin.com>
**Subject:** RE: Goldwater Bank, N.A. v. Artur Elizarov, et al. - Request for Production of Documents, Set 6; Notice of Deposition of Goldwater's PMK Attached

Ms. Krysak,

I am disappointed.  You asked for and received an extension to respond to the RFPs, and then Goldwater did not produce even a single page of new documents.

The RFPs to Goldwater do not request "all" documents relating to Goldwater's policies & procedures.  Rather, they seek *at least one* document in which the applicable policy/procedure is articulated.  Producing *one* document articulating the policy/procedure is no substantial burden.

Also, we previously resolved objections regarding the definition of "onboarding" during our April 21, 2021 "meet & confer" session.  And even if Goldwater now wants to stand on the Oxford English Dictionary's definition of "onboarding," that definition easily applies here (the process by which Goldwater and WestStar familiarize themselves with the status of Elizarov's loan & loan documentation, so that they can then service and/or enforce the loan obligation).   Moreover, Goldwater's employee Brittany Shaw already testified that Goldwater has  policies and procedures to onboard a new *commercial* loan, so why is Goldwater's hiding the ball when it comes to the equivalent post-closing policies/procedures for *residential* loans like the loan at issue here.

Let me know your availability to meet and confer about the defects in Goldwater's responses.


Jeremy T. Katz
HallGriffin LLP
Phone: (714) 918-7000
jkatz@hallgriffin.com
[Sent from my mobile phone]


-------- Original message --------
From: Abbey Krysak <abbey.krysak@wagnerhicks.law>
Date: 4/28/23 8:00 PM (GMT-08:00)
To: Veronica Aragon <VAragon@hallgriffin.com>, Sean Wagner <sean.wagner@wagnerhicks.law>, "'jhilbert@hscallaw.com'" <jhilbert@hscallaw.com>, "'jlevota@hscallaw.com'" <jlevota@hscallaw.com>, "'trohner@hscallaw.com'" <trohner@hscallaw.com>, "'sreyes@hscallaw.com'" <sreyes@hscallaw.com>, "'mmaurice@imwlaw.com'" <mmaurice@imwlaw.com>, "'msamson@imwlaw.com'" <msamson@imwlaw.com>, "'ilya@loia.legal'" <ilya@loia.legal>
Cc: Jeremy Katz <JKatz@hallgriffin.com>, Kasandra Goldberg <KGoldberg@hallgriffin.com>, Vicki Richardson <VRichardson@hallgriffin.com>, Daniela Escobedo <DEscobedo@hallgriffin.com>, Howard Hall <hdhall@hallgriffin.com>
Subject: RE: Goldwater Bank, N.A. v. Artur Elizarov, et al. - Request for Production of Documents, Set 6; Notice of Deposition of Goldwater's PMK Attached

Mr. Katz,

Please see Goldwater's Responses to Howlett and Bank of the West's Sixth Set of Requests for Production of Documents attached for service.

Thank you,

Abbey Krysak

Abbey Krysak

Wagner Hicks PLLC

704.705.7942

abbey.krysak@wagnerhicks.law

---

**From:** Veronica Aragon <VAragon@hallgriffin.com>
**Sent:** Friday, March 24, 2023 7:59 PM
**To:** Sean Wagner <sean.wagner@wagnerhicks.law>; Derek Bast <derek.bast@wagnerhicks.law>; Abbey Krysak <abbey.krysak@wagnerhicks.law>; 'jhilbert@hscallaw.com' <jhilbert@hscallaw.com>; 'jlevota@hscallaw.com' <jlevota@hscallaw.com>; 'trohner@hscallaw.com' <trohner@hscallaw.com>; 'sreyes@hscallaw.com' <sreyes@hscallaw.com>; 'mmaurice@imwlaw.com' <mmaurice@imwlaw.com>; 'msamson@imwlaw.com' <msamson@imwlaw.com>; 'ilya@loia.legal' <ilya@loia.legal>
**Cc:** Jeremy Katz <JKatz@hallgriffin.com>; Kasandra Goldberg <KGoldberg@hallgriffin.com>; Vicki Richardson <VRichardson@hallgriffin.com>; Daniela Escobedo <DEscobedo@hallgriffin.com>
**Subject:** Goldwater Bank, N.A. v. Artur Elizarov, et al. - Request for Production of Documents, Set 6; Notice of Deposition of Goldwater's PMK Attached

Dear Counsel:

Attached please find the following:

Defendant and Cross-Complainant Scott Howlett and Defendant BMO Harris Bank N.A., Successor By Merger to Bank of the Wests' Sixth Set of Requests for Production to Plaintiff Goldwater Bank, N.A.; and

Howlett and Bank of the Wests' Cross-Notice of Deposition to Person Most Knowledgeable at Goldwater Bank, N.A. and Request for Production of Documents.

If you have problems opening the attachments, please contact our office.



**Veronica Aragon**
**Legal Secretary**

1851 E. First Street, 10th Floor, Santa Ana CA 92705-4052
Phone: (714) 918-7000 ▪ Facsimile: (714) 918-6996
varagon@hallgriffin.com ▪ hallgriffin.com