# EXHIBIT 16

HALL GRIFFIN LLP
HOWARD D. HALL, State Bar No. 145024
 *hdhall@hallgriffin.com*
DAMIAN P. RICHARD, State Bar No. 262805
 *drichard@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant Scott Howlett

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GOLDWATER BANK, N.A., | CASE NO. 21-cv-00616-JWH-SP |
| Plaintiff, | JUDGE:  Hon. John W. Holcomb<br>CTRM.:  2 |
| vs. | **DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT** |
| ARTUR ELIZAROV; UNISON AGREEMENT CORP.; SCOTT HOWLETT; BANK OF THE WEST; and ILYA ALEKSEYEFF, | |
| Defendants. | TRIAL DATE:  None Set |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant SCOTT HOWLETT ("Defendant") answers the First Amended Complaint of Plaintiff GOLDWATER BANK, N.A. ("Plaintiff").  If an averment is not specifically admitted, it is hereby denied.

## ANSWER TO COMPLAINT

1.     Answering Paragraph 1, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 1 further contains legal conclusions and argument as to which no response is required.

2.     Answering Paragraph 2, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

therein and on that basis denies such allegations.  Paragraph 2 further contains legal conclusions and argument as to which no response is required.

3.     Answering Paragraph 3, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 3 further contains legal conclusions and argument as to which no response is required.

4.     Answering Paragraph 4, Defendant admits the allegations contained therein.

5.     Answering Paragraph 5, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 5 further contains legal conclusions and argument as to which no response is required.

6.     Answering Paragraph 6, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 6 further contains legal conclusions and argument as to which no response is required.

7.     Answering Paragraph 7, Defendant denies each and every allegation contained therein.

8.     Answering Paragraph 8, Defendant denies each and every allegation contained therein.

9.     Answering Paragraph 9, Defendant denies each and every allegation contained therein.

10.     Answering Paragraph 10, Defendant denies each and every allegation contained therein.

11.     Paragraph 11 does not pertain to Defendant and as such no response in necessary.  To the extent a response is required, Defendant denies those allegations.

12.     Answering Paragraph 12, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

2

HALL GRIFFIN

1 | therein and on that basis denies such allegations.  Paragraph 12 further contains
2 | legal conclusions and argument as to which no response is required.

3 | 13.  Answering Paragraph 13, Defendant lacks sufficient knowledge or
4 | information to form a belief concerning the truth of the factual allegations contained
5 | therein and on that basis denies such allegations.  Paragraph 13 further contains
6 | legal conclusions and argument as to which no response is required.

7 | 14.  Answering Paragraph 14, Defendant lacks sufficient knowledge or
8 | information to form a belief concerning the truth of the factual allegations contained
9 | therein and on that basis denies such allegations.  Paragraph 14 further contains
10 | legal conclusions and argument as to which no response is required.

11 | 15.  Answering Paragraph 15, Defendant denies each and every allegation
12 | contained therein.

13 | 16.  Answering Paragraph 16, Defendant lacks sufficient knowledge or
14 | information to form a belief concerning the truth of the factual allegations contained
15 | therein and on that basis denies such allegations.  Paragraph 16 further contains
16 | legal conclusions and argument as to which no response is required.

17 | 17.  Answering Paragraph 17, Defendant lacks sufficient knowledge or
18 | information to form a belief concerning the truth of the factual allegations contained
19 | therein and on that basis denies such allegations.  Paragraph 17 further contains
20 | legal conclusions and argument as to which no response is required.

21 | 18.  Answering Paragraph 18, Defendant lacks sufficient knowledge or
22 | information to form a belief concerning the truth of the factual allegations contained
23 | therein and on that basis denies such allegations.  Paragraph 18 further contains
24 | legal conclusions and argument as to which no response is required.

25 | 19.  Answering Paragraph 19, Defendant lacks sufficient knowledge or
26 | information to form a belief concerning the truth of the factual allegations contained
27 | therein and on that basis denies such allegations.  Paragraph 19 further contains
28 | legal conclusions and argument as to which no response is required.

HALL GRIFFIN

DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT
FOR QUIET TITLE, DECLARATORY JUDGMENT

20.     Answering Paragraph 20, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21.     Answering Paragraph 21, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22.     Answering Paragraph 22, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 22 further contains legal conclusions and argument as to which no response is required.

23.     Answering Paragraph 23, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 23 further contains legal conclusions and argument as to which no response is required.

24.     Answering Paragraph 24, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 24 further contains legal conclusions and argument as to which no response is required.

25.     Answering Paragraph 25, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 25 further contains legal conclusions and argument as to which no response is required.

26.     Answering Paragraph 26, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 26 further contains legal conclusions and argument as to which no response is required.

DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT

HALL GRIFFIN

27.     Answering Paragraph 27, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28.     Answering Paragraph 28, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 28 further contains legal conclusions and argument as to which no response is required.

29.     Answering Paragraph 29, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 29 further contains legal conclusions and argument as to which no response is required.

30.     Answering Paragraph 30, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 30 further contains legal conclusions and argument as to which no response is required.

31.     Answering Paragraph 31, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32.     Answering Paragraph 32, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 32 further contains legal conclusions and argument as to which no response is required.

33.     Answering Paragraph 33, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 33 further contains legal conclusions and argument as to which no response is required.

DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT

34.     Answering Paragraph 34, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 34 further contains legal conclusions and argument as to which no response is required.

35.     Answering Paragraph 35, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 35 further contains legal conclusions and argument as to which no response is required.

36.     Answering Paragraph 36, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 36 further contains legal conclusions and argument as to which no response is required.

37.     Answering Paragraph 37, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 37 further contains legal conclusions and argument as to which no response is required.

38.     Answering Paragraph 38, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 38 further contains legal conclusions and argument as to which no response is required.

39.     Answering Paragraph 39, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 39 further contains legal conclusions and argument as to which no response is required.

40.     Answering Paragraph 40, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 40 further contains legal conclusions and argument as to which no response is required.

DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT

41.     Answering Paragraph 41, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42.     Answering Paragraph 42, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 42 further contains legal conclusions and argument as to which no response is required.

43.     Answering Paragraph 43, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 43 further contains legal conclusions and argument as to which no response is required.

44.     Answering Paragraph 44, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45.     Answering Paragraph 45, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46.     Answering Paragraph 46, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 46 further contains legal conclusions and argument as to which no response is required.

47.     Answering Paragraph 47, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 47 further contains legal conclusions and argument as to which no response is required.

DEFENDANT SCOTT HOWLETT'S ANSWER TO FIRST AMENDED COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT

48.     Answering Paragraph 48, Defendant denies each and every allegation contained therein.

49.     Answering Paragraph 49, Defendant denies each and every allegation contained therein.

50.     Answering Paragraph 50, Defendant denies each and every allegation contained therein.

51.     Answering Paragraph 51, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 51 further contains legal conclusions and argument as to which no response is required.

52.     Answering Paragraph 52, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 52 further contains legal conclusions and argument as to which no response is required.

53.     Answering Paragraph 53, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 53 further contains legal conclusions and argument as to which no response is required.

54.     Answering Paragraph 54, Defendant admits the allegations contained therein.

55.     Answering Paragraph 55, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 55 further contains legal conclusions and argument as to which no response is required.

56.     Answering Paragraph 56, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 56 further contains legal conclusions and argument as to which no response is required.

HALL GRIFFIN

DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT
FOR QUIET TITLE, DECLARATORY JUDGMENT

57.     Answering Paragraph 57, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 57 further contains legal conclusions and argument as to which no response is required.

58.     Answering Paragraph 58, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 58 further contains legal conclusions and argument as to which no response is required.

59.     Answering Paragraph 59, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 59 further contains legal conclusions and argument as to which no response is required.

60.     Answering Paragraph 60, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 60 further contains legal conclusions and argument as to which no response is required.

61.     Answering Paragraph 61, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 61 further contains legal conclusions and argument as to which no response is required.

62.     Answering Paragraph 62, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63.     Answering Paragraph 63, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 63 further contains legal conclusions and argument as to which no response is required.

9

HALL GRIFFIN

64.     Answering Paragraph 64, Defendant denies that Plaintiff is a secured creditor.  As to the remaining allegations, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

65.     Answering Paragraph 65, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

66.     Answering Paragraph 66, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67.     Answering Paragraph 67, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 67 further contains legal conclusions and argument as to which no response is required.

68.     Answering Paragraph 68, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69.     Answering Paragraph 69, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70.     Answering Paragraph 70, Defendant denies each and every allegation contained therein.  Paragraph 70 further contains legal conclusions and argument as to which no response is required.

71.     Answering Paragraph 71, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

DEFENDANT SCOTT HOWLETT'S ANSWER TO FIRST AMENDED COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT

HALL GRIFFIN

therein and on that basis denies such allegations. Paragraph 71 further contains legal conclusions and argument as to which no response is required.

72. Answering Paragraph 72, Defendant denies each and every allegation contained therein.

73. Answering Paragraph 73, Defendant denies each and every allegation contained therein.

74. Answering Paragraph 74, Defendant admits the allegations contained therein.

75. Answering Paragraph 75, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 75 further contains legal conclusions and argument as to which no response is required.

76. Answering Paragraph 76, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 76 further contains legal conclusions and argument as to which no response is required.

77. Answering Paragraph 77, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 77 further contains legal conclusions and argument as to which no response is required.

78. Answering Paragraph 78, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 78 further contains legal conclusions and argument as to which no response is required.

79. Answering Paragraph 79, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 79 further contains legal conclusions and argument as to which no response is required.

80.    Answering Paragraph 80, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 80 further contains legal conclusions and argument as to which no response is required.

81.    Answering Paragraph 81, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 81 further contains legal conclusions and argument as to which no response is required.

82.    Answering Paragraph 82, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

## SEVENTH ALLEGED CAUSE OF ACTION

### (Quiet Title)

120.    Answering Paragraph 120, Defendant re-pleads its answer to all preceding paragraphs and incorporates those answers by reference as though fully set forth herein.

121.    Answering Paragraph 121, Defendant denies each and every allegation contained therein.

122.    Answering Paragraph 122, Defendant denies each and every allegation contained therein.

123.    Answering Paragraph 123, Defendant denies each and every allegation contained therein.

124.    Answering Paragraph 124, Defendant denies each and every allegation contained therein.

125.    Answering Paragraph 125, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 125 further contains legal conclusions and argument as to which no response is required.

DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT
FOR QUIET TITLE, DECLARATORY JUDGMENT

126. Answering Paragraph 126, Defendant denies each and every allegation contained therein.

127. Answering Paragraph 127, Defendant denies each and every allegation contained therein.

128. Answering Paragraph 128, Defendant denies each and every allegation contained therein.

129. Answering Paragraph 129, Defendant denies each and every allegation contained therein.

130. Answering Paragraph 130, Defendant denies each and every allegation contained therein.

## EIGHTH ALLEGED CAUSE OF ACTION

### (Declaratory Judgment)

131. Answering Paragraph 131, Defendant re-pleads its answer to all preceding paragraphs and incorporates those answers by reference as though fully set forth herein.

132. Answering Paragraph 132, Defendant denies each and every allegation contained therein.

133. Answering Paragraph 133, Defendant denies each and every allegation contained therein.

134. Answering Paragraph 134, Defendant denies each and every allegation contained therein.

## PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to the relief requested.

## AFFIRMATIVE DEFENSES

Defendant pleads the following separate defenses. Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

/ / /

/ / /

HALL GRIFFIN

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.      As a separate and first affirmative defense to the First Amended Complaint, and to the purported causes of action set forth therein, Defendant alleges that the First Amended Complaint fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

### (Consent)

2.      As a separate and second affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred from prosecuting the purported causes of action set forth in the First Amended Complaint because Plaintiff, and/or the persons and/or entities acting on its behalf, consented to and acquiesced in the subject conduct.

## THIRD AFFIRMATIVE DEFENSE

### (Justification/Excuse)

3.      As a separate and third affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that by virtue of the acts of the Plaintiff, and/or the persons and/or entities acting on its behalf, Plaintiff is barred from prosecuting the purported causes of action set forth in the First Amended Complaint because the acts and/or omissions alleged in the First Amended Complaint were justified and/or excused.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

4.      As a separate and fourth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the First Amended Complaint by the doctrine of estoppel.

/ / /

HALL GRIFFIN

## FIFTH AFFIRMATIVE DEFENSE

### (Bona Fide Purchaser For Value)

5.     As a separate and fifth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Defendant is a bona fide purchaser for value who acquired his interest in the real property without notice of Plaintiff's alleged rights, and therefore takes the property free of such unknown rights.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

6.     As a separate and sixth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the First Amended Complaint by the doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

7.     As a separate and seventh affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff, and/or the persons and/or entities acting on Plaintiff's behalf, assumed the risk of all conduct of the Plaintiff or its agents.

## EIGHTH AFFIRMATIVE DEFENSE

### (Ongoing Investigation)

8.     As a separate and eighth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that he has not yet completed a thorough investigation or study or completed the discovery of all the facts and circumstances of the subject matter of the First Amended Complaint and, accordingly, reserves the right to amend, modify, revise or supplement his answer and to plead such other defenses and take such other

DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT

HALL GRIFFIN

1 further actions as he may deem proper and necessary in his defense upon completion

2 of said investigation and/or study.

### NINTH AFFIRMATIVE DEFENSE

#### (Release)

5       9.     As a separate and ninth affirmative defense to the First Amended

6 Complaint and each purported cause of action contained therein, Defendant alleges

7 that each cause of action is barred because Plaintiff released the alleged lien when

8 Plaintiff knowingly and deliberately failed to record the alleged lien.

### TENTH AFFIRMATIVE DEFENSE

#### (Failure to Mitigate)

11       10.    As a separate and tenth affirmative defense to the First Amended

12 Complaint and each purported cause of action contained therein, Defendant alleges

13 that Plaintiff's claims, if any, are barred for its failure, and/or the failure of the

14 persons and/or entities acting on its behalf, to mitigate any purported damages.

### ELEVENTH AFFIRMATIVE DEFENSE

#### (Proximate Cause – Other Persons)

17       11.    As a separate and eleventh affirmative defense to the First Amended

18 Complaint and each purported cause of action contained therein, Defendant alleges

19 that the damages alleged to have been suffered by Plaintiff in the First Amended

20 Complaint were proximately caused or contributed to by acts or failures to act of

21 persons other than this answering Defendant, which acts or failures to act constitute

22 an intervening and superseding cause of the damages alleged in the First Amended

23 Complaint.

### TWELFTH AFFIRMATIVE DEFENSE

#### (Lack of Standing)

26       12.    As a separate and twelfth affirmative defense to the First Amended

27 Complaint and each purported cause of action contained therein, Defendant alleges

28

DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT
FOR QUIET TITLE, DECLARATORY JUDGMENT

that Plaintiff lacks standing to prosecute the purported claims set forth in the First Amended Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Proximate Cause – Plaintiff)

13.    As a separate and thirteenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that the injuries and damages alleged in the First Amended Complaint by Plaintiff occurred, were proximately caused by and/or were contributed to by Plaintiff's own acts or failures to act and that Plaintiff's recovery, if any, should be reduced by an amount proportionate to the amount by which said acts caused or contributed to said alleged injury or damages.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

14.    As a separate and fourteenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the First Amended Complaint by the doctrine of unclean hands.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Fraud)

15.    As a fifteenth separate and affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that negligent and/or intentional misrepresentations were made by Plaintiff, and/or persons and/or entities acting on Plaintiff's behalf, which induced certain acts and/or omissions which would not have done absent such misrepresentations.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

16.    As a separate and sixteenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges

DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT

that Plaintiff's alleged equitable claims are barred because Plaintiff has an adequate remedy at law against the individuals or entities who caused the alleged damages alleged in the First Amended Complaint

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for relief as follows:

1. That the First Amended Complaint be dismissed, with prejudice and in its entirety;

2. That Plaintiff take nothing by reason of this First Amended Complaint and that judgment be entered against Plaintiff and in favor of Defendant;

3. That Defendant be awarded his attorneys' fees and costs incurred in defending this action;

4. That Defendant be granted such other and further relief as the Court may deem just and proper.


DATED: June 10, 2021        HALL GRIFFIN LLP



By:      /s/ Damian P. Richard
         Howard D. Hall
         Damian P. Richard
     Attorneys for Defendant Scott Howlett

# **VERIFICATION**

I have read the foregoing DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT and know its contents.

I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 10, 2021, at Palm Springs, California.

SCOTT HOWLETT
Print Name of Signatory                          Signature

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of . I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

On June 10, 2021, I served the within document(s) described as**:**

**DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT**

on each interested party in this action, as stated below:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 10, 2021, at Santa Ana, California.

_____
Rebecca Vogel

---

DEFENDANT SCOTT HOWLETT'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT
FOR QUIET TITLE, DECLARATORY JUDGMENT

4812-0682-9549.1

**SERVICE LIST**
**Goldwater Bank, N.A. v. Artur Elizarov, et al.**
**Case No. 5:21-cv-00616-JWH-SP**

1

2

3  Sean C. Wagner, Esq.                    W. Keith Wyatt, Esq.
   Derek M. Bast, Esq.                      Marie Maurice, Esq.
4  Wagner Hicks PLLC                        Ivie, McNeill, Wyatt, Purcell & Diggs
   831 East Morehead Street, Suite 860      444 S. Flower Street, Suite 1800
5  Charlotte, NC 28202                      Los Angeles, CA 90071-2919
   (704) 705-7538; Fax: (704) 705-7787      (213) 489-0028; Fax: (213) 489-0552
6  sean.wagner@wagnerhicks.law              wkyatt@imwlaw.com
   derek.bast@wagnerhicks.law               mmaurice@imwlaw.com
7  **Pro Hac Vice Attorneys for Plaintiff** **Local Counsel for Plaintiff Goldwater**
   **Goldwater Bank. N.A.**                  **Bank. N.A.**
8
   Ilya Alekseyeff, Esq.
9  Loia, Inc. (APLC)
   8721 Santa Monica Blvd., #119
10 West Hollywood, CA 90069
   (213) 537-4592
11 ilya@loia.legal
   **Attorneys for Defendant Artur**
12 **Elizarov**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28