# **<u>EXHIBIT 17</u>**

HALL GRIFFIN LLP
HOWARD D. HALL, State Bar No. 145024
  hdhall@hallgriffin.com
RYAN C. THOMASON, State Bar No. 325621
  rthomason@hallgriffin.com
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant
BANK OF THE WEST

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| Goldwater Bank, N.A., | CASE NO. 5:21-cv-00616-JWH-SP |
| Plaintiff, | JUDGE:   Hon. John W. Holcomb<br>CTRM.:   2 |
| vs. | **DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| ARTUR ELIZAROV; UNISON AGREEMENT CORP.; SCOTT HOWLETT; BANK OF THE WEST; and ILYA ALEKSEYEFF, | |
| Defendants. | TRIAL DATE:   None Set |
| SCOTT HOWLETT, | |
| Cross-Complainant, | |
| vs. | |
| ARTUR ELIZAROV, GOLDWATER BANK, N.A., and ROES 1-10, | |
| Cross-Defendants. | |
| ARTUR ELIZAROV, | |
| Third Party Plaintiff, | |
| vs. | |
| ORANGE COAST TITLE COMPANY OF SOUTHERN CALIFORNIA, INC., | |
| Third Party Defendant. | |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant BANK OF THE WEST ("Defendant") answers the First Amended Complaint of Plaintiff GOLDWATER BANK, N.A. ("Plaintiff"). If an averment is not specifically admitted, it is hereby denied.

## ANSWER TO COMPLAINT

1. Answering Paragraph 1, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 1 further contains legal conclusions and argument as to which no response is required.

2. Answering Paragraph 2, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 2 further contains legal conclusions and argument as to which no response is required.

3. Answering Paragraph 3, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 3 further contains legal conclusions and argument as to which no response is required.

4. Answering Paragraph 4, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 4 further contains legal conclusions and argument as to which no response is required.

5. Answering Paragraph 5, Defendant admits the allegations contained therein.

6. Answering Paragraph 6, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 6 further contains legal conclusions and argument as to which no response is required.

7.      Answering Paragraph 7, Defendant denies each and every allegation contained therein.

8.      Answering Paragraph 8, Defendant denies each and every allegation contained therein.

9.      Answering Paragraph 9, Defendant denies each and every allegation contained therein.

10.      Answering Paragraph 10, Defendant denies each and every allegation contained therein.

11.      Paragraph 11 does not pertain to Defendant and as such no response in necessary.  To the extent a response is required, Defendant denies those allegations.

12.      Answering Paragraph 12, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13.      Answering Paragraph 13, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14.      Answering Paragraph 14, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 14 further contains legal conclusions and argument as to which no response is required.

15.      Answering Paragraph 15, Defendant denies each and every allegation contained therein.

16.      Answering Paragraph 16, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 16 further contains legal conclusions and argument as to which no response is required.

HALL GRIFFIN

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

17. Answering Paragraph 17, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 17 further contains legal conclusions and argument as to which no response is required.

18. Answering Paragraph 18, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 18 further contains legal conclusions and argument as to which no response is required.

19. Answering Paragraph 19, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 19 further contains legal conclusions and argument as to which no response is required.

20. Answering Paragraph 20, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21. Answering Paragraph 21, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22. Answering Paragraph 22, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 22 further contains legal conclusions and argument as to which no response is required.

23. Answering Paragraph 23, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 23 further contains legal conclusions and argument as to which no response is required.

1    24.    Answering Paragraph 24, Defendant lacks sufficient knowledge or
2  information to form a belief concerning the truth of the factual allegations contained
3  therein and on that basis denies such allegations.  Paragraph 24 further contains
4  legal conclusions and argument as to which no response is required.

5    25.    Answering Paragraph 25, Defendant lacks sufficient knowledge or
6  information to form a belief concerning the truth of the factual allegations contained
7  therein and on that basis denies such allegations.  Paragraph 25 further contains
8  legal conclusions and argument as to which no response is required.

9    26.    Answering Paragraph 26, Defendant lacks sufficient knowledge or
10  information to form a belief concerning the truth of the factual allegations contained
11  therein and on that basis denies such allegations.  Paragraph 26 further contains
12  legal conclusions and argument as to which no response is required.

13    27.    Answering Paragraph 27, Defendant lacks sufficient knowledge or
14  information to form a belief concerning the truth of the factual allegations contained
15  therein and on that basis denies such allegations.  Paragraph 27 further contains
16  legal conclusions and argument as to which no response is required.

17    28.    Answering Paragraph 28, Defendant lacks sufficient knowledge or
18  information to form a belief concerning the truth of the factual allegations contained
19  therein and on that basis denies such allegations.  Paragraph 28 further contains
20  legal conclusions and argument as to which no response is required.

21    29.    Answering Paragraph 29, Defendant lacks sufficient knowledge or
22  information to form a belief concerning the truth of the factual allegations contained
23  therein and on that basis denies such allegations.  Paragraph 29 further contains
24  legal conclusions and argument as to which no response is required.

25    30.    Answering Paragraph 30, Defendant lacks sufficient knowledge or
26  information to form a belief concerning the truth of the factual allegations contained
27  therein and on that basis denies such allegations.  Paragraph 30 further contains
28  legal conclusions and argument as to which no response is required.

HALL GRIFFIN

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

31.     Answering Paragraph 31, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32.     Answering Paragraph 32, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 32 further contains legal conclusions and argument as to which no response is required.

33.     Answering Paragraph 33, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 33 further contains legal conclusions and argument as to which no response is required.

34.     Answering Paragraph 34, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 34 further contains legal conclusions and argument as to which no response is required.

35.     Answering Paragraph 35, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 35 further contains legal conclusions and argument as to which no response is required.

36.     Answering Paragraph 36, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 36 further contains legal conclusions and argument as to which no response is required.

37.     Answering Paragraph 37, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 37 further contains legal conclusions and argument as to which no response is required.

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

HALL GRIFFIN

1    38.    Answering Paragraph 38, Defendant lacks sufficient knowledge or
2    information to form a belief concerning the truth of the factual allegations contained
3    therein and on that basis denies such allegations.  Paragraph 38 further contains
4    legal conclusions and argument as to which no response is required.

5    39.    Answering Paragraph 39, Defendant lacks sufficient knowledge or
6    information to form a belief concerning the truth of the factual allegations contained
7    therein and on that basis denies such allegations.  Paragraph 39 further contains
8    legal conclusions and argument as to which no response is required.

9    40.    Answering Paragraph 40, Defendant lacks sufficient knowledge or
10   information to form a belief concerning the truth of the factual allegations contained
11   therein and on that basis denies such allegations.  Paragraph 40 further contains
12   legal conclusions and argument as to which no response is required.

13   41.    Answering Paragraph 41, Defendant lacks sufficient knowledge or
14   information to form a belief concerning the truth of the factual allegations contained
15   therein and on that basis denies such allegations.  Paragraph 41 further contains
16   legal conclusions and argument as to which no response is required.

17   42.    Answering Paragraph 42, Defendant lacks sufficient knowledge or
18   information to form a belief concerning the truth of the factual allegations contained
19   therein and on that basis denies such allegations.  Paragraph 42 further contains
20   legal conclusions and argument as to which no response is required.

21   43.    Answering Paragraph 43, Defendant lacks sufficient knowledge or
22   information to form a belief concerning the truth of the factual allegations contained
23   therein and on that basis denies such allegations.  Paragraph 43 further contains
24   legal conclusions and argument as to which no response is required.

25   44.    Answering Paragraph 44, Defendant lacks sufficient knowledge or
26   information to form a belief concerning the truth of the factual allegations contained
27   therein and on that basis denies such allegations.  Paragraph 44 further contains
28   legal conclusions and argument as to which no response is required.

HALL GRIFFIN

45.    Answering Paragraph 45, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46.    Answering Paragraph 46, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 46 further contains legal conclusions and argument as to which no response is required.

47.    Answering Paragraph 47, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48.    Answering Paragraph 48, Defendant denies each and every allegation contained therein.

49.    Answering Paragraph 49, Defendant denies each and every allegation contained therein.

50.    Answering Paragraph 50, Defendant denies each and every allegation contained therein.

51.    Answering Paragraph 51, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 51 further contains legal conclusions and argument as to which no response is required.

52.    Answering Paragraph 52, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 52 further contains legal conclusions and argument as to which no response is required.

53.    Answering Paragraph 53, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

HALL GRIFFIN

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

therein and on that basis denies such allegations.  Paragraph 53 further contains
legal conclusions and argument as to which no response is required.

54.     Answering Paragraph 54, Defendant admits the allegations contained
therein.

55.     Answering Paragraph 55, Defendant lacks sufficient knowledge or
information to form a belief concerning the truth of the factual allegations contained
therein and on that basis denies such allegations.  Paragraph 55 further contains
legal conclusions and argument as to which no response is required.

56.     Answering Paragraph 56, Defendant lacks sufficient knowledge or
information to form a belief concerning the truth of the factual allegations contained
therein and on that basis denies such allegations.  Paragraph 56 further contains
legal conclusions and argument as to which no response is required.

57.     Answering Paragraph 57, Defendant lacks sufficient knowledge or
information to form a belief concerning the truth of the factual allegations contained
therein and on that basis denies such allegations.  Paragraph 57 further contains
legal conclusions and argument as to which no response is required.

58.     Answering Paragraph 58, Defendant lacks sufficient knowledge or
information to form a belief concerning the truth of the factual allegations contained
therein and on that basis denies such allegations.  Paragraph 58 further contains
legal conclusions and argument as to which no response is required.

59.     Answering Paragraph 59, Defendant lacks sufficient knowledge or
information to form a belief concerning the truth of the factual allegations contained
therein and on that basis denies such allegations.  Paragraph 59 further contains
legal conclusions and argument as to which no response is required.

60.     Answering Paragraph 60, Defendant lacks sufficient knowledge or
information to form a belief concerning the truth of the factual allegations contained
therein and on that basis denies such allegations.  Paragraph 60 further contains
legal conclusions and argument as to which no response is required.

HALL GRIFFIN

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED
COMPLAINT

4826-9340-1076.1

61.  Answering Paragraph 61, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 61 further contains legal conclusions and argument as to which no response is required.

62.  Answering Paragraph 62, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63.  Answering Paragraph 63, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 63 further contains legal conclusions and argument as to which no response is required.

64.  Answering Paragraph 64, Defendant denies that Plaintiff is a secured creditor.  As to the remaining allegations, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

65.  Answering Paragraph 65, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

66.  Answering Paragraph 66, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67.  Answering Paragraph 67, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 67 further contains legal conclusions and argument as to which no response is required.

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

HALL GRIFFIN

68.     Answering Paragraph 68, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69.     Answering Paragraph 69, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70.     Answering Paragraph 70, Defendant denies each and every allegation contained therein.  Paragraph 70 further contains legal conclusions and argument as to which no response is required.

71.     Answering Paragraph 71, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 71 further contains legal conclusions and argument as to which no response is required.

72.     Answering Paragraph 72, Defendant denies each and every allegation contained therein.

73.     Answering Paragraph 73, Defendant denies each and every allegation contained therein.

74.     Answering Paragraph 74, Defendant admits the allegations contained therein.

75.     Answering Paragraph 75, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 75 further contains legal conclusions and argument as to which no response is required.

76.     Answering Paragraph 76, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

Case No. 21-cv-00616-JWH-SP
DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
4826-9340-1076.1

therein and on that basis denies such allegations.  Paragraph 76 further contains legal conclusions and argument as to which no response is required.

77.   Answering Paragraph 77, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 77 further contains legal conclusions and argument as to which no response is required.

78.   Answering Paragraph 78, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 78 further contains legal conclusions and argument as to which no response is required.

79.   Answering Paragraph 79, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 79 further contains legal conclusions and argument as to which no response is required.

80.   Answering Paragraph 80, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 80 further contains legal conclusions and argument as to which no response is required.

81.   Answering Paragraph 81, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 81 further contains legal conclusions and argument as to which no response is required.

82.   Answering Paragraph 82, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

/ / /

/ / /

/ / /

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

# SEVENTH ALLEGED CAUSE OF ACTION

## (Quiet Title)

120.  Answering Paragraph 120, Defendant re-pleads its answer to all preceding paragraphs and incorporates those answers by reference as though fully set forth herein.

121.  Answering Paragraph 121, Defendant denies each and every allegation contained therein.

122.  Answering Paragraph 122, Defendant denies each and every allegation contained therein.

123.  Answering Paragraph 123, Defendant denies each and every allegation contained therein.

124.  Answering Paragraph 124, Defendant denies each and every allegation contained therein.

125.  Answering Paragraph 125, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 125 further contains legal conclusions and argument as to which no response is required.

126.  Answering Paragraph 126, Defendant denies each and every allegation contained therein.

127.  Answering Paragraph 127, Defendant denies each and every allegation contained therein.

128.  Answering Paragraph 128, Defendant denies each and every allegation contained therein.

129.  Answering Paragraph 129, Defendant denies each and every allegation contained therein.

130.  Answering Paragraph 130, Defendant denies each and every allegation contained therein.

/ / /

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

HALL GRIFFIN

**EIGHTH ALLEGED CAUSE OF ACTION**

**(Declaratory Judgment)**

131.   Answering Paragraph 131, Defendant re-pleads its answer to all preceding paragraphs and incorporates those answers by reference as though fully set forth herein.

132.   Answering Paragraph 132, Defendant denies each and every allegation contained therein.

133.   Answering Paragraph 133, Defendant denies each and every allegation contained therein.

134.   Answering Paragraph 134, Defendant denies each and every allegation contained therein.

**PLAINTIFF'S PRAYER FOR RELIEF**

Defendant denies that Plaintiff is entitled to the relief requested.

**AFFIRMATIVE DEFENSES**

Defendant pleads the following separate defenses.  Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

1.   As a separate and first affirmative defense to the First Amended Complaint, and to the purported causes of action set forth therein, Defendant alleges that the First Amended Complaint fails to state facts sufficient to constitute a cause of action.

**SECOND AFFIRMATIVE DEFENSE**

**(Consent)**

2.   As a separate and second affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred from prosecuting the purported causes of action set forth in

HALL GRIFFIN

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

1  the First Amended Complaint because Plaintiff, and/or the persons and/or entities

2  acting on its behalf, consented to and acquiesced in the subject conduct.

3  **THIRD AFFIRMATIVE DEFENSE**

4  **(Justification/Excuse)**

5       3.    As a separate and third affirmative defense to the First Amended

6  Complaint and each purported cause of action contained therein, Defendant alleges

7  that by virtue of the acts of the Plaintiff, and/or the persons and/or entities acting on

8  its behalf, Plaintiff is barred from prosecuting the purported causes of action set

9  forth in the First Amended Complaint because the acts and/or omissions alleged in

10  the First Amended Complaint were justified and/or excused.

11  **FOURTH AFFIRMATIVE DEFENSE**

12  **(Estoppel)**

13       4.    As a separate and fourth affirmative defense to the First Amended

14  Complaint and each purported cause of action contained therein, Defendant alleges

15  that Plaintiff is barred in whole or in part from prosecuting the purported causes of

16  action set forth in the First Amended Complaint by the doctrine of estoppel.

17  **FIFTH AFFIRMATIVE DEFENSE**

18  **(Bona Fide Encumbrancer For Value)**

19       5.    As a separate and fifth affirmative defense to the First Amended

20  Complaint and each purported cause of action contained therein, Defendant alleges

21  that Defendant is a bona fide encumbrancer for value which acquired its interest in

22  the real property without notice of Plaintiff's alleged rights, and therefore takes the

23  property free of such unknown rights.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

6.    As a separate and sixth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the First Amended Complaint by the doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

7.    As a separate and seventh affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff, and/or the persons and/or entities acting on Plaintiff's behalf, assumed the risk of all conduct of the Plaintiff or its agents.

## EIGHTH AFFIRMATIVE DEFENSE

### (Ongoing Investigation)

8.    As a separate and eighth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that it has not yet completed a thorough investigation or study or completed the discovery of all the facts and circumstances of the subject matter of the First Amended Complaint and, accordingly, reserves the right to amend, modify, revise or supplement its answer and to plead such other defenses and take such other further actions as it may deem proper and necessary in its defense upon completion of said investigation and/or study.

## NINTH AFFIRMATIVE DEFENSE

### (Release)

9.    As a separate and ninth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that each cause of action is barred because Plaintiff released the alleged lien when Plaintiff knowingly and deliberately failed to record the alleged lien.

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

HALL GRIFFIN

## TENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

10.     As a separate and tenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's claims, if any, are barred for its failure, and/or the failure of the persons and/or entities acting on its behalf, to mitigate any purported damages.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Proximate Cause – Other Persons)

11.     As a separate and eleventh affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that the damages alleged to have been suffered by Plaintiff in the First Amended Complaint were proximately caused or contributed to by acts or failures to act of persons other than this answering Defendant, which acts or failures to act constitute an intervening and superseding cause of the damages alleged in the First Amended Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

12.     As a separate and twelfth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff lacks standing to prosecute the purported claims set forth in the First Amended Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Proximate Cause – Plaintiff)

13.     As a separate and thirteenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that the injuries and damages alleged in the First Amended Complaint by Plaintiff occurred, were proximately caused by and/or were contributed to by Plaintiff's own acts or failures to act and that Plaintiff's recovery, if any, should be reduced by an

Case No. 21-cv-00616-JWH-SP

4826-9340-1076.1

amount proportionate to the amount by which said acts caused or contributed to said alleged injury or damages.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

14.     As a separate and fourteenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the First Amended Complaint by the doctrine of unclean hands.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Fraud)

15.     As a fifteenth separate and affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that negligent and/or intentional misrepresentations were made by Plaintiff, and/or persons and/or entities acting on Plaintiff's behalf, which induced certain acts and/or omissions which would not have done absent such misrepresentations.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

16.     As a separate and sixteenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's alleged equitable claims are barred because Plaintiff has an adequate remedy at law against the individuals or entities who caused the alleged damages alleged in the First Amended Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HALL GRIFFIN

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for relief as follows:

1.     That the First Amended Complaint be dismissed, with prejudice and in its entirety;

2.     That Plaintiff take nothing by reason of this First Amended Complaint and that judgment be entered against Plaintiff and in favor of Defendant;

3.     That Defendant be awarded its attorneys' fees and costs incurred in defending this action;

4.     That Defendant be granted such other and further relief as the Court may deem just and proper.

DATED:  August 5, 2021                    HALL GRIFFIN LLP


                                        By:     /s/Ryan C. Thomason
                                            Howard D. Hall
                                            Ryan C. Thomason
                                        Attorneys for Defendant
                                        BANK OF THE WEST

HALL GRIFFIN

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4826-9340-1076.1

1

**VERIFICATION**

2

I have read the foregoing DEFENDANT BANK OF THE WEST'S
VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT and
know its contents.

3

4

I am authorized agent of Bank of the West, a party to this action, and am
authorized to make this verification for and on its behalf, and I make this
verification for that reason. I am informed and believe and on that ground allege
that the matters stated in the foregoing document are true.

5

6

I declare under penalty of perjury under the laws of the State of Nebraska that
the foregoing is true and correct.

7

8

Executed on August 5, 2021, at Douglas County / Omaha, Nebraska.

9

10

Doris Lawson

11

Print Name of Signatory                                Signature

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 21-cv-00616-JWH-SP

DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED
COMPLAINT

4826-9340-1076.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2021 , a true and correct copy of **DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**  was served via the United States District Court CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

By /s/ Daniela Escobedo
Daniela Escobedo, an Employee of
HALL GRIFFIN LLP

HALL GRIFFIN

Case No. 21-cv-00616-JWH-SP
DEFENDANT BANK OF THE WEST'S VERIFIED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
4826-9340-1076.1