# EXHIBIT 19

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

Goldwater Bank, N.A., )CASE NO. 5:21-cv-00616-JWH-SP
)
Plaintiff, )
)
vs. )
)
ARTUR ELIZAROV; UNISON )
AGREEMENT CORP.; SCOTT )
HOWLETT; BANK OF THE WEST;)
and ILYA ALEKSEYEFF, )
)
Defendants. )
__________________________)

--oOo--

DEPOSITION OF PETER J. HILL

September 9, 2022

***TAKEN VIA VIDEOCONFERENCE***

--oOo--

BE IT REMEMBERED THAT, pursuant to the Federal Rules of Civil Procedure, the deposition of PETER J. HILL, was taken before Maureen Kelly, OCSR No. 00-0364, WCSR No. 3401, on Friday, September 9, 2022, commencing at the hour of 9:59 a.m., the proceedings being reported via Zoom videoconference.

--oOo--

APPEARANCES

(ALL APPEARING VIA VIDEOCONFERENCE)

Attorneys for Plaintiff Goldwater Bank, N.A.:

Joseph A. LeVota, Esq.
HILBERT & SATTERLY, LLP
409 Camino Del Rio South, Suite 104
San Diego, CA 92108
jlevota@hscallaw.com

Pro Hac Vice Attorneys for Plaintiff Goldwater Bank, N.A.:

Sean C. Wagner, Esq.
Derek M. Bast, Esq.
WAGNER HICKS, PLLC
831 East Morehead Street, Suite 860
Charlotte, NC 28202
sean.wagner@wagnerhicks.law
derek.bast@wagnerhicks.law

Attorneys for Defendant and Cross-Complainant SCOTT HOWLETT and Defendant BANK OF THE WEST:

Jeremy T. Katz, Esq.
Ryan C. Thomason, Esq.
HALL GRIFFIN LLP
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
jkatz@hallgriffin.com
rthomason@hallgriffin.com

(Continued on next page.)

APPEARANCES (CONTINUED)

(ALL APPEARING VIA VIDEOCONFERENCE)

Attorneys for Defendant Artur Elizarov and Defendant Ilya Alekseyeff (in Pro Per):

Ilya Alekseyeff, Esq.
LOIA, INC. (APLC)
8721 Santa Monica Blvd., #119
West Hollywood, CA 90069
ilya@loia.legal

Attorneys for Defendant Unison Agreement Corp.:

Nabil Bisharat, Esq.
ORSUS GATE, LLP
16 N. Marengo Ave., Suite 316
Pasadena, CA 91101
nbisharat@orsusgate.com

Also Present: (None.)

--oOo--

INDEX



| EXAMINATION BY: | PAGE |
|---|---|
| MR. THOMASON | 6, 178 |
| MR. ALEKSEYEFF | 83, 206 |
| MR. BISHARAT | 160, 189, 224 |
| MR. WAGNER | 190 |
| MR. KATZ | 227 |



--oOo--

EXHIBIT INDEX



| EXHIBIT NO. | ITEM | PAGE |
|---|---|---|
| Exhibit 41 | Depo Notice | 11 |
| Exhibit 42 | Unison Flyer | 19 |
| Exhibit 43 | Email Chain about 4 Unison Loans and litigation | 20 |
| Exhibit 44 | Email Chain Elizarov Selling Property | 21 |
| Exhibit 45 | 2021.0303 Email Chain with Unison about Elizarov | 21 |
| Exhibit 46 | 2021.0308 Deed of Trust Email Chain | 22 |
| Exhibit 47 | 2021.0310 Email Chain about Internal Notes | 23 |
| Exhibit 48 | 2021.0324 Discussion between Hill and Teskey | 24 |
| Exhibit 49 | 2021.0324 Email with Greg Hill re phone call | 25 |
| Exhibit 50 | 2021.0324 Phone Call with Sharon Pfeifer | 25 |
| Exhibit 51 | 2021.0325 Email Chain regarding Elizarov Loan | 26 |
| Exhibit 52 | 2021.0325 Email Chain with Unison about Payoff | 27 |
| Exhibit 53 | 2021.0326 Email Chain regarding unrecorded DOT | 28 |
| Exhibit 54 | 2021.0326 Email from Pete requesting DOT | 28 |
| Exhibit 55 | 2021.0329 Email with Unison about Elizarov Negotiations | 29 |
| Exhibit 56 | 2021.0331 Email Chain about Unison Payoff | 30 |
| Exhibit 57 | 2021.0331 Email Chain regarding Elizarov Closing | 31 |



(Continued on next page.)

EXHIBIT INDEX

| EXHIBIT NO. | ITEM | PAGE |
| --- | --- | --- |
| Exhibit 58 | 2021.0803 Elizarov Charge Off | 32 |
| Exhibit 59 | Elizarov D - verified amended complaint, EFD 44 | 87 |
| Exhibit 60 | Elizarov B - G. Hill messages | 98 |
| Exhibit 61 | Elizarov G - delinquency review | 99 |
| Exhibit 62 | Elizarov H - mortgage inspection reports | 102 |
| Exhibit 63 | Elizarov J - Fannie Mae appraisal | 105 |
| Exhibit 64 | Elizarov O - tax lien release | 106 |
| Exhibit 65 | Exhibit W - Goldwater response to RFA (54) | 106 |
| Exhibit 66 | Elizarov T - email communication re closing instructions 2021.0326 | 112 |
| Exhibit 67 | Elizarov U - email re late recording of deed 2021.0330 | 130 |
| Exhibit 68 | Elizarov V - proof of delivery re DOT for recording 2021.0420 | 141 |
| Exhibit 69 | Elizarov A - deed of trust, recorded 4.20.21 | 142 |
| Exhibit 70 | Exhibit D to complaint | 215 |

--oOo--

INSTRUCTION not to Answer: 12, 13, 80, 212

--oOo--

REQUEST for Production: (None.)

--oOo--

/////

PETER J. HILL,

having been first duly sworn, was examined and testified as follows:

/////

EXAMINATION

BY MR. THOMASON:

Q. Good morning, Mr. Hill. Thank you for joining us. We do appreciate it. If you could just state and spell your name for the record?

A. Peter Hill; P-E-T-E-R; Hill, H-I-L-L; middle initial J.

Q. Thank you. My name is Ryan Thomason. I am an attorney that is representing both Scott Howlett and Bank of the West. When I refer to Howlett, I'm referring to Defendant Scott Howlett, who purchased the property at issue here that is named as a defendant in the first-amended complaint. Do you understand?

A. Yes.

Q. Okay. And when I refer to Bank of the West, I'm referring to Mr. Howlett's lender who is also named as a defendant in the first-amended complaint. Do you understand?

A. I do, yes.

Q. I'm joined with counsel Jeremy Katz, who

also represents Mr. Howlett and Bank of the West, and I'll allow the other counsels to introduce themselves and who they represent.

MR. WAGNER: Good morning. This is Sean Wagner. I represent Goldwater Bank, and we'll be defending Mr. Hill's deposition.

MR. ALEKSEYEFF: And good morning, Mr. Hill. My name is Ilya Alekseyeff. I represent Mr. Artur Elizarov in this deposition and this case.

MR. BISHARAT: Good morning, Mr. Hill. My name is Nabil Bisharat. I am counsel for Unison Agreement Corp in this matter.

MR. KATZ: Joe, do you want to introduce yourself?

MR. LEVOTA: This is Joseph LeVota for Goldwater. I'll also be defending the deposition of Mr. Hill.

MR. KATZ: And this is Jeremy Katz. Again, my audio is going to be showing up through a common conference line with Mr. Ryan Thomason, but also with us in the room is our law clerk Kasandra Goldberg.

MR. BAST: And this is Derek Bast. I'm also counsel for Plaintiff Goldwater Bank today.

BY MR. THOMASON: (Continuing)

Q. Mr. Hill, are you comfortable speaking

Exhibit 58.

(EXHIBIT marked: Exhibit No. 58.)

BY MR. THOMASON: (Continuing)

Q. You were not on this email chain, Mr. Hill, but did you know anything about Mr. Elizarov's loan being charged off? Did you have any knowledge of that?

A. Yes, I did.

Q. Okay. Those are our exhibits. So we're just going to move on to just some background information about you, Mr. Hill.

A. Mm-hmm.

Q. We are going to ask about your employment. What is your current place of employment?

A. Goldwater Bank.

Q. Okay. And how long have you worked at Goldwater?

A. About 2 1/2 years. I started in March of '20.

Q. And what is your job title at Goldwater Bank?

A. President of the bank and chief credit officer for the bank.

Q. Okay. And as president and chief credit officer, what are the job descriptions for both of those positions?

MR. KATZ: (Complying.)

BY MR. THOMASON: (Continuing)

Q. So this is an email from Cross to you, Mr. Hill. It says, Hi Pete, Please find attached Unison letter, seller approved to send. Confirming purchase price is $1,355,000. We are still working on the closing statement. The close date will be March 30th.

So when she sent the Unison letter, did you need that to help you figure out the payoff calculation or were you trying to -- was that the reason for asking for the Unison demand letter?

A. No, not to verify our payoff calculation, but to just assess the adequacy of funds to close and take care of everybody.

Q. Okay. So there was still the concern about the insufficient sale proceeds?

A. Yes.

Q. Okay. And if we go to -- a little bit above to 11:06 a.m. Okay. So Thursday, March 25th, 2021, 11:06 a.m., you sent the email to Andrea, "Andrea; Here is our payoff letter." And then attached would be Exhibit 10.

MR. THOMASON: Scroll up.

MR. KATZ: (Complying.)

BY MR. THOMASON: (Continuing)

Q. And so this was the payoff demand that you had sent to Ms. Cross; is that correct?
A. That's correct, which --
Q. And this was the incorrect payoff statement because it has the incorrect account number as well as incorrect borrowers and legal description; is that correct?
A. That's right. Yes.
MR. THOMASON: Go back to Exhibit 6.
MR. KATZ: (Complying.)
MR. THOMASON: A little bit higher.
MR. KATZ: (Complying.)
BY MR. THOMASON: (Continuing)
Q. It looks like at 11:12 a.m., Ms. Cross immediately notified you that it was the wrong payoff; is that correct?
A. Correct.
Q. And then it looks like at 1:30 you say that you sent the correct payoff but there was no actual -- the correct payoff demand was not attached to this email; is that correct?
A. That's right, yes.
Q. So there was nothing attached to the 1:30 p.m. email. Correct?
A. Correct.

Q. Is the loan sold or just the servicing rights sold?
A. In this case the -- we retained the loan in our portfolio and Weststar held servicing rights, which would include the billings going forward. Everything that Mr. Elizarov would have seen, would be coming from Weststar Mortgage as our servicing company.
Q. Okay. Are there any procedures at Goldwater Bank to confirm that a deed of trust has been recorded once a sale closes?
A. There are, yes.
Q. Are you familiar with them? Do you know them?
A. I don't know them. I am aware of them. That would be a standard post-closing item to review.
Q. Who does that at Goldwater?
A. I don't know. It would be done at Weststar, and I don't know who does it.
Q. So if I'm understanding correctly, Weststar Mortgage Corporation would be responsible for verifying if a deed of trust has been recorded? It would be under their purview to do so; is that correct?
A. That's correct, yes.
Q. And they didn't do it here?
A. I don't know what they did in this case.

I declare under penalty of perjury that the foregoing is true and correct. Subscribed at ______________, California, this______day of ______________, 2022.

___________________________

PETER J. HILL

C E R T I F I C A T E

I, Maureen Kelly, Oregon CSR No. 00-0364, Washington CSR No. 3401, do hereby certify that prior to the commencement of the examination, PETER J. HILL, was duly remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Witness my hand at Portland, Oregon, this 15th day of September, 2022.

Maureen Kelly

MAUREEN KELLY - RPR
Certified Shorthand Reporter
Oregon CSR No. 00-0364
Washington CCR No. 3401




PAYOFF CALCULATIONS

| | | | | |
|---|---|---|---|---|
| Prepared for: | Maddison Trueblood -REFI<br>Family Mortgage Team | Request Date | : | 03/24/21 |
| | | Payoff Date | : | 04/02/21 |
| | | Telephone | : | 561 625-2660 |
| | | FAX | : | 561 625-8808 |

**Account Data :**

Account 909-25044-2 JARED S & PAIGE H GILLMAN

Legal LOT 77, ADDITIONAL #2 MAHEU ESTATES, PALM BEACH COUNTY FL

Remarks Conventional Loan

**Detail Data :**

| | | | |
|---|---|---|---|
| Current Balance | 502,937.00 | Interest Paid To | 03/01/21 |
| Unpaid Interest | .00 | Payoff To | 04/02/21 |
| Interest | 1,298.61 | Number of Days | 31 |
| Recording/Recon Fee | 10.60 | Annual Int Rate | 3.0000% |
| MIP/PMI | .00 | Regular Payment | 4,064.56 |
| Transaction Fee | .00 | | |
| Close Out fee | | | |
| Statement fee | | | |
| Certified Mail Fee | | | |

| | | | |
|---|---|---|---|
| **Payoff Amount :** | 504,246.21 | Daily Interest | 41.91 |

PAYMENTS RECEIVED IN THE OFFICE AFTER 3:00pm MST WILL BE CREDITED THE NEXT BUSINESS DAY.

Weststar reserves the right to demand additional funds to correct any error or omission in the above payoff figure that was calculated in good faith, whether the error or omission is mathematical, clerical, typographical, or for any transactions that occurred on or after the date of this payoff quote. Payoff funds must be paid through Weststar

**FUNDS SHOULD BE MADE PAYABLE TO WESTSTAR AND TENDERED IN THE FORM OF MONEY ORDER, CASHIER'S CHECK, OR TITLE COMPANY CHECK. ALL OTHER CHECKS WILL BE HELD 10 (ten) CALENDAR DAYS TO CLEAR. **

Issuance of this statement does not suspend the requirement to make mortgage payments when due.






2155 Louisiana Blvd. NE, Suite 8000 / Albuquerque, NM 87110 / 505-883-0332 / Fax: 505-889-0280 / www.westloan.com
P.O. Box 25400 / Albuquerque, NM 87125-0400 / NMLS Company ID #93243








# IMPORTANT PAYMENT INFORMATION

**IF YOUR LOAN IS AN FHA NOTE, CONTACT OUR OFFICE FOR WIRE INSTRUCTIONS AS YOUR METHOD OF PAYMENT. Funds must be received before 2:00 p.m. MST. for same day credit and must be received no later than the last business day of the calendar month so an additional month's interest will not accrue.**

**Account** [redacted]0442

Your loan has a late fee of $107.51 if paid more than 15 days after the current payment is due, and must be added to the payoff if received after that date.

Your account currently has an escrow balance of $11430.93. This may not be an available balance, pending bills received prior to the "Payoff To" date.

If you have an automated payment scheduled (ACH), it is your responsibility to discontinue the service.

Remit all payoff funds promptly on or before the "Payoff To" date on page 1. Should the date expire prior to your remittance of funds, you should request an updated payoff calculation statement to ensure your final remittance is sufficient.

Any shortage of the payoff funds received will delay processing and cause additional fees and/or interest to accrue.

Funds may be deducted from escrow to cure any shortage in the payoff received.

Payoff funds must be certified (title company checks accepted) and must be received before 2:00 p.m. mountain standard time (MST) to be posted that business day. Funds received after 2:00 MST may post the following business day.

MAIL CERTIFIED FUNDS TO:

Weststar Mortgage/Loan Servicing
2155 Louisiana Blvd NE # 8000
Albuquerque NM 87110
Attn: payment processing

Do not place a stop payment on any recent payments made as the payment may be reflected in the payoff calculation. Any payments that are returned NSF are required to be repaid, in addition to any fees that are assessed as a result.

If there is mortgage insurance (MI) on your loan, there is an estimation of the MIP amount due on the payoff calculations statement. Several factors determine the final amount due, including, but not limited to, the actual payoff date. Should any MIP amount collected not be required, it will be refunded.

Any payoff overage, including excess escrow funds, will be mailed within 20 business days after the loan is paid in full.

If you have any questions, you may contact us at 800-640-0635 Monday - Friday 7:00 a.m. - 5:00 p.m. MST.

Rev: 08/19 FN/GN





