1  HALL GRIFFIN LLP
   HOWARD D. HALL, State Bar No. 145024
2    *hdhall@hallgriffin.com*
   JEREMY T. KATZ, State Bar No. 267361
3    *jkatz@hallgriffin.com*
   KASANDRA C. GOLDBERG, State Bar No. 345364
4    *kgoldberg@hallgriffin.com*
   1851 East First Street, 10th Floor
5  Santa Ana, California 92705-4052
   Telephone: (714) 918-7000
6  Facsimile: (714) 918-6996

7  Attorneys for Defendant and Cross-
   Complainant SCOTT HOWLETT;
8  Defendant BMO HARRIS BANK N.A.,
   Successor by Merger to BANK OF THE
9  WEST

10              **UNITED STATES DISTRICT COURT**

11      **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

12  GOLDWATER BANK, N.A.

13              Plaintiff,

14       vs.

15  ARTUR ELIZAROV; UNISON
    AGREEMENT CORP.; SCOTT
16  HOWLETT; BANK OF THE WEST;
    and ILYA ALEKSEYEFF,
17
18              Defendants.

19  AND RELATED CROSS-ACTIONS

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| CASE NO. 21-cv-00616-JWH-SP | |
| JUDGE:   Hon. John W. Holcomb CTRM.:   9D | |

**DISCOVERY MATTER –**

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO COMPEL PLAINTIFF GOLDWATER'S FURTHER DEPOSITION TESTIMONY AND DOCUMENT PRODUCTION**

*Filed concurrently with Ex Parte Application; Memorandum of Points and Authorities; Declaration of Jeremy T. Katz*

JUDGE:  Hon. Sheri Pym
CRTRM.:   4

DISCOVERY CUTOFF: June 15, 2023
PRE-TRIAL CONF: November 3, 2023
TRIAL DATE:   November 27. 2023

1

1    Defendant and Cross-Complainant Scott Howlett ("Howlett") and Defendant

2   BMO Harris Bank, N.A., Successor by Merger to Bank of the Wests' ("BOTW") *ex*

3   *parte* Application came before the court.  After full consideration of the matter, this

4   Court finds good cause showing, and hereby GRANTS the application.  The Court

5   specifically rules as follows:

6        1.    Ms. Overbeck's Rule 30(b)(6) testimony from the May 12, 2023

7   deposition is binding on Goldwater, including the testimony regarding Goldwater's

8   sale of the subject loan to Weststar.

9        2.    Goldwater is ORDERED not to make any instruction to its 30(b)(6)

10   witness(es) to withhold information based on a question allegedly being outside the

11   scope of the designated deposition topics.

12        3.    Goldwater is ORDERED to make Ms. Overbeck available for a further

13   deposition no later than June 8, 2023.

14        4.    Goldwater's objection to finishing the transcript of Ms. Overbeck's

15   May 12, 2023 Rule 30(b)(6) testimony is OVERRULED.  The Court reporter may

16   finish the transcript of the May 12, 2023 testimony and designate that transcript as

17   "Volume 1" of Goldwater's Rule 30(b)(6) testimony.

18        5.    Goldwater is ORDERED to produce the documents responsive to

19   Defendant Howlett and BOTW's Request for Production, Set Six, Nos. 77, 79, 80

20   and 80 (re: Goldwater's policies and procedures) and Nos. 83, 85, 86, 87, 89, and 91

21   (re: Goldwater's agent Weststar's policies and procedures).  The production shall

22   include responsive documents that are within Goldwater's agent Weststar's

23   possession, custody, or control.   The production shall occur no later than noon PST

24   on May 30, 2023 (i.e., one business day in advance of the May 31, 2023 resumed

25   deposition of Goldwater's 30(b)(6) witness).

26   / / /

27   / / /

28   / / /

PROPOSED ORDER RE EX PARTE APPLICATION TO COMPEL
PLAINTIFF GOLDWATER'S FURTHER DEPOSITION TESTIMONY AND DOCUMENT PRODUCTION
4879-9978-9669.1

6.      The Court finds that Goldwater and its counsel impeded, delayed and frustrated the fair examination of the Rule 30(b)(6) deponent, and improperly withheld responsive documents at the time of the deposition.   The Court hereby grants monetary sanctions against Goldwater under Rule 30 and Rule 37.  The moving parties are allowed to recover as a sanction the attorneys' fees and costs incurred for (a) the May 12, 2023 deposition in which Goldwater improperly and repeatedly instructed the witness not to respond and which Goldwater unilaterally suspended; and (b) preparing this instant motion/application.

**IT IS SO ORDERED.**

Dated: _____     _____

Hon. Sheri Pym
Judge, United States District Court

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of May, 2023, a true and correct copy of **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO COMPEL PLAINTIFF GOLDWATER'S FURTHER DEPOSITION TESTIMONY AND DOCUMENT PRODUCTION** was served via the United States District Court CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

By      /s/ Jeremy T. Katz

Jeremy T. Katz
HALL GRIFFIN LLP

PROPOSED ORDER RE EX PARTE APPLICATION TO COMPEL
PLAINTIFF GOLDWATER'S FURTHER DEPOSITION TESTIMONY AND DOCUMENT PRODUCTION
4879-9978-9669.1