# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWATER BANK, N.A., | Case No. 5:21-cv-00616-JWH-SPx |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| v. | |
| ARTUR ELIZAROV, ET AL. | |
| Defendants. | Date Filed: 04/06/2021<br>Jury Trial: 11/27/2023 |

ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL- 1

On August 25, 2023, Plaintiff filed an Application for Leave to File Certain Documents Under Seal, pursuant to L.R. 79-5.2.2, requesting that certain documents produced by financial institutions, other third parties, and Goldwater Bank, be filed under seal in connection with Goldwater's contemporaneously filed Motion for Partial Summary Judgment. ECF. No. 318. The Court, having considered the arguments of counsel and good cause being demonstrated for the sealing of certain documents, hereby **ORDERS** as follows:

1. Plaintiff's Application to File Under Seal all documents presented for the Court's review in connection with Goldwater's contemporaneously filed Motion for Partial Summary Judgment is **GRANTED**.

2. The documents will be filed under seal and redacted in the public record.

**IT IS SO ORDERED.**

DATED: August 30, 2023.

Honorable John W. Holcomb

ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL- 2