HALL GRIFFIN LLP
HOWARD D. HALL, State Bar No. 145024
  *hdhall@hallgriffin.com*
JEREMY T. KATZ, State Bar No. 267361
  *jkatz@hallgriffin.com*
KASANDRA C. GOLDBERG, State Bar No. 345364
  *kgoldberg@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant and Cross-Complainant SCOTT HOWLETT; Defendant BMO HARRIS BANK N.A., Successor by Merger to BANK OF THE WEST

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| GOLDWATER BANK, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>ARTUR ELIZAROV; UNISON AGREEMENT CORP.; SCOTT HOWLETT; BANK OF THE WEST; and ILYA ALEKSEYEFF,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 21-cv-00616-JWH-SP<br><br>JUDGE:  Hon. John W. Holcomb<br>CTRM.:  9D<br><br>**TABLE OF CONTENTS FOR GOLDWATER, HOWLETT, AND BOTW'S OMNIBUS JOINT EXHIBITS FOR CROSS-MOTIONS RULE 56 MOTIONS**<br><br>*Filed concurrently with Omnibus Joint Statement and Joint Exhibit Parts A through I*<br><br>JUDGE:  Hon. John W. Holcomb<br>DATE:   September 29, 2023<br>TIME:   9:00am<br>CRTRM.: 9D<br><br>TRIAL DATE:   November 27, 2023 |

Goldwater Bank, N.A. ("Goldwater"), Scott Howlett ("Howlett"), and BMO Harris Bank, N.A. successor by merger to Bank of the West ("BOTW") provide a table of contents for the Joint Exhibit Parts A through E in support of Goldwater's motion for summary judgment against Howlett and BOTW.

| | **JOINT EXHIBIT – PART A** | |
|---|---|---|
| **Ex. No.** | **Short Description** | **Page Nos.** |
| N/A | Declaration of Joseph A. LeVota | 1-8 |
| N/A | Declaration of Ashley Guilette | 9-15 |
| N/A | Goldwater's Request for Judicial Notice | 16-18 |
| 1 | Excerpts from the Transcript of the Deposition of Peter Hill | 20-39 |
| 2 | Excerpts from Transcript of the Deposition of Cory Bearden | 40-55 |
| 3 | Declaration of Peter Hill ISO Motion for Temporary Restraining Order (ECF No. 19-4) | 56-60 |
| 4 | Adjustable Rate Note with Elizarov (ECF No. 19-5) | 61-64 |
| 5 | Deed of Trust executed by Artur Elizarov on July 31, 2019, recorded in the Official Records of the Riverside County Recorder's Office on April 20, 2021, as Document No. 2021-0245826 (ECF No. 19-6) | 65-82 |
| 6 | Unison Homebuyer Uniform Subordination Agreement recorded in the Official Records of the Riverside County Recorder's Office on August 7, 2019, as Document No. 2019-0299193 | 83-92 |

| | | |
|---|---|---|
| 7 | Defendant Unison Agreement Corp.'s Responses to Plaintiff Goldwater Bank, N.A.'s Special Interrogatories, Set Two | 93-110 |
| 8 | Grant Deed recorded in the Official Records of the Riverside County Recorder's Office on August 7, 2019, as Document No. 2019-0299190 | 111-114 |
| 9 | California Residential Purchase Agreement and Joint Escrow Instructions dated February 12, 2021 (Cross Depo Ex. 2) | 115-125 |
| 10 | The Last Page of the California Residential Purchase Agreement and Joint Escrow Instructions dated February 12, 2021, with the Escrow Holder Acknowledgment signed by Andrea Cross on behalf of Escrow of the West (Cross Depo. Ex. 14) | 126-127 |
| 11 | Preliminary Report by Orange Coast Title Company of Southern California Dated as of February 8, 2021 (Cross Depo., Ex. 23.) | 128-148 |
| 12 | Email from Escrow of the West to Scott Howlett Transmitting, among other things, Preliminary Report (EOW 0229) | 149-150 |
| 13 | Amended Preliminary Report by Orange Coast Title Company of Southern California Dated as of February 18, 2021 (Cross Depo. Ex. 5) | 151-155 |
| 14 | Email Chain Between Andrea Cross and Peter Hill Dated March 22, 2021, through March 26, 2021 (Cross Depo., Ex. 6) | 156-173 |

| | | |
|---|---|---|
| 15 | Email Chain Between Andrea Cross and Artur Elizarov Dated March 25, 2021 (Cross Depo. Ex. 11) | 174-183 |
| 16 | Email Chain Between Andrea Cross and Artur Elizarov, Including Estimated Settlement Statements, Dated March 25, 2021 (Cross Depo. Ex. 27) | 184-187 |
| 17 | Email Fax of WestStar's Payoff Demand for the Subject Loan to Andrea Cross (GOLDWATER_001767-1769) | 188-191 |
| 18 | WestStar Mortgage Company Payoff Calculations Dated April 2, 2021 Pertaining to Unrelated Property (Cross Depo. Ex. 10) | 192-194 |
| 19 | Escrow of the West Seller's Final Settlement Statement Dated March 30, 2021 (Cross Depo. Ex. 34) | 195-196 |
| 20 | Escrow of the West Request for Outgoing Wire Transfer Regarding Payment of $785,741.36 to Artur Elizarov (Cross Depo. Ex. 35) | 197-198 |
|  | **JOINT EXHIBIT – PART B** | |
| 21 | Goldwater Bank, N.A.'s Requests for Admissions, Set One, to Bank of the West | 199-244 |
| 22 | Bank of the West's Responses to Goldwater Bank, N.A.'s Requests for Admissions, Set One | 245-255 |
| 23 | Closing Disclosure Provided to Bank of The West Prior to Close of Escrow (Cross Depo., Ex. 33) | 256-260 |
| 24 | Excerpts from the Transcript of the Deposition of Andrea Cross | 261-324 |

| 25 | Excerpts from the Transcript of the Deposition of Artur Elizarov | 325-337 |
|---|---|---|
| 26 | Excerpts from the Transcript of the Deposition of Scott Howlett | 338-356 |
| 27 | Excerpts from the Transcript of the Deposition of Jacqueline Scydick | 357-375 |
| 28 | Excerpts from the Transcript of the Deposition of Vicki Crestani | 376-392 |
| **JOINT EXHIBIT – PART C** | | |
| N/A | Declaration of Jeremy T. Katz | 1001-1009 |
| N/A | Request for Judicial Notice | 1011-1017 |
| 29 | Transcript of Deposition: Scott Howlett (Excerpts) | 1019-1036 |
| 30 | Transcript of Deposition: Artur Elizarov (Excerpts) | 1037-1043 |
| 31 | Transcript of Deposition: Brittany Shaw (Excerpts) | 1044-1055 |
| 32 | Transcript of Deposition: Peter Hill (Excerpts) | 1056-1066 |
| 33 | Goldwater's Responses to Howlett and BOTW's First Set of Requests for Admission (Exceprts) | 1067-1071 |
| 34 | Goldwater's Responses to Elizarov's First Set of Interrogatories | 1072-1078 |
| 35 | Goldwater's Production of Documents (Excerpts) | 1079-1080 |
| 36 | Grant Deed from Elizarov to Howlett (Recorded 3/29/21) | 1081-1083 |
| 37 | BOTW Deed of Trust (Recorded 3/29/21) | 1084-1101 |
| 38 | Goldwater Deed of Trust (Recorded 4/20/21) | 1102-1119 |

| | | |
|---|---|---|
| 39 | Complaint (omitting internal exhibits) (Dkt No. 1) (Filed 4/6/21) | 1120-1131 |
| 40 | Goldwater's *ex parte* Application for TRO (Dkt No. 19) (Filed 4/16/21) | 1132-1135 |
| 41 | Memorandum of Points and Authorities (Dkt No. 19-1) (Filed 4/16/21) | 1136-1151 |
| 42 | Order Granting TRO (Dkt No. 23) (Entered 4/20/21) (Excerpts) | 1152-1162 |
| 43 | Goldwater's Reply to Elizarov's Response to Order to Show Cause (Dkt No. 31) (Filed 4/30/21) | 1163-1180 |
| 44 | Order Amending and Extending TRO (Dkt No. 32) (Entered 5/4/21) | 1181-1189 |
| 45 | Goldwater's Supplemental Brief in support of Preliminary Injunction (Dkt No. 39) (Filed 5/17/21) | 1190-1204 |
| **JOINT EXHIBIT – PART D** | | |
| 46 | Goldwater's First Amended Complaint (omitting internal exhibits) (Dkt No. 44) (Filed 5/27/21) | 1205-1225 |
| 47 | Goldwater's First Amended Complaint Exhibit 1 – Adjustable Rate Note (Dkt No. 44-1) (Filed 5/27/21) | 1226-1229 |
| 48 | Goldwater's First Amended Complaint Exhibit 2 – Deed of Trust (Dkt No. 44-2) (Filed 5/27/21) | 1230-1247 |
| 49 | Goldwater's First Amended Complaint Exhibit 5 – Grant Deed (Dkt No. 44-5) (Filed 5/27/21) | 1248-1250 |
| 50 | Goldwater's First Amended Complaint Exhibit 6 – Settlement Statement (Dkt No. 44-6) (Filed 5/27/21) | 1251-1252 |

| 51 | Howlett Cross-Complaint (Dkt No. 51) (Filed 6/10/21) (Excerpts) | 1253-1257 |
|---|---|---|
| 52 | Joint Rule 26(f) Report (Dkt No. 57) (Filed 6/25/21) (Excerpts) | 1258-1263 |
| 53 | April 1, 2021 Letter from Goldwater's Counsel to Elizarov (Dkt Nos. 30-6 and 124-2) (Filed 4/28/21 and Refiled 1/03/22) | 1264-1267 |
| 54 | Order issuing Preliminary Injunction (Dkt No. 162) (Entered 4/19/22) | 1268-1274 |
| 55 | Notice of Appeal (Dkt No. 163) (Filed 4/19/22) | 1275-1278 |
| 56 | Ninth Circuit Letter Dated 4/19/22 (Dkt No. 164) (Filed 4/21/22) | 1279-1280 |
| 57 | Ninth Circuit Order Affirming Preliminary Injunction (Dkt No. 250) (Filed 1/25/23) | 1281-1287 |
| 58 | Rule 11 Motion (Dkt No. 183) (Filed 9/7/22) (Excerpts) | 1288-1291 |
| 59 | Order denying Rule 11 Motion (Dkt No. 257) (Filed 2/13/23) (Excerpts) | 1292-1294 |
| 60 | Goldwater's Notice of Motion and Motion for Attorneys' Fees following denial of Rule 11 Motion (Dkt No. 259) (Filed 2/24/23) (Excerpts) | 1295-1298 |
| 61 | Order Granting Goldwater's Motion for Attorneys' Fees (Dkt No. 279) (Entered 5/9/23) | 1299-1314 |
| 62 | Elizarov's Statement of Non-Compliance re Payment of Sanctions (Dkt No. 292) (Filed 6/7/23) | 1315-1317 |

| | | |
|---|---|---|
| 63 | Joint Status Report re Elizarov's Non-Compliance with Payment of Sanctions (Dkt No. 303) (Filed 7/31/23) | 1318-1321 |
| 64 | Transcript of June 9, 2023 Status Conference (Excerpts) | 1322-1348 |
| **JOINT EXHIBIT – PART E** | | |
| 65 | Notice of Goldwater's Rule 30(b)(6) Depo | 1349-1358 |
| 66 | Transcript of Deposition of Goldwater's First Rule 30(b)(6) Witness | 1359-1377 |
| 67 | Unison Deed of Trust | 1378-1390 |
| 68 | Unison Memorandum | 1391-1400 |
| 69 | Unison Assignment | 1401-1406 |
| 70 | Transcript of Deposition of Peter Hill (Additional Excerpts) | 1407-1432 |
| 71 | Hill Email to Unison re Elizarov may Dispute Payoff | 1433-1434 |
| 72 | Transcript of Deposition of Andrea Cross (Excerpts) | 1435-1451 |
| 73 | Goldwater's Response to Elizarov Interrogatories (Additional Excerpts) | 1452-1464 |
| 74 | Transcript of Deposition of Goldwater's Second Rule 30(b)(6) Witness (Excerpts) | 1465-1493 |
| 75 | Seller's Estimated Settlement Statement dated 3.23.21 | 1494-1495 |
| 76 | Master Estimated Settlement Statement dated 3.25.23 | 1496-1498 |
| 77 | Email transmitting Cross's contact information | 1499-1503 |
| 78 | Email from Elizarov to Weststar about selling the Property | 1504-1506 |

| 79 | Request for a Payoff Demand | 1507-1508 |
|---|---|---|
| 80 | Weststar subpoena response | 1509-1511 |
| 81 | Goldwater's response to Elizarov Request for Admission | 1512-1520 |
| 82 | Email Chain sending copy of Deed of Trust to Brittany Shaw and then to Peter Hill | 1521-1524 |
| 83 | Email Chain between Peter Hill and Weststar regarding locating unrecorded deed of trust | 1525-1527 |
| 84 | Intentionally Omitted | n/a |
| **JOINT EXHIBIT – PART F** | | |
| 85 | Excerpts from the Transcript of the Deposition of Cory Bearden | 1530-1547 |
| 86 | Printout from MERS System (Bearden Depo Ex. 156) | 1548-1549 |
| 87 | Redacted Printout Regarding Goldwater Bank, N.A.'s Charge Off of Subject Loan (Bearden Depo Ex. 157) | 1550-1551 |
| 88 | Excerpts from the Transcript of the Deposition of Peter | 1552-1561 |
| 89 | Declaration of Christine M. Overbeck | 1562-1571 |
| 90 | Intentionally Omitted | n/a |
| **JOINT EXHIBIT – PART G** | | |
| N/A | Declaration of Kasandra C. Goldberg | 1600-1603 |
| 91 | Excerpts from the Transcript of Peter Hill | 1606-1632 |
| 92 | Email between Peter Hill and Theo Haugen re Sale had Closed | 1633-1634 |

| 93 | Excerpts from the Transcript of the Deposition of Brittany Shaw | 1635-1655 |
|---|---|---|
| 94 | Excerpts from the Transcript of the Deposition of Christine Overbeck | 1656-1683 |
| 95 | Excerpts from the Transcript of the Deposition of Cory Bearden | 1684-1714 |
| 96 | Email Chain between Escrow of the West and Bank of the West | 1715-1723 |
| 97 | Excerpts from the Transcript of the Deposition of Vicki Crestani | 1724-1744 |
| **JOINT EXHIBIT – PART H** | | |
| 98 | Excerpts from the Transcript of the Deposition of Jay Hibert | 1745-1790 |
| 99 | Excerpts from the Transcript of the Deposition of Peter J. Hill | 1791-1813 |
| 100 | Email from Peter Hill to Theo Haugen re: Union Information (Exhibit 146 from the Deposition of Cory Bearden) | 1814-1818 |
| 101 | Excerpts from the Transcript of the Deposition of Cory Bearden | 1819-1836 |
| 102 | Excerpts from the Transcript of the Deposition of Vicki R. Crestani | 1837-1858 |
| 103 | Declaration of Jacqueline M. Scydick in support of Opposition to Plaintiff's Motion for Summary Judgment | 1859-1871 |

| | | |
|---|---|---|
| 104 | Email from Peter Hill to Theo Haugen re: Union Information (Exhibit 52 from the Deposition of Peter J. Hill) | 1872-1873 |
| 105 | Jay Hibert Expert Report | 1874-1908 |
| 106 | Excerpts from the Transcript of the Deposition of Scott Howlett | 1909-1927 |
| 107 | Excerpts from the Transcript of the Deposition of Andrea Cross | 1928-1952 |
| 108 | March 30, 2021 Email between Brittany Shaw and First American (Exhibit 79 from the Deposition of Brittany Shaw) | 1953-1954 |
| 109 | March 22, 2021 Email between Andrea Cross and Melissa Melendez (Exhibit 8 from the Deposition of Andrea Cross) | 1955-1957 |

///

///

///

///

///

///

///

///

///

///

| | **JOINT EXHIBIT – PART I** | |
|---|---|---|
| 110 | Defendant Bank of the West's Response to First Set of Discovery Propounded by Plaintiff Goldwater Bank, N.A. | 1958-1986 |
| 111 | Defendant Scott Howlett's Response to First Set of Discovery Propounded by Plaintiff Goldwater Bank, N.A. | 1987-2014 |

DATED:  September 1, 2023          HALL GRIFFIN LLP

By: /s/ Kasandra Goldberg
Howard D. Hall
Jeremy T. Katz
Kasandra C. Goldberg
Attorneys for Defendant and Cross-Complainant SCOTT HOWLETT; Defendant BMO HARRIS BANK N.A., Successor by Merger to BANK OF THE WEST