*Goldwater Bank v. Elizarov, et al.*, C.D. Cal. Case No. 21-cv-00616-JWH-SP

# OMNIBUS
# JOINT EXHIBIT PART F

# EXHIBIT 85
# EXCERPTS FROM THE DEPOSITION
# OF CORY BEARDEN

1              UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

3

4    _____

                                            )
5    GOLDWATER BANK, N.A.,                  )
                                            )
6                    Plaintiff,             ) CASE NUMBER:
                                            ) 21-cv-00616-
7          vs.                              ) JWH-SP
                                            )
8    ARTUR ELIZAROV; UNISON AGREEMENT CORP.; )
     SCOTT HOWLETT; BANK OF THE WEST; AND ILYA )
9    ALEKSEYEFF,                            )
                                            )
10                   Defendants.            )
     _____)

11

12

13

14      REMOTE ZOOM VIDEOTAPED DEPOSITION OF PERSON MOST

           KNOWLEDGEABLE AT GOLDWATER BANK, N.A.

15                     CORY BEARDEN

16              Wednesday, May 31, 2023

17                     Volume I

18

19

20

21

22   REPORTED BY:

     JESSICA HONG

23   CSR No. 13776

24   Job No. 5941237

25   PAGES 1 - 364

                                           Page 1

Omnibus Joint Exhibit Part F, page 1531

```
 1               UNITED STATES DISTRICT COURT
 2         CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION
 3
 4    _____
                                             )
 5    GOLDWATER BANK, N.A.,                   )
                                             )
 6                     Plaintiff,            ) CASE NUMBER:
                                             ) 21-cv-00616-
 7            vs.                            ) JWH-SP
                                             )
 8    ARTUR ELIZAROV; UNISON AGREEMENT CORP.; )
      SCOTT HOWLETT; BANK OF THE WEST; AND ILYA )
 9    ALEKSEYEFF,                            )
                                             )
10                     Defendants.           )
      _____)
11
12
13
14            Remote Zoom videotaped deposition of PERSON MOST
15    KNOWLEDGEABLE AT GOLDWATER BANK, N.A., CORY BEARDEN,
16    Volume I, taken on behalf of Defendants beginning at
17    10:10 a.m. and ending at 8:26 p.m. on Wednesday, May 31,
18    2023, before JESSICA HONG, Certified Shorthand Reporter
19    No. 13776.
20
21
22
23
24
25
```

                                                    Page  2

Omnibus Joint Exhibit Part F, page 1532

```
 1      APPEARANCES (ALL PARTIES APPEARING REMOTELY):
 2      FOR PLAINTIFF:
 3          HILBERT & SATTERLY LLP
            BY:  JOSEPH A. LEVOTA, ESQ.
 4          409 Camino Del Rio South, Suite 104
            San Diego, California 92108
 5          (619) 795-0300
 6          WAGNER HICKS PLLC
            BY:  ABBEY M. KRYSAK, ESQ.
 7               SEAN C. WAGNER, ESQ.
            831 East Morehead Street, Suite 860
 8          Charlotte, North Carolina 28202
            (704) 705-7538
 9
        FOR DEFENDANT AND CROSS-COMPLAINANT SCOTT HOWLETT AND
10      DEFENDANT BMO HARRIS BANK N.A., SUCCESSOR BY MERGER TO
        BANK OF THE WEST:
11
            HALL GRIFFIN LLP
12          BY:  JEREMY T. KATZ, ESQ.
                 KASANDRA C. GOLDBERG, ESQ.
13          1851 East First Street, 10th Floor
            Santa Ana, California 92705
14          (714) 918-7000
15      FOR DEFENDANT AND CROSS-DEFENDANT ARTUR ELIZAROV, AND
        DEFENDANT ILYA ALEKSEYEFF (IN PRO PER):
16
            LOIA, INC.(APLC)
17          BY:  ILYA ALEKSEYEFF, ESQ.
            727 West 7th Street, PH 1-13
18          Los Angeles, California 90017
            (213) 537-4592
19
20
21      ALSO PRESENT:
22          JENNIFER MCKAY - VIDEOGRAPHER
23
24
25
                                              Page  3
```

1     loan.  The ownership of the loan has not transferred.

2     The only thing that does transfer is who's servicing on

3     behalf of that customer of that loan.

4     BY MR. ALEKSEYEFF:

5          Q    But my question was in Mr. Elizarov's loan in        05:28

6     particular, what prompted Goldwater to transfer its

7     servicing obligations or -- I'm not going to call it

8     obligation, but why did Goldwater choose to transfer

9     servicing of Mr. Elizarov's loan to Weststar on May 22nd

10    which was nearly a year after the loan closed?              05:28

11              MS. KRYSAK:  Objection, form, scope.

12              MR. ALEKSEYEFF:  What prompted that decision?

13              MS. KRYSAK:  Objection, form, scope.

14              MR. ALEKSEYEFF:  Thank you.

15              THE WITNESS:  I can't speak of a specific           05:29

16    decision to transfer Elizarov's loan.  At a lot of times,

17    there are multiple loans that will go from Goldwater Bank

18    held for investments and where we're servicing those and

19    we'll move to Weststar, our sbservicer, to service those

20    loans.                                                      05:29

21    BY MR. ALEKSEYEFF:

22          Q    So was Mr. Elizarov's loan determined to be held

23    for investment from the very beginning?

24          A    It was held for sale initially after closing

25    which is where it stays on our balance sheet.  In the       05:29

                                                   Page 257

Omnibus Joint Exhibit Part F, page 1534

```
 1        Q    Okay.  You also referenced that you reviewed the

 2   transcript of Ms. Overbeck; is that right?

 3        A    I reviewed -- I did review the transcript, but

 4   not in its full.

 5        Q    Of the portion that you did review, was there      06:13

 6   any impressions or overarching impressions that you got

 7   from your review of that transcript?

 8             MR. KATZ:  Object as to form and asked and

 9   answered.  I asked that direct -- I asked a question

10   right on that point.                                         06:13

11             MS. KRYSAK:  You can go ahead and answer,

12   Mr. Bearden.

13             THE WITNESS:  I didn't understand what he said,

14   but can you repeat your question?

15   BY MS. KRYSAK:                                               06:13

16        Q    Of course.  In your review of that portion of

17   Ms. Overbeck's transcript, did you form any overarching

18   impressions from the transcript?

19        A    I did.  Based upon some of the review of the

20   questions and her answers provided seemed to be a little     06:14

21   bit confused at times in some of the information on it.

22        Q    Did you feel like Ms. Overbeck was confused for

23   a large portion of the deposition?

24        A    Based upon what I --

25             MR. KATZ:  Object as to form.                      06:14
```

Page 273

Omnibus Joint Exhibit Part F, page 1535

1              MS. KRYSAK:   You can go ahead, Mr. Bearden.

2              THE WITNESS:   Thank you.   Based upon what I

3    read, it appeared that, as she moved through the

4    deposition, her answers got a little bit more confusing.

5    BY MS. KRYSAK:                                         06:14

6         Q    Did you notice any glaring inaccuracies in the

7    deposition transcript that you reviewed?

8         A    Specifically one in regards to the loan being

9    sold to Weststar.

10        Q    And who -- when you say "the loan," what loan   06:15

11   are you referring to?

12        A    Mr. Elizarov's Goldwater Bank loan.

13        Q    And you said it was a -- that was what you

14   noticed as a glaring inaccuracy of it being sold.   How do

15   you know that Goldwater Bank still owns Mr. Elizarov's   06:15

16   loan?

17        A    I know that it is in a part of our HFI portfolio

18   on our books and -- at Goldwater Bank.   I know that we

19   still own the loan and Weststar Mortgage is the

20   subservicer for us as the owner of the loan.   I know that   06:15

21   there has never been a transfer of this loan to any

22   investor.   There is no purchase advice on this loan that

23   would indicate that a loan has been sold from one -- one

24   mortgage company to an investor detailing the specifics

25   of those loans and we have none of those documentations,   06:16

                                        Page 274

1      so, as such, I know that Goldwater Bank is still the

2      owner of this loan.

3         Q    Do you recall reviewing a MERS report in

4      connection with your preparation for today's deposition?

5         A    I have, yes.                                    06:16

6         Q    And what is a MERS report, Mr. Bearden?

7         A    It's an electronic registration of a mortgage

8      that identifies who the owner is of -- and the servicer

9      is of that mortgage.

10        Q    And the MERS report that you reviewed, what was  06:16

11     the -- what was the -- or do you know how the current

12     date of that report?  Was it an old report?  Was it a new

13     report?  That's kind of what I'm looking for.

14        A    I believe it was specific to after the closing

15     and the registration of the loan when the loan initially  06:16

16     closed.

17        Q    Okay.

18        A    I don't know the specific date.

19        Q    Would you like to take an opportunity to review

20     the report to refresh your recollection?  Would that be   06:16

21     helpful?

22        A    That would be helpful, yes.

23        Q    Okay.  Do you have a copy in front of you by any

24     chance?

25        A    I don't, if one could be provided.              06:17

                                                    Page 275

1          Q     Okay.  Just one moment, gentlemen.

2                MR. ALEKSEYEFF:  And, Ms. Krysak, if you could

3     help us track along, if you could mention to us the

4     initial Bates number of whatever document he will use, so

5     we can kind of go along with him.                        06:17

6                MS. KRYSAK:  Of course.

7     BY MS. KRYSAK:

8          Q     All right, Mr. Bearden, can you see a document

9     on your screen?

10         A     I do.                                          06:19

11         Q     Okay.  And do you recognize that document?

12         A     It is a MERS report.

13         Q     Is it the MERS report that you were just

14    referencing that you had reviewed in preparation for your

15    deposition today?                                        06:19

16         A     That's correct.

17         Q     Okay.  And what does this report reflect as of

18    August 6, 2019 regarding the ownership of Mr. Elizarov's

19    loan?

20         A     It reflects that on -- in August, Goldwater Bank  06:19

21    is listed as the servicer and the investor of that loan.

22         Q     What does it reflect with respect to -- what

23    does it reflect with respect to ownership of the loan in

24    May of 2020?

25         A     Ownership of the loan is still Goldwater Bank,   06:19

                                              Page 276

1    but the new servicer in May of 2022 -- or May 22 of 2020

2    is now transferred to our subservicer, Weststar Mortgage.

3         Q    And, Mr. Bearden, do you know when this report

4    was generated?

5         A    I believe it was on or around August 8th per the   06:20

6    registration.

7         Q    Okay, but do you know when this document itself

8    that you were looking at whether -- when this document

9    itself was generated?

10        A    I don't see the specific date, but I see the       06:20

11   registration date.

12        Q    Okay.  So do you have any idea, based on the

13   information in the report, of when this report could have

14   been generated?

15        A    My assumption is based on August 8th is the        06:20

16   registration date.  I'm sorry, August 6th, my apologies,

17   is the registration date.

18        Q    Okay.  August 6th of 2019?

19        A    Yes.

20        Q    What about the fact that it reflects an            06:21

21   occurrence in May of 2020?  What I'm saying would this

22   have likely been generated after May of 2020?

23             MR. KATZ:  Object as to form.

24             THE WITNESS:  The updated registration in May of

25   2022 to update the servicer change occurred on this         06:21

                                                    Page 277

```
 1      report as of May of '22.  The way I read this report is
 2      the initial registration of the active owner and servicer
 3      of the loan occurred in August of 2019.
 4      BY MS. KRYSAK:
 5          Q    Okay.  What about the document itself so not the    06:21
 6      reporting that was done that's reflected, but the
 7      document itself, do you have any idea of when this
 8      document was generated?
 9          A    In regards to the document generated for review?
10          Q    Correct.                                           06:22
11          A    I don't know that for a fact what the date is of
12      the doc -- of this document's generation.  I know it's
13      been part of my review --
14          Q    Okay.
15          A    -- of the deposition.                              06:22
16          Q    Let's see if I can zoom in here.  Mr. Bearden,
17      do you see any information on the document that would
18      indicate that it was generated in 2023?
19          A    The bottom left hand corner has the 2023 date on
20      it.                                                         06:23
21          Q    All right.  Did you review any other documents
22      with regard to ownership or that demonstrated ownership
23      of Mr. Elizarov's loan by Goldwater Bank?
24          A    I did.
25          Q    And what was that?                                 06:23
```

Page 278

1      A     It's a general ledger provided by Goldwater Bank

2  indicating the ownership of Elizarov's loan and the

3  charge-off.

4      Q     Okay.  I'm going to show you a document here.

5  Can you see that, Mr. Bearden, on your screen?                06:23

6      A     I can.

7      Q     Do you recognize the document on your screen?

8      A     I do.

9      Q     And what is the document on your screen?

10     A     As it indicates there, it is identified mortgage    06:24

11  loans held for investment which indicates that Goldwater

12  Bank owns that loan.

13     Q     Is this a -- I'm so sorry, gentlemen.  Is this a

14  page from Goldwater Bank's general ledger?

15     A     It appears to be a redacted page, yes.              06:24

16     Q     Okay.  And can you tell me what appears to be

17  reflected by the information that is not redacted to you?

18     A     It appears on this report that it still shows

19  that this is reporting on our mortgage loan held for

20  investment report general ledger and that it identifies   06:24

21  the loan and the name -- the loan number and the name of

22  the borrower, Elizarov, and the status of the loan.

23     Q     And did you receive this information from the

24  CFO of Goldwater Bank, Mr. Jon Edwards?

25     A     As a part of my review is when I gained this        06:25

Page 279

1    information.

2       Q    Have you reviewed, seen, any documents in your

3    preparation for this deposition or in your time at

4    Goldwater Bank that would demonstrate that Goldwater Bank

5    does not own Mr. Elizarov's loan?                        06:25

6       A    I have not seen any documents indicating that.

7            MS. KRYSAK:  Now, getting back to -- oh, and,

8    actually, we can -- these two documents, for the record,

9    we'll label as -- where did we leave off, Ilya, on your

10   last exhibit.                                            06:26

11           MR. ALEKSEYEFF:  My last one was 155 and that's

12   actually -- I didn't want to interject, but I was going

13   to suggest that maybe we should mark them, so one will be

14   156 and another will be 157.

15           MS. KRYSAK:  Thank you, Mr. Alekseyeff.          06:26

16           (Exhibits 156 and 157 were marked

17           for identification.)

18   BY MS. KRYSAK:

19      Q    All right.  Mr. Bearden, getting back to your

20   review of Ms. Overbeck's transcript and your knowledge of 06:26

21   Ms. Overbeck given that she reports to you, as you

22   testified earlier, does she manage policies and

23   procedures at Goldwater Bank?

24      A    She is not in charge of policies and procedures

25   at Goldwater Bank.                                       06:26

                                                    Page 280

```
 1
 2
 3
 4          I, CORY BEARDEN, do hereby declare under penalty
 5     of perjury that I have read the foregoing transcript;
 6     that I have made any corrections as appear noted, in ink,
 7     initialed by me, or attached hereto; that my testimony as
 8     contained herein, as corrected, is true and correct.
 9          EXECUTED this _____ day of _____,
10     2023, at _____, _____.
11                    (City)                     (State)
12
13
14
15
16          _____
17               CORY BEARDEN
18               VOLUME I
19
20
21
22
23
24
25
                                          Page 360
```

1    I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3    That the foregoing proceedings were taken before

4    me at the time and place therein set forth; that any

5    witnesses in the foregoing proceedings, prior to

6    testifying, were administered an oath; that a record of

7    the proceedings was made by me using machine shorthand

8    which was thereafter transcribed under my direction;

9    further, that the foregoing is a true record of the

10   testimony given.

11   Further, that if the foregoing pertains to the

12   original transcript of a deposition in a Federal Case,

13   before completion of the proceedings, review of the

14   transcript [ X ] was [ ] was not requested.

15   I further certify I am neither financially

16   interested in the action nor a relative or employee of

17   any attorney or any party to this action.

18   IN WITNESS THEREOF, I have this date subscribed

19   my name:  June 15, 2023.

20

21

22

23

24   JESSICA HONG

25   CSR No. 13776

Page 361

Omnibus Joint Exhibit Part F, page 1544

1    JOSEPH A. LEVOTA, ESQ.

2    jlevota@hscallaw.com

3                                        JUNE 15, 2023

4    RE: OLDWATER BANK, N.A. v. ARTUR ELIZAROV

5    MAY 31, 2023, CORY BEARDEN, PMK, JOB NO. 5941237

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, noting the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived – Reading & Signature was waived at the

24      time of the deposition.

25

                                                    Page 362

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 363

```
 1   OLDWATER BANK, N.A. v. ARTUR ELIZAROV

 2   CORY BEARDEN, PMK, JOB NO. 5941237

 3                  E R R A T A   S H E E T

 4   PAGE_____ LINE_____ CHANGE_____

 5   _____

 6   REASON_____

 7   PAGE_____ LINE_____ CHANGE_____

 8   _____

 9   REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   WITNESS                            Date

25


                                        Page 364
```

# EXHIBIT 86
# Printout from MERS System (Bearden Depo Ex. 156)

 **MERS®** System

## Milestones For 1009209-4100147547-4

| Description | Date | Initiating Organization / User | | Milestone Information |
|---|---|---|---|---|
| Transfer Seasoned Servicing Rights | 05/22/2020 | 1009209 Kim Pieart | Goldwater Bank NA | MIN Status: Active (Registered)<br>New Servicer: 1002292 Weststar Mortgage Corporation<br>OldServicer: 1009209 Goldwater Bank NA<br>Batch Number: 21064665<br>Sale Date: 05/21/2020<br>Transfer Date: 05/21/2020 |
| Transfer of Flow TOS/TOB Servicing Rights | 08/06/2019 | 1002292 KIM PIEART | Weststar Mortgage Corporation | MIN Status: Active (Registered)<br>New Investor: 1009209 Goldwater Bank NA<br>OldInvestor: 1002292 Weststar Mortgage Corporation<br>Batch Number: 19694586<br>Transfer Date: 08/06/2019 |
| Transfer of Flow TOS/TOB Servicing Rights | 08/06/2019 | 1002292 KIM PIEART | Weststar Mortgage Corporation | MIN Status: Active (Registered)<br>New Servicer: 1009209 Goldwater Bank NA<br>OldServicer: 1002292 Weststar Mortgage Corporation<br>Batch Number: 19694586<br>Sale Date: 08/06/2019<br>Transfer Date: 08/06/2019 |
| Registration | 08/06/2019 | 1002292 XML | Weststar Mortgage Corporation | MIN Status: Active (Registered)<br>Servicer: 1002292 Weststar Mortgage Corporation |

EXHIBIT

Omnibus Joint Exhibit Part F, page 1549   156

# EXHIBIT 87

# Redacted Printout Regarding Goldwater Bank, N.A.'s Charge Off of Subject Loan (Bearden Depo Ex. 157)



```
001   GOLDWATER BANK                    G E N E R A L   L E D G E R      REPORT DATE 12/31/2021
      PHOENIX, AZ  85016        CONSOLIDATED YEAR-END TRANSACTION JOURNAL   RUN DATE 01/03/2022   TIME 22:14
      - - - - - - - A C C O U N T - - - - - - -              ACT    YTD
      NBR   BR   TITLE / TRANSACTION DESCRIPTION    SC   USERID    DATE   SEQ    TRANS AMT      BALANCE
```

```
13150   Mortgage Loans HFI
```

```
       00   Elizarov, 909216931 Charge off      CB   jre253       033121   23      679565.53-
```

CONFIDENTIAL                                                    GOLDWATER_001766

Omnibus Joint Exhibit Part F, page 1551   157

EXHIBIT

# EXHIBIT 88
# EXCERPTS FROM THE DEPOSITION
# OF PETER HILL

```
 1                UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

 3

 4    Goldwater Bank, N.A.,      )CASE NO. 5:21-cv-00616-JWH-SP
                                 )
 5              Plaintiff,       )
                                 )
 6         vs.                   )
                                 )
 7    ARTUR ELIZAROV; UNISON     )
      AGREEMENT CORP.; SCOTT     )
 8    HOWLETT; BANK OF THE WEST;)
      and ILYA ALEKSEYEFF,       )
 9                               )
                Defendants.      )
10    _____)

11

12

13                        --oOo--

14            DEPOSITION OF PETER J. HILL

15              September 9, 2022

16          ***TAKEN VIA VIDEOCONFERENCE***

17                        --oOo--

18

19

20

21

22

23

24

25

                                             Page  1
```

Omnibus Joint Exhibit Part F, page 1553

```
 1            BE IT REMEMBERED THAT, pursuant to the Federal
 2    Rules of Civil Procedure, the deposition of PETER J.
 3    HILL, was taken before Maureen Kelly, OCSR No. 00-0364,
 4    WCSR No. 3401, on Friday, September 9, 2022, commencing
 5    at the hour of 9:59 a.m., the proceedings being reported
 6    via Zoom videoconference.
 7                            --oOo--
 8
 9                     APPEARANCES
10            (ALL APPEARING VIA VIDEOCONFERENCE)
11    Attorneys for Plaintiff Goldwater Bank, N.A.:
              Joseph A. LeVota, Esq.
12            HILBERT & SATTERLY, LLP
              409 Camino Del Rio South, Suite 104
13            San Diego, CA 92108
              jlevota@hscallaw.com
14
      Pro Hac Vice Attorneys for Plaintiff Goldwater Bank,
15    N.A.:
              Sean C. Wagner, Esq.
16            Derek M. Bast, Esq.
              WAGNER HICKS, PLLC
17            831 East Morehead Street, Suite 860
              Charlotte, NC 28202
18            sean.wagner@wagnerhicks.law
              derek.bast@wagnerhicks.law
19
      Attorneys for Defendant and Cross-Complainant SCOTT
20    HOWLETT and Defendant BANK OF THE WEST:
              Jeremy T. Katz, Esq.
21            Ryan C. Thomason, Esq.
              HALL GRIFFIN LLP
22            1851 East First Street, 10th Floor
              Santa Ana, California 92705-4052
23            jkatz@hallgriffin.com
              rthomason@hallgriffin.com
24
25    (Continued on next page.)
```

Page  2

Omnibus Joint Exhibit Part F, page 1554

```
 1                    APPEARANCES (CONTINUED)
 2             (ALL APPEARING VIA VIDEOCONFERENCE)
 3   Attorneys for Defendant Artur Elizarov and Defendant
     Ilya Alekseyeff (in Pro Per):
 4             Ilya Alekseyeff, Esq.
               LOIA, INC. (APLC)
 5             8721 Santa Monica Blvd., #119
               West Hollywood, CA 90069
 6             ilya@loia.legal
 7   Attorneys for Defendant Unison Agreement Corp.:
               Nabil Bisharat, Esq.
 8             ORSUS GATE, LLP
               16 N. Marengo Ave., Suite 316
 9             Pasadena, CA 91101
               nbisharat@orsusgate.com
10
11
     Also Present: (None.)
12
                          --oOo--
13
14
15
16
17
18
19
20
21
22
23
24
25
                                            Page  3
```

```
 1    Exhibit 58.
 2                       (EXHIBIT marked: Exhibit No. 58.)
 3    BY MR. THOMASON:   (Continuing)
 4         Q.   You were not on this email chain, Mr. Hill,
 5    but did you know anything about Mr. Elizarov's loan
 6    being charged off?  Did you have any knowledge of that?
 7         A.   Yes, I did.
 8         Q.   Okay.  Those are our exhibits.  So we're
 9    just going to move on to just some background
10    information about you, Mr. Hill.
11         A.   Mm-hmm.
12         Q.   We are going to ask about your employment.
13    What is your current place of employment?
14         A.   Goldwater Bank.
15         Q.   Okay.  And how long have you worked at
16    Goldwater?
17         A.   About 2 1/2 years.  I started in March of
18    '20.
19         Q.   And what is your job title at Goldwater
20    Bank?
21         A.   President of the bank and chief credit
22    officer for the bank.
23         Q.   Okay.  And as president and chief credit
24    officer, what are the job descriptions for both of those
25    positions?
```

Page 32

1    decided to record Goldwater Bank's deed of trust?

2              MR. WAGNER:  Objection to the extent it

3    seeks privileged information.

4              And if there's anything not related to

5    advice of counsel that you didn't rely on, then you are

6    welcome to.

7              THE WITNESS:  Nothing not related to advice

8    of counsel, no.

9    BY MR. THOMASON:  (Continuing)

10             Q.   Okay.  Why don't we move on?  We will go on

11   to Exhibit 58.  Now, it looks like in August of 2021

12   Mr. Elizarov loan was charged off.  Was that a decision

13   that you would have been a part of or was that something

14   that was not in your purview?

15             A.   No, that was a decision that I directed and

16   was part of.

17             Q.   Okay.  And what was the reason to charge

18   off Mr. Elizarov's loan?

19             A.   It was deemed non-collectible at that point

20   in time.

21             MR. THOMASON:  Okay.  Well, Mr. Hill,

22   that's all the questions we have at this time.  We may

23   have some follow-up questions later.  So we're going to

24   open it up to other counsel, whoever wants to take the

25   next step.

                                        Page 82

Omnibus Joint Exhibit Part F, page 1557

C E R T I F I C A T E

I, Maureen Kelly, Oregon CSR No. 00-0364, Washington CSR No. 3401, do hereby certify that prior to the commencement of the examination, PETER J. HILL, was duly remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Witness my hand at Portland, Oregon, this 15th day of September, 2022.

MAUREEN KELLY - RPR
Certified Shorthand Reporter
Oregon CSR No. 00-0364
Washington CCR No. 3401

Page 234

```
1    Sean C. Wagner, Esq

2    sean.wagner@wagnerhicks.law

3                                      September 23, 2022

4    RE: Goldwater Bank, N.A. vs. Artur Elizarov, Et Al.

5    9/9/2022, PETER J. HILL, JOB NO. 5429400

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   X_ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, noting the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25
```

Page 235

1 __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2  Transcript - The witness should review the transcript and

3  make any necessary corrections on the errata pages included

4  below, noting the page and line number of the corrections.

5  The witness should then sign and date the errata and penalty

6  of perjury pages and return the completed pages to all

7  appearing counsel within the period of time determined at

8  the deposition or provided by the Federal Rules.

9 __ Federal R&S Not Requested - Reading & Signature was not

10  requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  236

```
 1    Goldwater Bank, N.A. vs. Artur Elizarov, Et Al.

 2    PETER J. HILL (#JOB NO 5429400)

 3                    E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    PETER J. HILL                            Date

25
                                          Page 237
```

# EXHIBIT 89

# Declaration of Christine M. Overbeck

# Joint Exhibit - Part F - pages 1562-1571
# To Be Filed Under Seal with Court Approval