UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-00616-JWH(SPx) | Date | October 4, 2023 |
| Title | *Goldwater Bank, N.A. v. Artur Elizarov, et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Clarissa Lara | Court Smart |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s):<br>Sean C. Wagner<br>John F. Hilbert | Attorney(s) Present for Defendant(s):<br>Howard D. Hall<br>Kasandra C. Goldberg<br>Ilya Alekseyeff |

**Proceedings:** **HEARING RE: DEFENDANT SCOTT HOWLETT AND BANK OF THE WEST'S MOTION FOR SUMMARY JUDGMENT [ECF Nos. 309 & 313]; PLAINTIFF GOLDWATER BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT [ECF No. 314]; PLAINTIFF GOLDWATER BANK, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 318]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated in open court, it is hereby **ORDERED** as follows:

1. Defendant Scott Howlett and Bank of the West's Motion for Summary Judgment against Plaintiff Goldwater Bank, N.A. [ECF Nos. 309 & 313] is **DENIED.**

2. Plaintiff Goldwater Bank, N.A.'s Motion for Summary Judgment against Defendant Howlett and Bank of The West [ECF No. 314] is **DENIED.**

3. Plaintiff Goldwater Bank, N.A.'s Motion for Partial Summary Judgement against Defendants Elizarov and Alekseyeff [ECF No. 318] is **DENIED.**

Time:  01:36
Initials of Preparer: cla

      4.      The Court sets a trial schedule and will issue a separate trial scheduling order.

**IT IS SO ORDERED.**

Time:  01:36
Initials of Preparer: cla