ILYA ALEKSEYEFF [CA 242462]
　ilya@loia.legal
LOIA, INC. (APLC)
727 W 7th St PH 1-13
Los Angeles, CA 90017
Tel: (213)537-4592

Attorney for Artur Elizarov.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTUR ELIZAROV,** | 5:21-cv-616-JWH-SPx |
| *Cross-claimant,* | REQUEST TO ENTER JUDGMENT OF DISMISSAL |
| *~ versus ~* | |
| **UNISON AGREEMENT CORP.,** | |
| *Cross-defendant.* | |

　　　On 12/10/2021, cross-claimant Artur Elizarov filed a cross-claim against Unison Agreement Corp. ("Unison"). *See* Dkt No. 100. On 02/11/2022, Elizarov filed an amended cross-claim against Unison. *See* Dkt No. 143. On 12/12/2022, the Court granted, without leave to amend, Unison's motion under Rule 12(b)(6) to dismiss the cross-complaint. *See* Dkt No. 246.

　　　Although Elizarov disagreed with the Court's ruling, Elizarov could not appeal from the interlocutory order of dismissal and had to wait to have the Court's ruling reviewed on appeal from the final judgment.[1]

---

[1] 　*See e.g. Javor v. Brown* (9th Cir. 1961) 295 F.2d 60, 61 ("Except under special circumstances not present here, an order which dismisses a complaint

Since then, the remaining parties to the litigation – Goldwater Bank, N.A., Artur Elizarov, Ilya Alekseyeff, Scott Howlett, and Bank of the West – resolved their dispute and settled the case.

Unison was not a party to the settlement discussions and did not settle Elizarov's dismissed claims.

As the sole remaining unsettled issue, Elizarov's cross-claim against Unison is now ripe for appeal.

Accordingly, Elizarov requests that the Court now issue judgment of dismissal (filed concurrently with this request).

Dated: 12/15/2023                    LOIA, Inc.

*Ilya Alekseyeff*
By Ilya Alekseyeff
Counsel for ARTUR ELIZAROV, cross-claimant

---

without dismissing the action is not an appealable order."); *Knevelbaard Dairies v. Kraft Foods, Inc.* (9th Cir. 2000) 232 F.3d 979, 995 ("It is well established that an order dismissing a complaint but not the underlying action is not a final order and is not, therefore, appealable."); *Castaneda v. U.S. Dept. of Agriculture* (9th Cir. 1987) 807 F.2d 1478, 1479, fn. 2 ("An earlier order dismissing the complaint was not a final appealable order because it did not dismiss the action.").