JS-6

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 GOLDWATER BANK, N.A.,

12             Plaintiff,

13      v.

14 ARTUR ELIZAROV;
   UNISON AGREEMENT CORP.;
15 SCOTT HOWLETT;
   BANK OF THE WEST; and
16 ILYA ALEKSEYEFF,

17             Defendants.

18 SCOTT HOWLETT,

19             Crossclaimant,

20      v.

21 ARTUR ELIZAROV;
   GOLDWATER BANK, N.A,; and
22 ROES 1-10,

23             Crossdefendants.

24 ARTUR ELIZAROV,

25             Third Party Plaintiff,

26      v.

27 ORANGE COAST TITLE
   COMPANY OF SOUTHERN
28    CALIFORNIA, INC.,

Case No. 5:21-cv-00616-JWH-SP

**JUDGMENT**

Third Party Defendant.

ARTUR ELIZAROV,

           Counterclaimant,

     v.

GOLDWATER BANK, N.A.;
KENT WIECHERT;
PETER HILL;
WAGNER HICKS, PLLC;
SEAN WAGNER; and
DEREK BAST,

           Counterdefendants.

ARTUR ELIZAROV,

           Crossclaimant,

     v.

UNISON AGREEMENT CORP.,

           Crossdefendant.

ARTUR ELIZAROV,

           Crossclaimant,

     v.

SCOTT HOWLETT,

           Crossdefendant.

Pursuant to the "Minute Order on Hearing Re: Motion of Artur Elizarov for Entry of Judgment [ECF No. 357]," and in accordance with Rule 58(d) of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. The operative pleadings in this case are:

    a. the First Amended Complaint [ECF No. 44] filed by Plaintiff Goldwater Bank, N.A.;

    b. the First Amended Cross-Complaint [ECF No. 97] filed by Crossclaimant Scott Howlett;

    c. the Third-Party Complaint [ECF No. 69] filed by Third-Party Plaintiff Artur Elizarov;

    d. the Counterclaim [ECF No. 99] filed by Counterclaimant Artur Elizarov;

    e. the First Amended Crossclaim (the "Amended Crossclaim") [ECF No. 143] filed by Crossclaimant Artur Elizarov; and

    f. the Crossclaim [ECF No. 117] filed by Crossclaimant Artur Elizarov.

3. All claims, counterclaims, crossclaims, and third-party claims asserted in this action have been **DISMISSED**. Accordingly, this action is **DISMISSED**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4.      Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:  January 31, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE